| | |
|---|---|
| 1 | THOMAS F. KOEGEL (SBN 125852) |
|   | tkoegel@crowell.com |
| 2 | NATHANIEL P. BUALAT (SBN 226917) |
|   | nbualat@crowell.com |
| 3 | CROWELL & MORING LLP |
|   | 275 Battery Street, 23rd Floor |
| 4 | San Francisco, California 94111 |
|   | Telephone: 415.986.2800 |
| 5 | Facsimile: 415.986.2827 |
| 6 | CHRISTOPHER FLYNN (admitted *pro hac vice*) |
|   | cflynn@crowell.com |
| 7 | CROWELL & MORING LLP |
|   | 1001 Pennsylvania Avenue, N.W. |
| 8 | Washington, D.C. 20004-2595 |
|   | Telephone: (202) 624-2500 |
| 9 | Facsimile: (202) 628-5116 |
| 10 | JENNIFER S. ROMANO (SBN 195953) |
|   | jromano@crowell.com |
| 11 | CROWELL & MORING LLP |
|   | 515 South Flower Street, 40th Floor |
| 12 | Los Angeles, California 90071 |
|   | Telephone: (213) 622-4750 |
| 13 | Facsimile: (213) 622-2690 |
| 14 | Attorneys for Defendants |
|   | UNITED HEALTHCARE INSURANCE COMPANY |
| 15 | and UNITED BEHAVIORAL HEALTH |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, on behalf of themselves and all others similarly situated, and BRIAN MUIR, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendants. | Case No. 3:14-CV-02346-JCS<br><br>**DECLARATION OF NATHANIEL P. BUALAT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AND EXHIBITS TO THE DECLARATIONS OF JENNIFER D. THOMPSON KINBERGER AND JANE E. STALINSKI**<br><br>Judge:         Hon. Joseph Spero<br>Courtroom:  G<br><br>Action Filed:  May 21, 2014 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DECL. OF BUALAT ISO DEFENDANTS' ADMIN.
MOT. TO SEAL; CASE NO. 3:14-CV-02346-JCS

I, Nathaniel P. Bualat, declare and state as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California and have been admitted to practice before this Court. I am a Counsel with the law firm of Crowell & Moring LLP, counsel of record for defendants United Healthcare Insurance Company and United Behavioral Health (collectively, "Defendants"), the two defendants in this action. I am one of the Crowell & Moring LLP attorneys responsible for the day-to-day management of this action. I have personal knowledge of the facts set forth herein.

2. Defendants request that the following materials, among others, be filed under seal:

   a. Portions of the Declaration of Jennifer D. Thompson Kinberger in Support of Defendants United Healthcare Insurance Company and United Behavioral Health's Motion to Transfer Venue under 28 U.S.C. § 1404(a) ("Kinberger Declaration"), as identified with highlighting in the versions submitted to the Court;

   b. Exhibits 1-3 to the Kinberger Declaration in their entirety;

   c. Portions of the Declaration of Jane E. Stalinski in Support of Defendants United Healthcare Insurance Company and United Behavioral Health's Motions to Transfer Venue under 28 U.S.C. § 1404(a), to Dismiss, and to Seal ("Stalinski Declaration"), as identified with highlighting in the versions submitted to the Court; and

   d. Exhibits 5-6 of the Stalinski Declaration in their entirety.

3. The content to be sealed in the materials identified above consist of personal information and protected health information relating to Plaintiffs David Wit, Natasha Wit and/or Brian Muir, including health information, addresses, dates of birth, health plan identification

1  numbers, healthcare medical record and claim numbers, social security numbers, and phone
2  numbers.
3     4.   To my knowledge, Defendants have never disclosed this information publicly, at
4  all times maintaining its confidentiality.
5  
6  I declare under penalty of perjury that the foregoing is true and correct.
7  Executed this 18th day of July, 2014, at San Francisco, California.

      /s/ Nathaniel P. Bualat
NATHANIEL P. BUALAT

SFACTIVE-903375874.1

C ROWELL
& M ORING LLP
A TTORNEYS A T L AW

-2-   DECL. OF BUALAT ISO DEFENDANTS' ADMIN.
MOT. TO SEAL; CASE NO. 3:14-CV-02346-JCS