| | |
|---|---|
| 1 | THOMAS F. KOEGEL (SBN 125852) |
| | tkoegel@crowell.com |
| 2 | NATHANIEL P. BUALAT (SBN 226917) |
| | nbualat@crowell.com |
| 3 | CROWELL & MORING LLP |
| | 275 Battery Street, 23rd Floor |
| 4 | San Francisco, California  94111 |
| | Telephone: 415.986.2800 |
| 5 | Facsimile: 415.986.2827 |
| 6 | CHRISTOPHER FLYNN (admitted *pro hac vice*) |
| | cflynn@crowell.com |
| 7 | CROWELL & MORING LLP |
| | 1001 Pennsylvania Avenue, N.W. |
| 8 | Washington, D.C. 20004-2595 |
| | Telephone: (202) 624-2500 |
| 9 | Facsimile: (202) 628-5116 |
| 10 | JENNIFER S. ROMANO (SBN 195953) |
| | jromano@crowell.com |
| 11 | CROWELL & MORING LLP |
| | 515 South Flower Street, 40th Floor |
| 12 | Los Angeles, California 90071 |
| | Telephone: (213) 622-4750 |
| 13 | Facsimile: (213) 622-2690 |
| 14 | Attorneys for Defendants |
| | UNITED HEALTH-CARE INSURANCE COMPANY |
| 15 | and UNITED BEHAVIORAL HEALTH |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DAVID AND NATASHA WIT, on behalf of themselves and all others similarly situated, and BRIAN MUIR, on his own behalf and on behalf of all others similarly situated, | | Case No. 3:14-CV-02346-JCS |
| | Plaintiffs, | **STIPULATION CONCERNING DEFENDANTS UNITED HEALTHCARE INSURANCE COMPANY AND UNITED BEHAVIORAL HEALTH'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AND EXHIBITS TO THE DECLARATIONS OF JENNIFER D. THOMPSON KINBERGER AND JANE E. STALINSKI** |
| v. | | |
| UNITEDHEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), | | |
| | Defendants. | |

1       WHEREAS, Defendants United Healthcare Insurance Company ("UHIC") and United Behavioral Health ("UBH") (collectively, "Defendants") will file on July 18, 2014 an Administrative Motion to Seal Portions of and Exhibits to the Declarations of Jennifer D. Thompson Kinberger and Jane E. Stalinski;

        WHEREAS, subject to Plaintiffs' preservation of the right to later challenge before this Court the confidential nature of the documents, Plaintiffs agree to treat Exhibits 1 and 3 to the Declaration of Jane E. Stalinski as confidential, not disclose them publicly or use them for any purpose other than this litigation, and agree that the exhibits will be treated as confidential under any protective order that is entered in this case; and

        WHEREAS, Plaintiffs do not oppose Defendants' Administrative Motion;

        Plaintiffs and Defendants, by their undersigned attorneys, hereby stipulate, subject to the approval of the Court, that Defendants are permitted to file under seal the following:

- Portions of the Declaration of Jennifer D. Thompson Kinberger in Support of Defendants United Healthcare Insurance Company and United Behavioral Health's Motion to Transfer Venue under 28 U.S.C. § 1404(a) ("Kinberger Declaration"), as identified with highlighting in the versions submitted to the Court;

- Exhibits 1-3 to the Kinberger Declaration in their entirety;

- Portions of the Declaration of Jane E. Stalinski in Support of Defendants United Healthcare Insurance Company and United Behavioral Health's Motions to Transfer Venue under 28 U.S.C. § 1404(a), to Dismiss, and to Seal ("Stalinski Declaration"), as identified with highlighting in the versions submitted to the Court; and

- Exhibits 1, 3, 5 and 6 of the Stalinski Declaration in their entirety.

//
//
//
//

| | |
|---|---|
| Dated: July 18, 2014 | CROWELL & MORING LLP |
| | /s/ Nathaniel P. Bualat |
| | Christopher Flynn<br>Jennifer D. Romano<br>Nathaniel P. Bualat<br>Attorneys for Defendants<br>UNITED HEALTH-CARE INSURANCE COMPANY<br>and UNITED BEHAVIORAL HEALTH |
| Dated: July 18, 2014 | ZUCKERMAN SPAEDER LLP |
| | /s/ D. Brian Hufford |
| | D. Brian Hufford<br>Jason S. Cowart<br>Attorneys for Plaintiffs<br>DAVID AND NATASHA WIT and BRIAN MUIR |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

| | |
|---|---|
| Dated: July 18, 2014 | /s/ Nathaniel P. Bualat<br>Nathaniel P. Bualat |

SFACTIVE-903375991.2