UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, on behalf of themselves and all others similarly situated, and BRIAN MUIR, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendants. | Case No. 3:14-CV-02346-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UNITED HEALTHCARE INSURANCE COMPANY AND UNITED BEHAVIORAL HEALTH'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>Action Filed:   May 21, 2014 |

1   [PROPOSED] ORDER

2   Before the Court is Defendants United Healthcare Insurance Company and United

3   Behavioral Health's Motion to Dismiss. Having reviewed the parties' submissions,

4   IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

5   IT IS HEREBY FURTHER ORDERED that Plaintiffs' Class Action Complaint is

6   DISMISSED in its entirety WITH PREJUDICE.

8   **IT IS SO ORDERED.**

10  Dated: _____

    The Honorable Joseph C. Spero
11  United States Magistrate Judge

12  SFACTIVE-903375403.2