UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, on behalf of themselves and all others similarly situated, and BRIAN MUIR, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendants. | Case No. 3:14-CV-02346-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UNITED HEALTHCARE INSURANCE COMPANY AND UNITED BEHAVIORAL HEALTH'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**<br><br>Action Filed:   May 21, 2014 |

[PROPOSED] ORDER

Before the Court is Defendants United Healthcare Insurance Company and United Behavioral Health's Motion to Transfer Venue under 28 U.S.C. § 1404(a) to the Southern District of New York. Having reviewed the parties' submissions,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that this case is TRANSFERRED to the SOUTHERN DISTRICT OF NEW YORK.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Joseph C. Spero
United States Magistrate Judge

SFACTIVE-903375410.2