# Exhibit 1

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED