# Exhibit 3

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED