# Exhibit 5

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED