# Exhibit 6

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED