

# Exhibit 2

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED