THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CHRISTOPHER FLYNN (admitted *pro hac vice*)
cflynn@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

Attorneys for Defendants
UNITED HEALTHCARE INSURANCE COMPANY
and UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, on behalf of themselves and all others similarly situated, and BRIAN MUIR, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br><br>**DECLARATION OF GERARD NIEWENHOUS IN SUPPORT OF MOTION OF DEFENDANTS UNITED HEALTHCARE INSURANCE COMPANY AND UNITED BEHAVIORAL HEALTH'S MOTIONS TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**<br><br>Date:        September 26, 2014<br>Time:        2:00 P.M.<br>Judge:       Hon. Joseph Spero<br>Courtroom:   G<br><br>Action Filed:  May 21, 2014 |

DECL. OF NIEWENHOUS ISO DEFENDANTS' MOT.
TO TRANSFER VENUE; CASE NO. 3:14-CV-02346-JCS

I, Gerard Niewenhous, MSW, ACSW, declare and state as follows:

1. I am employed by United Behavioral Health ("UBH"), and have worked at UBH since 2003. I am the Senior Director of Clinical Policy and Standards for UBH and the Vice-Chair and Committee Coordinator of the Behavioral Policy and Analytics Committee ("BPAC"). I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

2. In my capacity as Senior Director of Clinical Policy and Standards for UBH and as the Vice-Chair and Committee Coordinator of the BPAC, I am responsible for overseeing and administering the development and maintenance of the standards used for administering behavioral health benefits, including what are known as Level of Care Guidelines ("LOCs") and Coverage Determination Guidelines ("CDGs"). I am also involved in plan-by-plan mental health parity analysis. I am the head of the team responsible for the development of all of the LOCs and CDGs that UBH has promulgated since 2003, and work with one other staff member, Loretta Urban. I work in UBH's Eden Prairie, Minnesota offices. Ms. Urban works remotely in Florida.

3. I have reviewed the "Class Action Complaint" filed on May 21, 2014 by David and Natasha Wit and Brian Muir against United HealthCare Insurance Company and UBH (the "Complaint") and I am familiar with the LOCs and CDGs that are specifically identified in it. I was responsible for the development, approval and finalization of all of the LOCs and CDGs specifically identified in the Complaint that deal with mental health and/or substance use disorders (*see, e.g.,* Paragraphs 10-17, 19-22, 26, 34, 36-38, 40, 53-63, and 81-83). The UBH personnel who were responsible for developing those LOCs and CDGs are located outside of California. It is my understanding that the guideline referenced in Paragraph 23 of the Complaint is used to manage medical/surgical benefits, but it is not used by UBH to manage mental health or substance use disorder benefits.

//
//
//

-1-  DECL. OF NIEWENHOUS ISO DEFENDANTS' MOT.
TO TRANSFER VENUE; CASE NO. 3:14-CV-02346-JCS

I declare under penalty of perjury under the penalty of perjury that the foregoing is true and correct.

Executed this 17TH day of July, 2014, at 12:50, p.m.

[signature]

SFACTIVE-903373825.2

-2- DECL. OF NIEWENHOUS ISO DEFENDANTS' MOT. TO TRANSFER VENUE; CASE NO. 3:14-CV-02346-JCS