1  THOMAS F. KOEGEL (SBN 125852)
   tkoegel@crowell.com
2  NATHANIEL P. BUALAT (SBN 226917)
   nbualat@crowell.com
3  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
4  San Francisco, California  94111
   Telephone: 415.986.2800
5  Facsimile: 415.986.2827

6  CHRISTOPHER FLYNN (admitted *pro hac vice*)
   cflynn@crowell.com
7  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004-2595
   Telephone: (202) 624-2500
9  Facsimile: (202) 628-5116

10 JENNIFER S. ROMANO (SBN 195953)
   jromano@crowell.com
11 CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
12 Los Angeles, California 90071
   Telephone: (213) 622-4750
13 Facsimile: (213) 622-2690

14 Attorneys for Defendants
   UNITED HEALTHCARE INSURANCE COMPANY
15 and UNITED BEHAVIORAL HEALTH

16                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
17                  SAN FRANCISCO DIVISION

18 DAVID AND NATASHA WIT, on behalf         Case No. 3:14-CV-02346-JCS
   of themselves and all others similarly
19 situated, and BRIAN MUIR, on his own     **DECLARATION OF NATHANIEL P.**
   behalf and on behalf of all others similarly  **BUALAT IN SUPPORT OF DEFENDANTS**
20 situated,                                **UNITED HEALTHCARE INSURANCE**
                                            **COMPANY AND UNITED BEHAVIORAL**
21                Plaintiffs,               **HEALTH'S MOTION TO CHANGE**
                                            **VENUE PURSUANT TO 28 U.S.C. § 1404(a)**
22     v.
                                            Date:        September 26, 2014
23 UNITED HEALTHCARE INSURANCE              Time:        2:00 P.M.
   COMPANY and UNITED BEHAVIORAL            Judge:       Hon. Joseph Spero
24 HEALTH (operating as OPTUMHEALTH         Courtroom:   G
   BEHAVIORAL SOLUTIONS),
25                                          Action Filed:   May 21, 2014
                  Defendants.
26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DECL. OF BUALAT ISO DEFENDANTS' MOT. TO
TRANSFER VENUE; CASE NO. 3:14-CV-02346-JCS

SFACTIVE-903375861.1

1   I, Nathaniel P. Bualat, declare and state as follows:

2        1.     I am an attorney licensed to practice before all of the courts of the State of

3   California and have been admitted to practice before this Court.  I am a Counsel with the law firm

4   of Crowell & Moring LLP, counsel of record for defendants United Healthcare Insurance

5   Company and United Behavioral Health (collectively, "Defendants"), the two defendants in this

6   action.  I am one of the Crowell & Moring LLP attorneys responsible for the day-to-day

7   management of this action.  I have personal knowledge of the facts set forth herein.

8        2.     Attached as Exhibit 1 is a true and correct copy of "Table X-1A.  U.S. District

9   Courts–Weighted and Unweighted Filings per Authorized Judgeship During the 12-Month Period

10   Ending September 20, 2013," obtained from the website of the Administrative Office of the U.S.

11   Courts at the following address:

12   http://www.uscourts.gov/uscourts/Statistics/JudicialBusiness/2013/appendices/X01ASep13.pdf.

13        I declare under penalty of perjury that the foregoing is true and correct.

14        Executed this 18th day of July, 2014, at San Francisco, California.

 

                               /s/ Nathaniel P. Bualat
                               NATHANIEL P. BUALAT

Crowell
& Moring LLP
Attorneys At Law

DECL. OF BUALAT ISO DEFENDANTS' MOT. TO
TRANSFER VENUE; CASE NO. 3:14-CV-02346-JCS

SFACTIVE-903375861.1