

Exhibit 1

**Table X-1A.**
**U.S. District Courts—Weighted and Unweighted Filings per Authorized Judgeship**
**During the 12-Month Period Ending September 30, 2013**

| District | | Judgeships | Weighted Filings per Judgeship | | | | Unweighted Filings per Judgeship | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Civil | Criminal | Supervision Hearings | Total | Civil | Criminal | Supervision Hearings | Total |
| | TOTAL | 673 | 432 | 107 | 5.58 | 545 | 400 | 135 | 37.86 | 573 |
| DC | | 15 | 179 | 36 | 1.48 | 216 | 129 | 35 | 10.47 | 174 |
| | 1ST | | | | | | | | | |
| ME | | 3 | 165 | 74 | 3.75 | 243 | 156 | 72 | 23.00 | 251 |
| MA | | 13 | 285 | 37 | 2.74 | 325 | 236 | 38 | 19.08 | 293 |
| NH | | 3 | 204 | 45 | 2.69 | 252 | 184 | 49 | 18.67 | 252 |
| RI | | 3 | 225 | 60 | 1.63 | 287 | 309 | 63 | 11.67 | 384 |
| PR | | 7 | 163 | 288 | 2.83 | 454 | 137 | 295 | 20.00 | 452 |
| | 2ND | | | | | | | | | |
| CT | | 8 | 286 | 47 | 3.02 | 336 | 234 | 48 | 21.00 | 303 |
| NY,N | | 5 | 328 | 81 | 6.84 | 416 | 325 | 113 | 47.80 | 486 |
| NY,E | | 15 | 541 | 55 | 3.76 | 600 | 458 | 59 | 26.47 | 543 |
| NY,S | | 28 | 407 | 62 | 3.47 | 472 | 313 | 60 | 24.79 | 398 |
| NY,W | | 4 | 493 | 125 | 19.69 | 638 | 490 | 144 | 140.50 | 775 |
| VT | | 2 | 169 | 113 | 4.42 | 286 | 164 | 115 | 31.00 | 310 |
| | 3RD | | | | | | | | | |
| DE | | 4 | 1,906 | 36 | 1.17 | 1,943 | 545 | 37 | 7.25 | 589 |
| NJ | | 17 | 496 | 48 | 1.91 | 546 | 432 | 55 | 13.47 | 500 |
| PA,E | | 22 | 363 | 35 | 2.36 | 400 | 328 | 35 | 16.32 | 379 |
| PA,M | | 6 | 492 | 65 | 2.77 | 560 | 527 | 69 | 17.33 | 613 |
| PA,W | | 10 | 274 | 51 | 2.16 | 327 | 257 | 53 | 11.80 | 322 |
| | 4TH | | | | | | | | | |
| MD | | 10 | 390 | 101 | 2.46 | 493 | 378 | 154 | 16.80 | 549 |
| NC,E | | 4 | 486 | 207 | 7.86 | 701 | 517 | 372 | 47.75 | 937 |
| NC,M | | 4 | 262 | 128 | 4.21 | 394 | 296 | 133 | 27.25 | 456 |
| NC,W | | 5 | 261 | 143 | 7.86 | 412 | 256 | 148 | 51.20 | 455 |
| SC | | 10 | 338 | 87 | 5.07 | 430 | 347 | 91 | 33.50 | 472 |
| VA,E | | 11 | 374 | 118 | 7.30 | 499 | 304 | 224 | 47.64 | 576 |
| VA,W | | 4 | 265 | 121 | 6.17 | 392 | 305 | 122 | 34.50 | 462 |
| WV,N | | 3 | 255 | 128 | 10.19 | 393 | 232 | 125 | 69.00 | 426 |
| WV,S | | 5 | 3,374 | 69 | 4.70 | 3,448 | 5,422 | 68 | 32.20 | 5,522 |

## Table X-1A. (September 30, 2013—Continued)

| District | Judgeships | Weighted Filings per Judgeship | | | | Unweighted Filings per Judgeship | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Civil | Criminal | Supervision Hearings | Total | Civil | Criminal | Supervision Hearings | Total |
| **5TH** | | | | | | | | | |
| LA,E | 12 | 641 | 33 | 0.83 | 675 | 488 | 36 | 5.75 | 530 |
| LA,M | 3 | 284 | 55 | 1.90 | 341 | 282 | 66 | 10.33 | 358 |
| LA,W | 7 | 360 | 41 | 2.22 | 403 | 465 | 50 | 14.57 | 530 |
| MS,N | 3 | 262 | 82 | 0.87 | 345 | 255 | 80 | 4.67 | 340 |
| MS,S | 6 | 349 | 60 | 4.68 | 414 | 331 | 65 | 27.83 | 424 |
| TX,N | 12 | 519 | 114 | 4.35 | 637 | 557 | 125 | 27.75 | 710 |
| TX,E | 8 | 1,079 | 134 | 0.29 | 1,213 | 481 | 140 | 1.88 | 623 |
| TX,S | 19 | 323 | 251 | 16.63 | 591 | 301 | 379 | 113.84 | 794 |
| TX,W | 13 | 258 | 397 | 20.09 | 675 | 248 | 612 | 141.00 | 1,001 |
| **6TH** | | | | | | | | | |
| KY,E | 5.50 | 215 | 136 | 5.15 | 356 | 235 | 131 | 35.64 | 402 |
| KY,W | 4.50 | 357 | 77 | 2.50 | 437 | 392 | 129 | 15.33 | 536 |
| MI,E | 15 | 412 | 67 | 2.48 | 481 | 371 | 70 | 16.93 | 458 |
| MI,W | 4 | 441 | 103 | 6.24 | 550 | 455 | 108 | 43.75 | 607 |
| OH,N | 11 | 351 | 77 | 3.83 | 432 | 371 | 78 | 26.64 | 476 |
| OH,S | 8 | 391 | 86 | 5.43 | 482 | 326 | 91 | 32.88 | 450 |
| TN,E | 5 | 363 | 173 | 4.72 | 541 | 316 | 172 | 33.60 | 522 |
| TN,M | 4 | 487 | 78 | 4.92 | 570 | 432 | 77 | 32.00 | 541 |
| TN,W | 5 | 288 | 140 | 9.74 | 438 | 264 | 137 | 64.20 | 465 |
| **7TH** | | | | | | | | | |
| IL,N | 22 | 490 | 43 | 2.64 | 536 | 423 | 45 | 18.41 | 486 |
| IL,C | 4 | 331 | 110 | 5.31 | 446 | 357 | 118 | 34.50 | 510 |
| IL,S | 4 | 660 | 120 | 5.30 | 785 | 945 | 120 | 35.00 | 1100 |
| IN,N | 5 | 410 | 80 | 4.44 | 494 | 422 | 81 | 25.20 | 528 |
| IN,S | 5 | 625 | 97 | 1.53 | 724 | 584 | 97 | 9.20 | 690 |
| WI,E | 5 | 316 | 66 | 5.25 | 387 | 286 | 65 | 37.40 | 388 |
| WI,W | 2 | 539 | 80 | 4.80 | 624 | 462 | 84 | 34.00 | 580 |

## Table X-1A. (September 30, 2013—Continued)

| District | Judgeships | Weighted Filings per Judgeship | | | | Unweighted Filings per Judgeship | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Civil | Criminal | Supervision Hearings | Total | Civil | Criminal | Supervision Hearings | Total |
| **8TH** | | | | | | | | | |
| AR,E | 5 | 334 | 86 | 3.77 | 424 | 355 | 94 | 24.20 | 473 |
| AR,W | 3 | 300 | 131 | 2.93 | 434 | 357 | 145 | 20.00 | 522 |
| IA,N | 2 | 203 | 162 | 17.65 | 383 | 230 | 178 | 83.50 | 492 |
| IA,S | 3 | 236 | 122 | 10.26 | 368 | 243 | 125 | 63.00 | 431 |
| MN | 7 | 490 | 43 | 5.26 | 538 | 449 | 44 | 36.43 | 529 |
| MO,E | 8 | 320 | 92 | 6.01 | 418 | 311 | 101 | 36.88 | 449 |
| MO,W | 6 | 358 | 177 | 6.06 | 541 | 384 | 179 | 41.17 | 604 |
| NE | 3 | 243 | 225 | 15.33 | 483 | 209 | 244 | 107.00 | 560 |
| ND | 2 | 143 | 262 | 8.30 | 413 | 134 | 265 | 57.00 | 456 |
| SD | 3 | 105 | 249 | 8.81 | 363 | 103 | 241 | 59.67 | 404 |
| **9TH** | | | | | | | | | |
| AK | 3 | 111 | 77 | 0.56 | 189 | 97 | 82 | 4.00 | 183 |
| AZ | 13 | 331 | 295 | 17.90 | 644 | 341 | 527 | 127.62 | 996 |
| CA,N | 14 | 562 | 52 | 4.36 | 618 | 426 | 60 | 30.14 | 516 |
| CA,E | 6 | 754 | 157 | 8.53 | 920 | 754 | 180 | 60.33 | 994 |
| CA,C | 28 | 596 | 52 | 4.28 | 652 | 504 | 59 | 30.07 | 593 |
| CA,S | 13 | 286 | 264 | 16.18 | 566 | 232 | 424 | 114.85 | 771 |
| HI | 4 | 203 | 90 | 5.49 | 298 | 168 | 94 | 37.50 | 300 |
| ID | 2 | 320 | 158 | 5.74 | 484 | 287 | 166 | 41.00 | 494 |
| MT | 3 | 235 | 142 | 7.54 | 385 | 216 | 137 | 49.67 | 403 |
| NV | 7 | 454 | 98 | 5.04 | 557 | 404 | 105 | 34.86 | 544 |
| OR | 6 | 413 | 96 | 8.47 | 517 | 385 | 110 | 60.33 | 555 |
| WA,E | 4 | 182 | 155 | 17.45 | 354 | 193 | 153 | 122.75 | 469 |
| WA,W | 7 | 528 | 99 | 6.82 | 634 | 490 | 164 | 46.86 | 701 |
| **10TH** | | | | | | | | | |
| CO | 7 | 587 | 72 | 4.42 | 663 | 479 | 88 | 31.00 | 598 |
| KS | 6 | 267 | 123 | 6.08 | 396 | 254 | 149 | 40.67 | 444 |
| NM | 7 | 207 | 361 | 12.29 | 580 | 176 | 583 | 87.29 | 846 |
| OK,N | 3.50 | 247 | 78 | 2.81 | 328 | 228 | 83 | 19.71 | 331 |
| OK,E | 1.50 | 344 | 77 | 2.29 | 423 | 371 | 77 | 16.00 | 464 |
| OK,W | 6 | 245 | 72 | 4.16 | 321 | 230 | 106 | 25.17 | 361 |
| UT | 5 | 371 | 118 | 9.95 | 499 | 268 | 188 | 70.40 | 526 |
| WY | 3 | 102 | 108 | 5.87 | 216 | 94 | 132 | 39.67 | 266 |

## Table X-1A. (September 30, 2013—Continued)

| District | Judgeships | Weighted Filings per Judgeship | | | | Unweighted Filings per Judgeship | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Civil | Criminal | Supervision Hearings | Total | Civil | Criminal | Supervision Hearings | Total |
| **11TH** | | | | | | | | | |
| AL,N | 8 | 346 | 55 | 2.50 | 404 | 316 | 66 | 14.50 | 397 |
| AL,M | 3 | 378 | 93 | 3.31 | 474 | 333 | 105 | 20.00 | 458 |
| AL,S | 3 | 247 | 139 | 5.95 | 392 | 209 | 141 | 38.67 | 389 |
| FL,N | 4 | 521 | 93 | 5.20 | 619 | 494 | 127 | 31.75 | 653 |
| FL,M | 15 | 579 | 93 | 4.31 | 676 | 541 | 103 | 29.33 | 673 |
| FL,S | 18 | 537 | 121 | 3.50 | 662 | 449 | 137 | 23.67 | 610 |
| GA,N | 11 | 486 | 59 | 2.90 | 548 | 464 | 64 | 17.73 | 546 |
| GA,M | 4 | 306 | 114 | 1.94 | 422 | 343 | 172 | 13.00 | 528 |
| GA,S | 3 | 340 | 163 | 9.53 | 513 | 351 | 246 | 52.67 | 650 |

NOTE: Case weights are based on the 2003-2004 district court case weighting study conducted by the Federal Judicial Center. This table excludes civil cases arising by reopening, remand, or transfer to the district by order of the Judicial Panel on Multidistrict Litigation. This table includes defendants in all felony and Class A misdemeanor cases, but includes only those petty offense defendants whose cases have been assigned to district judges. Remands and reopenings for criminal defendants are excluded. This table excludes data for the territorial courts. Data are reported for supervised release and probation hearings (both evidentiary and non-evidentiary) previously not presented in this table. Data are obtained from the monthly reports of trials and other court activities conducted by resident and visiting judges. Due to rounding, subtotals for weighted and unweighted civil,