UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, on behalf of themselves and all others similarly situated, and BRIAN MUIR, on his own behalf and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>   Defendants. | Case No. 3:14-CV-02346-JCS<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS UNITED HEALTHCARE INSURANCE COMPANY AND UNITED BEHAVIORAL HEALTH'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF AND EXHIBITS TO THE DECLARATIONS OF JENNIFER D. THOMPSON KINBERGER AND JANE E. STALINSKI**<br><br>Action Filed:   May 21, 2014 |

[~~PROPOSED~~] ORDER

Before the Court is Defendants United Healthcare Insurance Company and United Behavioral Health's Administrative Motion to Seal Portions of and Exhibits to the Declarations of Jennifer D. Thompson Kinberger and Jane E. Stalinski. Having reviewed the parties' submissions,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the following documents or portions of documents shall be filed under seal:

- Portions of the Declaration of Jennifer D. Thompson Kinberger in Support of Defendants United Healthcare Insurance Company and United Behavioral Health's Motion to Transfer Venue under 28 U.S.C. § 1404(a) ("Kinberger Declaration"), as identified with highlighting in the versions submitted to the Court;
- Exhibits 1-3 to the Kinberger Declaration in their entirety;
- Portions of the Declaration of Jane E. Stalinski in Support of Defendants United Healthcare Insurance Company and United Behavioral Health's Motions to Transfer Venue under 28 U.S.C. § 1404(a), to Dismiss, and to Seal ("Stalinski Declaration"), as identified with highlighting in the versions submitted to the Court; and
- Exhibits 1, 3, 5 and 6 of the Stalinski Declaration in their entirety.

**IT IS SO ORDERED.**

Dated: 7/21/14

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

SFACTIVE-903375875.1