1  THOMAS F. KOEGEL (SBN 125852)
   tkoegel@crowell.com
2  NATHANIEL P. BUALAT (SBN 226917)
   nbualat@crowell.com
3  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
4  San Francisco, California 94111
   Telephone: 415.986.2800
5  Facsimile: 415.986.2827

6  CHRISTOPHER FLYNN (admitted *pro hac vice*)
   cflynn@crowell.com
7  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004-2595
   Telephone: (202) 624-2500
9  Facsimile: (202) 628-5116

10 JENNIFER S. ROMANO (SBN 195953)
   jromano@crowell.com
11 CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
12 Los Angeles, California 90071
   Telephone: (213) 622-4750
13 Facsimile: (213) 622-2690

14 Attorneys for Defendants
   UNITED HEALTH-CARE INSURANCE COMPANY
15 and UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, on behalf of themselves and all others similarly situated, and BRIAN MUIR, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendants. | Case No. 3:14-CV-02346-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING (1) DEADLINES FOR PLAINTIFFS' FILING OF AMENDED COMPLAINT AND DEFENDANTS' RESPONSE TO AMENDED COMPLAINT, (2) SETTING BRIEFING SCHEDULE FOR ANY RESPONSIVE MOTION, AND (3) RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES**<br><br>[Civil L. R. 6-1; 6-2; 16-2(e)] |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIP. AND [PROPOSED ORDER] RE TIME TO FILE
AND RESPOND TO AMENDED COMPL.; BRIEFING
SCHEDULE & CMC; CASE NO. 3:14-CV-02346-JCS

1   WHEREAS, on May 21, 2014, Plaintiffs David Wit, Natasha Wit, and Brian Muir
2   (collectively "Plaintiffs") filed a complaint ("Complaint") against Defendants United Healthcare
3   Insurance Company and United Behavioral Health (collectively "Defendants");
4   WHEREAS, on May 28, 2014, Plaintiffs served on Defendants the summons and
5   Complaint;
6   WHEREAS, on June 16, 2014, the parties filed a Stipulation and [Proposed] Order, which
7   (i) set the deadline for Defendants' responses to the Complaint for July 18, 2014, set the deadline
8   for Plaintiffs' response to any motions filed by Defendants to August 18, 2014, set the deadline
9   for any reply brief filed by Defendants to September 3, 2014, set a hearing for September 26,
10  2014 and (ii) rescheduled the Initial Case Management Conference and the deadlines imposed by
11  Federal Rules of Civil Procedure, Rule 26;
12  WHEREAS, on June 18, 2014, the Court entered an order adopting the schedule set forth
13  in the parties' June 16, 2014 Stipulation;
14  WHEREAS, after June 18, 2014, Defendants determined that there were both factual and
15  legal bases to respond to the complaint by filing a Motion to Transfer Venue and a Motion to
16  Dismiss;
17  WHEREAS, on July 18, 2014, Defendants filed a Motion to Transfer Venue and a Motion
18  to Dismiss;
19  WHEREAS, the parties, through their respective counsel, conferred electronically and
20  telephonically between July 21 and 25, 2014, to discuss (i) Plaintiffs' intent to file an amended
21  complaint, (ii) the impact of an amended complaint on the pending Motion to Dismiss and
22  Motion to Transfer Venue, (iii) the inefficiencies that could be created by adherence to the
23  previously suggested and approved schedule; (iv) a schedule that would efficiently and
24  expeditiously allow for resolution of Defendants' pending Motion to Transfer Venue and any
25  motion filed in response to Plaintiffs' proposed amended complaint; and (v) Rule 26 deadlines;
26  WHEREAS, Defendants intend to keep the pending Motion to Transfer Venue on
27  calendar with the existing briefing and hearing schedule.  Defendants, however, reserve the right
28  to withdraw the pending Motion to Transfer and file a new motion to transfer, if warranted based

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIP. AND [PROPOSED ORDER] RE TIME TO FILE
AND RESPOND TO AMENDED COMPL.; BRIEFING
SCHEDULE & CMC; CASE NO. 3:14-CV-02346-JCS

on new allegations in Plaintiffs' amended complaint. Defendants do not agree that any new motion to transfer venue that may be filed by them will be subject to any briefing or hearing schedule set forth below; and

WHEREAS, the parties accordingly have agreed, subject to the approval of the Court, on the following schedule for the filing of an amended complaint and any responses to it, the Initial Case Management Conference, and Rule 26 deadlines, and the parties have also agreed to leave the existing briefing and hearing schedule for Defendants' pending Motion to Transfer Venue unchanged:

**IT IS HEREBY STIPULATED AND AGREED** that, subject to the approval of the Court:

1. Except with respect to the briefing and hearing schedule for Defendants' pending Motion to Transfer Venue, which are set forth in the paragraphs below, the dates and deadlines set forth in the current case schedule shall be vacated;

2. Plaintiffs shall have until August 18, 2014 to file (i) an amended complaint and (ii) any opposition to Defendants' pending Motion to Transfer Venue;

3. Defendants shall have until September 3, 2014 to file their reply to any opposition to Defendants' pending Motion to Transfer Venue filed by Plaintiffs;

4. Defendants shall have until September 10, 2014 to file their responses to the amended complaint (excluding any new motion to transfer venue);

5. The hearing for Defendants' pending Motion to Transfer Venue shall remain set for September 26, 2014 at 2:00 PM;

6. Plaintiffs shall have until October 10, 2014 to file their opposition to any motion Defendants file in response to the amended complaint (excluding any new motion to transfer venue);

7. Defendants shall have until October 31, 2014 to file their reply in further support of any motion they file in response to the amended complaint (excluding any new motion to transfer venue);

8. The hearing for any motion filed by the Defendants in response to the amended

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

STIP. AND [PROPOSED ORDER] RE TIME TO FILE AND RESPOND TO AMENDED COMPL.; BRIEFING SCHEDULE & CMC; CASE NO. 3:14-CV-02346-JCS

1  complaint shall be on November 14, 2014 at 2:00 PM (excluding any new motion to transfer
2  venue);
3      9.   The last day for the parties to conduct their Rule 26(f) Conference shall be
4  September 26, 2014;
5      10.  The last day to exchange initial disclosures under Rule 26(a)(1) and file a Rule
6  26(f) Report shall be October 10, 2014;
7      11.  The last day to file a Case Management Statement shall be November 7, 2014; and
8      12.  The Initial Case Management Conference shall be continued from September 26,
9  2014, to November 14, 2014 at 2:00 p.m.

Dated: July 25, 2014                                     CROWELL & MORING LLP

                                                         /s/ Nathaniel P. Bualat

                                                         Christopher Flynn
                                                         Jennifer D. Romano
                                                         Nathaniel P. Bualat
                                                         Attorneys for Defendants
                                                 UNITED HEALTH-CARE INSURANCE COMPANY
                                                     and UNITED BEHAVIORAL HEALTH


Dated: July 25, 2014                                     ZUCKERMAN SPAEDER LLP

                                                         /s/ Jason S. Cowart

                                                         D. Brian Hufford
                                                         Jason S. Cowart
                                                         Attorneys for Plaintiffs
                                                 DAVID AND NATASHA WIT and BRIAN MUIR

//
//

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-   STIP. AND [PROPOSED ORDER] RE TIME TO FILE AND RESPOND TO AMENDED COMPL.; BRIEFING SCHEDULE & CMC; CASE NO. 3:14-CV-02346-JCS

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 25, 2014                                  /s/ Nathaniel P. Bualat
                                                                Nathaniel P. Bualat

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Except with respect to the briefing and hearing schedule for Defendants' pending Motion to Transfer Venue, which are set forth in the paragraphs below, the dates and deadlines set forth in the current case schedule shall be vacated;

2. Plaintiffs shall have until August 18, 2014 to file (i) an amended complaint and (ii) any opposition to Defendants' pending Motion to Transfer Venue;

3. Defendants shall have until September 3, 2014 to file their reply to any opposition to Defendants' pending Motion to Transfer Venue filed by Plaintiffs;

4. Defendants shall have until September 10, 2014 to file their responses to the amended complaint (excluding any new motion to transfer venue);

5. The hearing for Defendants' pending Motion to Transfer Venue shall remain set for September 26, 2014 at 2:00 PM;

6. Plaintiffs shall have until October 10, 2014 to file their opposition to any motion Defendants file in response to the amended complaint (excluding any new motion to transfer venue);

7. Defendants shall have until October 31, 2014 to file their reply in further support of any motion they file in response to the amended complaint (excluding any new motion to transfer venue);

8. The hearing for any motion filed by the Defendants in response to the amended complaint shall be on November 14, 2014 at 2:00 PM (excluding any new motion to transfer

CROWELL & MORING LLP
ATTORNEYS AT LAW

-4-

STIP. AND [PROPOSED ORDER] RE TIME TO FILE AND RESPOND TO AMENDED COMPL.; BRIEFING SCHEDULE & CMC; CASE NO. 3:14-CV-02346-JCS

1  venue);

2      9.    The last day for the parties to conduct their Rule 26(f) Conference shall be

3  September 26, 2014;

4      10.    The last day to exchange initial disclosures under Rule 26(a)(1) and file a Rule

5  26(f) Report shall be October 10, 2014;

6      11.    The last day to file a Case Management Statement shall be November 7, 2014; and

7      12.    The Initial Case Management Conference shall be continued from September 26,

8  2014, to November 14, 2014 at 2:00 p.m.

Dated: _____, 2014

                                                            Hon. Joseph C. Spero
                                          United States Magistrate Judge

SFACTIVE-903381986.2

CROWELL & MORING LLP
ATTORNEYS AT LAW

-5-

STIP. AND [PROPOSED ORDER] RE TIME TO FILE
AND RESPOND TO AMENDED COMPL.; BRIEFING
SCHEDULE & CMC; CASE NO. 3:14-CV-02346-JCS