# EXHIBIT 1

Home | Profile | Connections | Jobs | Interests | Business Services | Upgrade

The Top Trial Lawyers - Million Dollar Advocates Forum. Are you qualified for membership? | Read More »

# Jenn Thompson Kinberger  3rd
Business Operations Assurance Consultant at UnitedHealth Group
Greater San Diego Area | Insurance

| | |
|---|---|
| Previous | UnitedHealth Group, MedImpact, Chestnut Health Systems |
| Education | University of California, San Diego |

Connect | Send Jenn InMail | ▼

**111** connections

www.linkedin.com/pub/jenn-thompson-kinberger/5/552/151

## Background

### Experience

**Business Operations Assurance Consultant**
UnitedHealth Group
June 2012 – Present (2 years 3 months)

**Sr. Regulatory Affairs Specialist**
UnitedHealth Group
October 2008 – June 2012 (3 years 9 months)

**Regulatory Compliance Administrator**
MedImpact
July 2006 – October 2008 (2 years 4 months)

**Compliance Specialist**
UnitedHealth Group
September 2002 – July 2006 (3 years 11 months)

**Intake/EAP Specialist**
UnitedHealth Group
October 2000 – September 2002 (2 years)

**Addiction Therapist**
Chestnut Health Systems
June 1999 – August 2000 (1 year 3 months)

### Volunteer Experience & Causes

**Volunteer Gardener**
Backyard Produce Project

### Certifications

---

**People Similar to Jenn**



**Dawn VanMeeteren** 3rd
Compliance Investigator at UnitedHealthcare
Connect



**People Also Viewed**


**Jennifer H.**
Experienced Trainer & Sales Representative


**Jennifer Thompson**
--Childcare/Daycare Provider


**Jen Thompson**
Criminal Defense Investigator at Maricopa County Public Defender's Office


**Jennifer Thompson**
Administrative Girl Friday at Warner Springs Ranch


**Jennifer Wilson**
Software Configuration Management at General Atomics Aeronautical Systems


**Cathy Sommers**
Human Resources Ops Mngr at EMC Document Sciences


**Jennifer Thompson Mehr**
Sensory Consultant


**Tim Walkusky, PHR**
Human Resources Generalist


**jennifer Thompson**
Upper Management at Home

**Jennifer Thompson**
Independent Medical Practice Professional

#### Certified Legal Assistant
National Association of Legal Assistants, License 22725

Organizations

**National Association of Legal Assistants**

Skills & Endorsements

| | |
|---|---|
| 4 Regulatory Affairs | ▸ |
| 3 Healthcare Information… | ▸ |
| 2 Credentialing | ▸ |
| 1 Managed Care | ▸ |
| 1 Employee Relations | ▸ |
| 1 Policy | ▸ |

Insurance

Pharmacy Benefit…

Education

**University of California, San Diego**
Certificate, Paralegal (Extension Program)
2002 – 2005

**Illinois State University**
MA, Counseling Psychology
1997 – 1999

**University of Tulsa**
BA, Psychology
1993 – 1997

### How You're Connected

You

[Rita Srivastava](#)

Rita can introduce you to someone who knows Jenn
Get introduced ▸

Jenn Thompson Kinberger

---

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Small Business | Mobile | Developers | Language | Upgrade Your Account

LinkedIn Corporation © 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback