# EXHIBIT 3

 

About BreEZe    FAQ's    Help Tutorials

Skip navigation

Logon | Contact Us

## License Details

The Department of Consumer Affairs encourages you to verify the license statuses of any licensees that may appear in a 'Related License' section below. You can verify these licensees by selecting 'New Search' and conducting a new search using the 'Search by Personal or Business Name' option. Please note that the 'Related License' section will only appear below if this license is related to another license. Not all licensees have a related license.

If the License Details below include 'Date of Graduation', the month and date of graduation may not be available. In this instance it will be displayed as '01/01/YYYY' where YYYY represents the year of graduation. Please note that not all license types disclose 'Date of Graduation' on the License Details screen.

Press "Previous Record" to display the previous license.
Press "Next Record" to display the next license.
Press "Search Results" to return to the Search Results list.
Press "New Search Criteria" to do another search of this type.
Press "New Search" to start a new search.

**License Number: 43378**    **Current Date: 08/18/2014 04:22 PM**

| | |
|---|---|
| Name: | MEE-LEE, DAVID |
| License Type: | Physician and Surgeon C |
| License Status: | License Renewed & Current |
| Expiration Date: | 08/31/2016 |
| School Name: | AST05 - UNIVERSTIY OF QUEENSLAND MEDICAL SCHOOL |
| Date of Graduation: | 01/01/1972 |
| Original Issuance Date: | 01/30/1997 |

**Addresses**

| License Specific Public/Mailing Address (Required) | Address | 4228 Boxelder Pl |
|---|---|---|
| | | DAVIS , CA |
| | | YOLO |
| | | 95618-6062 |
| | | US |
| | | View on a map |

**Survey Information**

The following information is **self-reported by the licensee and has not been verified by the Board.**

| | |
|---|---|
| Are you retired? | No |
| Activities in Medicine | Other - 20-29 Hours |
| | Teaching - 20-29 Hours |
| Patient Care Practice Location | Not identified |
| Patient Care Secondary Practice Location | Not identified |
| Telemedicine Practice Location | Not identified |
| Telemedicine Secondary Practice Location | Not identified |
| Current Training Status | Not in Training |
| Areas of Practice | Other - Not Listed - Secondary |
| | Psychiatry - Primary |

| | |
|---|---|
| Board Certifications | **American Board of Psychiatry and Neurology - Addiction Psychiatry** |
| Postgraduate Training Years | **9+ Years** |
| Cultural Background | **Declined to Disclose** |
| Foreign Language Proficiency | **Declined to Disclose** |
| Gender | **Male** |

**Public Record Actions**

| | |
|---|---|
| **Administrative Disciplinary Actions** | None found |
| **Court Order** | None found |
| **Misdemeanor Conviction** | None found |
| **Felony Conviction** | None found |
| **Malpractice Judgment** | None found |
| **Hospital Disciplinary Action** | None found |
| **License Issued with Public Letter of Reprimand** | None found |
| **Administrative Citation Issued** | None found |
| **Administrative Action Taken by Other State or Federal Government** | None found |
| **Arbitration Award** | None found |

[Previous Record]  [Next Record]  [Search Results]  [New Search Criteria]  [New Search]  [Print]

Back to Top | Conditions of Use | Privacy Policy | Accessibility
Copyright © 2013 State of California