# EXHIBIT 4

## U.S. District Court — Judicial Caseload Profile

**NEW YORK SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2009 | Sep 30 2010 | Mar 31 2011 | Mar 31 2012 | Mar 31 2013 | Mar 31 2014 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | 14,384 | 12,825 | 12,173 | 12,678 | 11,889 | 12,129 | | |
| | | Terminations | 13,471 | 12,833 | 20,916 | 11,925 | 12,118 | 12,036 | | |
| | | Pending | 27,912 | 28,337 | 19,700 | 19,682 | 18,664 | 18,689 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -15.7 | -5.4 | -0.4 | -4.3 | 2.0 | | 39 | 3 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | | Vacant Judgeship Months [2] | 4.4 | 31.9 | 59.5 | 81.5 | 70.0 | 32.9 | | |
| Actions per Judgeship | Filings | Total | 514 | 458 | 435 | 453 | 425 | 433 | 65 | 4 |
| | | Civil | 428 | 374 | 346 | 369 | 342 | 355 | 44 | 3 |
| | | Criminal Felony | 64 | 62 | 67 | 62 | 59 | 54 | 77 | 4 |
| | | Supervised Release Hearings | 22 | 23 | 22 | 22 | 24 | 25 | 60 | 5 |
| | Pending Cases | | 997 | 1,012 | 704 | 703 | 667 | 667 | 14 | 3 |
| | Weighted Filings [2] | | 557 | 496 | 483 | 523 | 483 | 476 | 39 | 3 |
| | Terminations | | 481 | 458 | 747 | 426 | 433 | 430 | 62 | 4 |
| | Trials Completed | | 10 | 9 | 9 | 13 | 14 | 16 | 59 | 4 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 12.7 | 13.5 | 13.7 | 14.3 | 15.9 | 15.2 | 87 | 5 |
| | | Civil [2] | 6.4 | 8.1 | 38.5 | 7.6 | 8.3 | 8.1 | 25 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 31.4 | 33.6 | 30.4 | 27.5 | 30.4 | 31.0 | 52 | 1 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 4,080 17.7 | 10,317 44.3 | 3,565 24.7 | 4,210 29.2 | 3,507 26.2 | 3,445 25.4 | 91 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.8 | 1.7 | 2.0 | 1.9 | 1.8 | | |
| | Jurors | Avg. Present for Jury Selection | 91.7 | 90.0 | 90.8 | 70.0 | 85.1 | 91.1 | | |
| | | Percent Not Selected or Challenged | 59.0 | 53.6 | 53.6 | 56.4 | 59.0 | 56.6 | | |

| 2014 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 9,941 | 454 | 754 | 1,280 | 59 | 76 | 1,328 | 1,292 | 602 | 659 | 2,103 | 123 | 1,211 |
| Criminal [1] | 1,487 | 10 | 679 | 66 | 162 | 298 | 59 | 38 | 9 | 80 | 16 | 11 | 59 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.
[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2009 | Sep 30 2010 | Mar 31 2011 | Mar 31 2012 | Mar 31 2013 | Mar 31 2014 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 7,790 | 7,590 | 7,708 | 8,315 | 7,816 | 7,422 | | |
| | Terminations | | 7,573 | 8,824 | 8,115 | 8,063 | 7,931 | 7,672 | | |
| | Pending | | 8,959 | 7,665 | 7,210 | 7,311 | 6,989 | 6,696 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -4.7 | -2.2 | -3.7 | -10.7 | -5.0 | | 68 | 11 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months [2] | | 22.0 | 33.9 | 29.1 | 17.4 | 39.6 | 32.4 | | |
| **Actions per Judgeship** | Filings | Total | 556 | 542 | 551 | 594 | 558 | 530 | 37 | 8 |
| | | Civil | 433 | 435 | 454 | 491 | 474 | 441 | 29 | 5 |
| | | Criminal Felony | 79 | 64 | 59 | 72 | 58 | 56 | 74 | 13 |
| | | Supervised Release Hearings | 44 | 43 | 37 | 31 | 27 | 33 | 40 | 9 |
| | Pending Cases | | 640 | 548 | 515 | 522 | 499 | 478 | 41 | 6 |
| | Weighted Filings [2] | | 607 | 593 | 611 | 658 | 652 | 615 | 18 | 4 |
| | Terminations | | 541 | 630 | 580 | 576 | 567 | 548 | 30 | 7 |
| | Trials Completed | | 6 | 12 | 13 | 20 | 11 | 10 | 87 | 14 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 6.7 | 8.7 | 9.7 | 8.4 | 9.6 | 10.8 | 63 | 10 |
| | | Civil [2] | 9.4 | 9.8 | 8.3 | 7.3 | 6.4 | 8.1 | 25 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 24.5 | 21.5 | 21.2 | 35.4 | 28.4 | 34.2 | 62 | 7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,220 / 15.7 | 837 / 12.8 | 591 / 9.7 | 503 / 8.2 | 382 / 6.6 | 392 / 7.1 | 57 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.3 | 1.4 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 77.5 | 62.1 | 64.3 | 66.8 | 53.9 | 61.6 | | |
| | | Percent Not Selected or Challenged | 48.5 | 39.4 | 33.2 | 43.7 | 35.6 | 39.0 | | |

### 2014 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 6,179 | 204 | 328 | 1,442 | 25 | 333 | 580 | 555 | 316 | 463 | 893 | 94 | 946 |
| Criminal [1] | 780 | 27 | 231 | 94 | 167 | 117 | 39 | 28 | 8 | 13 | 17 | 21 | 18 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."