# EXHIBIT C

# Caridas, Andrew

| | |
|---|---|
| **From:** | Bualat, Nathaniel <NBualat@crowell.com> |
| **Sent:** | Friday, May 29, 2015 4:13 PM |
| **To:** | Caridas, Andrew |
| **Cc:** | Barach, Katharine |
| **Subject:** | RE: Wit Sample |
| **Attachments:** | Psychologist Peer Reviewer Org Chart-c.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Andrew,

Great.  Below are the agreed-upon search terms (renumbered and with the /25 to /15 swap).

I also wanted to confirm the date range for the email review and production.  I've seen references to May 2011 and December 2011.  I assume that we will use May 21, 2011 date as the start date to capture Wit-related materials.   Please confirm.

Finally, attached is an org chart for UBH's "psychologist peer reviewers".  As we discussed, these are the doctorate level (Ph.D or Psy.D) employees who adjudicate outpatient or intensive outpatient claims when a non-physician is the provider and there is no state law requirement that a physician reviews the claim.

Sincerely,
Nate


*************Search Terms

1.	guideline* /15 (use OR using OR used OR appl* OR implement* OR assign* OR priorit* OR consider* OR conflict* OR differ*)

2.	guideline* /15 (do OR does) /15 (plan OR SPD* OR certificate*)

3.	"level of care" /15 (use OR using OR used OR appl* OR implement* OR assign* OR priorit* OR consider* OR conflict* OR differ*)

4.	"level of care" /15 (do OR does) /15 (plan OR SPD* OR certificate*)

5.	benchmark* /15 (use OR using OR used OR appl* OR implement* OR assign* OR priorit* OR consider* OR conflict* OR differ*)

6.	benchmark* /15 (do OR does) /15 (plan OR SPD* OR certificate*)

7.	(LOC OR LOCG OR LOCs OR LOCGs OR LOC's or LOCG's) /15 (use OR using OR used OR appl* OR implement* OR assign* OR priorit* OR consider* OR conflict* OR differ*)

8.	(LOC OR LOCG OR LOCs OR LOCGs OR LOC's or LOCG's) /15 (do OR does) /15 (plan OR SPD* OR certificate*)

9.     CDG* /15 (use OR using OR used OR appl* OR implement* OR assign* OR priorit* OR consider* OR conflict* OR differ*)

10.    CDG* /15 (do OR does) /15 (plan OR SPD* OR certificate*)

11.    LOS /15 (use OR using OR used OR appl* OR implement* OR assign* OR priorit* OR consider* OR conflict* OR differ*)

12.    LOS /15 (do OR does) /15 (plan OR SPD* OR certificate*)

13.    "length of stay" /15 (use OR using OR used OR appl* OR implement* OR assign* OR priorit* OR consider* OR conflict* OR differ*)

14.    "length of stay" /15  (do OR does) /15 (plan OR SPD* OR certificate*)

15.    BPG* /15 (use OR using OR used OR appl* OR implement* OR assign* OR priorit* OR consider* OR conflict* OR differ*)

16.    BPG* /15 (do OR does) /15 (plan OR SPD* OR certificate*)

_____
Nathaniel P. Bualat
nbualat@crowell.com
Direct 1.415.365.7294 | Fax: 1.415.986.2827

---

**From:** Caridas, Andrew [mailto:acaridas@zuckerman.com]
**Sent:** Thursday, May 28, 2015 10:06 AM
**To:** Bualat, Nathaniel
**Cc:** Barach, Katharine
**Subject:** RE: Wit Sample

Nate,

The list below looks fine (there was a wildcard missing from 9(A) that I put in), and I am fine with the /15 swap.

Thanks,
Andrew

---

> **From:** Bualat, Nathaniel [mailto:NBualat@crowell.com]
> **Sent:** Thursday, May 28, 2015 12:11 PM
> **To:** Caridas, Andrew
> **Cc:** Barach, Katharine
> **Subject:** RE: Wit Sample
>
> Andrew,
>
> I have information about two items we discussed.
>
>> A.   "/s" is not a recognized connector for the search function that UBH will be using.  We propose substituting /15 for /s.  You mentioned yesterday that /15 seemed like a reasonable replacement.  Are Plaintiffs fine with that?  Also, are you amenable to changing /25 to /15?

2