# EXHIBIT G.1

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.1 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

## UBH's Redacted Documents - Sorted by Category Number

| Category | Privilege Log No.* | Prod Beg Bates* | Reason Fiduciary Exception Does Not Apply* | Privilege Status* |
|---|---|---|---|---|
| 1 | UBH - 0003 | UBHWIT0058293 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0004 | UBHWIT0058300 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0005 | UBHWIT0058303 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0015 | UBHWIT0063757 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0016 | UBHWIT0058362 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0019 | UBHWIT0058432 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0021 | UBHWIT0058435 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0022 | UBHWIT0058438 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0023 | UBHWIT0058442 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0024 | UBHWIT0058445 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0032 | UBHWIT0058454 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0034 | UBHWIT0058469 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0035 | UBHWIT0058472 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0036 | UBHWIT0058476 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0037 | UBHWIT0058482 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |

* Columns labeled Privilege Log No., Prod. Beg. Bates, Reason Fiduciary Exception Does Not Apply, and Privilege Status are taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.1 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

## UBH's Redacted Documents - Sorted by Category Number

| Category | Privilege Log No.* | Prod Beg Bates* | Reason Fiduciary Exception Does Not Apply* | Privilege Status* |
|---|---|---|---|---|
| 1 | UBH - 0038 | UBHWIT0058487 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0039 | UBHWIT0058490 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0040 | UBHWIT0058494 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0041 | UBHWIT0058498 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0042 | UBHWIT0058501 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0043 | UBHWIT0058508 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0044 | UBHWIT0058512 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0096 | UBHWIT0058603 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0097 | UBHWIT0058606 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0100 | UBHWIT0058624 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0101 | UBHWIT0058628 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0102 | UBHWIT0058631 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0105 | UBHWIT0063965 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0106 | UBHWIT0058670 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0110 | UBHWIT0063968 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |

* Columns labeled Privilege Log No., Prod. Beg. Bates, Reason Fiduciary Exception Does Not Apply, and Privilege Status are taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.1 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

## UBH's Redacted Documents - Sorted by Category Number

| Category | Privilege Log No.* | Prod Beg Bates* | Reason Fiduciary Exception Does Not Apply* | Privilege Status* |
|---|---|---|---|---|
| 1 | UBH - 0112 | UBHWIT0063972 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0117 | UBHWIT0063975 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0119 | UBHWIT0063982 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0122 | UBHWIT0063989 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0126 | UBHWIT0058724 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0128 | UBHWIT0063996 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0129 | UBHWIT0064000 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0130 | UBHWIT0064003 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0131 | UBHWIT0064006 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0132 | UBHWIT0064009 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0133 | UBHWIT0064024 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0134 | UBHWIT0064027 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0136 | UBHWIT0064126 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0137 | UBHWIT0064129 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0138 | UBHWIT0064152 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |

* Columns labeled Privilege Log No., Prod. Beg. Bates, Reason Fiduciary Exception Does Not Apply, and Privilege Status are taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.1 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

## UBH's Redacted Documents - Sorted by Category Number

| Category | Privilege Log No.* | Prod Beg Bates* | Reason Fiduciary Exception Does Not Apply* | Privilege Status* |
|---|---|---|---|---|
| 1 | UBH - 0139 | UBHWIT0064162 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0140 | UBHWIT0064166 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0141 | UBHWIT0064170 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0142 | UBHWIT0064176 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0143 | UBHWIT0064180 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0144 | UBHWIT0064187 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0145 | UBHWIT0064195 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0146 | UBHWIT0064199 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0147 | UBHWIT0064203 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0148 | UBHWIT0064207 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0154 | UBHWIT0059085 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0155 | UBHWIT0059089 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0156 | UBHWIT0064237 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0157 | UBHWIT0059093 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0158 | UBHWIT0059096 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |

* Columns labeled Privilege Log No., Prod. Beg. Bates, Reason Fiduciary Exception Does Not Apply, and Privilege Status are taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.1 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

## UBH's Redacted Documents - Sorted by Category Number

| Category | Privilege Log No.* | Prod Beg Bates* | Reason Fiduciary Exception Does Not Apply* | Privilege Status* |
|---|---|---|---|---|
| 1 | UBH - 0159 | UBHWIT0059101 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0160 | UBHWIT0064240 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0161 | UBHWIT0059107 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0180 | UBHWIT0064374 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 1 | UBH - 0181 | UBHWIT0064377 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 2 | UBH - 0051 | UBHWIT0047809 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0052 | UBHWIT0047813 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0053 | UBHWIT0047820 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0054 | UBHWIT0047821 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0055 | UBHWIT0047825 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0056 | UBHWIT0047826 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0057 | UBHWIT0063819 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |

* Columns labeled Privilege Log No., Prod. Beg. Bates, Reason Fiduciary Exception Does Not Apply, and Privilege Status are taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.1 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

## UBH's Redacted Documents - Sorted by Category Number

| Category | Privilege Log No.* | Prod Beg Bates* | Reason Fiduciary Exception Does Not Apply* | Privilege Status* |
|---|---|---|---|---|
| 2 | UBH - 0058 | UBHWIT0047831 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0059 | UBHWIT0063822 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0060 | UBHWIT0047835 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0061 | UBHWIT0063824 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0062 | UBHWIT0063827 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0063 | UBHWIT0063829 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0064 | UBHWIT0063831 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0065 | UBHWIT0063833 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0066 | UBHWIT0063837 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0067 | UBHWIT0063857 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0068 | UBHWIT0063862 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |

* Columns labeled Privilege Log No., Prod. Beg. Bates, Reason Fiduciary Exception Does Not Apply, and Privilege Status are taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.1 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

## UBH's Redacted Documents - Sorted by Category Number

| Category | Privilege Log No.* | Prod Beg Bates* | Reason Fiduciary Exception Does Not Apply* | Privilege Status* |
|---|---|---|---|---|
| 2 | UBH - 0069 | UBHWIT0063868 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0070 | UBHWIT0063873 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0071 | UBHWIT0063879 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0072 | UBHWIT0063885 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0073 | UBHWIT0063891 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0074 | UBHWIT0063897 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0075 | UBHWIT0063904 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0076 | UBHWIT0063912 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0077 | UBHWIT0063919 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0078 | UBHWIT0063926 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0079 | UBHWIT0063934 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |

* Columns labeled Privilege Log No., Prod. Beg. Bates, Reason Fiduciary Exception Does Not Apply, and Privilege Status are taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.1 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

## UBH's Redacted Documents - Sorted by Category Number

| Category | Privilege Log No.* | Prod Beg Bates* | Reason Fiduciary Exception Does Not Apply* | Privilege Status* |
|---|---|---|---|---|
| 2 | UBH - 0080 | UBHWIT0063941 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 2 | UBH - 0081 | UBHWIT0063948 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 3 | UBH - 0001 | UBHWIT0058229 | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |
| 3 | UBH - 0002 | UBHWIT0063731 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs; legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |
| 3 | UBH - 0017 | UBHWIT0058368 | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |
| 3 | UBH - 0018 | UBHWIT0063760 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs; legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |
| 3 | UBH - 0020 | UBHWIT0063779 | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |
| 4 | UBH - 0026 | UBHWIT0047536 | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |
| 4 | UBH - 0135 | UBHWIT0049510 | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |

* Columns labeled Privilege Log No., Prod. Beg. Bates, Reason Fiduciary Exception Does Not Apply, and Privilege Status are taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.1 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

## UBH's Redacted Documents - Sorted by Category Number

| Category | Privilege Log No.* | Prod Beg Bates* | Reason Fiduciary Exception Does Not Apply* | Privilege Status* |
|---|---|---|---|---|
| 5 | UBH - 0029 | UBHWIT0058449 | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |
| 5 | UBH - 0092 | UBHWIT0058599 | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |
| 5 | UBH - 0093 | UBHWIT0058601 | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |
| 6 | UBH - 0031 | UBHWIT0058452 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 6 | UBH - 0033 | UBHWIT0058458 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 6 | UBH - 0111 | UBHWIT0063970 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 6 | UBH - 0115 | UBHWIT0058681 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 6 | UBH - 0153 | UBHWIT0064230 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |
| 7 | UBH - 0007 | UBHWIT0046455 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |
| 7 | UBH - 0008 | UBHWIT0046483 | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Redact |
| 8 | UBH - 0083 | UBHWIT0063959 | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Redact |

* Columns labeled Privilege Log No., Prod. Beg. Bates, Reason Fiduciary Exception Does Not Apply, and Privilege Status are taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.1 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

## UBH's Redacted Documents - Sorted by Category Number

| Category | Privilege Log No.* | Prod Beg Bates* | Reason Fiduciary Exception Does Not Apply* | Privilege Status* |
|---|---|---|---|---|
| 9 | UBH - 0006 | UBHWIT0046452 | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Redact |

* Columns labeled Privilege Log No., Prod. Beg. Bates, Reason Fiduciary Exception Does Not Apply, and Privilege Status are taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).