# EXHIBIT G.3

Case 3:14-cv-02346-JCS Document 99-9 Filed 11/23/15 Page 2 of 10

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.3 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

**UBH's Withheld Documents - Sorted by Asserted "Reason Fiduciary Exception Does Not Apply"**

| Privilege Log Number | Date | Author | Recipients | CC/BCC | Description | Reason Fiduciary Exception Does Not Apply | Privilege Status |
|---|---|---|---|---|---|---|---|
| UBH - 0009 | 8/8/2014 | Martorana, Andrew | Easterday, Adam Esq. | | Attachment reflecting legal advice from counsel regarding MHPAEA medical necessity compliance | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Withhold |
| UBH - 0030 | 7/29/2013 | Triana, Lorenzo | Bonfield, William; Haberman, Michael; Meyerhoff, Jeffrey; Robinson-Beale, Rhonda; Rosenzweig, Martin; Sigler, Liviu; Smith, Timothy; Zucker, Murray; Bailey, Michael; Hamlin, Thomas; Slayton, James; Jones, Larhonda; Triana, Lorenzo; Slayton, James; Jimenez, Richard; Martorana, Andrew | Bresolin, Michael; Sekac, Maria; Easterday, Adam Esq.; Christopher, Terence; Ewing, Faye; Janik, Lori; Kluender, Tim; Brody, Mark; Hahn, Cindy; Malek, David; Bridge, Frances; Innecken, Eileen | E-mail conversation reflecting legal and compliance advice from counsel regarding PHP boarding | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Withhold |
| UBH - 0082 | 4/23/2014 | Triana, Lorenzo | Triana, Lorenzo | | E-mail reflecting legal advice from counsel regarding application of guidelines to TMS claims | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Withhold |
| UBH - 0103 | 3/2/2011 | Easterday, Adam Esq. | Triana, Lorenzo | | E-mail reflecting communication between attorney and client regarding compliance with Minnesota court order for inpatient benefits | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Withhold |
| UBH - 0104 | 3/2/2011 | Easterday, Adam Esq. | Triana, Lorenzo | | E-mail reflecting communication between attorney and client regarding compliance with Minnesota court order for inpatient benefits | Legal advice or request for legal advice re specific benefit claims unrelated to the named plaintiffs or the benefits sought by named plaintiffs | Withhold |
| UBH - 0107 | 2/15/2011 | Bresolin, Michael | Court, Debra; Sekac, Maria; Robinson-Beale, Rhonda; Triana, Lorenzo; Easterday, Adam Esq. | Sumners, Karen | E-mail conversation seeking legal advice from counsel regarding MHPAEA fail first compliance | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Withhold |
| UBH - 0108 | 2/15/2011 | Bresolin, Michael | Court, Debra; Sekac, Maria; Robinson-Beale, Rhonda; Triana, Lorenzo; Easterday, Adam Esq. | Sumners, Karen | Attachment to e-mail conversation seeking legal advice from counsel regarding MHPAEA fail first compliance FAQs | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Withhold |
| UBH - 0109 | 2/15/2011 | Bresolin, Michael | Court, Debra; Sekac, Maria; Robinson-Beale, Rhonda; Triana, Lorenzo; Easterday, Adam Esq. | Sumners, Karen | Attachment to e-mail conversation seeking legal advice from counsel regarding MHPAEA fail first compliance FAQs | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Withhold |

\* All information taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Case 3:14-cv-02346-JCS Document 99-9 Filed 11/23/15 Page 3 of 10
Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.3 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

**UBH's Withheld Documents - Sorted by Asserted "Reason Fiduciary Exception Does Not Apply"**

| Privilege Log Number | Date | Author | Recipients | CC/BCC | Description | Reason Fiduciary Exception Does Not Apply | Privilege Status |
|---|---|---|---|---|---|---|---|
| UBH - 0123 | 2/15/2011 | Court, Debra | Sekac, Maria; Robinson-Beale, Rhonda; Bresolin, Michael; Triana, Lorenzo; Easterday, Adam Esq. | Sumners, Karen | E-mail conversation between attorney and client seeking legal advice re MPHAEA compliance with fail first | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Withhold |
| UBH - 0124 | 2/15/2011 | Court, Debra | Sekac, Maria; Robinson-Beale, Rhonda; Bresolin, Michael; Triana, Lorenzo; Easterday, Adam Esq. | Sumners, Karen | Attachment to e-mail conversation seeking legal advice from counsel regarding MHPAEA fail first compliance FAQs | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Withhold |
| UBH - 0125 | 2/15/2011 | Court, Debra | Sekac, Maria; Robinson-Beale, Rhonda; Bresolin, Michael; Triana, Lorenzo; Easterday, Adam Esq. | Sumners, Karen | Attachment to e-mail conversation seeking legal advice from counsel regarding MHPAEA fail first compliance FAQs | Legal advice or request for legal advice re general benefit adjudication unrelated to named plaintiffs or benefits sought by named plaintiffs | Withhold |
| UBH - 0010 | 9/26/2014 | James, Frank | Easterday, Adam Esq.; Triana, Lorenzo | Martorana, Andrew | E-mail conversation between attorney and client regarding assessment and coverage under state mandate of medication assisted opioid treatment | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0011 | 9/26/2014 | James, Frank | Martorana, Andrew | | E-mail reflecting communication between attorney and client regarding assessment and coverage under state mandate of medication assisted opioid treatment | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0012 | 12/4/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Adler, Deborah; Slayton, James; Bobbitt, Bruce; Nefussy, David; Razzano, Melissa; Zucker, Murray; Lewis, Eleanor; Chida, Thomas; Ridge,C K; Montemayor, Roberta; Rosenzweig, Martin; Hamel, Bryan; Hamlin, Thomas; Martorana, Andrew; Champ, Kelly; Brennecke, Margaret; Dahl, Kevin; Watson, Amy; Hullett, Joseph; Jimenez, Richard; Katz, Debra; Meyerhoff, Jeffrey; Brock, Irvin; Weinberger, Katherine; Easterday, Adam Esq.; Bresolin, Michael | | Presentation regarding Mental Health Parity and Addiction Equity Act sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |

\* All information taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Case 3:14-cv-02346-JCS Document 99-9 Filed 11/23/15 Page 4 of 10

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.3 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

**UBH's Withheld Documents - Sorted by Asserted "Reason Fiduciary Exception Does Not Apply"**

| Privilege Log Number | Date | Author | Recipients | CC/BCC | Description | Reason Fiduciary Exception Does Not Apply | Privilege Status |
|---|---|---|---|---|---|---|---|
| UBH - 0013 | 12/4/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Adler, Deborah; Slayton, James; Bobbitt, Bruce; Nefussy, David; Razzano, Melissa; Zucker, Murray; Lewis, Eleanor; Chida, Thomas; Ridge,C K; Montemayor, Roberta; Rosenzweig, Martin; Hamel, Bryan; Hamlin, Thomas; Martorana, Andrew; Champ, Kelly; Brennecke, Margaret; Dahl, Kevin; Watson, Amy; Hullett, Joseph; Jimenez, Richard; Katz, Debra; Meyerhoff, Jeffrey; Brock, Irvin; Weinberger, Katherine; Easterday, Adam Esq.; Bresolin, Michael | | Spreadsheet regarding Federal Parity Challenge Management sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0014 | 10/28/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Adler, Deborah; Bobbitt, Bruce; Brennecke, Margaret; Bresolin, Michael; Champ, Kelly; Chida, Thomas; Dahl, Kevin; Easterday, Adam Esq.; Hamel, Bryan; Hamlin, Thomas; Hullett, Joseph; Jimenez, Richard; Lewis, Eleanor; Martorana, Andrew; Montemayor, Roberta; Nefussy, David; Razzano, Melissa; Ridge,C K; Rosenzweig, Martin; Slayton, James; Watson, Amy; Weinberger, Katherine; Zucker, Murray | | Spreadsheet regarding Federal Parity Challenge Management sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0025 | 9/14/2011 | Easterday, Adam Esq. | Roscioli, Diana; Bahamonde, Alissa; Rosenzweig, Martin | | E-mail conversation containing legal advice from counsel regarding MHPAEA fail first compliance protocols | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0027 | 10/30/2014 | Brettingen, Melissa Esq. | Hernandez, Jodie | Triana, Lorenzo | Attorney presentation regarding risk assessment and review of litigation | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0028 | 6/16/2014 | Brettingen, Melissa Esq. | Hernandez, Gladys; Keytel, Keith; Brock, Irvin; Triana, Lorenzo; Powell, Michael | Regan, Carolyn; Wesson, Mary | E-mail conversation between attorney and client regarding litigation expenses and issues to be discussed | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |

\* All information taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Case 3:14-cv-02346-JCS   Document 99-9   Filed 11/23/15   Page 5 of 10

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.3 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

**UBH's Withheld Documents - Sorted by Asserted "Reason Fiduciary Exception Does Not Apply"**

| Privilege Log Number | Date | Author | Recipients | CC/BCC | Description | Reason Fiduciary Exception Does Not Apply | Privilege Status |
|---|---|---|---|---|---|---|---|
| UBH - 0045 | 9/10/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Niewenhous, Gerard; Regan, Carolyn; Bresolin, Michael; Watson, Amy; Easterday, Adam Esq.; Triana, Lorenzo | | Spreadsheet regarding Federal Parity Challenge Management sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0046 | 9/10/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Niewenhous, Gerard; Regan, Carolyn; Bresolin, Michael; Watson, Amy; Easterday, Adam Esq.; Triana, Lorenzo | | Summary Utilization Management Program Description sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0047 | 9/10/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Niewenhous, Gerard; Regan, Carolyn; Bresolin, Michael; Watson, Amy; Easterday, Adam Esq.; Triana, Lorenzo | | Spreadsheet regarding Medical Management Programs sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0048 | 9/10/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Niewenhous, Gerard; Regan, Carolyn; Bresolin, Michael; Watson, Amy; Easterday, Adam Esq.; Triana, Lorenzo | | Spreadsheet regarding Federal Parity Challenge Management sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0049 | 11/5/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Niewenhous, Gerard; Regan, Carolyn; Bresolin, Michael; Watson, Amy; Easterday, Adam Esq. | Triana, Lorenzo | Spreadsheet regarding Federal Parity Challenge Management sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0050 | 11/5/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Niewenhous, Gerard; Regan, Carolyn; Bresolin, Michael; Watson, Amy; Easterday, Adam Esq. | Triana, Lorenzo | Spreadsheet regarding 2012 Admits and Membership Computations sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0084 | 6/16/2014 | Brettingen, Melissa Esq. | Hernandez, Gladys; Keytel, Keith; Brock, Irvin; Triana, Lorenzo; Powell, Michael | | E-mail conversation between attorney and client regarding litigation issues and expenses for meeting discussion | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0085 | 6/16/2014 | Brettingen, Melissa Esq. | Hernandez, Gladys; Keytel, Keith; Brock, Irvin; Triana, Lorenzo; Powell, Michael | | Spreadsheet regarding UBH litigation matters and expenses sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0086 | 9/26/2014 | Easterday, Adam Esq. | James, Frank; Triana, Lorenzo | Martorana, Andrew | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0087 | 9/26/2014 | Martorana, Andrew | Easterday, Adam Esq.; James, Frank; Triana, Lorenzo | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |

\* All information taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Case 3:14-cv-02346-JCS   Document 99-9   Filed 11/23/15   Page 6 of 10
Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.3 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

**UBH's Withheld Documents - Sorted by Asserted "Reason Fiduciary Exception Does Not Apply"**

| Privilege Log Number | Date | Author | Recipients | CC/BCC | Description | Reason Fiduciary Exception Does Not Apply | Privilege Status |
|---|---|---|---|---|---|---|---|
| UBH - 0088 | 9/26/2014 | James, Frank | Triana, Lorenzo; Easterday, Adam Esq. | Martorana, Andrew | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0089 | 9/26/2014 | James, Frank | Easterday, Adam Esq.; Triana, Lorenzo | Martorana, Andrew | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0090 | 10/27/2014 | Scallen, Patrick, Esq. | Bonfield, William, Regan, Carolyn | Triana, Lorenzo | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0091 | 10/27/2014 | Scallen, Patrick, Esq. | Lorenzo, Triana; Martorana, Andrew; Regan, Carolyn; Bonfield, William; Slayton, James | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0094 | 8/31/2011 | Bresolin, Michael | Triana, Lorenzo | Sekac, Maria; Niewenhous, Gerard; Watson, Amy; Easterday, Adam Esq.; Robinson- Beale, Rhonda | E-mail conversation containing legal advice from counsel regarding MHPAEA fail first compliance protocols | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0095 | 8/31/2011 | Bresolin, Michael | Triana, Lorenzo | Sekac, Maria; Niewenhous, Gerard; Watson, Amy; Easterday, Adam Esq.; Robinson- Beale, Rhonda | Memorandum reflecting advice from counsel regarding MHPAEA fail first compliance protocols | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0098 | 8/20/2012 | Bresolin, Michael | Robinson-Beale, Rhonda | Triana, Lorenzo; Sekac, Maria; Easterday, Adam Esq.; Brock, Irvin; Keytel, Keith; Adler, Deborah; Bonfield, William; Powell, Michael; McCulloch, Joyce | E-mail conversation between attorney and client containing legal advice regarding claim review processes and facility peer review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0099 | 8/20/2012 | Bresolin, Michael | Robinson-Beale, Rhonda | Triana, Lorenzo; Sekac, Maria; Easterday, Adam Esq.; Brock, Irvin; Keytel, Keith; Adler, Deborah; Bonfield, William; Powell, Michael; McCulloch, Joyce | Attachment to e-mail conversation between attorney and client containing legal advice containing Summary Overview of Clinical Services Pre-Service and Concurrent Review Processes sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0113 | 8/31/2011 | Bresolin, Michael | Lorenzo, Triana | | E-mail conversation containing legal advice from counsel regarding MHPAEA fail first compliance protocols | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |

* All information taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Case 3:14-cv-02346-JCS Document 99-9 Filed 11/23/15 Page 7 of 10

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.3 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

**UBH's Withheld Documents - Sorted by Asserted "Reason Fiduciary Exception Does Not Apply"**

| Privilege Log Number | Date | Author | Recipients | CC/BCC | Description | Reason Fiduciary Exception Does Not Apply | Privilege Status |
|---|---|---|---|---|---|---|---|
| UBH - 0114 | 8/31/2011 | Bresolin, Michael | Lorenzo, Triana | Niewenhous, Gerard, Sekac, Maria | Memorandum reflecting advice from counsel regarding MHPAEA fail first compliance protocols | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0116 | 1/13/2012 | Easterday, Adam Esq. | Bresolin, Michael; Robinson-Beale, Rhonda; Triana, Lorenzo; Powell, Michael | Keytel, Keith; Niewenhous, Gerard; Sekac, Maria | E-mail conversation containing legal advice from counsel regarding MHPAEA fail first compliance protocols | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0118 | 9/1/2011 | Lorenzo, Triana | Sekac, Maria; Robinson-Beale, Rhonda; Bresolin, Michael; Triana, Lorenzo; Easterday, Adam Esq. | Niewenhous, Gerard | E-mail conversation seeking legal advice from counsel regarding MHPAEA fail first compliance | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0120 | 8/31/2011 | Bresolin, Michael | Triana, Lorenzo | Sekac, Maria; Niewenhous, Gerard; Watson, Amy; Easterday, Adam Esq.; Robinson- Beale, Rhonda | E-mail conversation containing legal advice from counsel regarding MHPAEA fail first compliance protocols | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0121 | 8/31/2011 | Bresolin, Michael | Triana, Lorenzo | Sekac, Maria; Niewenhous, Gerard; Watson, Amy; Easterday, Adam Esq.; Robinson- Beale, Rhonda | Memorandum reflecting advice from counsel regarding MHPAEA fail first compliance protocols | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0127 | 8/9/2012 | Robinson-Beale, Rhonda | Keytel, Keith; Bresolin, Michael | Triana, Lorenzo; Powell, Michael; Motschenbacher, Linda; Easterday, Adam; Brock, Irvin; Keytel. Keith; Adler, Deborah; Bonfield, William; Powell, Michael; McCulloch, Joyce | E-mail conversation between attorney and client containing legal advice regarding claim review processes and facility peer review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0149 | 8/6/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Adler, Deborah; Slayton, James; Bobbitt, Bruce; Nefussy, David; Razzano, Melissa; Zucker, Murray; Lewis, Eleanor; Chida, Thomas; Ridge,C K; Montemayor, Roberta; Rosenzweig, Martin; Hamel, Bryan; Hamlin, Thomas; Martorana, Andrew; Champ, Kelly; Brennecke, Margaret; Dahl, Kevin; Weinberger, Katherine; Easterday, Adam Esq.; Bresolin, Michael; Watson, Amy | | E-mail communication between attorney and client regarding review of documents for Subspecialty Society meeting | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |

\* All information taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

**UBH's Withheld Documents - Sorted by Asserted "Reason Fiduciary Exception Does Not Apply"**

| Privilege Log Number | Date | Author | Recipients | CC/BCC | Description | Reason Fiduciary Exception Does Not Apply | Privilege Status |
|---|---|---|---|---|---|---|---|
| UBH - 0150 | 8/6/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Adler, Deborah; Slayton, James; Bobbitt, Bruce; Nefussy, David; Razzano, Melissa; Zucker, Murray; Lewis, Eleanor; Chida, Thomas; Ridge,C K; Montemayor, Roberta; Rosenzweig, Martin; Hamel, Bryan; Hamlin, Thomas; Martorana, Andrew; Champ, Kelly; Brennecke, Margaret; Dahl, Kevin; Weinberger, Katherine; Easterday, Adam Esq.; Bresolin, Michael; Watson, Amy | | Summary Parity Subspecialty Society Group meeting agenda | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0151 | 7/19/2013 | Easterday, Adam Esq. | Brendzal, Michael | Thornm, Alexandra | E-mail conversation between attorney and client regarding application of parity rulings from recent lawsuit | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0152 | 8/6/2013 | Rockswold, Erik | Robinson-Beale, Rhonda; Adler, Deborah; Slayton, James; Bobbitt, Bruce; Nefussy, David; Razzano, Melissa; Zucker, Murray; Lewis, Eleanor; Chida, Thomas; Ridge,C K; Montemayor, Roberta; Rosenzweig, Martin; Hamel, Bryan; Hamlin, Thomas; Martorana, Andrew; Champ, Kelly; Brennecke, Margaret; Dahl, Kevin; Weinberger, Katherine; Easterday, Adam Esq.; Bresolin, Michael; Watson, Amy | | Spreadsheet regarding Federal Parity Challenge Management sent to attorney for review | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0162 | 9/26/2014 | Easterday, Adam Esq. | Frank, James; Lorenzo, Triana | Martorana, Andrew | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0163 | 9/26/2014 | Nefussy, David | James, Frank; Roscioli, Diana | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |

* All information taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Case 3:14-cv-02346-JCS Document 99-9 Filed 11/23/15 Page 9 of 10

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.3 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

**UBH's Withheld Documents - Sorted by Asserted "Reason Fiduciary Exception Does Not Apply"**

| Privilege Log Number | Date | Author | Recipients | CC/BCC | Description | Reason Fiduciary Exception Does Not Apply | Privilege Status |
|---|---|---|---|---|---|---|---|
| UBH - 0164 | 9/26/2014 | Nefussy, David | James, Frank | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0165 | 9/26/2014 | Nefussy, David | James, Frank; Roscioli, Diana | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0166 | 9/26/2014 | Nefussy, David | James, Frank | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0167 | 10/1/2014 | Weinberger, Katherine | Rosenzweig, Martin | Roscioli, Diana | Attachment to e-mail containing legal comments re Massachusetts Senate Bill 2341 questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0168 | 9/26/2014 | Nefussy, David | James, Frank | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0169 | 9/26/2014 | Nefussy, David | James, Frank; Roscioli, Diana | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0170 | 9/26/2014 | Easterday, Adam Esq. | James, Frank | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0171 | 9/26/2014 | James, Frank | Roscioli, Diana; Nefussy, David | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0172 | 9/26/2014 | James, Frank | Roscioli, Diana; Nefussy, David | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |

* All information taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).

Case 3:14-cv-02346-JCS   Document 99-9   Filed 11/23/15   Page 10 of 10

Wit v. UBH, No. 14-cv-2346 and Alexander v. UBH, No. 14-cv-05337
EXHIBIT G.3 to Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged

**UBH's Withheld Documents - Sorted by Asserted "Reason Fiduciary Exception Does Not Apply"**

| Privilege Log Number | Date | Author | Recipients | CC/BCC | Description | Reason Fiduciary Exception Does Not Apply | Privilege Status |
|---|---|---|---|---|---|---|---|
| UBH - 0173 | 9/26/2014 | James, Frank | Nefussy, David; Roscioli, Diana | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0174 | 9/26/2014 | James, Frank | Rosenzweig, Martin; Roscioli, Diana; Nefussy, David; Easterday, Adam, Esq. | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0175 | 9/26/2014 | James, Frank | Nefussy, David | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0176 | 9/26/2014 | James, Frank | Nefussy, David | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0177 | 9/26/2014 | James, Frank | Nefussy, David; Roscioli, Diana | | E-mail containing communication between attorneyand client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0178 | 9/26/2014 | James, Frank | Nefussy, David; Roscioli, Diana | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0179 | 9/26/2014 | James, Frank | Easterday, Adam Esq.; Triana, Lorenzo | Martorana, Andrew | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |
| UBH - 0182 | 9/26/2014 | Martorana, Andrew | Easterday, Adam Esq.; James, Frank; Triana, Lorenzo | | E-mail containing communication between attorney and client regarding response to state regulatory questionnaire | Legal advice or request for legal advice related to specific regulatory or litigation exposure or matters | Withhold |

\* All information taken verbatim from UBH's October 30, 2015 privilege log (Exhibit F to Plaintiffs' motion).