# EXHIBIT H.1

# [PLACEHOLDER FOR EXHIBIT SOUGHT TO BE SEALED]