# EXHIBIT H.2

# [PLACEHOLDER FOR EXHIBIT SOUGHT TO BE SEALED]