# EXHIBIT H.3

# [PLACEHOLDER FOR EXHIBIT SOUGHT TO BE SEALED]