# EXHIBIT H.4

# [PLACEHOLDER FOR EXHIBIT SOUGHT TO BE SEALED]