# EXHIBIT H.5

# [PLACEHOLDER FOR EXHIBIT SOUGHT TO BE SEALED]