# EXHIBIT H.6

# [PLACEHOLDER FOR EXHIBIT SOUGHT TO BE SEALED]