# EXHIBIT H.7

# [PLACEHOLDER FOR EXHIBIT SOUGHT TO BE SEALED]