# EXHIBIT H.8

# [PLACEHOLDER FOR EXHIBIT SOUGHT TO BE SEALED]