# EXHIBIT H.9

# [PLACEHOLDER FOR EXHIBIT SOUGHT TO BE SEALED]