THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CHRISTOPHER FLYNN (admitted *pro hac vice*)
cflynn@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br><br>**DEFENDANT UNITED BEHAVIORAL HEALTH'S RESPONSE TO COURT ORDER FOR DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL (*WIT* DKT. NO. 101; *ALEXANDER* DKT. NO. 66)**<br><br>[Civil L. R. 79-5] |
| GARY ALEXANDER, *et al*.<br><br>Plaintiffs<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH<br><br>Defendant. | Case No. 3:14-CV-05337-JCS |

On November 23, 2015, Plaintiffs in these related cases filed two administrative motions to file portions of their pending motions to compel, and certain exhibits thereto, under seal. (*Wit* Dkt. No. 97; *Alexander* Dkt. No. 62.) Plaintiffs did so on the ground that the sealed portions referenced documents that Defendant United Behavioral Health ("UBH") designated as "Confidential" in discovery under the operative protective order. On November 30, 2015, this Court ordered UBH to file a declaration pursuant to Local Rule 79-5(e) in support of Plaintiffs' motion to seal if UBH wished to keep its confidentially-designated documents sealed from public viewing. (*Wit* Dkt. No. 101; *Alexander* Dkt. No. 66.)

UBH hereby notifies Plaintiffs and the Court that UBH declines to file a declaration in support of Plaintiffs' administrative motions to seal under Local Rule 79-5(e). (*Wit* Dkt. No. 97; *Alexander* Dkt. No. 62.) UBH does not object to the Court denying Plaintiffs' administrative motions to seal, nor does UBH object to Plaintiffs refiling their pending motion to compel (including Exhibits H.1, H.2, H.3, H.4, H.5, H.6, H.7, H.8, and H.9 in support of those motions) on the Court's public docket. (*See Wit* Dkt. Nos. 97-6 thru 97-15; *Alexander* Dkt. Nos. 62-6 thru 62-15.)

However, UBH produced the documents reflected in Exhibits H.1, H.2, H.3, H.4, H.5, H.6, H.7, H.8, and H.9 in redacted form because each contains privileged information. Plaintiffs' pending motion to compel concerns the propriety of UBH's redactions and other claims of privilege. In declining to file a declaration under Local Rule 79-5(e), UBH does not waive any claim of privilege related to the documents at issue in Plaintiffs' motion or any other document. UBH's waiver of confidentiality is limited solely to Exhibits H.1, H.2, H.3, H.4, H.5, H.6, H.7, H.8, and H.9 filed in support of Plaintiffs' pending motions to compel, and only to the redacted versions of those documents that UBH has already produced in discovery. (*See Wit* Dkt. Nos. 97-6 thru 97-15; *Alexander* Dkt. Nos. 62-6 thru 62-15.) Should the Court grant any portion of Plaintiffs' pending motion to compel or order UBH to produce any document in unredacted form, UBH reserves the right to designate the unredacted versions of those documents as Confidential or Highly Confidential under the operative protective order, as appropriate.

Dated: December 4, 2015

CROWELL & MORING LLP

/s/ Nathaniel P. Bualat

Christopher Flynn
Jennifer D. Romano
Nathaniel P. Bualat
Attorneys for Defendant
UNITED BEHAVIORAL HEALTH