UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>　　　　Defendant.<br><br>GARY ALEXANDER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>　　　　Defendant. | Case No. 14-cv-02346-JCS<br>Related Case No. 14-cv-05337 JCS<br><br>**ORDER TO LODGE PRIVILEGED COMMUNICATIONS SOUGHT IN PLAINTIFFS' MOTION TO COMPEL**<br><br>Re: Dkt. No. 98 (Case No. 14-cv-02346 JCS) & 63 (Case No. 14-cv-05337 JCS) |

Presently before the Court is Plaintiffs' Motion to Compel Defendant United Behavioral Health to Produce Documents Improperly Redacted or Withheld as Privileged ("Motion"). A hearing on the Motion is scheduled for January 22, 2016 at 9:30 a.m. The Court has not yet decided whether it will conduct an *in camera* review of the communications that are the subject of the parties' dispute. To avoid delay in resolving the dispute, however, the Court requests that UBH lodge the unredacted communications that are listed on its October 30, 2015 privilege log so that the Court will be able to conduct a prompt review in the event it determines that *in camera* review is appropriate. The documents may be lodge by emailing them as attachments, in pdf format, to JCSPO@cand.uscourts.gov. The Court requests that the documents be grouped into the nine categories used by the parties in their briefs, with each group of documents sent in a separate

1  email with a header containing the case names and numbers and the category name used in the
2  parties' briefs for the attached documents (e.g., "Triana Memorandum," "IOP CDGs Question,"
3  etc.).  Each document should include the original Bates stamp numbers as well as the
4  corresponding number on the October 30, 2015 privilege log and should clearly indicate the
5  portion of the document for which attorney-client privilege is claimed.   UBH need not provide
6  hard copies of the documents.  Defendants are requested to lodge the documents electronically as
7  soon as possible and no later than Thursday, **January 7, 2016**.

**IT IS SO ORDERED.**

Dated:  December 31, 2015

JOSEPH C. SPERO
Chief Magistrate Judge