# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, on behalf of themselves and all others similarly situated, BRIAN MUIR, on his own behalf and on behalf of all others similarly situated, BRANDT PFEIFER, on behalf of the Estate of his deceased wife, Lauralee Pfeifer, and all others similarly situated, LORI FLANZRAICH, on behalf of her daughter Casey Flanzraich and all others similarly situated, and CECILIA HOLDNAK, on behalf of herself, her daughter Emily Holdnak, and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>        Defendant. | Case No. 3:14-CV-02346-JCS<br><br>**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR PLAINTIFF LINDA TILLITT'S MOTION TO INTERVENE**<br><br><br><br><br>Action Filed: May 21, 2014 |

[PROPOSED] ORDER GRANTING MOT. TO INTERVENE
CASE NO. 3:14-CV-02346-JCS

5152106.1

# [PROPOSED] ORDER

Before the Court is Proposed Intervenor Plaintiff Linda Tillitt's Motion to Intervene, the Memorandum of Points and Authorities in Support Thereof, and the proposed Intervenor Complaint. Having reviewed the parties' submissions,

IT IS HEREBY ORDERED that the Motion to Intervene is GRANTED.

IT IS HEREBY FURTHER ORDERED that Intervenor Plaintiff Linda Tillitt is GRANTED leave to file the proposed Intervenor Complaint submitted with her Motion to Intervene.

**IT IS SO ORDERED.**

Dated: _____  _____
The Honorable Joseph C. Spero
Chief United States Magistrate Judge