THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
JOSEPH BUI (SBN 293256)
jbui@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CHRISTOPHER FLYNN (admitted *pro hac vice*)
cflynn@crowell.com
APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202.624.2500
Facsimile: 202.628.5116

JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br>Action Filed: May 21, 2014<br><br>**STIPULATION TO EXTEND TIME TO ANSWER INTERVENOR PLAINTIFFS' INTERVENOR COMPLAINTS** |

| | | |
|---|---|---|
| 1 | GARY ALEXANDER, *et al.*, | Case No. 3:14-CV-05337-JCS |
| 2 | Plaintiffs, | Action Filed:   December 4, 2014 |
| 3 | v. | |
| 4 | UNITED BEHAVIORAL HEALTH, | |
| 5 | Defendant. | |

Pursuant to Civil Local Court Rule 6-1(a), Defendant United Behavioral Health ("UBH") and Intervenor Plaintiffs Linda Tillitt and Michael Driscoll ("Intervenor Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, this Court granted Intervenor Plaintiffs' motions to intervene in the above-captioned litigation on February 9, 2016;

WHEREAS, Intervenor Plaintiffs served and filed their respective Intervenor Complaints on February 12, 2016;

WHEREAS, UBH currently has until March 4, 2016 to answer or respond to the Intervenor Complaints;

WHEREAS, UBH has requested and Intervenor Plaintiffs have consented to an additional 12 days for UBH to answer the Intervenor Complaints; and

WHEREAS, an additional 12 days for UBH to answer the Intervenor Complaints will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that UBH's deadlines to file and serve answers to Intervenor Plaintiff Linda Tillitt's Intervenor Complaint in *Wit, et al. v. United Behavioral Health* (Case No. 3:14-CV-02346-JCS) and Intervenor Plaintiff Michael Driscoll's Intervenor Complaint in *Alexander, et al. v. United Behavioral Health* (Case No. 3:14-CV-05337-JCS) shall be extended until March 16, 2016.

Dated: February 24, 2016

Dated: 2/25/16

IT IS SO ORDERED
Judge Joseph C. Spero

CROWELL & MORING LLP

By: */s/ Nathaniel P. Bualat*

Christopher Flynn
Jennifer D. Romano
April Ross
Nathaniel P. Bualat
Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

-1-

STIPULATION RE ANSWER TO INTERVENORS'
COMPLAINTS; CASE NO. 3:14-CV-02346-JCS

Dated: February 24, 2016                    ZUCKERMAN SPAEDER LLP

                                            By:  /s/ Caroline Reynolds

                                            Caroline Reynolds
                                            Attorneys for Intervenor Plaintiffs
                                            LINDA TILLITT and MICHAEL DRISCOLL

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 24, 2016                    _____/s/ Nathaniel P. Bualat_____
                                            Nathaniel P. Bualat