PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
399 Park Avenue, 14th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), <br><br> Defendant. | Case No. 3:14-CV-02346-JCS <br> Action Filed: May 21, 2014 <br><br> **DECLARATION OF CAROLINE E. REYNOLDS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| GARY ALEXANDER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), <br><br> Defendant. | Case No. 3:14-CV-05337-JCS <br> Action Filed: December 4, 2014 <br><br> Date: June 17, 2016 <br> Time: 9:30 A.M. <br> Judge: Hon. Joseph C. Spero <br> Courtroom: G <br><br> **REDACTED VERSION OF SEALED DOCUMENT** |

I, CAROLINE REYNOLDS, declare and state as follows:

1. I am over 18 years of age. I am an attorney licensed to practice in New York State and the District of Columbia and have been admitted *pro hac vice* to practice before this Court in this case. I am a partner of the law firm Zuckerman Spaeder LLP, and counsel of record in the above-captioned actions for Plaintiffs David and Natasha Wit, Lori Flanzraich, Cecilia Holdnak, Brian Muir, Brandt Pfeifer, Linda Tillitt, Gary Alexander, Michael Driscoll, David Haffner, and Corinna Klein (collectively "Plaintiffs"). I am responsible for the day-to-day management of this action. I have personal knowledge of the facts set forth herein.

2. **Exhibit A-1** hereto is a true and correct copy of a chart I prepared, entitled, "Summary of Selected Level of Care Guideline Provisions Over-Emphasizing Acute Criteria." The chart indicates whether the UBH Level of Care Guidelines for each year from 2011-2016, relevant excerpts from which are attached hereto as Exhibit B, contain the provisions described in the first column of the chart.

3. **Exhibit A-2** hereto is a true and correct copy of a chart I prepared, entitled, "Coverage Determination Guideline Analysis." The chart lists the UBH Coverage Determination Guidelines ("CDGs") that Plaintiffs are challenging in this litigation, excerpts of which are attached hereto as Exhibit C. The CDGs are listed by year, diagnosis and (where applicable) level of care. The chart indicates whether the CDG incorporates the criteria contained in UBH's Level of Care Guidelines for the corresponding year. A "yes" answer in that column indicates that the CDG: (1) includes, verbatim, the criteria found in the Level of Care Guidelines' Common Criteria; (2) incorporates the Level of Care Guidelines by reference by citing to the applicable "LOCG"; and/or (3) states that coverage is excluded if services are not consistent with UBH's Level of Care Guidelines.

4. **Exhibit B** hereto is a true and correct copy of a compilation of excerpts from UBH's Level of Care Guidelines for the years 2011-2016. The Guidelines appear in reverse chronological order, beginning with 2016 and ending with 2011. Each year's excerpt contains the Introduction; Common Criteria (including criteria relevant to admission, continued services,

and discharge); and the level-of-care criteria applicable to Mental Health Residential Treatment; Mental Health Intensive Outpatient Program; Mental Health Outpatient Treatment, Substance Use Disorder Residential Rehabilitation; Substance Use Disorder Intensive Outpatient Program; and Substance Use Disorder Outpatient Treatment. For ease of reference, the Guidelines in Exhibit B have been numbered sequentially, in the bottom right corner, from page B0001 through B0211, as follows:

| Guideline | Exhibit Page Nos. |
|---|---|
| 2016 Level of Care Guidelines | B0001 - B0042 |
| 2015 Level of Care Guidelines | B0043 - B0082 |
| 2014 Level of Care Guidelines | B0083 - B0119 |
| 2013 Level of Care Guidelines | B0120 - B0153 |
| 2012 Level of Care Guidelines | B0154 - B0183 |
| 2011 Level of Care Guidelines | B0184 - B0211 |

5. **Exhibit C** hereto is a true and correct copy of a compilation of relevant excerpts from the UBH Coverage Determination Guidelines listed on the chart in Exhibit A-2. For ease of reference, the Guidelines in Exhibit C have been numbered sequentially, in the bottom left corner, from page C0001 through C1378.

6. **Exhibit D** hereto is a true and correct copy of two documents produced in this litigation by UBH, in native-file format, with the bates numbers UBHWIT0000271 and UBHWIT0000272.

7. **Exhibit E** hereto is a true and correct copy of relevant excerpts from documents produced by UBH with the bates numbers UBHWIT0070985, UBHWIT0071027, UBHWIT0070865, UBHWIT0071112, and UBHWIT0136584. For ease of reference, the documents in Exhibit E have been numbered sequentially, in the bottom right corner, from page E0001 through E0069. This Exhibit has been filed **UNDER SEAL**.

8. **Exhibit F** hereto is a true and correct copy of a chart I prepared, entitled, "Named Plaintiffs and Sample Claimants in the Putative Classes." The chart indicates the Class, if any, as to which each Named Plaintiff and Sample Claimant satisfies the Class definition, and cites, by Exhibit page number, to the documents included in Exhibits G – J that support that conclusion. This Exhibit has been filed **UNDER SEAL**.

9. **Exhibit G** hereto is a true and correct copy of a compilation of letters from UBH to each Named Plaintiff providing written notification that their requests for coverage were denied, along with an excerpt from UBH's electronic case record for each Named Plaintiff containing the pages relevant to each such denial. For ease of reference, the documents in Exhibit G have been numbered sequentially, in the bottom right corner, from page G0001 through G0069. This Exhibit has been filed **UNDER SEAL**.

10. **Exhibit H** hereto is a true and correct copy of a compilation of documents produced by UBH with respect to each Sample Claimant who requested coverage for residential treatment. The Exhibit includes, for each such Sample Claimant, (a) relevant excerpts from UBH's electronic case record containing the pages relevant to each such denial; or (b) the letter from UBH to each such Sample Claimant providing written notification of the denial. UBH produced each such document with a "Unique ID" corresponding to the relevant Sample Claimant stamped in the top left corner. For ease of reference, the documents in Exhibit H have been numbered sequentially, in the bottom right corner, from page H0001 through H0237. This Exhibit has been filed **UNDER SEAL**.

11. **Exhibit I** hereto is a true and correct copy of a compilation of documents produced by UBH with respect to each Sample Claimant who requested coverage for outpatient treatment. The Exhibit includes, for each such Sample Claimant, (a) relevant excerpts from UBH's electronic case record containing the pages relevant to each such denial; or (b) the letter from UBH to each such Sample Claimant providing written notification of the denial. UBH produced each such document with a "Unique ID" corresponding to the relevant Sample Claimant stamped in the top left corner. For ease of reference, the documents in Exhibit I have

been numbered sequentially, in the bottom right corner, from page I0001 through I0136. This Exhibit has been filed **UNDER SEAL**.

12. **Exhibit J** hereto is a true and correct copy of a compilation of documents produced by UBH with respect to each Sample Claimant who requested coverage for intensive outpatient treatment. The Exhibit includes, for each such Sample Claimant, (a) relevant excerpts from UBH's electronic case record containing the pages relevant to each such denial; or (b) the letter from UBH to each such Sample Claimant providing written notification of the denial. UBH produced each such document with a "Unique ID" corresponding to the relevant Sample Claimant stamped in the top left corner. For ease of reference, the documents in Exhibit J have been numbered sequentially, in the bottom right corner, from page J0001 through J0136. This Exhibit has been filed **UNDER SEAL**.

13. **Exhibit K** hereto is a true and correct copy of a chart I prepared, entitled, "Plan Term Analysis." This exhibit indicates whether the terms of the Named Plaintiffs' plans and each of the plans in the agreed-upon Plan Sample conditions coverage for mental health and substance use disorder treatment upon a finding that the services are consistent with generally accepted standards of care. The chart answers "yes" to this question if the plan terms (a) define Covered Services as services that are consistent with generally accepted standards of care or as services that are Medically Necessary; (b) exclude coverage for services that are *not* consistent with generally accepted standards of care or services that are *not* Medically Necessary; and/or (c) define Medically Necessary services as those that are consistent with generally accepted standards of care. The chart cites the relevant excerpts for each plan, attached hereto in Exhibits L-O, by Exhibit page number. This Exhibit has been filed **UNDER SEAL**.

14. **Exhibit L** hereto is a true and correct copy of a compilation of relevant excerpts from the plan term documents for each Named Plaintiff. For ease of reference, the documents in Exhibit L have been numbered sequentially, in the bottom right corner, from page L0001 through L0180. Portions of this Exhibit have been filed **UNDER SEAL**.

15. **Exhibit M** hereto is a true and correct copy of a compilation of relevant excerpts from the plan term documents produced by UBH with respect to each Sample Claimant who requested coverage for residential treatment. UBH produced each such document with a "Unique ID" corresponding to the relevant Sample Claimant stamped in the top left corner. For ease of reference, the documents in Exhibit M have been numbered sequentially, in the bottom right corner, from page M0001 through M0721. This Exhibit has been filed **UNDER SEAL**.

16. **Exhibit N** hereto is a true and correct copy of a compilation of relevant excerpts from the plan term documents produced by UBH with respect to each Sample Claimant who requested coverage for outpatient treatment. UBH produced each such document with a "Unique ID" corresponding to the relevant Sample Claimant stamped in the top left corner. For ease of reference, the documents in Exhibit N have been numbered sequentially, in the bottom right corner, from page N0001 through N0352. This Exhibit has been filed **UNDER SEAL**.

17. **Exhibit O** hereto is a true and correct copy of a compilation of relevant excerpts from the plan term documents produced by UBH with respect to each Sample Claimant who requested coverage for intensive outpatient treatment. UBH produced each such document with a "Unique ID" corresponding to the relevant Sample Claimant stamped in the top left corner. For ease of reference, the documents in Exhibit O have been numbered sequentially, in the bottom right corner, from page O0001 through O0409. This Exhibit has been filed **UNDER SEAL**.

18. **Exhibit P** hereto is a true and correct copy of a compilation of excerpts from the transcripts of the following depositions taken in this matter:

| **Exhibit Page** | **Date** | **Deponent** |
|---|---|---|
| P0001 – P0005 | March 18, 2016 | UBH 30(b)(6) designee, John Beaty |

| Exhibit Page | Date | Deponent |
|---|---|---|
| P0006 – P0014 | January 20, 2016 | UBH 30(b)(6) designee, Margaret Brennecke |
| P0015 – P0023 | February 5, 2016 | UBH 30(b)(6) designee, Frances Bridge |
| P0024 – P0043 | January 28, 2016 | UBH 30(b)(6) designee, Lorenzo Triana |
| P0044 – P0046 | February 11, 2016 | UBH Medical Director, Satwant Ahluwalia |
| P0047 – P0052 | January 18, 2016 | UBH Medical Director, Theodore Allchin |
| P0053 – P0057 | February 3, 2016 | UBH Medical Director, Leslie Moldauer |
| P0058 – P0064 | February 9, 2016 | UBH Psychologist Peer Reviewer, Lin Zhu |
| P0065 – P0067 | October 15, 2015 | Named Plaintiff Lori Flanzraich |
| P0068 – P0069 | September 22, 2015 | Named Plaintiff Cecilia Holdnak |
| P0070 – P0071 | September 4, 2015 | Named Plaintiff Brian Muir |
| P0072 – P0074 | October 30, 2015 | Named Plaintiff David Haffner |

For ease of reference, the documents in Exhibit P have been numbered sequentially, in the bottom right corner, from page P0001 through P0074. This Exhibit has been filed **UNDER SEAL**.

| | |
|---|---|
| 1 | 19. **Exhibit Q** hereto is a true and correct copy of the parties' Joint Stipulation Concerning Sampling Methodology ("Joint Stipulation") along with the attachments thereto. Five of the Joint Stipulation's attachments are excel spreadsheets containing a large amount of data, and are being submitted to the Court in electronic format only because their size makes printing impossible, as stated in the "Notice of Manual Filing" submitted concurrently herewith. This Exhibit has been filed **UNDER SEAL**. |

[Lines 7–27: redacted content]

|    |                                                                                   |
|----|-----------------------------------------------------------------------------------|
| 1  | ████████████████████████████████████████████                                      |
| 2  | ████████████████████████████████████████████                                      |
| 3  | ████████████████████████████████████████████                                      |
| 4  | ████████████████████████████████████████████                                      |
| 5  | ████████████████████████████████████████████                                      |
| 6  | ████████████████████████████████████████████                                      |
| 7  | ████████████████████████████████████████████                                      |
| 8  | ██████████████████████████                                                        |
| 9  | ██████████████████████████████████████████████                                    |
| 10 | ████████████████████████████████████████████                                      |
| 11 | ████████████████████████████████████████████                                      |
| 12 | ████████████████████████████████████████████                                      |
| 13 | ████████████████████████████████████████████                                      |
| 14 | ████████████████████████████████████████████                                      |
| 15 | ████████████████████████████████████████████                                      |
| 16 | ████████████████████████████████████████████                                      |
| 17 | ████████████████████████████████████████████                                      |
| 18 | ████████████████████████████████████████████                                      |
| 19 | ████████████████████████████████████████████                                      |
| 20 | ████████████████████████████████████████████                                      |
| 21 | ██████████                                                                        |

22  20. **Exhibit R** hereto is a true and correct copy of the *Wit* Plaintiffs' Consolidated Supplemental Responses and Objections to Defendant's Second Set of Interrogatories, which Plaintiffs served on UBH on January 18, 2016.

25  21. **Exhibit S** hereto is a true and correct copy of letters UBH sent to the Named Plaintiffs providing written notification that their internal administrative appeals were denied, which were produced by UBH in this litigation. Exhibit S also includes an appeal letter

submitted to UBH on behalf of Corinna Klein, which was produced by her doctor, third party Dr. Mark Leffert. For ease of reference, the documents in Exhibit S have been numbered sequentially, in the bottom right corner, from page S0001 through S0032. Exhibit S is being filed **UNDER SEAL**.

22. **Exhibit T** hereto is a true and correct copy hereto is a true and correct copy of relevant excerpts from documents produced by UBH, in native-file format, with the bates numbers UBHWIT00263505, UBHWIT0263506, and UBHWIT0263517. For ease of reference, the documents in Exhibit T have been numbered sequentially, in the bottom right corner, from page T0001 through T0038. This Exhibit has been filed **UNDER SEAL**.

23. **Exhibit U** hereto is a true and correct copy of the biographies of Zuckerman Spaeder attorneys D. Brian Hufford, Jason S. Cowart, Caroline E. Reynolds, Andrew Caridas, and Ramya Kasturi, and the resume of Psych-Appeal, Inc. founder, Dr. Meiram Bendat, J.D., PhD.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March, 2016, at Washington, DC.

s/ Colin S. Reynolds