PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
399 Park Avenue, 14th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br>Action Filed: May 21, 2014<br><br>**DECLARATION OF CAROLINE E. REYNOLDS IN OPPOSITION TO DEFENDANT UNITED BEHAVIORAL HEALTH'S MOTION FOR SUMMARY JUDGMENT** |
| GARY ALEXANDER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-05337-JCS<br>Action Filed: December 4, 2014<br><br>Judge: Hon. Joseph C. Spero<br>Courtroom: G<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

I, CAROLINE E. REYNOLDS, declare and state as follows:

1. I am an attorney with the law firm of Zuckerman Spaeder LLP, counsel for Class Plaintiffs ("Plaintiffs") in the above-captioned actions. I make this declaration in support of Plaintiffs' Opposition to the Motion for Summary Judgment filed by Defendant United Behavioral Health. I have personal knowledge of the matters stated in this declaration, and I could and would testify competently about them if called upon to do so.

2. Relevant sections of a number of the Exhibits attached to this Declaration have been highlighted. The statements below to the effect that the documents are "true and correct" copies refer to the documents prior to highlighting.

3. **Exhibit 1** hereto is a true and correct copy of excerpts from the **2011 Level of Care Guidelines**, in effect from March 28, 2011 to March 25, 2012, which UBH produced with the beginning bates number UBHWIT0014654. The parties have stipulated to the authenticity of this document. *See* ECF No. 257 at 3-4.

4. **Exhibit 2** hereto is a true and correct copy of excerpts from the **2012 Level of Care Guidelines**, in effect from March 26, 2012 to March 18, 2013, which UBH produced with the beginning bates number UBHWIT0000001. The parties have stipulated to the authenticity of this document. *See* ECF No. 257 at 4.

5. **Exhibit 3** hereto is a true and correct copy of excerpts from the **2013 Level of Care Guidelines**, in effect from March 19, 2013 to January 20, 2014, which UBH produced with the beginning bates number UBHWIT0000082. The parties have stipulated to the authenticity of this document. *See* ECF No. 257 at 4.

6. **Exhibit 4** hereto is a true and correct copy of excerpts from the **2014 Level of Care Guidelines**, in effect from January 21, 2014 to January 19, 2015, which UBH produced

with the beginning bates number UBHWIT0000170. The parties have stipulated to the authenticity of this document. *See* ECF No. 257 at 4.

7. **Exhibit 5** hereto is a true and correct copy of excerpts from the **2015 Level of Care Guidelines**, in effect from January 20, 2015 to January 18, 2016, which UBH produced with the beginning bates number UBHWIT0354266. The parties have stipulated to the authenticity of this document. *See* ECF No. 257 at 4.

8. **Exhibit 6** hereto is a true and correct copy of excerpts from the **January 2016 Level of Care Guidelines**, in effect from January 19, 2016 to June 20, 2016, which UBH produced with the beginning bates number UBHWIT0353748. The parties have stipulated to the authenticity of this document. *See* ECF No. 257 at 4.

9. **Exhibit 7** hereto is a true and correct copy of excerpts from the **June 2016 Level of Care Guidelines**, in effect from June 20, 2016 to March 12, 2017, which UBH produced with the beginning bates number UBHWIT0656347. The parties have stipulated to the authenticity of this document. *See* ECF No. 257 at 4.

10. **Exhibit 8** hereto is a true and correct copy of excerpts from the **2017 Level of Care Guidelines**, in effect from March 12, 2017 to the present. The parties stipulated to the authenticity of the 2017 Level of Care Guidelines. ECF No. 257 at Ex. B.

11. **Exhibit 9** hereto is a true and correct copy of **UBH's Coverage Determination Guideline for Outpatient Treatment of Obsessive Compulsive Disorder (OCD)**, in effect from June 1, 2010 to February 1, 2012, which UBH produced with the beginning bates number UBHWIT0009571. The parties have stipulated to the authenticity of this document. ECF No. 257 at 5, ¶ 19 & Ex. A.

12. **Exhibit 10** hereto is a true and correct copy of **UBH's Coverage Determination Guideline for Personality Disorders**, in effect from October 1, 2010 to April 17, 2012, which UBH produced with the beginning bates number UBHWIT0011187. The parties have stipulated to the authenticity of this document. ECF No. 257 at 5, ¶ 19 & Ex. A.

13. **Exhibit 11** hereto is a true and correct copy of **UBH's Coverage Determination Guideline for Outpatient Treatment of Bipolar Disorder**, in effect from January 1, 2011 to August 1, 2012, which UBH produced with the beginning bates number UBHWIT0001234. The parties have stipulated to the authenticity of this document. ECF No. 257 at 5, ¶ 19 & Ex. A.

14. **Exhibit 12** hereto is a true and correct copy of UBH's **Coverage Determination Guideline for Treatment of Major Depressive Disorder (MDD) and Dysthymic Disorder**, in effect from July 1, 2013 to April 1, 2014, which UBH produced with the beginning bates number UBHWIT0013315. The parties have stipulated to the authenticity of this document. ECF No. 257 at 5, ¶ 19 & Ex. A.

15. **Exhibit 13** hereto is a true and correct copy of UBH's **Coverage Determination Guideline for Custodial Care and Inpatient & Residential Services**, in effect from January 1, 2013 to February 1, 2014, which UBH produced with the beginning bates number UBHWIT0001431. The parties have stipulated to the authenticity of this document. ECF No. 257 at 5, ¶ 19 & Ex. A.

16. **Exhibit 14** hereto is a true and correct copy of UBH's **Coverage Determination Guideline for Custodial Care (Inpatient & Residential Services)**, in effect from March 1, 2017 to the present. The parties have stipulated to the authenticity of this document. ECF No. 257 at 5, ¶ 19 & Ex. F.

17. **Exhibit 15** hereto is a true and correct copy of **UBH's Coverage Determination Guideline for Treatment of Substance Use Disorders**, in effect from March 5, 2013 to March 1, 2014, which UBH produced with the beginning bates number UBHWIT0001405. The parties have stipulated to the authenticity of this document. ECF No. 257 at 5, ¶ 19 & Ex. A.

18. **Exhibit 16** hereto is a true and correct copy of **UBH's Coverage Determination Guideline for Treatment of Substance Use Disorders**, in effect from March 1, 2014 to October 1, 2014, which UBH produced with the beginning bates number UBHWIT0001709. The parties have stipulated to the authenticity of this document. ECF No. 257 at 5, ¶ 19 & Ex. A.

19. **Exhibit 17** hereto is a true and correct copy of **UBH's Coverage Determination Guideline for Treatment of Substance-Related & Addictive Disorders**, in effect from June 1, 2015 to October 1, 2015, which UBH produced with the beginning bates number UB-HWIT0332441. The parties have stipulated to the authenticity of this document. ECF No. 257 at 5, ¶ 19 & Ex. A. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

20. **Exhibit 18** hereto is a true and correct copy of excerpts from the United Healthcare Choice Plus Certificate of Coverage for the Plan 7PB (HDHP $1,500) of Insperity Holdings, Inc., effective January 1, 2013, and produced by UBH with the beginning bates number UBHWIT0003653 (the "**Wit Plan**").

21. **Exhibit 19** hereto is a true and correct copy of the Oxford Health Insurance, Inc., NY Small Liberty Plan Direct, Certificate of Coverage, effective June 1, 2012, and produced by UBH with the beginning bates number UBHWIT005294 (the "**Flanzraich Plan**"). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

22. **Exhibit 20** hereto is a true and correct copy of excerpts from the American Express Medical Plan Summary Plan Description, effective January, 2013, and produced by

Plaintiffs with the beginning bates number WIT_PTFS_0000482 (the "**Holdnak Plan**"). Plaintiff Cecilia Holdnak authenticated this document in her September 22, 2015 deposition. *See* ¶ 85, below, & Ex. 83 at 229-31.

23. **Exhibit 21** hereto is a true and correct copy of excerpts from the United Healthcare Basic Health Plan for Active Employees, Partners/Principals of Deloitte Touche Tohmatsu Limited, effective January 1, 2012, and produced by UBH with the beginning bates number UBHWIT0001904 (the "**Muir Plan**").

24. **Exhibit 22** hereto is a true and correct copy of excerpts from the Summary Plan Discription for the Lockton, Inc. Choice Plus with HSA Plan, effective January 1, 2015, and produced by UBH with the beginning bates number UBHWIT0262057 (the "**Tillitt Plan**").

25. **Exhibit 23** hereto is a true and correct copy of excerpts from the United Healthcare Choice Plus Certificate of Coverage, Riders, Amendments and Notices for Continental Offices Ltd, effective October 1, 2013 and produced by UBH with the beginning bates number UBHWIT0006433 (the "**Pfeifer Plan**"). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

26. **Exhibit 24** hereto is a true and correct copy of excerpts from the United Healthcare Choice Plus Certificate of Coverage for the Plan 7ED of Granite Construction, effective January 1, 2013, and produced by UBH with the beginning bates number UBHALEXANDER0000874 (the "**Alexander Plan**").

27. **Exhibit 25** hereto is a true and correct copy of excerpts from the Summary Plan Description for the George Washington University Medical Basic Plan, effective January 1, 2014, and produced by UBH with the bates number UBHALEXANDER0043856 (the "**Driscoll Plan**"). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

28. **Exhibit 26** hereto is a true and correct copy of the United Healthcare Choice Plus Certificate of Coverage for the Plan 4VT MOD 1 of Science Systems and Applications, Inc., effective January 1, 2011, and produced by Plaintiffs with the beginning bates number WIT_PTFS_0007627 (the "**Haffner Plan**"). Plaintiff David Haffner authenticated this document in his October 30, 2015 deposition. *See* ¶ 86, below, & Ex. 84 at 40-41. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

29. **Exhibit 27** hereto is a true and correct copy of the Oxford Health Insurance (NY) Inc., Freedom Plan Select Certificate of Coverage & Member Handbook, effective January 1, 2013, and produced by UBH with the beginning bates number UBHALEXANDER0000088 (the "**Klein Plan**"). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

30. **Exhibit 28** hereto is a true and correct copy of a May 3, 2013 letter from United Behavioral Health to Natasha Wit, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0004049. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

31. **Exhibit 29** hereto is a true and correct copy of a February 18, 2013 letter from United Behavioral Health to Casey Flanzraich, c/o Parent or Guardian, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0005184. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

32. **Exhibit 30** hereto is a true and correct copy of a January 4, 2014 letter from United Behavioral Health to Parent of [redacted] Holdnak, which Plaintiffs produced to UBH with the beginning bates number WIT_PTFS_0000422. Plaintiff Cecilia Holdnak authenticated this document in her September 22, 2015 deposition. *See* ¶ 85, below, & Ex. 83 at 135-37. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

33. **Exhibit 31** hereto is a true and correct copy of a January 31, 2014 letter from United Behavioral Health to Solacium New Haven Treatment Center regarding "Member: [redacted] Holdnak," which UBH produced to Plaintiffs with the beginning bates number UBHWIT0007725. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

34. **Exhibit 32** hereto is a true and correct copy of a March 7, 2013 letter from United Behavioral Health to Brian Muir, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0002621. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

35. **Exhibit 33** hereto is a true and correct copy of a July 9, 2015 letter from United Behavioral Health to Maxwell Tillitt, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0262348. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

36. **Exhibit 34** hereto is a true and correct copy of a November 1, 2013 letter from United Behavioral Health to Lauralee Pfeifer, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0006813. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

37. **Exhibit 35** hereto is a true and correct copy of an August 26, 2013 letter from United Behavioral Health to Jordan Alexander, which UBH produced to Plaintiffs with the beginning bates number UBHALEXANDER0000850. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

38. **Exhibit 36** hereto is a true and correct copy of a September 16, 2013 letter from United Behavioral Health to Jordan Alexander, which UBH produced to Plaintiffs with the beginning bates number UBHALEXANDER0000859. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

39. **Exhibit 37** hereto is a true and correct copy of a March 26, 2014 letter from United Behavioral Health to [redacted] Driscoll, which UBH produced to Plaintiffs with the beginning bates number UBHALEXANDER0041354. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

40. **Exhibit 38** hereto is a true and correct copy of a December 5, 2011 letter from United Behavioral Health to David Haffner, which UBH produced to Plaintiffs with the beginning bates number UBHALEXANDER0001830. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

41. **Exhibit 39** hereto is a true and correct copy of a September 22, 2014 letter from United Behavioral Health to Corinna Klein, which UBH produced to Plaintiffs with the beginning bates number UBHALEXANDER0000060. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

42. **Exhibit 40** hereto is a true and correct copy of excerpts from UBH's BH Case Notes for Natasha Wit, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0003026. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

43. **Exhibit 41** hereto is a true and correct copy of excerpts from UBH's PULSE Health Management System Individual Authorization Report for Casey Flanzraich, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0005158. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

44. **Exhibit 42** hereto is a true and correct copy of excerpts from UBH's BH Case Notes for [redacted] Holdnak, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0007809. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

45. **Exhibit 43** hereto is a true and correct copy of excerpts from UBH's BH Case Notes for Brian Muir, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0001851. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

46. **Exhibit 44** hereto is a true and correct copy of excerpts from UBH's BH Case Notes for Maxwell Tillitt, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0184042. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

47. **Exhibit 45** hereto is a true and correct copy of excerpts from UBH's BH Case Notes for Lauralee Pfeifer, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0006776. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

48. **Exhibit 46** hereto is a true and correct copy of excerpts from UBH's BH Case Notes for Jordan Alexander, which UBH produced to Plaintiffs with the beginning bates number UBHALEXANDER0000743. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

49. **Exhibit 47** hereto is a true and correct copy of excerpts from UBH's BH Case Notes for [redacted] Driscoll, which UBH produced to Plaintiffs with the beginning bates number UBHALEXANDER0041921. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

50. **Exhibit 48** hereto is a true and correct copy of UBH's BH Case Notes for David Haffner, which UBH produced to Plaintiffs with the beginning bates number UBHALEXAN-DER0001430. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

51. **Exhibit 49** hereto is a true and correct copy of UBH's PULSE Health Management System Individual Authorization Report for Corinna Klein, which UBH produced to Plaintiffs with the beginning bates numbers UBHALEXANDER0000069. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

52. **Exhibit 50** hereto is a true and correct copy of the March 10, 2017 Expert Report of Dr. Mark S. Chenven, which Plaintiffs served on UBH on March 10, 2017. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

53. **Exhibit 51** hereto is a true and correct copy of the March 10, 2017 Expert Report of Dr. Marc Fishman, which Plaintiffs served on UBH on March 10, 2017. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

54. **Exhibit 52** hereto is a true and correct copy of the March 10, 2017 Expert Report of Dr. Eric Plakun, which Plaintiffs served on UBH on March 10, 2017. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

55. **Exhibit 53** hereto is a true and correct copy of the April 7, 2017 Rebuttal Report of Dr. Mark S. Chenven, which Plaintiffs served on UBH on April 7, 2017.

56. **Exhibit 54** hereto is a true and correct copy of the April 7, 2017 Rebuttal Report of Dr. Marc Fishman, which Plaintiffs served on UBH on April 7, 2017.

57. **Exhibit 55** hereto is a true and correct copy of the April 7, 2017 Rebuttal Report of Dr. Eric Plakun, which Plaintiffs served on UBH on April 7, 2017.

58. **Exhibit 56** hereto is a true and correct copy of an excerpt from the agreed-upon Final Class List for the *Wit* case, showing the members of the *Wit* State Mandate Class. I created the excerpt as described below. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

Between June 2, 2017 and June 10, 2017, UBH produced to Plaintiffs a series of spreadsheet lists of adverse benefit determinations ("ABDs") drawn from UBH's ARTT and LINX databases following the procedures described in the March 14, 2016 Joint Stipulation Concerning Sampling Methodology. *See* Ex. Q to Plaintiffs' Mot. for Class Certification (*Wit* ECF No. 132-9). Plaintiffs then annotated the lists by designating whether each ABD

corresponded to a member of the *Wit* Guidelines Class, the *Wit* State Mandate Class, the *Alexander* Guideline Class, or should be removed from the lists. Lastly, after discussing certain adjustments, the parties agreed upon a final list of agreed-upon class designations (the "Final Class Lists").

To create Exhibit 56, I excerpted the Final Class Lists to show only denials the parties agree correspond to members of the *Wit* State Mandate Class by deleting rows that were not designated as such. I then removed all columns except those reflected in Exhibit 56. Lastly, I combined all data from the LINX database on one list (pages 1-25 of Exhibit 56), and all data from the ARTT database on a second list (pages 26-41 of Exhibit 56). [redacted]

59. **Exhibit 57** hereto is a true and correct copy of an August 15, 2011 letter from United Behavioral Health to Claim Sample Claimant RTC-29 (Unique ID 828), which UBH produced to Plaintiffs with the beginning bates number UBHWIT0059650. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

60. **Exhibit 58** hereto is a true and correct copy of an October 3, 2013 letter from United Behavioral Health to Claim Sample Claimant RTC-21 (Unique ID 8873), which UBH produced to Plaintiffs with the beginning bates number UBHWIT0060059. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

61. **Exhibit 59** hereto is a true and correct copy of a May 21, 2013 meeting request from Gerard Niewenhous to William Bonfield, Rhonda Robinson Beale, Lorenzo Triana, Keith Keytel, Irvin Brock, Andrew Martorana, Frederic Motz, and others, which UBH produced to

Plaintiffs with the bates number UBHWIT0103197. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

62. **Exhibit 60** hereto is a true and correct copy of a June 10, 2014 email from Lorenzo Triana to Keith Keytel and Irvin Brock, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0186852. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

63. **Exhibit 61** hereto is a true and correct copy of a September 26, 2014 email from Frederic Motz to Irvin Brock and others, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0429605. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

64. **Exhibit 62** hereto is a true and correct copy of a February 19, 2016 email string among Lorenzo Triana, Keith Keytel, Martin Rosenzweig, Martha Temple and others, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0508668. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

65. **Exhibit 63** hereto is a true and correct copy of Exhibit 20 to the May 10, 2017 deposition of Lorenza Triana, consisting of a July 25, 2016 email from Courtney Esparza, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0705269, along with a presentation attached to that email, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0705277. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

66. **Exhibit 64** hereto is a true and correct copy of a December 16, 2016 email string among Martha Temple, Michael Bresolin, Heather Catlin, Erik Rockswold and others, which UBH produced to Plaintiffs with the beginning bates number UBHWIT0708532. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

67. **Exhibit 65** hereto is a true and correct copy of a chart entitled, "Optum Behavioral Health, Consolidated UBH Legal Entity, Historical Profit and Loss Statement," produced by UBH with the bates number UBHWIT0729507. UBH designated this document Highly Confidential pursuant to the Protective Order. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

68. **Exhibit 66** hereto is a true and correct copy of Defendant UBH's Disclosure of Non-Retained Expert Testimony, which UBH served on Plaintiffs on March 10, 2017.

69. **Exhibit 67** hereto is a true and correct copy of the following article: Gerald F. Jacobson, M.D., *Emergency Services in Community Mental Health* 64 Am. J. Pub. Health 124, 124 (1974).

70. **Exhibit 68** hereto is a true and correct copy of excerpts from the transcript of the February 3, 2017 status conference in this case.

71. **Exhibit 69** hereto is a true and correct copy of excerpts from the transcript of the January 18, 2016 deposition of Theodore Allchin.

72. **Exhibit 70** hereto is a true and correct copy of excerpts from the transcript of the April 26, 2017 deposition of Theodore Allchin.

73. **Exhibit 71** hereto is a true and correct copy of excerpts from the transcript of the April 5, 2017 deposition of William Bonfield. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

74. **Exhibit 72** hereto is a true and correct copy of excerpts from the transcript of the January 20, 2016 deposition of Margaret Brennecke. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

75. **Exhibit 73** hereto is a true and correct copy of excerpts from the transcript of the February 5, 2016 deposition of Frances Bridge. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

76. **Exhibit 74** hereto is a true and correct copy of excerpts from the transcript of the May 2, 2017 deposition of Heather Catlin. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

77. **Exhibit 75** hereto is a true and correct copy of excerpts from the transcript of the April 6, 2017 deposition of Barry W. Dehlin.

78. **Exhibit 76** hereto is a true and correct copy of excerpts from the transcript of the April 4, 2017 deposition of Frederic Motz. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

79. **Exhibit 77** hereto is a true and correct copy of excerpts from the transcript of the February 3, 2016 deposition of Leslie Moldauer.

80. **Exhibit 78** hereto is a true and correct copy of excerpts from the transcript of the April 25, 2017 deposition of Gerard Niewenhous. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

81. **Exhibit 79** hereto is a true and correct copy of excerpts from the transcript of the April 25, 2017 deposition of Carolyn Regan. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

82. **Exhibit 80** hereto is a true and correct copy of excerpts from the transcript of the April 28, 2017 deposition of Thomas Simpatico. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

83. **Exhibit 81** hereto is a true and correct copy of excerpts from the transcript of the April 18, 2017 deposition of Lorenzo Triana. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

84. **Exhibit 82** hereto is a true and correct copy of excerpts from the transcript of the February 9, 2016 deposition of Lin Zhu.

85. **Exhibit 83** hereto is a true and correct copy of excerpts from the transcript of the September 22, 2015 deposition of Plaintiff Cecilia Holdnak. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

86. **Exhibit 84** hereto is a true and correct copy of excerpts from the transcript of the October 30, 2015 deposition of Plaintiff David Haffner. **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of June, 2017, in Washington, D.C.

*/s/ Caroline E. Reynolds*
Caroline E. Reynolds