PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DAVID AND NATASHA WIT, *et al.*,

Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),

Defendant.

Case No. 3:14-CV-02346-JCS
Action Filed: May 21, 2014

**DECLARATION OF CAROLINE E. REYNOLDS IN OPPOSITION TO UBH'S MOTIONS IN LIMINE NOS. 2 AND 3**

GARY ALEXANDER, *et al.*,

Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),

Defendant.

Case No. 3:14-CV-05337-JCS
Action Filed: December 4, 2014

Trial Date: October 16, 2017
Time: 8:30 A.M.
Judge: Hon. Joseph C. Spero
Courtroom: G

I, CAROLINE E. REYNOLDS, declare and state as follows:

1. I am an attorney with the law firm of Zuckerman Spaeder LLP, counsel for Plaintiffs ("Plaintiffs") in the above-captioned actions. I make this declaration in opposition to Defendant United Behavioral Health's Motions in Limine Nos. 2 and 3. I have personal knowledge of the matters stated in this declaration, and I could and would testify competently about them if called upon to do so.

2. **Exhibit 1** hereto is a true and correct copy of Behavioral Policy & Analytics Committee Meeting Minutes, bates numbered UBHWIT0090266 – 0090271 (Trial Exhibit 434). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

3. **Exhibit 2** hereto is a true and correct copy of Behavioral Policy & Analytics Committee Meeting Minutes, bates numbered UBHWIT0092328 – 0092333 (Trial Exhibit 474). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

4. **Exhibit 3** hereto is a true and correct copy of Behavioral Policy & Analytics Committee Meeting Minutes, bates numbered UBHWIT0512253 – 0512265 (Trial Exhibit 519). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

5. **Exhibit 4** hereto is a true and correct copy of Behavioral Policy & Analytics Committee Meeting Minutes, bates numbered UBHWIT0512295 – 0512298 (Trial Exhibit 543). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

6. **Exhibit 5** hereto is a true and correct copy of an email chain with subject "Aligning on what needs to change and the supporting justification related to ABA LOC guidelines," with attachment, bates numbered UBHWIT0709286 – 0709309 (Trial Exhibit 814). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

7. **Exhibit 6** hereto is a true and correct copy of UBH's 2015 Level of Care Guidelines, bates numbered UBHWIT0354266 – 0354398 (Trial Exhibit 5). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

8. **Exhibit 7** hereto is a true and correct copy of an Optum Medicare Coverage Summary for Psychiatric and Psychological Outpatient Services, bates numbered UBHWIT0616153 – 0616169 (Trial Exhibit 555). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

9. **Exhibit 8** hereto is a true and correct copy of a document entitled Developing a Hierarchy of Clinical Evidence for Coverage Determination Guidelines, bates numbered UBHWIT0083457 – 0083458 (Trial Exhibit 281). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

10. **Exhibit 9** hereto is a true and correct copy of a chart entitled Optum Behavioral Health, Consolidated UBH Legal Entity, Historical Profit and Loss Statement, bates numbered UBHWIT0729507 (Trial Exhibit 712). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

11. **Exhibit 10** hereto is a true and correct copy of a chart regarding Topic 4 (Trial Exhibit 714). **THIS EXHIBIT IS BEING FILED UNDER SEAL.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2017, in Washington, D.C.

*/s/ Caroline E. Reynolds*
Caroline E. Reynolds