JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
JEFFREY H. RUTHERFORD (SBN 181695)
jrutherford@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Phone: (213) 622-4750
Fax: (213) 622-2690

NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
Fax: (415) 986-2827

APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DAVID AND NATASHA WIT et al.,

Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH,

Defendant.

Case No. 14-cv-02346 JCS

Related Case No. 15-cv-05337 JCS

**UBH'S OBJECTIONS TO EXHIBITS APPEARING ON THE JOINT EXHIBIT LIST**

Honorable Joseph C. Spero

GARY ALEXANDER et al.,

Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH,

Defendant.

Pursuant to the Court's July 28, 2017 Scheduling Order (ECF No. 275), UBH submits the following objections to exhibits appearing on the parties' September 6, 2017 Joint Trial Exhibit List. (ECF No. 296–4). UBH's objections are attached to this pleading as Exhibit A. The contents of Exhibit A are discussed below.

UBH continues to meet and confer with Plaintiffs in an effort to resolve foundational objections and remove duplicative exhibits from the Joint Trial Exhibit List. Additionally, the Court's anticipated rulings on the parties' motions *in limine* may reduce the breadth of the Joint Trial Exhibit List or objections thereto. UBH reserves its right to object to exhibits introduced at trial by Plaintiffs should Plaintiffs' use of such exhibits raise evidentiary issues not apparent from a review of the Joint Exhibit List.

**Description of Exhibit A**

Exhibit A is a spreadsheet listing the following information:

- Column A lists the Trial Exhibit Number;
- Column B lists the beginning bates number of the exhibit;
- Column C lists the ending bates number of the exhibit;
- Column D lists the date of the exhibit;
- Column E lists the description of the exhibit;

///

///

///

///

///

///

///

///

///

- Column F lists the grounds on which UBH objects to that exhibit. Numbers in Column F (e.g. 801, 401, etc.) refer to the Federal Rule of Evidence upon which UBH bases its objection. A reference to "UBH MIL # __" indicates that the exhibit is the subject of one of UBH's pending Motions *in limine*, and incorporates by reference all objections and arguments stated in the corresponding motion *in limine*.

Dated: September 26, 2017

CROWELL & MORING LLP

*/s/ Jennifer S. Romano*

Jennifer S. Romano
Jeffrey Rutherford
April Ross
Nathaniel P. Bualat
Attorneys for Defendant
UNITED BEHAVIORAL HEALTH