UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CIVIL TRIAL MINUTES**

| **Case No.:** 14-cv-02346-JCS And Consolidated Case: 14-cv-05337-JCS | **Case Name:** Wit v. United Healthcare Insurance Company **Consolidated Case Name:** Alexander v. United Healthcare | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date:** October 16, 2017 | **Time:** 6 H |

**Attorney for Plaintiff:** Caroline Reynolds, Carl S. Kravitz, Jason Cowart, Adam Abelson, Aitan Goelman
**Attorney for Defendant:** Jennifer Romano, Nathan Bualat, Jeffrey Rutherford, April Ross, Andrew Holmer

**Deputy Clerk:** Karen Hom                              **Court Reporter:** Joann Bryce & Kathy Sullivan

**BENCH TRIAL BEGAN: 10/16/17**              **BENCH TRIAL END:**

**PROCEEDINGS:**
Plaintiffs' opening statement. Defendants opening statement.
Plaintiffs' witness Dr. Marc Fishman.
Court recessed for the day.

**(See the attached Trial Worksheet)**

**EXHIBITS:** 1-224, 880, 670, 642, 662, 661

**WITNESSES:** Dr. Marc Fishman

**CASE CONTINUED TO:**   10/17/17 at 8:30 AM for continued Bench Trial.

**VERDICT:**

Page 1