## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 14-cv-02346-JCS and Consolidated Case No. 14-cv-05337-JCS
Case Name: Wit v. United Healthcare Insurance Company & Consolidated Case: Alexander v. United Healthcare

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| CHIEF MAGISTRATE JUDGE: Joseph C. Spero | PLAINTIFF ATTORNEY: Caroline Reynolds, Carl S. Kravitz, Jason Cowart, Adam Abelson, Aitan Goleman | DEFENSE ATTORNEY: Jennifer Romano, Nathan Bualat, Jeffrey Rutherford, April Ross, Andrew Holmer |
|---|---|---|
| BENCH TRIAL DATE: 10/16/17 | REPORTER(S): Joann Bryce & Kathy Sullivan | CLERK: Karen L. Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 8:20 AM |  |  | All parties and counsel present. |
|  |  | 8:32 AM |  |  | Court convened. Defendants housekeeping issue regarding evidence for class certification. Plaintiffs housekeeping issue regarding deposition designations and counter designations and where time should be allocated. |
|  |  | 8:39 AM |  |  | Plaintiffs' opening statement by Carolyn Reynolds |
|  |  | 9:16 AM |  |  | Defendant's opening statement by Jennifer Romano |
| 1-224 |  | 9:55 AM | X | X | Exhibits 1-224 Level of Care Guidelines. |
| 880 |  | 9:56 AM |  |  | Stipulation of Facts, ECF Dkt 257 is admitted as a new exhibit. |
|  |  | 9:57 AM |  |  | Dr. Marc Fishman. Clerk administered witness oath. Direct exam by Aitan Goleman |
| 670 |  | 10:00 AM | X | X | Exh. 670 – CV of Dr. Fishman |
| 642 |  | 10:08 AM | X | X | Exh 642 ASAM PPC-2R, Second Edition-Revised, 2001 |
| 662 |  |  | X | X | Exh 662 The ASAM Criteria, Third Edition, 2013 |
|  |  | 10:23 AM | X |  | Exh 881A – pg 5 (demonstrative) & Exh 881B (demonstrative). |
|  |  | 10:45 AM |  |  | Court recessed for short break. |
|  |  | 11:08 AM |  |  | Court reconvened. Continued direct exam of Dr. Fishman by Aitan Goleman. |
|  |  | 12:34 PM |  |  | Court recessed for lunch. Court to reconvene at 1:30 PM |
|  |  | 1:25 PM |  |  | All counsel and parties present. |
|  |  | 1:40 PM |  |  | Court reconvened. Continued direct exam of Dr. Fishman by Goleman. |
| 661 |  | 1:43 PM | X | X | Exh 661 State of Texas Department of Health. (1999). Standards for Reasonable Cost Control and Utilization Review for Chemical Dependency Treatment Centers |

Case No: 14-cv-02346-JCS  & Consolidated Case No. 14-cv-05337-JCS
Case Name: Wit v. United Healthcare Insurance Company & Consolidated Case Alexander v. United Healthcare
Date: October 16, 2017
Courtroom Deputy: Karen Hom                                          Court Reporter:  Joann Bryce & Kathy Sullivan

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 699 | | 1:49 PM | X | | Exh 699 – Objection. Sustained. |
| 700 | | | X | | Exh 700 – Objection. Sustained. |
| 701 | | | X | | Exh 701 – Objection. Sustained. |
| 882 | | 1:54 PM | X | | Exh 882 |
| 880 | | 2:04 PM | X | | Exh 880 |
| | | 2:10 PM | | | Cross-Examination. Court held discussion regarding the guidelines and parties shall focus on what's right and what's wrong with the guidelines. |
| | | 2:18 PM | | | Cross-exam of Fishman by Jeffrey Rutherford |
| | | 3:14 PM | | | Re-direct exam of Fishman by Aitan Goleman. |
| | | 4:01 PM | | | Court recessed for the day. |
| | | | | | Bench trial continued to 10/17/17 at 8:30 AM. |
| | | | | | |
| | | | | | |
| | | | | | Time: Plaintiff: 19:45:55  Defendant: 22:25:19 |