UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL TRIAL MINUTES

| Case No.: 14-cv-02346-JCS Consolidated Case: 14-cv-05337-JCS | Case Name: Wit v. United Healthcare Insurance Company<br>Consolidated Case Name: Alexander v. United Healthcare | |
|---|---|---|
| Chief Magistrate Judge:<br>JOSEPH C. SPERO | Date: October 17, 2017 | Time: 5 H 15 M |

**Attorney for Plaintiff:** Caroline Reynolds, Carl S. Kravitz, Jason Cowart, Adam Abelson, Aitan Goelman
**Attorney for Defendant:** Jennifer Romano, Nathan Bualat, Jeffrey Rutherford, April Ross, Andrew Holmer

**Deputy Clerk:** Karen Hom                         **Court Reporter:** Joann Bryce/Kathy Sullivan

**BENCH TRIAL BEGAN: 10/16/17**               **BENCH TRIAL END:**

**PROCEEDINGS:**

Court convened. Objections heard as to exhibits to be used with witness Niewenhous. Objections are OVERRULED.
Exhibit 880, Dr. Alam's report, is now renumbered as Exhibit 891.
Plaintiffs' witness Gerard (Jerry) Niewenhous.
Court heard objections about going into a SEALED Proceeding. Objection is OVERRULED and Courtroom is cleared.
Court went into a SEALED Proceeding (Time: 3:17 to 3:21)
Courtroom reopened to the public.

**(See the attached Trial Worksheet)**

**EXHIBITS:** 540, 512, 735, 768, 281, 264, 265, 522, 656, 307, 592, 335, 655, 654, 445, 497, 555, 477, 494, 437, 450, 268 through 278, 493, 378, 402, 506, 322, 786, 342, 372 (SEALED)

**WITNESSES:** Dr. Marc Fishman, Gerard (Jerry) Niewenhous,

**CASE CONTINUED TO:**   10/18/17 at 8:30 AM for continued Bench Trial.

**VERDICT:**