UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 14-cv-02346-JCS and Consolidated Case No. 14-cv-05337-JCS
Case Name: Wit v. United Healthcare Insurance Company & Consolidated: Alexander v. United Healthcare

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| CHIEF MAGISTRATE JUDGE: Joseph C. Spero | PLAINTIFF ATTORNEY: Caroline Reynolds, Carl S. Kravitz, Jason Cowart, Adam Abelson, Aitan Goleman | DEFENSE ATTORNEY: Jennifer Romano, Nathan Bualat, Jeffrey Rutherford, April Ross, Andrew Holmer |
|---|---|---|
| BENCH TRIAL DATE: 10/17/17 | REPORTER(S): Joann Bryce & Kathy Sullivan | CLERK: Karen L. Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:45 AM | | | Plaintiffs' counsel present. |
| | | 8:15 AM | | | Defendant's counsel and parties present. Clerk advised the parties that they no longer need to file in the Alexander case (14-5337) as it has now been consolidated into the Wit case. Parties advised that the Court will stop at 3:30 today and on Wed., 10/18 at 3:00. |
| | | 8:27 AM | | | Court convened. Court to take up objections re: exhibits to be used with witness Niewnhous by Romano. The objections are OVERRULED as to exhibits 493, 384, 388, 397, 405, 429, 445, 447, 477, 493, 494, 497, 555, 560. |
| | | 8:36 AM | | | Court proceedings stopped due to technical difficulties with Court equipment. |
| | | 8:43 AM | | | Court reconvened. Mr. Goleman brings up housekeeping issue that Dr. Alam's report, which was marked as Exh. 880, is now renumbered as Exh 891. |
| | | 8:44 AM | | | Resume re-direct exam of Dr. Fishman by Goleman. |
| | | 9:51 AM | | | Re-cross exam of Dr. Fishman by Rutherford. |
| | | 10:09 AM | | | Court recessed for morning break. |
| | | 10:35 AM | | | Court reconvened. Discussion held re: sealing of documents used in testimony of Mr. Niewenhous. Court ruled that at the end of testimony the Court will address the sealed exhibit, subject to any objections, to seal the courtroom for direct and cross-exam on the sealed documents. |
| | | 10:38 AM | | | Plaintffs' witness Gerard Niewenhous (Jerry). Clerk administered witness oath. Direct exam by Ms. Reynolds. |
| 540 | | 10:43 AM | X | X | Exh 540 Email with subject "For Our 1:1," with attachments. |
| 512 | | 10:45 AM | X | X | Exh 512 PowerPoint presentation with title "OptumHealth Guideline Touchbase Call." |
| 768 | | 10:52 AM | X | X | Exh 768 Email chain with subject "Friday meet with sandy cohen re parity," with attachments. |

1

Case No: 14-cv-02346-JCS  & Consolidated Case No. 14-cv-05337-JCS
Case Name: Wit v. United Healthcare Insurance Company & Consolidated Case Alexander v. United Healthcare
Date: October 17, 2017
Courtroom Deputy: Karen Hom                             Court Reporter:  Joann Bryce & Kathy Sullivan

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 735 | | 10:55 AM | X | X | Exh 735 Email with subject "Briefing on Custodial Care (1111 Draft 3)," with attachments. |
| 281 | | 11:00 AM | X | X | Exh 281 Developing a Hierarchy of Clinical Evidence for Coverage Determination Guidelines |
| 264 | | 11:03 AM | X | X | Exh 264 UBH Care Advocacy Policy - Clinical Guidelines: Development and Approval, Dissemination and Use, revised August 2014 |
| 265 | | 11:05 AM | X | X | Exh 265 UBH Care Advocacy Policy - Clinical Guidelines: Development and Approval, Dissemination and Use (Aug 2015) |
| 522 | | 11:06 AM | X | X | Exh 522 Email chain with subject "feedback needed," with attachment. |
| 656 | | 11:29 AM | X | X | Exh 656  Medicare Benefit Policy Manual, Chapter 6 - Hospital Services Covered Under Part B, dated 12/18/15. |
| 307 | | 11:43 AM | X | X | Exh 307 CDC Minutes dated 7/1/10. |
| 592 | | 11:53 AM | X | X | Exh 592 Email with subject "Input on the 2012 Level of Care Guidelines - 888/844-7278, 7326539," with attachment. |
| 335 | | 11:57 AM | X | X | Exh 335 Email with subject "Clinical Guidelines Training," with attachment dated 4/5/12 |
| 655 | | 12:13 PM | X | X | Exh 655 Medicare Benefit Policy Manual, Chapter 2 - Inpatient Psychiatric Hospital Services dated 5/13/16 |
| | | 12:15 PM | | | Court recessed for lunch. Resume at 1:15 PM. |
| | | 1:12 PM | | | All counsel and parties present. |
| | | 1:23 PM | | | Court reconvened. Continued direct exam of Gerard Niewenhous by Reynolds. |
| 654 | | 1:41 PM | X | X | Exh 654 Medicare Benefit Policy Manual, Chapter 16 - General Exclusions from Coverage dated 1/6/14 |
| 445 | | 1:45 PM | X | X | Exh 445  Optum Medicare Coverage Summary for Psychiatric and Psychological Outpatient Services |

2

Case No: 14-cv-02346-JCS  & Consolidated Case No. 14-cv-05337-JCS
Case Name: Wit v. United Healthcare Insurance Company & Consolidated Case Alexander v. United Healthcare
Date: October 17, 2017
Courtroom Deputy: Karen Hom                                    Court Reporter: Joann Bryce & Kathy Sullivan

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 497 | | 1:45 PM | X | X | Exh 497 Optum Medicare Coverage Summary for Psychiatric and Psychological Outpatient Services |
| 477 | | | X | X | Exh 477 Optum Medicare Coverage Summary for Alcohol and Substance Abuse Treatment |
| 555 | | | X | X | Exh 555 Optum Medicare Coverage Summary for Psychiatric and Psychological Outpatient Services |
| 494 | | | X | X | Exh 494 Optum Medicare Coverage Summary for Alcohol and Substance Abuse Treatment |
| 437 | | 2:01 PM | X | X | Exh 437 Email chain with subject "Medical Necessity Definition for BH LOCG." |
| 450 | | 2:06 PM | X | X | Exh 450 Email with subject "Please Add a Guideline Page to inSite," with attachment. |
| 268 | | 2:12 PM | X | X | Exh 268 Guideline Applicability Tool - Optum Clinical Guidelines October 2014 |
| 269 | | | X | X | Exh 269 Guideline Applicability Tool - Optum Clinical Guidelines November 2014 |
| 270 | | 2:13 PM | X | X | Exh 270 Guideline Applicability Tool - Optum Clinical Guidelines January 2015 |
| 271 | | | X | X | Exh 271 Guideline Applicability Tool - Optum Clinical Guidelines March 2015 |
| 272 | | | X | X | Exh 272 Guideline Applicability Tool - Optum Clinical Guidelines May 2015 |
| 273 | | | X | X | Exh 273 Guideline Applicability Tool - Optum Clinical Guidelines September 2015 |
| 274 | | | X | X | Exh 274 Guideline Applicability Tool - Optum Clinical Guidelines January 2016 |
| 275 | | 2:14 PM | X | X | Exh 275 Guideline Applicability Tool - Optum Clinical Guidelines May 2016 |
| 276 | | | X | X | Exh 276 Guideline Applicability Tool - Optum Clinical Guidelines July 2016 |
| 277 | | | X | X | Exh 277 Guideline Applicability Tool - Optum Clinical Guidelines August 2016 |
| 278 | | | X | X | Exh 278 Guideline Applicability Tool - Optum Clinical Guidelines August 2016 Guideline Applicability Tool - Optum Clinical Guidelines January 2017 |
| 493 | | 2:18 PM | X | X | Exh 493 Email with subject "For Our Next 1:1." Dated 5/26/15 |

Case No: 14-cv-02346-JCS  & Consolidated Case No. 14-cv-05337-JCS
Case Name: Wit v. United Healthcare Insurance Company & Consolidated Case Alexander v. United Healthcare
Date: October 17, 2017
Courtroom Deputy: Karen Hom                                   Court Reporter: Joann Bryce & Kathy Sullivan

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 378 | | 2:21 PM | X | X | Exh 378 Email chain with subject "Implementing CT UR Reg - 888/844-7278, 7326539," with attachments. |
| 402 | | 2:25 PM | X | X | Exh 402 Email with subject "UR Deficiency #3-Guidelines," with attachment. |
| 506 | | 2:39 PM | X | X | Exh 506 Email with subject "Follow-up for the CT DOI," with attachments. |
| 322 | | 2:46 PM | X | X | Exh 322 Email chain with subject "interesting request from HPHC re: our guidelines." |
| 342 | | 2:48 PM | X | X | Exh 342 Email chain with subject "Denial process documentation." |
| 786 | | 2:50 PM | X | X | Exh 786 Email chain with subject "LOCATDR for BPAC." |
| | | 2:53 PM | | | Court recessed for 10 min break |
| | | 3:07 PM | | | All parties and counsel present. Court reconvened. Ms. Reynolds moved to have Exh 342 admitted. Continued direct exam of Niewenhous by Reynolds. |
| | | 3:14 PM | | | Court intends to go into a sealed proceeding and seal the courtroom. Court will hear any objection. Brian Cada stated his objection to sealing the courtroom. Objection is OVERRULED. Anyone who is not a party to this action will need to leave. Courtroom is cleared. |
| | | **3:17 PM SEALED** | | | **Court went into a SEALED PROCEEDING.** |
| 372 | | | X | X | Exh 372 Email chain with subject "IOP CDGS - Question." FILED UNDER SEAL |
| | | 3:21 PM | | | Courtroom reopened to the public. Cross-exam by Ms. Romano. |
| | | 3:38 PM | | | Housekeeping issue brought up by Mr. Rutherford re: protocol for conferring with a witness who is already on the stand. Court ruled that counsel may not confer with the witness once they are on the stand. |
| | | 3:41 PM | | | Court recessed for the day. Bench trial resumes on 10/18/17 at 8:30 AM. |
| | | | | | Clerk reviewed admitted exhibits with counsel and all are in agreement. |
| | | | | | Pla Time: 15:13:28  Dft Time: 21:45:50 |

4