THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
JOSEPH BUI (SBN 293256)
jbui@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CHRISTOPHER FLYNN (admitted *pro hac vice*)
cflynn@crowell.com
APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | Case No. 3:14-CV-02346-JCS <br><br> **DECLARATION OF JOYCE MCCULLOCH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR MOTION FOR CLASS CERTIFICATION AND EXHIBITS THERETO** <br><br> Action File: May 21, 2014 <br><br> Judge: Hon. Joseph Spero <br> Courtroom: G |

| | |
|---|---|
| GARY ALEXANDER, et al., | Case No. 3:14-CV-05337-JCS |
|       Plaintiffs, | Action Filed: December 4, 2014 |
|   v. | |
| UNITED BEHAVIORAL HEALTH, | |
|       Defendant. | |

I, Joyce McCulloch, hereby declare as follows:

1.  I am a Vice President with Optum Consumer Solutions Group Reporting, which is an affiliate of Defendant United Behavioral Health ("UBH") that provides services to UBH. I make this declaration in support of Plaintiffs' Administrative Motion to Seal Portions of Their Motion for Class Certification ("Motion") (ECF No. 128) and exhibits filed in support thereof. Unless otherwise stated, I have personal knowledge of the matters stated in this declaration, and I could and would testify competently about them if called upon to do so.

2.  I understand that Plaintiffs have filed, as part of their **Exhibit Q**, documents that they refer to as "data dictionaries" for the LINX and ARTT databases. These data dictionaries are Optum and UBH's propriety documents. For clarification, these data dictionaries are for the Optum Behavioral Health data warehouse (known as the Enterprise Data Warehouse or "EDW"), not for the actual LINX and ARTT source systems. These data dictionaries represent the tables that my group uses to support reporting.

3.  Reporting and analytic capability is a market differentiator for Optum and UBH and, as such, access to data dictionaries for our specialized data warehouse could give competitors unfair advantage. With this information, competitors could see how we structure our data to support reporting and analytics. These data mapping documents could also support reverse engineering that would allow competitors to gain insight into the structure of the source systems, LINX and ARTT. Those source systems have, among other things, members' demographic and medical information, information about the health services (including relating to mental health and substance use disorders) members sought and received, and information about appeals and denials.

4.  From a security perspective, it is my understanding that these data dictionaries could provide would-be hackers with a roadmap for cyber-attacks. With these documents, hackers would have a better understanding of how to access Optum and UBH's appeals and denials data, which could lead to or affect the severity of security and privacy breaches.

//

//

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this _31_ day of _March_, 2016, at _Portland_, _Oregon_.

_____
Joyce McCulloch