1  JENNIFER S. ROMANO (SBN 195953)
   jromano@crowell.com
2  JEFFREY H. RUTHERFORD (SBN 181695)
   jrutherford@crowell.com
3  ANDREW HOLMER (SBN 268864)
   aholmer@crowell.com
4  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
5  Los Angeles, California 90071
   Phone: (213) 622-4750
6  Fax: (213) 622-2690
7
8  NATHANIEL P. BUALAT (SBN 226917)
   nbualat@crowell.com
9  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
10 San Francisco, California 94111
   Phone: (415) 986-2800
11 Fax: (415) 986-2827

12 APRIL N. ROSS (admitted *pro hac vice*)
   aross@crowell.com
13 CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
14 Washington, D.C. 20004
   Phone: (202) 624-2500
15 Fax: (202) 628-5116

16 Attorneys for Defendant
   UNITED BEHAVIORAL HEALTH

17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
19

| DAVID AND NATASHA WIT, et al., | Case No. 3:14-CV-02346-JCS |
|---|---|
| Plaintiffs, | Action Filed: May 21, 2014 |
| v. | **DECLARATION OF NISHA PATTERSON IN SUPPORT OF UBH'S MOTION TO SEAL TRIAL EXHIBIT 525** |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant. | Trial Date: October 16, 2017<br>Judge: Hon. Joseph Spero<br>Courtroom: G |

PATTERSON DECL. ISO UBH MOT TO SEAL;
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

SFACTIVE-904625394.1

CROWELL
& MORING LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1   GARY ALEXANDER, et al., | Case No. 3:14-CV-05337-JCS |
| 2              Plaintiffs, | Action Filed:   December 4, 2014 |
| 3       v. | |
| 4   UNITED BEHAVIORAL HEALTH, | |
| 5              Defendant. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SFACTIVE-904625394.1

PATTERSON DECL. ISO UBH MOT TO SEAL;
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

I, Nisha Patterson, declare and state as follows:

1. I am employed by United Behavioral Health ("UBH"), as Vice President of Affordability, and have worked at UBH for 15 years. Prior to acting as Vice President of Affordability for UBH, I was Director of Affordability for UBH. I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

**UBH's Per-Member Per-Month Rates**

2. My work requires me to be familiar with UBH's finances. This includes a broad variety of data, but UBH's most sensitive and confidential financial information are the per-member, per-month ("PMPM") rates UBH charges its customers. These rates are used for many purposes, primarily in negotiating pricing with customers. For this reason, UBH considers this particular information to be highly sensitive. It is UBH's practice to keep such information confidential and not to disclose it. Few individuals within UBH have access to this information.

3. There are many ways to calculate the PMPM rate, which is essentially the ratio of costs (administrative costs, or administrative and insurance, depending on the plan) and the number of Plan members, calculated as a monthly average. For example, if a particular market contains 1,000,000 members, and UBH spent $100,000 in an average month to provide services, then the PMPM rate would be $0.10. Similarly, if the penetration rate (i.e. the percentage of members who use a service) is 1% and the monthly cost for services is $1,000, then the PMPM will be $10. These are the simplest ways to calculate PMPM rate, however there are others.

4. The price that UBH's customers pay for their health plan is a PMPM rate. Generally these rates are negotiated for a three-year term, so rates that were in effect in 2014 are typically still in effect in 2017, and often form the basis for rate negotiations for the next three-year cycle. PMPM rates are highly competitive, and most customers have a negotiated rate. UBH keeps its negotiated PMPM rates confidential and often requires confidentiality clauses with its customers to keep its rates confidential.

5. If the actual PMPM rates that UBH pays in order to provide services are allowed to enter the public domain, then there is a substantial risk that UBH will suffer serious competitive harm. For example, if a competitor of UBH's were to obtain this information, the

competitor could use the information to market to UBH's customers or potential customers by using UBH's rates to undercut UBH.  Further, UBH's customers or potential customers could use UBH's rates in negotiations to UBH's disadvantage.  For this reason, PMPM rates are kept as some of the most closely guarded and proprietary information throughout the insurance industry.

6. Trial Exhibit 525 is a document I prepared which reflects UBH's PMPM rate information from 2015 on page 6.  Pages 6–8 and 18–61 have information about the cost UBH paid for services at various levels of care that could be used to calculate UBH's PMPM costs for 2014 and 2015. This information is highly sensitive, and it is UBH's practice to keep this information confidential. If this information were to enter the public domain, there is a substantial risk that it would cause UBH serious competitive harm in negotiations with potential customers or network providers.  Attached to this declaration as Exhibit 525-R is a redacted copy of Trial Exhibit 525.

Executed this 16th day of October, 2017, at Houston, Texas.

*Nisha Patterson*

Nisha Patterson