|      | PMPM Trend | Unit Cost Trend | Utilization/k Trend | Prior Year Utilization/K | Current Year Utilization/K Projection |
|------|------------|-----------------|---------------------|--------------------------|---------------------------------------|
|      | INT        | INT             | INT                 | INT                      | INT                                   |
| 2014 | SEALED     |                 |                     |                          |                                       |
| 2015 |            |                 |                     |                          |                                       |
| 2016 |            |                 |                     |                          |                                       |
| 2017 |            |                 |                     |                          |                                       |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 715**

Case Nos. 14-cv-2346-JCS/14-cv-5337-JCS

Date Entered _____

By _____
     Deputy Clerk

EXHIBIT
___4___
Catlin

**TRIAL EX. 715-0001**