Message

| | |
|---|---|
| **From:** | Dixon, Franchelle Y [franchelle.dixon@optum.com] |
| **Sent:** | 7/25/2014 9:28:16 AM |
| **To:** | Dyer, Lloyd H [lloyd.dyer@optum.com]; Keytel, Keith W [keith.keytel@optum.com]; Hart, Brett A [brett.hart@optum.com]; Powell, Michael C [michael.powell@optum.com]; McCarthy, Paul R [paul.mccarthy@optum.com]; Triana, Lorenzo [lorenzo.triana@optum.com]; Zaugg, Laurie B [laurie.zaugg@optum.com]; Davis, James E [james.davis@optum.com]; Hullett, Joseph [joseph.hullett@optum.com]; Hartman, Nancy M [nancy.hartman@optum.com]; Gibli, Tracy D [tracy.gibli@optum.com]; Brennecke, Margaret K [margaret.brennecke@optum.com]; Mullen, Elisa A [elisa.mullen@optum.com]; Jimenez, Richard G [richard.jimenez@optum.com]; Awrey, Denise [denise.awrey@optum.com]; Patterson, Nisha C [nisha.patterson@optum.com]; Motz, Frederic C [frederic.motz@optum.com]; Bobbitt, Bruce L [bruce.bobbitt@optum.com]; Iddings, Marie P [marie.iddings@optum.com]; Bogomolny, Boris [boris.bogomolny@optum.com]; Rathbun, Jon R [jon.rathbun@optum.com]; Dockens, Shirley E [shirley.dockens@optum.com]; Rosales, Donna M [donna.rosales@optum.com]; Nussbaum, Debra [debra.nussbaum@optum.com]; Mao, Chi [chi.mao@optum.com]; Keller, Deirdre J [deirdre.keller@optum.com]; Beardsley, Scott D [scott.beardsley@optum.com]; Barnum, Kirsten C [kirsten.barnum@optum.com]; Dixon, Franchelle Y [franchelle.dixon@optum.com]; Meier, Edward L [edward.meier@optum.com]; Maguire, Marian M [marian.maguire@optum.com]; Krueger, Matthew A [matthew.krueger@optum.com]; Hasan, Sumreen [sumreen.hasan@optum.com]; Brock, Irvin P [irvin.brock@optum.com] |
| **Subject:** | Employer Monthly Business Review - July/2014 |
| **Attachments:** | Employer Monthly Business Review JULY- 2014 FINAL.ppt |

Here is the presentation for today's Employer Monthly Business Review.

Jim

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT  772**

Case Nos. 14-cv-2346-JCS/14-cv-5337-JCS

Date Entered _____

By _____
   Deputy Clerk

**TRIAL EX. 772-0001**

# Attachment

**No image available for this record.**

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

**TRIAL EX. 772-0003**

UBHWIT0429440





# E&I/Direct Employer Monthly Business Review – July/2014

Data sources:
- 2014 April paid claims through June
- June Financial Close – Internal Commercial and External Direct Employer
- 2014 YTD Authorization Utilization Dashboard

**TRIAL EX. 772-0004**

# Executive Summary- Highlights

**June, 2014 E&I, Direct Employer, Close**

➢ **E&I:** UHC YTD Gross Margin ($2.9M) unfavorable to budget; June Ben Ex favorable **$1.6M** to forecast (YTD PPO/POS Ben Ex is favorable **$2.2M** to forecast)

➢ **Direct Employer:** YTD Gross Margin ($3.8M) unfavorable to budget; June Ben Ex favorable **$81K** to forecast

**2014 April+ 2 Paid Claim Trend Drivers**

**Macro** (Internal UHC excluding Oxford and PBH)

➢ Membership flat

➢ **18-25 Cohort's** impact on trend:

>($10.2M) to trend in 2013; **2014** is on (**$2.9M**) ⬇ pace [($973K) through April]

>($5.54M) (54%) of 18-25 trend tied to Non-ETOH SA diagnosis in 2013; **2014** is on ($1.8M)⬇ pace [($611K) through April (62% of total cohort trend tied to Non-ETOH)

— **Non-ETOH SA** diagnosis was primary overall cost driver at $8.6M in 2013 for all age groups; 2014 is on (**$2.8M**) ⬇ pace [($948K) through April]

➢**Level of Care** (Internal UHC excluding Oxford and PBH; $ variance without IBNR)

➢ **Structured Outpatient** is unfavorable by ($967K); uptick in ETOH SUD treatment

➢ **Ancillary** is unfavorable by ($763K); continues to be driven by Non-ETOH SUD treatment

➢ **Residential** is unfavorable by ($615K) driven by ETOH SUD treatment

➢ **PHP** is favorable by -$215K

➢ **Professional Services** is favorable by -$211K

➢ **IP** is favorable by -$1.73M

➢ **OP** is favorable by -$2.06M

**2014 July Authorizations - Leading Edge Indicators (Internal UHC; June Membership)**

➢ IP favorable to prior year (-6.2%); Admits down (3.5%) ALOS favorable **-2.8%**

➢ Interm favorable to prior year (-4.0%) Admits up (8.7%) ALOS favorable **-11.8%**

**HCQAI Savings 2014 Target Savings**

— Targeted Savings $28.45M on-track with 5+7Forecast; 7+5 HCQAI Savings Estimate - August 8th



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0005**

# High Level Summary of 18-25 Cohort and SUDs Mitigation Initiatives

**- Ancillary**

> **801XX Mitigation:** UHC E&I Alignment with CMS Practices for Qualitative Lab Services for Drug Testing Initiated 2/15/2014; Next Release Date to automate pend/review Protocol- 8/23/14; The Policy **will be applied manually-** Completed 7/1/14

> **Rev Code 300 Mitigation**: Flagging of Top 30 Lab Code Submitters (4.8M in FI 2013 Claims Paid on UNET Only); 30 Providers account for 63% of total claims paid. Stop outlier payment : OHBS Facets Flagging Complete 6/2; UNET Flagging Complete 6/3; Cosmos Flagging (Pending)

> **UDS Lab Clinical Policy-** Initial Draft Completed 3/17/14

> **SIU** investigating identified provider groups billing for multiple, unnecessary drug screens - Initiated in 2013 On-Going

**Non-ETOH SA (SUDS)**

• **Best Practice Job Aid Development** **(increase utilization of ambulatory services for opiate dependence)** Completed 6/1/14

Includes:

• Created toolbox for BNS Staff for MAT Network Development

• Created Toolbox for Clinical (added 9 documents for KIT page aimed at best practices for A&T call handling)

• Created workflows for MAT calls/referrals, negotiations/modifications for A&T

• Created Member Communication- posted on **LAWW**

• Provider Communication-posted on **Provider Express**

• **Clinical Staff Training**

> **Internal Clinical Staff Training** on SUD Evidence Based Practice – Completed 3/28/14

> **Clinical Staff Training Module** on Medication Assisted Treatment-Completed 5/14/14

> **Learn Source** MAT Module Posted- Completed 5/17/14

> **MD Training** on Medication Assisted Treatment – Completed 5/22/14

> **Review/Revise SUDS P&Ps- Recommendation to adopt ASAM  guidelines** presented to Senior Management for considerations and adoption. – Completed June/2014

> **Develop ISIE-type Job Aides** - for ETOH & Opiates – Completed June/2014 ; Withdrawal Management (Detox) job aide that spans all drugs that may require a detox. In – Process 8/1/14

**System Updates and MAT Network Development**

> **Implemented revised naming conventions** for provider/group affiliations in Facets- Completed 5/28/14

> **Provider Loading** under new naming conventions- Completed 6/9/14

> **LINX modifications** for MAT search with new naming conventions – Completed 6/9/14

> **Revised MAT Search** SOP on KIT – Completed 6/11/14

> **Provider attestations** on MAT specialty- Completed (5/1/14)  and on going for NE, SE and central

> **Continued identification and provider recruitment** by target area- Completed 6/1/14 and on-going



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0006**

# High Level Summary of 18-25 Cohort and SUDs Mitigation Initiatives- Con't.

- **Clinical Operations**

  - **Intensive Stratification** & **IOP Centralization** – Completed  Aug/2012  (Outcome: 29% Cost Avoidance (SUDS ALOS Reduction)

  - **\*Intensive Stratification and  Complex Case Management Routing** of all 18-25, OON/Out of Area Opiate Cases – In Process 8/1/14

  - **PPO Accommodations Project** - Not allow accommodations for <u>any</u> UHC PPO FI member under any circumstance.  Initiated and On-Going- December/2013

  - **Clinical Process Monitoring** - Operations UM Metrics Review-  Initiated 4th Qtr./2013; On-Going Standing Monthly Meetings between Affordability and Clinical Operations

  - **UR Drill Down Calls** (2X/Month) On-Going Priority Markets and FBC Detail Meetings between Affordability and Clinical Operations- Initiated in 2012 and refined Dec./2013 On-Going

  - **Substance use specific clinical "Grand Rounds"** which occur 3X/month Completed and On-Going (January/2014)

  - **Case Escalation Rules**, which outline tighter timeframes for staffing cases with our medical directors related to various clinical scenarios such as: readmission within 7 days of discharge; having 3 admissions within a 6 month period; staffing with a medical director any Opioid Detoxification cases with a length of stay of 5 days or less, etc. Completed and On-Going (March/2014)

  - **\*Step-Down Job Aid Training** for Clinical Staff and LearnSource CBT Completed 7/20/14

  - **NY High Volume Facility Case Escalation** – 18-26 Cohort w/Mood Disorder prioritized for Peer Review Pilot-  Pending (7/1/14)

  - **\*Facility Benefit Inquiry (FBI) Pilot** – 18-26 Cohort, SUD Dx Member/Family Inquiries regarding OON/Out of Area Florida IP/Residential Treatment Start Date: (8/1/14)

  - "**Destination Treatment**"- OON/Out of Area UHC COC Benefit Limitation (SUD "Centers of Excellence") Proposal In-Review (Next workgroup meeting 8/4/14)

  - **\*Family Engagement** via Search Engine Ad Placement to Address OON/Out of Area SUDs Destination Treatment Provider Marketing Proposal In-Review (Next workgroup meeting 7/30/14)

  - **Recovery and Resiliency**
    **Peer Coach – Commercial –** Los Angeles- Start date 3/10/14; Project Return.
    **Peer Support Groups (18-26)** – All payer – Portland OR.  Start date 4/1/14.  Young People in Recovery.
    **Peer Coach –** South Florida – MH Commercial and Medicaid –Start date 7/21/14; Fellowship House



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0007**

# HCQAI 2014 Committed Savings for Key Drivers - $4.3M

## Non-IP

| 2014 NON-IP Summary | High End, Potential Savings | Committed Savings | Committed Savings per Driver | % of Total |
|---|---|---|---|---|
| **18-26 Cohort** | | | | |
| ALERT | $2,547,787 | $2,547,787 | $739,930 | 29.0% |
| Fraud, Waste and Abuse | $2,691,955 | $2,691,955 | $646,069 | 24.0% |
| Network | $1,256,809 | $1,256,809 | $301,634 | 24.0% |
| Step Downs | $572,393 | $572,393 | $151,129 | 26.4% |
| SUDs | $248,937 | $248,937 | $107,342 | 43.1% |
| ACE - Facility Practice Management | $156,735 | $156,735 | $53,798 | 34.3% |
| Condition Specific - Autism | $183,929 | $183,929 | $44,143 | 24.0% |
| **18-26 Cohort Total** | $7,936,010 | $7,775,962 | **$2,060,001** | 26.5% |
| | | | | |
| **Ancillary Labs** | | | | |
| Claims - ICES UNET Implementation | $659,038 | $659,038 | $659,038 | 100.0% |
| Claims - Ancillary Trend Mitigation | $1,133,817 | $613,107 | $613,107 | 100.0% |
| **Ancillary Labs Total** | $1,792,855 | $1,272,145 | **$1,272,145** | 100.0% |
| | | | | |
| **Grand Total NON-IP** | $9,728,865 | $9,048,107 | **$3,332,146** | 36.8% |

## IP

| 2014 IP Summary | High End, Potential Savings | Committed Savings | Committed Savings per Driver | % of Total |
|---|---|---|---|---|
| **18-26 Cohort** | | | | |
| SUDs | $1,052,738 | $1,052,738 | $286,541 | 27.2% |
| Fraud, Waste and Abuse | $945,822 | $945,822 | $226,997 | 24.0% |
| ACE - Facility Practice Management | $626,941 | $626,941 | $165,531 | 26.4% |
| Network | $376,083 | $376,083 | $90,260 | 24.0% |
| Readmissions: A&T Stabilization Calls | $238,139 | $238,139 | $79,207 | 33.3% |
| ALERT | $183,254 | $183,254 | $43,981 | 24.0% |
| Revision of Escalation Rules & CA Compliance | $110,722 | $110,722 | $30,235 | 27.3% |
| R&R | $123,326 | $123,326 | $29,598 | 24.0% |
| **18-26 Cohort Total** | $4,120,749 | $3,688,285 | **$960,776** | 26.0% |
| | | | | |
| **Grand Total IP** | $4,120,749 | $3,688,285 | $960,776 | 26.0% |
| | | | | |
| **Grand Total All LOC** | $13,849,614 | $12,736,392 | **$4,292,922** | 33.7% |



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0008**



**E&I Financial Overview
June 2014 Close**

TRIAL EX. 772-0009

# E & I Monthly Variance – June 2014 Actuals vs. Forecast

**GROSS MARGIN**

| | JUNE 2014 | | |
|---|---|---|---|
| | Actual | 5+7 Forecast | Variance F/(U) |
| | SEALED | | |
| **Membership** | | | |
| Risk | | | |
| ASO | | | |
| Avg Members | | | |
| **Revenue** | | | |
| PMPM | | | |
| Risk | | | |
| ASO | | | |
| **Benefit Expense** | | | |
| PMPM | | | |
| *BCR %* | | | |
| *BCR % without PPD* | | | |
| Current Month | | | |
| PPD | | | |
| RPS Chg in Margin & Ext. Ben. | | | |
| **Gross Margin** | | | |
| PMPM | | | |
| *% Gross Margin* | | | |

SEALED



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0010**

# E & I Monthly Variance - 2014 YTD Actuals vs. YTD Budget



GROSS MARGIN

|  | JUNE 2014 YTD | | | SEALED |
|---|---|---|---|---|
|  | Actual | Budget | Variance F/(U) | |
|  | SEALED | | | |
| **Membership** | | | | |
| Risk | | | | |
| ASO | | | | |
| Avg Members | | | | |
| **Revenue** | | | | |
| PMPM | | | | |
| Risk | | | | |
| ASO | | | | |
| **Benefit Expense** | | | | |
| PMPM | | | | |
| *BCR %* | | | | |
| *BCR % without PPD* | | | | |
| Current Month | | | | |
| PPD | | | | |
| RPS Chg in Margin & Ext. Ben. | | | | |
| **Gross Margin** | | | | |
| PMPM | | | | |
| *% Gross Margin* | | | | |



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

TRIAL EX. 772-0011

# •Direct EG Monthly Variance – June 2014 Act vs. Forecast



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0012**

# Direct EG Monthly Variance – 2014 Actuals YTD vs. YTD Budget

**GROSS MARGIN**

| | JUNE 2014 YTD | | |
|---|---|---|---|
| | Actual | Budget | Variance F/(U) |

SEALED

**Membership**
- BH
  - Risk
  - Fee
- EAP
  - Risk
  - Fee

**Revenue**
- BH
  - Risk
  - Fee
- EAP
  - Risk
  - Fee

**Benefit Expense**
- BH
- EAP
- BCR
  - BH
  - EAP

**Gross Margin**
- GM
  - BH
  - EAP
- GM %
  - BH
  - EAP

OPTUM™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0013**



## E&I UHC Internal Trend Analysis
## 2014 April+2 Paid Claims (without IBNR)

**TRIAL EX. 772-0014**

# Are the LOC pmpm trends seen in 2013 continuing in 2014? (April +2) E&I Internal Excluding PBH and Oxford



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

12

**TRIAL EX. 772-0015**

## YOY $ Variance by LOC (1.8% membership reduction ) (April +2) 2014 E&I Internal Excluding PBH and Oxford



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

13

**TRIAL EX. 772-0016**

## YOY Highest $ Trend by Diagnosis by LOC (April+2) 2014 E&I Internal Excluding PBH and Oxford





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.    14

**TRIAL EX. 772-0017**

# Impact of 18-26 Dependent Cohort on IP Trend (April+2) 2014 E&I Internal Excluding PBH and Oxford





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.   15

TRIAL EX. 772-0018

# Impact of 18-26 Dependent Cohort on PHP Trend (April+2) 2014 E&I Internal Excluding PBH and Oxford





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.    16

**TRIAL EX. 772-0019**

# Impact of 18-26 Dependent Cohort on RTC trend (April+2) 2014 E&I Internal Excluding PBH and Oxford





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.    17

**TRIAL EX. 772-0020**

## Impact of 18-26 Dependent Cohort on IOP trend (April+2) 2014 E&I Internal Excluding PBH and Oxford





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.    18

**TRIAL EX. 772-0021**

# Impact of 18-26 Dependent Cohort on OP trend (April+2) 2014 E&I Internal Excluding PBH and Oxford





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.    19

**TRIAL EX. 772-0022**

# Impact of 18-26 Dependent Cohort on Ancillary trend (April+2) 2014 E&I Internal Excluding PBH and Oxford





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.   20

TRIAL EX. 772-0023

## Impact of 18-26 Dependent Cohort on Non-ETOH SA DX YOY
## $ Variance (April+2) 2014 E&I Internal Excluding PBH and Oxford





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.   21

**TRIAL EX. 772-0024**



**2014 E&I HCQAI Update
May Close**

**TRIAL EX. 772-0025**

# 2014 E&I HCQAI Update as of May Close

| | | 2014 5+7 Forecast | Best Estimate as of May Close | Variance | Clinical UM | National UM | F & A | Claims Integrity | Alert & IOP | Network Unit Cost | P4P | R & R | ACE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Commercial Employer (E & I) | | $28.46 | $28.45 | ($0.01) | $0.99 | $5.20 | $4.91 | $1.84 | $6.59 | $6.27 | $1.37 | $0.12 | $1.16 |
| Internal | | $25.75 | $25.85 | $0.10 | $0.64 | $4.88 | $4.18 | $1.78 | $5.95 | $5.87 | $1.28 | $0.10 | $1.16 |
| | UHC HMO | $1.02 | $1.03 | $0.01 | $0.01 | $0.22 | $0.24 | $0.07 | $0.25 | $0.12 | $0.07 | $0.00 | $0.04 |
| | UHC PPO/POS | $14.55 | $14.21 | ($0.34) | $0.26 | $3.10 | $3.63 | $1.63 | $2.69 | $1.29 | $0.74 | $0.08 | $0.78 |
| | Total UHC | $15.57 | $15.25 | ($0.33) | $0.27 | $3.33 | $3.87 | $1.70 | $2.94 | $1.41 | $0.82 | $0.08 | $0.82 |
| | Oxford | $6.91 | $6.97 | $0.06 | $0.00 | $0.73 | $0.00 | $0.00 | $1.82 | $3.80 | $0.29 | $0.01 | $0.33 |
| | PBH Commercial | $3.03 | $3.39 | $0.36 | $0.37 | $0.72 | $0.30 | $0.07 | $1.13 | $0.63 | $0.16 | $0.02 | $0.00 |
| | ACEC, MAMSI, NHP, John Deere | $0.23 | $0.24 | $0.01 | $0.00 | $0.11 | $0.00 | $0.02 | $0.06 | $0.04 | $0.01 | $0.00 | $0.00 |
| External | | $2.72 | $2.61 | ($0.11) | $0.35 | $0.32 | $0.74 | $0.06 | $0.64 | $0.40 | $0.09 | $0.02 | $0.00 |
| | UC | $2.34 | $2.23 | ($0.12) | $0.35 | $0.28 | $0.45 | $0.05 | $0.61 | $0.38 | $0.09 | $0.02 | $0.00 |
| | | | | % of Total Savings | 3.48% | 18.27% | 17.26% | 6.48% | 23.16% | 22.05% | 4.82% | 0.43% | 4.06% |

**Targeted Savings with actuals through May**: 28.45M and On-Track with 5+7Forecast

- **Some shifts in expected savings by BOB**
- **In-Process of Completion FWA and Payment Integrity Value Models for 7+5F**

**Expected Drivers of 2014 Savings and Risk Areas:**

- **HCQAIs within CAOM (National UM) and Market Specific (SF CAC):** Initiatives targeted at improving CAOM workflows and UM opportunities: Modifications, Step-Downs, SUDS, Escalation Guidelines, Care Coordination Enhancements. Added Residential Trend Management LOC.
- **Payment Integrity:** Ancillary Trend Mitigation (Labs) and iCES on UNET
- **Network Optimization through ACE, P4P and Facility Outlier Management**
- **Oxford Interim Outpatient Trend Management running favorable to target (1M)**
- **Risk: FWA and P4P represent high % of overall savings and significant efforts are in place to mitigate risk to achieving savings**



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0026**





Optum Behavioral Ancillary Trend (Lab) Briefing

July 25th, 2014

TRIAL EX. 772-0027

# Curbing unnecessary out-of-network expense

## Addressing questionable out-of-network practices

| Drug Testing | Billing Procedures | Fraud, Waste & Abuse |
|---|---|---|

**Drug Testing**

**Issue:**
Aggressive increase of ancillary billing (esp. laboratory/drug screens), with 95% billed by out of network providers

**Impact:**
Lab services represent 60.5% of total ancillary spend and 81% for E&I.

**Interventions:**
- Established clinical and claims guidelines to ensure appropriate use of lab services
- Review of billing patterns of high volumes lab services providers for potential fraud

**Billing Procedures**

**Issue:**
Billing of multiple units of drug tests associated with SUD services with few restrictions

**Impact:**
Limited claim and clinical oversight for these services has allowed for variation in the frequency and volume of lab services billed

**Interventions:**
- New claims policy across now aligned with CMS guidelines
- Drug screening services require a G0431 or G0434 code to be reimbursed versus CPT codes 80100, 80101, or 80104
- Savings can be projected by replacing a single HCPC code to be reimbursed versus multiple units of the billed CPT codes

**Fraud, Waste & Abuse**

**Issue:**
Several egregious outlier out of network providers are being reviewed for possible Fraud, Waste and Abuse

**Impact:**
Claims paid to 30 outlier providers represented over 60% of 2013 total claims paid

**Interventions:**
- Established clinical policy on appropriate payment of labs per single facility admission
- Providers with billing patterns not consistent with the new lab code policy will either have payment denied or a review of medical records for possible exceptions



TRIAL EX. 772-0028

# Lab Mitigation Summary

- **Status of G-Code Policy on OHBS Facets (to stop payment of eliminated 801XX Codes):**
  - Determined Plan by Plan review will occur with broader Benefit Exclusion Project
  - **Phase Approach:** Implement G-Code Policy (Phase 1) **Effective July 1st**, Phase 2: Implement full exclusion where applicable.

- **Status of Lab Code Mitigation – Flagging (All Platforms):**
  - Flagging of Top 30 Lab Code Submitters (4.8M in FI 2013 Claims Paid on UNET Only)
  - OHBS Facets Flagging Complete 6/2
  - UNET Flagging Complete 6/3
  - Cosmos (Pending)

- **Status of G-Code Policy on UNET:**
  - **Issue:** UHC is still processing some 801XX codes after 2/15 when we expected to see those drop off.
  - **Root Cause:** We have now discovered that these claims coming into UNET initially appear to be behavioral (Cause code 1 or 6) and are bypassing iCES (now CES) and only **after** they get to a claims examiner are they changed to a medical service (cause code 0) for processing. The end result is a cause code 0 (medical) service that was processed outside of the CES logic.
  - **Solution:** Given this knowledge, there has been an exception to push this CES (new name) rule through for behavioral (Cause code 1 or 6) to capture the claim prior to the bypass effective 8/23. The Policy **applied manually** as of **July 1st, 2014.**
  - **Dates:** Major Aug Release BRD date 4/14, List BRD 6/4, Rules 5/1, IST 7/9 and Release date 8/23/2014.
  - **Why our original assumptions that OHBS would benefit from Cause Code 0 Claims/UHC Policy did not hold true:** We observed that the majority (over 90%) were cause code 0 claims, therefore logically from a systems perspective would hit the in place (2/15) claims policy, however upon further drill down it was determined that the claims initially appear as a Cause Code 1 (MH) or more likely a 6 (CD/SA) resulting in a iCES bypass.

- **As of July 1st on UNET:**
  - Received 308 medical records for the requested lab services  and 33 of the 308 are pending for review.
  - **275 cases have been reviewed out of the 308 and were denied mainly due to a lack of a valid physician order and/or the specifics of the test itself missing in the documentation - such as the type of specimen and/or test method, etc.**



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0029**

# Projected 2014 HCQAI Savings (for 7+5)

**Savings Summary for Claims:**   80100, 80101, 80102, 80103, 80104, 89240, HCPC Codes: G0431, G0434, Rev Codes: 300, 301, FI Paid through June 2014

- **Total YTD  Paid through June: 4.8M**
- **Total YTD Paid to Top 30: 2.0M**
- **Expected Savings for 2014: 3.3M**

| ALL | 1/1/2014 | 2/1/2014 | 3/1/2014 | 4/1/2014 | 5/1/2014 | 6/1/2014 | 7/1/2014 | 8/1/2014 | 9/1/2014 | 10/1/2014 | 11/1/2014 | 12/1/2014 | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Unmitigated Projection | | | | | | |
| FCET | $33,586 | $62,613 | $41,430 | $40,854 | $82,056 | $41,249 | $50,298 | $50,298 | $50,298 | $50,298 | $50,298 | $50,298 | $603,577 |
| UNET | $863,498 | $787,892 | $734,706 | $995,150 | $924,520 | $213,806 | $753,262 | $753,262 | $753,262 | $753,262 | $753,262 | $753,262 | $9,039,144 |
| Total | $897,085 | $850,504 | $776,136 | $1,036,004 | $1,006,576 | $255,055 | $803,560 | $803,560 | $803,560 | $803,560 | $803,560 | $803,560 | $9,642,721 |

| Top 30 | 1/1/2014 | 2/1/2014 | 3/1/2014 | 4/1/2014 | 5/1/2014 | 6/1/2014 | 7/1/2014 | 8/1/2014 | 9/1/2014 | 10/1/2014 | 11/1/2014 | 12/1/2014 | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Unmitigated Projection | | | | | | |
| FCET | $0 | $0 | $4,800 | $1,600 | $12,200 | $4,024 | $3,771 | $3,771 | $3,771 | $3,771 | $3,771 | $3,771 | $45,248 |
| UNET | $383,006 | $391,163 | $412,523 | $372,260 | $321,150 | $98,559 | $329,777 | $329,777 | $329,777 | $329,777 | $329,777 | $329,777 | $3,957,321 |
| Total | $383,006 | $391,163 | $417,323 | $373,860 | $333,350 | $102,583 | $333,547 | $333,547 | $333,547 | $333,547 | $333,547 | $333,547 | $4,002,569 |

| % Estimated Mitigated/Recovered | | 25% | 25% | 25% | 25% | 25% | 25% | 50% | 50% | 50% | 50% | 50% | 50% | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Retrospective Recovery | | | | | | G-Code Policy Unit Mitigation and FWA Flagging | | | | | | Mitigated | Savings |
| ALL | 1/1/2014 | 2/1/2014 | 3/1/2014 | 4/1/2014 | 5/1/2014 | 6/1/2014 | 7/1/2014 | 8/1/2014 | 9/1/2014 | 10/1/2014 | 11/1/2014 | 12/1/2014 | Annual | Estimate |
| FCET | $25,190 | $46,959 | $31,073 | $30,640 | $61,542 | $30,937 | $25,149 | $25,149 | $25,149 | $25,149 | $25,149 | $25,149 | $377,236 | $226,341 |
| UNET | $647,624 | $590,919 | $551,030 | $995,150 | $693,390 | $160,355 | $376,631 | $376,631 | $376,631 | $376,631 | $376,631 | $376,631 | $5,898,253 | $3,140,892 |
| Total | $672,814 | $637,878 | $582,102 | $1,025,790 | $754,932 | $191,292 | $401,780 | $401,780 | $401,780 | $401,780 | $401,780 | $401,780 | $6,275,488 | $3,367,233 |



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0030**

# Project Title: Behavioral Ancillary Services HCQAI
## Champion: Pete Brock                    MBB Lead: Teresa White

## •Problem & Goal Statement

- Problem Statement: Upward trend in UNET FI Ancillary claims which hit Behavioral's financial ledger, maintained at a high/problematic level. Lab General (Rev Code 300) and Drug Screen (801XX) CPTs are primary targets for intervention.

- Goal/Objective Statement: To decrease the spend on Revenue Code 300 by 1.3 M as measured by Hyperion/EDW claims reporting by 2014. To identify any inappropriate charges/processes, controlling FWA through SIU and management of lab charges, and potential to address Unit Cost.

  Charter is posted in Project Tracker #5824

## •Data/Tool

| Code | Service Description | Spend | | Change | % Change |
|------|---------------------|-------|-------|--------|----------|
| | | YTD Oct 2012 | YTD Oct 2013 | | |
| 801xx | Drug Screen | 2,849,232 | 4,258,238 | 1,409,006 | 49% |
| 80101 | DRUG SCREEN, SINGLE | 2,465,349 | 2,029,259 | -436,090 | -18% |
| 80104 | N QUAL 1+ CLASS NONCHROMOTOGRAPHIC EA | 76,696 | 1,523,148 | 1,446,452 | 1886% |
| 80102 | DRUG CONFIRMATION | 307,187 | 705,831 | 398,644 | 130% |
| 300 | Lab General | 605,737 | 3,447,266 | 2,841,529 | 469% |
| A04xx | Transportation/Ambulance | 2,653,214 | 2,833,278 | 180,064 | 7% |
| 240 | All Inclusive Ancillary General | 479,745 | 746,465 | 266,720 | 56% |
| Other | Other Ancillary Services | 1,767,988 | 1,442,899 | -325,089 | -18% |
| Total | Total | 8,355,911 | 12,728,136 | 4,372,225 | 52% |

## •Status Updates

- G Code Policy to be implemented on all platforms effective 7/1/2014; **remaining tasks include Policy updates**
- **Meeting w/UHC re: logic in Cause Code Derivation Tables**
- **Participating in UNET and OBHS Facets Dx Exclusions projects; prepared content for Executive Briefing**
- To implement iCES Laboratory Services for Behavioral claims on UNET effective 8/23 with reprocessing to 7/1
- Provider Network Integrity (PNI) will pursue iCES on U DIVs in CSOMOS PS M&R, possibly in 2015

## •Next Steps

- Contact UHG re: Policy; review of claims lifecycle to ID potential interventions for improved processing (from a $ standpoint)
- Bi-weekly check-in meetings re: flagging
- **Still discussing flags on COSMOS**
- To discuss flags/approach on RV Facets


OPTUM™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0031**

# Ancillary Lab Spend 2011-2013

**Drug Screen and Lab Test cost and PMPM for Internal UHC FI block**
**Date of Service 2011-2013**

| | 2011 | 2012 | 2013 | Trend 2012/2011 | Trend 2013/2012 |
|---|---|---|---|---|---|
| Member Months | 52,437,288 | 52,917,264 | 52,302,958 | 0.9% | -1.2% |
| | | | | | |
| Spend | | | | | |
| Lab General (Rev Code 300) | $151,000 | $826,855 | $4,270,393 | 448% | 416% |
| Drug Screen (801xx) | $2,427,520 | $3,689,281 | $5,534,028 | 52% | 50% |
| Total | $2,578,519 | $4,516,135 | $9,804,421 | 75% | 117% |
| | | | | | |
| PMPM | | | | | |
| Lab General (Rev Code 300) | $0.00 | $0.02 | $0.08 | 443% | 423% |
| Drug Screen (801xx) | $0.05 | $0.07 | $0.11 | 51% | 52% |
| Total | $0.05 | $0.09 | $0.19 | 74% | 120% |



TRIAL EX. 772-0032

# Observed Behavioral Ancillary Trend

**UHC FI**
**YTD Oct 2012 - YTD Oct 2013**

| Level of Care | Spend | | % Change |
|---|---|---|---|
| | YTD Oct 2012 | YTD Oct 2013 | |
| Acute Inpatient | 51,374,487 | 51,726,346 | 1% |
| Ancillary | 6,586,636 | 11,932,523 | 81% |
| ECT | 2,776,157 | 2,083,133 | -25% |
| Intermediate | 28,544,491 | 32,374,862 | 13% |
| Outpatient Services | 89,040,330 | 77,270,536 | -13% |
| Professional Services | 5,172,226 | 7,874,016 | 52% |
| Structured Outpatient | 21,264,427 | 19,356,032 | -9% |
| Total | 204,758,754 | 202,617,448 | -1% |

**Ancillary Trend continues to increase at a disproportionate rate compared to other Levels of Care.**

| Code | Service Description | Spend | | Change | % Change | % of Total |
|---|---|---|---|---|---|---|
| | | YTD Oct 2012 | YTD Oct 2013 | | | |
| 801xx | Drug Screen | 2,849,232 | 4,258,238 | 1,409,006 | 49% | 33.46% |
| 80101 | DRUG SCREEN, SINGLE | 2,465,349 | 2,029,259 | -436,090 | -18% | 15.94% |
| 80104 | DRUG SCRN QUAL 1+ CLASS NONCHROMOTOGRAPHIC EA | 76,696 | 1,523,148 | 1,446,452 | 1886% | 11.97% |
| 80102 | DRUG CONFIRMATION | 307,187 | 705,831 | 398,644 | 130% | 5.55% |
| 300 | Lab General | 605,737 | 3,447,266 | 2,841,529 | 469% | 27.08% |
| A04xx | Transportation/Ambulance | 2,653,214 | 2,833,278 | 180,064 | 7% | 22.26% |
| 240 | All Inclusive Ancillary General | 479,745 | 746,465 | 266,720 | 56% | 5.86% |
| Other | Other Ancillary Services | 1,767,988 | 1,442,899 | -325,089 | -18% | 11.34% |
| Total | Total | 8,355,911 | 12,728,136 | 4,372,225 | 52% | 100.00% |

**Lab Services billed on CMS -1500 (801XX) and UB92 (Rev Code 300) represent 60.5% (4.2M) of total Ancillary spend.**



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0033**

# Cost drivers: Inappropriate Drug testing

Some treatment providers and sober home operators are being offered a chance to share the profits of their patients' and residents' drug tests

## Examples of typical scams

1. Billing for *quantitative* tests (how much of a drug is present) when there are no positive initial qualitative (presence of a substance) results*

2. Charging excessive amounts beyond usual and customary for lab tests

3. Excessive drug screenings during a Residential stay (screening up to five times a week when the patient has not left the facility

   - Facility tests residents via a single screen for up to 15 substances
   - If that single screen comes up positive, the specimen then goes to confirmation testing to determine which of the 15 substances it was positive for ($100 for each confirmation) = $1,500 a test

   Five tests per patient per week X $1,500 per test  = $7,500 per week



Drug testing 'partnership' lures treatment centers despite ethics issues

"With an out-of-network payment, there's no utilization review, no contract and no tracking, and the patient co-pay gets written off,"

"The people getting ripped off are the insurance companies, and the people paying premiums, whose rates are going up because of these scams"

— Alcoholism & Drug Abuse Weekly, March 17, 2014

* A qualitative lab test detects the presence of a substance, a toxin or a drug without measuring the amount. A quantitative test measures the amount. Only if the qualitative results are positive would a quantitative test be conducted.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0034**

# Cost drivers: Inappropriate Drug testing – Con't.

- **OIG report: Fla. a hot spot for fraudulent Medicare lab billings**
A report from the HHS Office of Inspector General shows that Medicare fraud remains a major problem in South Florida, where fraudsters now seem to be focusing on clinical-lab-services billings. The OIG identified 13 signs of questionable lab-services billings made to Medicare in 2010 and flagged 156 laboratories in the state, 40% of which were located in Miami-Dade and Palm Beach counties. Florida-based labs racked up $255 million in questionable lab billings, according to the report. American City Business Journals/South Florida (7/17)



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0035**



**E&I Benefit Trend Analysis**
**Facility Based Care "Watch Lists" by Region**

**TRIAL EX. 772-0036**

# Key Regional FBC Trend Drivers- Northeast

- **UHC Mid-Atlantic**: INT is 5.4% unfavorable from target with admissions as the driver of trend up 13.1% YOY.
  - ➢ PHP driving INT trend with 71% of admissions
  - ➢ 46% of PHP admissions for mood disorder
  - ➢ MH PHP at Dominion  Hospital ALOS at 8 days w/a 7% readmission rate
  - ➢ **MH PHP step-down volume high at same facilities(Sheppard & Dominion); step downs within these facilities should be staffed**
  - ➢ Multiple outlier PHP admissions for eating disorders- 15 day ALOS, 13% ReAd rate
  - ➢ 4 Outlier RTC admissions – Poplar Springs 35 days, Sheppard & Enoch Pratt 32 days, Timberline Knolls 30 days, Castlewood 29 days
  - ➢ **SA RTC to PHP step downs at Mountain Manor- 16 days ALOS between LOC's, step downs should be staffed**.
  - ➢ 35% of all facility based admissions w/in ACA
  - ➢ 47% of RTC admissions are win ACA population – 88% SA(36% OON utilization)
  - ➢ 61% Non ETOH/ 39% ETOH
  - ➢ 59% of OON SA utilization w/in ACA population

- **UHC NYC/NJ/SO CT:** IP Auth days 66.3% unfavorable to target, 39.7% YOY increase in admissions w/a slight increase in ALOS; INT is 64.8% unfavorable from target w/admissions driving trend up 49.7% YOY, ALOS is showing a slight increase.
  - ➢ **NYP – Weill Cornell** - ALOS 19.7 w/a 33% ReAd rate
  - ➢ 47% of IP admissions for mood disorder, 47% adult population
  - ➢ IP SA admissions at 38% – #1 facility in Florida **OON Sunrise Detox(18% read rate), # 3 OON Deerfield Florida House(40% read rate)**
  - ➢ MH IP outlier cases at Riverview for 72 days, Fairmount 43 days
  - ➢ Increased RTC and PHP outlier ED cases – resulted in ABD
  - ➢ 65% OON SA utilization w/in ACA population, 66% non ETOH diagnostic group

- **Oxford NY/NJ  :** IP auth days 2.5/5% unfavorable to target, trending up. ALOS is trending up 9.1% in NJ; INT auth days in NJ is 43.8% unfavorable from target- while admissions and ALOS remain flat(membership is down 18% in NY and 11% in NJ)
- **\*\*AWAITING UPDATED PAID CLAIMS**
- ➢ NJ  March and April saw a 66% spike in authorized days- (Kennedy Kreiger  case -possible overturned appeals at 79 days- HMO member)
- ➢ Facilities to note: **New York Presbyterian** paid days total 3267 to Oct 2013- 6.1 million, 2nd highest facility LIJ at 1.8 million.
- ➢ Adults ages 27-64 represent  4+ million of spend at NYP
- ➢ ACA spend at NYP 2 million
- ➢ ACA population spend at LIJ over 1million
- ➢ NJ members at Fl OON facilities authorized 376 days
- ➢ NY members at Fl OON facilities authorized 1413 days



**TRIAL EX. 772-0037**

# Key Regional Trend Drivers- Southeast

**UHC Alabama:** IP admissions up 38.6% YOY. Auth days 8.2% unfavorable from target- driven by increase in admits and ALOS

➢ Mood Disorders drive IP admits and ALOS, BiPolar cases have 33% 30 day ReAd rate

➢ SA represents 36% of IP admits- ETOH primary

➢ 57% Adult Subscriber and Spouse drives IP trend

➢ **Brookwood Medical Center 12 day- IP MH ALOS**

**UHC Arkansas**: IP admissions up 28.7% YOY, Auth days 10.4% unfavorable from target- driven by increase in admits; INT auth days 52.9% unfavorable from target driven by increase in admits and ALOS up 20.5%.

➢ 60% of IP admissions – depression/BiPolar, 30% SA- ETOH Primary

➢ 58% Adult subscriber/spouse drive IP admissions

➢ **Bridgeway** - Top facility for IP SA & MH admissions- read rate of 14.3% on IP SA

➢ 5 Outlier RTC cases driving INT trend(depression/BiPolar- Adol/ACA dependents)

**UHC Georgia**: INT auth days 21.8% unfavorable from target driven by increase in admissions, ALOS remains flat.

➢ PHP drives this trend with 76% of admissions (44% MH/43% SA/9% ED)

➢ RTC admissions have an 81.5% outlier rate, 40% OON utilization – OON outlier at 91%

➢ 44% Adults, 35% ACA, 20% Child/Adol

➢  **Ridgeview Institute** high volume w/a 13.3% ReAd rate

**UHC Mississippi**: IP admissions up 29.8% YOY, Auth days 48.6% unfavorable from target, driven by an increase in admissions and 8.9% increase in ALOS;  INT auth days 8% unfavorable from target, driven by increase in ALOS, admits are trending down

➢ Mood disorders account for 63% of IP admissions

➢ Adults/older adults account for 54% of IP admissions

➢ **Alliance Health Center** has 16.7% 30 day ReAd rate for IP



**TRIAL EX. 772-0038**

# Key Regional Trend Drivers- Southeast Cont'd

**UHC Orlando :** IP admissions up 15.4% YOY, Auth days/1000  27.2% unfavorable from target driven by an increase in admissions, ALOS remains flat; INT Auth days 26.7% unfavorable from target driven by a 38.9% increase in admissions.

➤ Mood disorder= 64% of IP MH, 20% SA; SA accounts for 67% of INT admissions

➤ **South Seminole Hosp** has 18.5% - 30 day ReAd Rate, Central Florida better MH performance

➤ **La Amistad** ALOS is 40 days between MH RTC and PHP - stepdowns should be staffed

➤ Adult population driving trend in IP MH at 48%

➤ Non ETOH SA admits – 61% ACA population, SA cases – 61% OON utilization- trending up

➤ 3 ED outlier cases RTC- PHP step down w/ 201 days impacting INT days

**UHC SFL:** IP admits up 3.6% YOY, Auth days/1000 9.3% unfavorable from target driven by an increase in admissions and ALOS is up 3.8%; INT Auth days 9.3% unfavorable from target driven by a 18.3% increase in admissions.

➤ IP Admits – 45% Mood disorder, 43% SA; INT admits – 78% SA(67% Non ETOH/33% ETOH)

➤ **West Palm Hosp-** high volume, low ALOS, high read 17.6%

➤ 76% of facility based SA admissions at OON facilities driving trend- 72% Non-ETOH Diagnosis

➤ **Highpoint and Sunrise Detox** – high volume, high ReAd rate OON

➤ 62% outlier rate in OON SA facilities, 19.5% IP readmit rate for SA

➤ Recommend Ambulatory MAT options for Broward/Palm Bch area

➤ ACA admissions drive IP and INT trend w/42% of MH/SA admits, 45% of SA

**UHC South Carolina:** INT auth days 42.4% unfavorable from target driven by a 66.5% increase in admissions, ALOS is trending down.

➤ SA = 68% of INT admits, 30% to OON – trending up

➤ PHP drives trend

➤ 64% adult subscriber/spouse



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0039**

# Key Regional Trend Drivers- Southeast Cont'd

**UHC Tampa:** IP auth days/1000 13.7% unfavorable from target driven by a slight increase in ALOS and outlier cases; INT auth days is 11.3% unfavorable from target driven by an increase in admissions

> ➢ Mood disorder = 63% of IP admits

> ➢ Adult/older adult admissions =55%

> ➢ **Park Royal Hospital-** highest volume/highest ALOS 7.8 days/ ReAd 10%- Attending Mazzorana has lower read and denial rate – should be preferred attending.


**UHC Tennessee :** IP admissions up 2.1% YOY, Auth days/1000  12.4% unfavorable from target driven by an increase in admissions and ALOS; INT auth days is 21.8% unfavorable from target driven by a 17.8% increase in admissions and 13.6% increase in ALOS

➢ Mood disorder= 62% of IP MH, 63% adult population

➢ SA= 57% of INT admissions, 66% adult population

➢ **Lakeside Behavioral** highest volume IP MH and read rate of 15%

➢ 2 RTC outlier cases with 44 day ALOS impacting INT targets



**TRIAL EX. 772-0040**

# Key Regional FBC Trend Drivers- "Watch List"

**Central**

➢ **UHC  Illinois Inpatient  :** YTD  IP is  16.2% unfavorable to target driven by 7.6% increase in admits/1k and  7.8% increase in ALOS

● Per April BenEx report, overall PMPM trending up 7.7%  and 5.7% YOY increase in membership

● IP (27% of BenEx spend) is trending up at 10.3% (300K) due to 6% increase in Utilization (5.9 % increase Admits/1k and 0.1% in ALOS);  Paid Unit Cost increase of  4.1%  ($625.59 vs. $651.09);  Intermediate trending up 31.6% (600K) driven by 13.7% YOY increase in Utilization (29.4% increase in ALOS & 15.7% increase in Paid Unit Cost);  Penetration has decreased YOY 12.1%

● Readmit Rate 10.8  Jan. thru May 2014 driven by ACA 47% of IP readmits and Adult 37% of IP admits

● YOY increase in admits and ALOS (557 admits YTD vs. 512 in 2013;  ALOS 4.5 YTD  vs. 4.1 in 2013)

● The following age groups are indicating a YOY increase in IP admits:  12-17 (124 YTD vs. 114 in 2013);  22-26 (88 YTD vs.57 in 2013; 27-64 (YTD 252 vs. 249 in 2013)

● Diagnostic categories driving IP admits are Depression and Bipolar

● Six (6) longer LOS outliers:  62 day Schizoaffective;  33 day, 26 & 21 day Bipolar;  21 day & 16 day Depression;  the 62 day member had multiple re-hospitalizations and  is now  termed due to going on Medicaid; she was the only longer LOS outlier with a readmission

●  Three (3) top 5 IP facilities are indicating a 2yr trend in terms of  ALOS and/or  ReAdm Rate*; Northwest* has 5.3 ALOS and 20.8% ReAdm Rate;  *Havenwyck* has 5.9 ALOS;  *Alexian  Brothers*  has 10.6 ReAdm Rate and a 5.1 ALOS



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0041**

# Key Regional FBC Trend Drivers- "Watch List"

**West**

➢ **UHC Arizona**: IP YTD is  21.8% unfavorable to target driven by 15.3% YOY increase in Admits/1k and 0.6% YOY decrease in ALOS

- Per April BenEX report, overall PMPM  trending up at  23.3 (1.61M)  -  1.74 M in Mar.;
- Ancillary costs indicate a 70% YOY increase (400K)
- IP UM accounts for 34% of expense spend; IP trend is up 34.9% (700K) YOY due to 37.1% increase in  Util. (Admits 24.1% increase &  10.5% ALOS increase
- PHP Step-Down: 3.6% YTD vs. 2.7% in 2013
- Direct Admits to PHP: 87.4% YTD vs. 91.2% in 2013
- Depression continues to be  the top  IP diagnostic driver for all populations, however SUD primary comprises 28% of all IP admissions; Alcohol primary is driver of SUD particularly for the Adult population; Non- ETOH for ACA pop.
- 2 IP  facilities indicate a 2 year  outlier status for ALOS & ReAdm Rate; *Aurora Behavioral Tempe* LLC  has highest number of admits, 30 Day ReAdm Rate of 13.8% and 5.8 ALOS; *Valley*  has 7.2 ALOS and 12..6% ReAdm Rate
- 2.5% YOY increase in  IP Unit Cost  $639 vs. $655
- *Valley* has been ACE trained and *Aurora Behav. Tempe, LLC* is in negotiations for Pay for Performance
- ReAdm Rate within target, however EDO has ALOS of 12.2 days and Depression 6.0;  Thought Disorder has highest rate of ReAdm  at 17.6% and Non-ETOH has 2nd highest rate of readmits at 17.4%

➢ **Intermediate** YTD is  43.8% unfavorable to target driven by  40.4% YOY increase in Admits/1k and a  5.2%  decrease in ALOS

- Intermediate trending up at  52.1% YOY (400K) due to  50.3%  increase in Utilization  (80.6% ALOS);  Penetration decreased 16.8%;  YTD thru Apr., 15 RTC cases with 15+ ALOS accounted for 66% of total days used; SUD driving admits to Intermediate; More  Non-ETOH  admits, but ETOH has higher LOS
- Intermediate Unit Cost  1.2% increase $359  vs. $363
- Eating Disorder continues to have longer LOS cases at both RTC & PHP LOC  (19.3 ALOS in PHP & 21.8 in RTC)
- ACA 41% of RTC vs. 40% for adult  population;   ACA 56% of PHP admits and 35% for Adults;  SUD driver for both populations
- *No issues noted with Intermediate facilities Jan – Apr. due to low number of admits YTD*, other than ALOS for 1 to 3 cases at each of the Top 5 RTC & PHP facilities
- SUD issues for all LOC are being addressed by development of Peer Support/Recovery Coaching and MAT services
- Intermediate OON use appears to be related to  facilities in AZ who refuse to contract  with  Optum; Network ;  consumers are using their OON benefit
-



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0042**

# APPENDIX

- Authorization Data: 2014 YTD
- Paid Claim Trends: National/Regional
- Consultant Advisory Council: Behavioral "age 18-25 cohort" Presentation
- 18-25 Cohort Trend/SUDs and Destination Provider  Detail



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

TRIAL EX. 772-0043

# E&I 2014 YTD IP Authorizations

| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atlanta | 6826767 | 10883 | 20.0 | 19.0 | 18.0 | 5.6% | 11.0% | 2205 | 4.1 | 3.8 | 6.0% | 4.9 | 5.0 | -0.4% |
| Chicago | 12365401 | 25562 | 25.9 | 26.5 | 24.7 | -2.0% | 5.0% | 3707 | 3.8 | 3.9 | -4.0% | 6.9 | 6.8 | 2.0% |
| Houston | 3996478 | 6419 | 20.2 | 18.7 | 16.8 | 7.8% | 19.9% | 1164 | 3.7 | 3.5 | 5.4% | 5.5 | 5.4 | 2.3% |
| Philadelphia | 153744 | 268 | 22.0 | 23.2 | 21.1 | -5.0% | 4.1% | 48 | 3.9 | 3.8 | 4.4% | 5.6 | 6.1 | -9.0% |
| Portland | 750871 | 702 | 11.8 | 10.3 | 10.7 | 14.1% | 10.4% | 118 | 2.0 | 1.7 | 16.3% | 5.9 | 6.1 | -1.9% |
| San Francisco | 4104611 | 6289 | 19.3 | 19.5 | 17.9 | -1.4% | 7.7% | 1294 | 4.0 | 4.0 | 0.3% | 4.9 | 4.9 | -1.7% |
| St. Louis | 11900923 | 18876 | 19.9 | 18.2 | 18.2 | 9.4% | 9.4% | 3812 | 4.0 | 3.7 | 8.4% | 5.0 | 4.9 | 0.9% |
| Totals: | 40098795 | 68999 | 21.6 | 21.1 | 19.9 | 2.5% | 8.7% | 12348 | 3.9 | 3.8 | 2.7% | 5.6 | 5.6 | -0.1% |



Variance From Prior Year



Variance from Target



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.   41

**TRIAL EX. 772-0044**

# E&I 2014 YTD Intermediate Authorizations

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | AUTH ADMITS | AUTH ADMITS PER 1000 | | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | | CURRENT | PRIOR | Variance from Prior Year |
| Atlanta | 6826767 | 14793 | 27.2 | 25.4 | 24.5 | 🔴 7.2% | 🔴 11.2% | 1277 | 2.4 | 2.0 | 🔴 15.4% | | 11.6 | 12.5 | 🟢 -7.2% |
| Chicago | 12365401 | 24229 | 24.6 | 23.2 | 21.7 | 🔴 6.0% | 🔴 13.5% | 2492 | 2.5 | 2.4 | 🔴 6.5% | | 9.7 | 9.8 | 🟢 -0.5% |
| Houston | 3996478 | 8637 | 27.2 | 25.5 | 23.0 | 🔴 6.6% | 🔴 18.2% | 839 | 2.6 | 2.6 | 🔴 3.2% | | 10.3 | 10.0 | 🔴 3.3% |
| Philadelphia | 153744 | 169 | 13.9 | 34.4 | 28.2 | 🟢 -59.7% | 🟢 -50.8% | 21 | 1.7 | 2.0 | 🟢 -13.7% | | 8.0 | 17.2 | 🟢 -53.3% |
| Portland | 750871 | 1836 | 30.8 | 39.1 | 36.2 | 🟢 -21.1% | 🟢 -14.9% | 164 | 2.8 | 2.9 | 🟢 -5.8% | | 11.2 | 13.4 | 🟢 -16.3% |
| San Francisco | 4104611 | 9416 | 28.8 | 31.1 | 27.9 | 🟢 -7.2% | 🔴 3.4% | 992 | 3.0 | 3.0 | 🟢 -0.1% | | 9.5 | 10.2 | 🟢 -7.0% |
| St. Louis | 11900923 | 21441 | 22.7 | 20.0 | 20.3 | 🔴 13.0% | 🔴 11.8% | 2145 | 2.3 | 1.9 | 🔴 20.4% | | 10.0 | 10.6 | 🟢 -6.1% |
| Totals: | 40098795 | 80521 | 25.2 | 23.9 | 22.8 | 🔴 5.5% | 🔴 10.7% | 7930 | 2.5 | 2.3 | 🔴 9.8% | | 10.2 | 10.6 | 🟢 -3.9% |



**TRIAL EX. 772-0045**

# E&I 2014 YTD IP Authorizations - Atlanta

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | AUTH ADMITS | AUTH ADMITS PER 1000 | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| ALABAMA | 186004 | 187 | 12.6 | 8.3 | 11.6 | 51.9% | 9.3% | 38 | 2.6 | 1.8 | 39.9% | 4.9 | 4.5 | 8.6% |
| ARKANSAS | 286435 | 450 | 19.8 | 15.6 | 18.2 | 26.8% | 8.4% | 96 | 4.2 | 3.3 | 28.6% | 4.7 | 4.8 | -1.4% |
| GEORGIA | 721876 | 1124 | 19.6 | 21.2 | 19.4 | -7.8% | 0.9% | 205 | 3.6 | 3.9 | -7.4% | 5.5 | 5.5 | -0.4% |
| LOUISIANA | 504109 | 861 | 21.5 | 20.6 | 21.5 | 4.5% | 0.1% | 165 | 4.1 | 3.8 | 8.1% | 5.2 | 5.4 | -3.3% |
| MISSISSIPPI | 328893 | 549 | 21.0 | 14.9 | 14.2 | 41.0% | 48.2% | 102 | 3.9 | 3.0 | 29.8% | 5.4 | 5.0 | 8.6% |
| NEIGHBORHO | 729666 | 699 | 12.0 | 11.3 | 12.0 | 6.9% | 0.0% | 157 | 2.7 | 2.6 | 4.6% | 4.5 | 4.4 | 2.2% |
| NORTH CARO | 1006260 | 1368 | 17.1 | 17.2 | 16.8 | -0.8% | 1.7% | 279 | 3.5 | 3.2 | 8.4% | 4.9 | 5.4 | -8.5% |
| ORLANDO | 981574 | 1900 | 24.3 | 20.9 | 19.0 | 16.4% | 27.9% | 389 | 5.0 | 4.3 | 16.2% | 4.9 | 4.9 | 0.2% |
| SOUTH CARO | 55533 | 58 | 13.1 | 24.0 | 13.0 | -45.4% | 1.0% | 13 | 2.9 | 3.2 | -9.0% | 4.5 | 7.4 | -40.0% |
| SOUTH FLORI | 684883 | 1353 | 24.8 | 22.9 | 22.6 | 8.3% | 10.1% | 269 | 4.9 | 4.7 | 4.6% | 5.0 | 4.9 | 3.5% |
| TAMPA | 954863 | 1645 | 21.6 | 21.7 | 19.0 | -0.2% | 14.0% | 371 | 4.9 | 5.0 | -2.5% | 4.4 | 4.3 | 2.4% |
| TENNESSEE | 386671 | 689 | 22.4 | 21.1 | 20.0 | 6.1% | 12.0% | 121 | 3.9 | 3.9 | 1.4% | 5.7 | 5.4 | 4.7% |
| Totals: | 6826767 | 10883 | 20.0 | 19.0 | 18.0 | 5.6% | 11.0% | 2205 | 4.1 | 3.8 | 6.0% | 4.9 | 5.0 | -0.4% |





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.   43

**TRIAL EX. 772-0046**

# E&I 2014 YTD INT Authorizations - Atlanta

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | AUTH ADMITS | AUTH ADMITS PER 1000 | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| ALABAMA | 186004 | 223 | 15.1 | 17.4 | 16.0 | -13.6% | -6.0% | 19 | 1.3 | 1.4 | -8.8% | 11.7 | 12.4 | -5.3% |
| ARKANSAS | 286435 | 484 | 21.3 | 12.5 | 13.9 | 70.3% | 53.4% | 39 | 1.7 | 1.2 | 42.2% | 12.4 | 10.4 | 19.8% |
| GEORGIA | 721876 | 1798 | 31.3 | 28.2 | 25.5 | 10.9% | 22.7% | 155 | 2.7 | 2.4 | 11.0% | 11.6 | 11.6 | -0.1% |
| LOUISIANA | 504109 | 1169 | 29.2 | 33.4 | 32.0 | -12.7% | -8.8% | 119 | 3.0 | 2.5 | 18.6% | 9.8 | 13.4 | -26.4% |
| MISSISSIPPI | 328893 | 472 | 18.1 | 20.3 | 16.6 | -10.8% | 9.0% | 39 | 1.5 | 1.7 | -12.5% | 12.1 | 11.9 | 2.0% |
| NEIGHBORHO | 729666 | 708 | 12.2 | 13.9 | 12.8 | -12.5% | -4.8% | 72 | 1.2 | 0.9 | 31.5% | 9.8 | 14.8 | -33.5% |
| NORTH CARO | 1006260 | 1536 | 19.2 | 19.0 | 19.5 | 0.8% | -1.9% | 130 | 1.6 | 1.6 | 0.7% | 11.8 | 11.8 | 0.1% |
| ORLANDO | 981574 | 2546 | 32.6 | 24.9 | 25.9 | 31.2% | 25.9% | 205 | 2.6 | 1.9 | 38.2% | 12.4 | 13.1 | -5.1% |
| SOUTH CARO | 55533 | 114 | 25.8 | 24.6 | 18.3 | 4.7% | 41.3% | 9 | 2.0 | 1.2 | 68.1% | 12.7 | 20.3 | -37.7% |
| SOUTH FLOR | 684883 | 2433 | 44.7 | 41.8 | 40.8 | 6.8% | 9.5% | 221 | 4.1 | 3.4 | 18.4% | 11.0 | 12.2 | -9.8% |
| TAMPA | 954863 | 2265 | 29.8 | 30.4 | 27.2 | -2.0% | 9.4% | 184 | 2.4 | 2.3 | 6.7% | 12.3 | 13.4 | -8.1% |
| TENNESSEE | 386671 | 1045 | 33.9 | 25.4 | 27.9 | 33.5% | 21.5% | 85 | 2.8 | 2.4 | 16.1% | 12.3 | 10.7 | 14.9% |
| Totals: | 6826767 | 14793 | 27.2 | 25.4 | 24.5 | 7.2% | 11.2% | 1277 | 2.4 | 2.0 | 15.4% | 11.6 | 12.5 | -7.2% |







Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

TRIAL EX. 772-0047

# E&I 2014 YTD IP Authorizations - Chicago

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | UTH ADMIT | AUTH ADMITS PER 1000 | | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | | CURRENT | PRIOR | Variance from Prior Year |
| CISM PENNSYLVANIA | 108442 | 255 | 29.5 | 28.9 | 28.9 | 2.1% | 2.2% | 42 | 4.9 | 4.2 | 16.2% | | 6.1 | 6.9 | -12.1% |
| CISM WEST VIRGINIA | 25083 | 25 | 12.5 | 10.1 | 14.8 | 23.6% | -15.3% | 6 | 3.0 | 2.8 | 7.6% | | 4.2 | 3.6 | 14.9% |
| MID ATLANTIC | 1645381 | 3474 | 26.5 | 26.9 | 25.4 | -1.3% | 4.5% | 572 | 4.4 | 4.5 | -2.6% | | 6.1 | 6.0 | 1.3% |
| MID ATLANTIC (MAMSI) | 943959 | 1602 | 21.3 | 20.3 | 18.6 | 4.8% | 14.6% | 254 | 3.4 | 3.3 | 1.4% | | 6.3 | 6.1 | 3.3% |
| NEW ENGLAND | 495098 | 1337 | 34.0 | 37.7 | 33.1 | -9.8% | 2.6% | 202 | 5.1 | 6.2 | -17.4% | | 6.6 | 6.1 | 9.2% |
| NYC/NJ/SO CT | 938923 | 1879 | 25.1 | 17.9 | 15.3 | 40.6% | 64.6% | 278 | 3.7 | 2.7 | 36.6% | | 6.8 | 6.6 | 2.9% |
| OXFORD (CT) | 399581 | 825 | 25.9 | 35.3 | 34.5 | -26.6% | -24.9% | 117 | 3.7 | 4.9 | -24.8% | | 7.1 | 7.2 | -2.4% |
| OXFORD (NJ) | 1258726 | 3395 | 33.9 | 34.2 | 32.4 | -0.8% | 4.6% | 477 | 4.8 | 5.2 | -9.1% | | 7.1 | 6.5 | 9.0% |
| OXFORD (NY) | 6488316 | 12652 | 24.5 | 25.7 | 24.1 | -4.7% | 1.7% | 1738 | 3.4 | 3.6 | -5.8% | | 7.3 | 7.2 | 1.2% |
| SYRACUSE | 61892 | 118 | 23.9 | 35.9 | 23.8 | -33.4% | 0.5% | 21 | 4.3 | 4.1 | 2.7% | | 5.6 | 8.7 | -35.2% |
| Totals: | 12365401 | 25562 | 25.9 | 26.5 | 24.7 | -2.0% | 5.0% | 3707 | 3.8 | 3.9 | -4.0% | | 6.9 | 6.8 | 2.0% |







Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.     45

**TRIAL EX. 772-0048**

# E&I 2014 YTD INT Authorizations - Chicago

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | AUTH ADMIT | AUTH ADMITS PER 1000 | | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | | CURRENT | PRIOR | Variance from Prior Year |
| CISM PENNSYLVANIA | 108442 | 380 | 44.0 | 51.7 | 46.1 | -14.8% | -4.5% | 48 | 5.6 | 4.9 | 12.3% | | 7.9 | 10.4 | -24.2% |
| CISM WEST VIRGINIA | 25083 | 11 | 5.5 | 41.6 | 40.8 | -86.7% | -86.5% | 2 | 1.0 | 5.2 | -80.9% | | 5.5 | 7.9 | -30.7% |
| MID ATLANTIC | 1645381 | 4201 | 32.1 | 31.5 | 30.6 | 1.8% | 4.9% | 492 | 3.8 | 3.3 | 12.5% | | 8.5 | 9.4 | -9.5% |
| MID ATLANTIC (MAMSI) | 943959 | 981 | 13.1 | 16.0 | 6.2 | -18.5% | 110.2% | 119 | 1.6 | 2.1 | -23.4% | | 8.2 | 7.7 | 6.4% |
| NEW ENGLAND | 495098 | 1371 | 34.8 | 35.2 | 33.6 | -1.0% | 3.5% | 175 | 4.4 | 4.6 | -3.6% | | 7.8 | 7.6 | 2.7% |
| NYC/NJ/SO CT | 938923 | 2253 | 30.2 | 19.8 | 18.6 | 52.7% | 62.4% | 230 | 3.1 | 2.1 | 47.9% | | 9.8 | 9.5 | 3.2% |
| OXFORD (CT) | 399581 | 936 | 29.4 | 32.2 | 21.6 | -8.6% | 35.9% | 94 | 3.0 | 3.2 | -6.6% | | 10.0 | 10.2 | -2.1% |
| OXFORD (NJ) | 1258726 | 3237 | 32.3 | 36.0 | 22.7 | -10.2% | 42.6% | 328 | 3.3 | 3.6 | -9.9% | | 9.9 | 9.9 | -0.2% |
| OXFORD (NY) | 6488316 | 10757 | 20.8 | 18.4 | 20.6 | 13.2% | 1.0% | 996 | 1.9 | 1.7 | 11.2% | | 10.8 | 10.6 | 1.8% |
| SYRACUSE | 61892 | 102 | 20.7 | 11.5 | 12.8 | 79.7% | 61.0% | 8 | 1.6 | 1.1 | 51.0% | | 12.8 | 10.7 | 19.0% |
| Totals: | 12365401 | 24229 | 24.6 | 23.2 | 21.7 | 6.0% | 13.5% | 2492 | 2.5 | 2.4 | 6.5% | | 9.7 | 9.8 | -0.5% |







Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

46

**TRIAL EX. 772-0049**

# E&I 2014 YTD IP Authorizations - Houston

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | AUTH ADMIT | AUTH ADMITS PER 1000 | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| AUSTIN | 684751 | 951 | 17.5 | 15.2 | 15.2 | 14.9% | 14.6% | 185 | 3.4 | 3.2 | 7.2% | 5.1 | 4.8 | 7.1% |
| CISM TEXA | 9738 | 50 | 64.7 | 39.5 | 36.2 | 63.6% | 78.6% | 6 | 7.8 | 6.8 | 14.5% | 8.3 | 5.8 | 42.9% |
| DALLAS | 1973382 | 3655 | 23.3 | 19.9 | 18.7 | 17.0% | 24.3% | 639 | 4.1 | 3.7 | 9.1% | 5.7 | 5.3 | 7.2% |
| HOUSTON | 1297115 | 1650 | 16.0 | 16.8 | 14.0 | -4.9% | 14.1% | 313 | 3.0 | 2.9 | 4.2% | 5.3 | 5.8 | -8.7% |
| OKLAHOMA | 15229 | 77 | 64.0 | 58.9 | 61.3 | 8.8% | 4.5% | 15 | 12.5 | 9.9 | 25.5% | 5.1 | 5.9 | -13.3% |
| TEXAS (PA | 16263 | 36 | 27.7 | 35.3 | 28.5 | -21.6% | -2.9% | 6 | 4.6 | 6.6 | -29.7% | 6.0 | 5.4 | 11.6% |
| Totals: | 3996478 | 6419 | 20.2 | 18.7 | 16.8 | 7.8% | 19.9% | 1164 | 3.7 | 3.5 | 5.4% | 5.5 | 5.4 | 2.3% |







Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0050**

# E&I 2014 YTD INT Authorizations - Houston

| | MEMBERSHI | AUTH DAYS | AUTH DAYS PER 1000 | | | | | UTH ADMIT | AUTH ADMITS PER 1000 | | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| AUSTIN | 684751 | 1398 | 25.7 | 25.7 | 23.4 | 0.0% | 9.7% | 123 | 2.3 | 2.4 | -5.1% | 11.4 | 10.8 | 5.3% |
| CISM TEXA | 9738 | 29 | 37.5 | 31.6 | 19.0 | 18.6% | 96.9% | 3 | 3.9 | 3.4 | 14.5% | 9.7 | 9.3 | 3.6% |
| DALLAS | 1973382 | 4486 | 28.6 | 26.5 | 24.5 | 7.7% | 16.4% | 471 | 3.0 | 2.8 | 7.0% | 9.5 | 9.5 | 0.7% |
| HOUSTON | 1297115 | 2567 | 24.9 | 21.7 | 19.4 | 14.9% | 27.9% | 223 | 2.2 | 2.1 | 3.3% | 11.5 | 10.3 | 11.2% |
| OKLAHOMA | 15229 | 131 | 108.9 | 89.4 | 83.8 | 21.8% | 30.0% | 15 | 12.5 | 9.9 | 25.5% | 8.7 | 9.0 | -3.0% |
| TEXAS (PA | 16263 | 26 | 20.0 | 44.3 | 42.6 | -54.8% | -53.0% | 4 | 3.1 | 4.0 | -23.1% | 6.5 | 11.1 | -41.3% |
| Totals: | 3996478 | 8637 | 27.2 | 25.5 | 23.0 | 6.6% | 18.2% | 839 | 2.6 | 2.6 | 3.2% | 10.3 | 10.0 | 3.3% |







Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.     48

# E&I 2014 YTD IP Authorizations - PHL

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | UTH ADMIT | AUTH ADMITS PER 1000 | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| HARVARD PILGR | 153744 | 268 | 22.0 | 23.2 | 21.1 | 🟢 -5.0% | 🔴 4.1% | 48 | 3.9 | 3.8 | 🔴 4.4% | 5.6 | 6.1 | 🟢 -9.0% |
| Totals: | 153744 | 268 | 22.0 | 23.2 | 21.1 | 🟢 -5.0% | 🔴 4.1% | 48 | 3.9 | 3.8 | 🔴 4.4% | 5.6 | 6.1 | 🟢 -9.0% |







Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

49

**TRIAL EX. 772-0052**

# E&I 2014 YTD INT Authorizations - PHL

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | AUTH ADMIT | AUTH ADMITS PER 1000 | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| HARVARD | 153744 | 169 | 13.9 | 34.4 | 28.2 | -59.7% | -50.8% | 21 | 1.7 | 2.0 | -13.7% | 8.0 | 17.2 | -53.3% |
| Totals: | 153744 | 169 | 13.9 | 34.4 | 28.2 | -59.7% | -50.8% | 21 | 1.7 | 2.0 | -13.7% | 8.0 | 17.2 | -53.3% |







Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.   50

**TRIAL EX. 772-0053**

# E&I 2014 YTD IP Authorizations - Portland

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | AUTH ADMIT | AUTH ADMITS PER 1000 | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| OREGON (PACIFICARE | 3845 | 14 | 46.0 | 16.1 | 10.7 | 185.2% | 329.4% | 2 | 6.6 | 3.5 | 90.1% | 7.0 | 4.7 | 50.0% |
| WASHINGTON | 741415 | 679 | 11.5 | 10.4 | 10.8 | 11.3% | 7.3% | 114 | 1.9 | 1.7 | 14.2% | 6.0 | 6.1 | -2.5% |
| WASHINGTON (PACIF | 5611 | 9 | 20.2 | - | 0.0 | - | - | 2 | 4.5 | - | - | 4.5 | - | - |
| Totals: | 750871 | 702 | 11.8 | 10.3 | 10.7 | 14.1% | 10.4% | 118 | 2.0 | 1.7 | 16.3% | 5.9 | 6.1 | -1.9% |





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.



**TRIAL EX. 772-0054**

# E&I 2014 YTD INT Authorizations - Portland

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | AUTH ADMIT | AUTH ADMITS PER 1000 | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| OREGON (PACIFICA | 3845 | 13 | 42.7 | 48.4 | 2.7 | -11.7% | 1,505.1% | 1 | 3.3 | 2.3 | 42.6% | 13.0 | 21.0 | -38.1% |
| WASHINGTON | 741415 | 1802 | 30.6 | 38.8 | 36.4 | -21.0% | -16.0% | 161 | 2.7 | 3.0 | -7.3% | 11.2 | 13.1 | -14.8% |
| WASHINGTON (PACI | 5611 | 21 | 47.1 | 48.8 | 29.7 | -3.4% | 58.7% | 2 | 4.5 | 1.4 | 221.9% | 10.5 | 35.0 | -70.0% |
| Totals: | 750871 | 1836 | 30.8 | 39.1 | 36.2 | -21.1% | -14.9% | 164 | 2.8 | 2.9 | -5.8% | 11.2 | 13.4 | -16.3% |







Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0055**

# E&I 2014 YTD IP Authorizations - SFO

| | MEMBERSHIP | AUTH DAYS | | AUTH DAYS PER 1000 | | | | AUTH ADMIT | AUTH ADMITS PER 1000 | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| CALIFORNIA | 1191627 | 1612 | 17.0 | 12.1 | 10.9 | 41.0% | 56.6% | 312 | 3.3 | 2.7 | 20.2% | 5.2 | 4.4 | 17.2% |
| CALIFORNIA (PACIFIC) | 2912984 | 4677 | 20.2 | 22.3 | 20.7 | -9.6% | -2.7% | 982 | 4.2 | 4.4 | -3.8% | 4.8 | 5.1 | -6.0% |
| Totals: | 4104611 | 6289 | 19.3 | 19.5 | 17.9 | -1.4% | 7.7% | 1294 | 4.0 | 4.0 | 0.3% | 4.9 | 4.9 | -1.7% |







**TRIAL EX. 772-0056**

# E&I 2014 YTD INT Authorizations - SFO

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | UTH ADMIT | AUTH ADMITS PER 1000 | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| CALIFORNIA | 1191627 | 3235 | 34.1 | 32.0 | 27.8 | 6.8% | 22.8% | 341 | 3.6 | 3.3 | 8.4% | 9.5 | 9.6 | -1.4% |
| CALIFORNIA (PAC | 2912984 | 6181 | 26.7 | 30.7 | 27.9 | -13.2% | -4.5% | 651 | 2.8 | 2.9 | -4.4% | 9.5 | 10.5 | -9.2% |
| Totals: | 4104611 | 9416 | 28.8 | 31.1 | 27.9 | -7.2% | 3.4% | 992 | 3.0 | 3.0 | -0.1% | 9.5 | 10.2 | -7.0% |





**TRIAL EX. 772-0057**

# E&I 2014 YTD IP Authorizations – St. Louis

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | AUTH ADMITS | AUTH ADMITS PER 1000 | | | | AUTH ALOS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | | Variance from Target | | CURRENT | CURRENT | PRIOR | Variance from Prior Year | | CURRENT | PRIOR | Variance from Prior Year |
| ARIZONA | 1069239 | 1995 | 23.4 | 20.4 | 19.2 | 14.8% | 21.9% | | 361 | 4.2 | 3.7 | 15.8% | | 5.5 | 5.6 | -0.9% |
| CINCINNATI | 346635 | 652 | 23.6 | 16.9 | 18.9 | 39.8% | 25.1% | | 136 | 4.9 | 3.8 | 29.0% | | 4.8 | 4.4 | 8.4% |
| CISM MICHIGAN | 130104 | 198 | 19.1 | 15.8 | 17.2 | 21.2% | 11.0% | | 36 | 3.5 | 3.4 | 3.5% | | 5.5 | 4.7 | 17.2% |
| CISM MONTANA | 11618 | 26 | 28.1 | 5.1 | 8.5 | 446.3% | 231.0% | | 5 | 5.4 | 3.1 | 75.1% | | 5.2 | 1.7 | 212.0% |
| CLEVELAND | 452132 | 779 | 21.6 | 17.2 | 16.9 | 25.4% | 27.6% | | 178 | 4.9 | 3.8 | 30.3% | | 4.4 | 4.5 | -3.8% |
| COLORADO | 1257130 | 1866 | 18.6 | 20.2 | 18.6 | -7.7% | 0.1% | | 345 | 3.4 | 3.5 | -1.1% | | 5.4 | 5.8 | -6.7% |
| COLUMBUS | 441558 | 843 | 24.0 | 16.4 | 18.3 | 45.8% | 30.7% | | 141 | 4.0 | 3.4 | 19.3% | | 6.0 | 4.9 | 22.3% |
| DAYTON | 656682 | 674 | 12.9 | 12.5 | 13.4 | 3.4% | -4.0% | | 155 | 3.0 | 2.8 | 5.8% | | 4.3 | 4.5 | -2.3% |
| ILLINOIS | 1731945 | 3112 | 22.6 | 19.5 | 19.5 | 15.8% | 16.0% | | 606 | 4.4 | 4.1 | 7.6% | | 5.1 | 4.8 | 7.6% |
| KENTUCKY | 300663 | 309 | 12.9 | 22.1 | 19.2 | -41.7% | -32.6% | | 67 | 2.8 | 4.0 | -30.2% | | 4.6 | 5.5 | -16.5% |
| MIDLANDS | 418717 | 508 | 15.3 | 14.3 | 13.3 | 6.3% | 15.0% | | 135 | 4.1 | 3.2 | 26.2% | | 3.8 | 4.5 | -15.7% |
| MIDWEST | 1622566 | 2524 | 19.6 | 17.6 | 17.6 | 11.3% | 10.9% | | 569 | 4.4 | 3.8 | 16.8% | | 4.4 | 4.7 | -4.7% |
| MINNESOTA | 124351 | 233 | 23.5 | 18.8 | 11.7 | 25.4% | 100.4% | | 48 | 4.8 | 3.3 | 46.7% | | 4.9 | 5.7 | -14.6% |
| RIVER VALLEY | 1394109 | 1744 | 15.8 | 17.5 | 18.2 | -9.9% | -13.3% | | 352 | 3.2 | 3.7 | -13.7% | | 5.0 | 4.7 | 4.3% |
| UTAH | 582975 | 1258 | 27.2 | 19.9 | 21.4 | 36.2% | 27.0% | | 198 | 4.3 | 3.3 | 28.4% | | 6.4 | 6.0 | 6.1% |
| WISCONSIN | 1360489 | 2155 | 19.9 | 18.7 | 19.5 | 6.4% | 2.2% | | 480 | 4.4 | 4.4 | 1.5% | | 4.5 | 4.3 | 4.8% |
| Totals: | 11900923 | 18876 | 19.9 | 18.2 | 18.2 | 9.4% | 9.4% | | 3812 | 4.0 | 3.7 | 8.4% | | 5.0 | 4.9 | 0.9% |



# E&I 2014 YTD INT Authorizations – St. Louis

| | MEMBERSHIP | AUTH DAYS | AUTH DAYS PER 1000 | | | | | AUTH ADMIT | AUTH ADMITS PER 1000 | | | AUTH ALOS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | CURRENT | CURRENT | PRIOR | TARGET | Variance from Prior Year | Variance from Target | CURRENT | CURRENT | PRIOR | Variance from Prior Year | CURRENT | PRIOR | Variance from Prior Year |
| ARIZONA | 1069239 | 2426 | 28.5 | 21.4 | 19.8 | 33.0% | 43.7% | 225 | 2.6 | 1.9 | 39.6% | 10.8 | 11.3 | -4.7% |
| CINCINNATI | 346635 | 578 | 20.9 | 17.5 | 15.4 | 19.8% | 36.3% | 61 | 2.2 | 1.9 | 16.5% | 9.5 | 9.2 | 2.8% |
| CISM MICHIGAN | 130104 | 205 | 19.8 | 8.9 | 8.4 | 123.3% | 134.8% | 26 | 2.5 | 1.2 | 107.0% | 7.9 | 7.3 | 7.9% |
| CISM MONTANA | 11618 | 58 | 62.6 | 42.1 | 14.5 | 48.6% | 332.9% | 2 | 2.2 | 3.1 | -30.0% | 29.0 | 13.7 | 112.2% |
| CLEVELAND | 452132 | 697 | 19.3 | 18.3 | 18.0 | 5.8% | 7.3% | 79 | 2.2 | 2.0 | 10.4% | 8.8 | 9.2 | -4.2% |
| COLORADO | 1257130 | 2257 | 22.6 | 24.4 | 23.0 | -7.6% | -2.0% | 216 | 2.2 | 2.0 | 6.7% | 10.4 | 12.1 | -13.4% |
| COLUMBUS | 441558 | 613 | 17.4 | 15.1 | 17.5 | 15.7% | -0.6% | 79 | 2.2 | 1.9 | 17.7% | 7.8 | 7.9 | -1.8% |
| DAYTON | 656682 | 624 | 11.9 | 14.1 | 12.8 | -15.5% | -6.7% | 64 | 1.2 | 1.4 | -12.6% | 9.8 | 10.1 | -3.3% |
| ILLINOIS | 1731945 | 3867 | 28.1 | 29.1 | 28.5 | -3.6% | -1.3% | 443 | 3.2 | 3.0 | 6.0% | 8.7 | 9.6 | -9.1% |
| KENTUCKY | 300663 | 359 | 15.0 | 10.9 | 12.9 | 37.7% | 16.3% | 42 | 1.8 | 1.1 | 54.5% | 8.5 | 9.6 | -10.9% |
| MIDLANDS | 418717 | 740 | 22.2 | 17.5 | 17.9 | 27.2% | 23.9% | 66 | 2.0 | 1.8 | 9.7% | 11.2 | 9.7 | 16.0% |
| MIDWEST | 1622576 | 3111 | 24.1 | 14.3 | 14.5 | 69.0% | 66.3% | 305 | 2.4 | 1.5 | 59.7% | 10.2 | 9.6 | 5.8% |
| MINNESOTA | 124351 | 220 | 22.2 | 32.2 | 24.1 | -31.0% | -7.9% | 22 | 2.2 | 2.6 | -13.0% | 10.0 | 12.6 | -20.7% |
| RIVER VALLEY | 1394109 | 1702 | 15.4 | 16.8 | 19.9 | -8.3% | -22.5% | 162 | 1.5 | 1.5 | 0.2% | 10.5 | 11.5 | -8.4% |
| UTAH | 582975 | 1673 | 36.1 | 23.3 | 25.4 | 55.0% | 42.3% | 130 | 2.8 | 1.5 | 85.2% | 12.9 | 15.4 | -16.3% |
| WISCONSIN | 1360489 | 2311 | 21.4 | 21.4 | 22.4 | -0.1% | -4.8% | 223 | 2.1 | 1.8 | 14.4% | 10.4 | 11.9 | -12.6% |
| Totals: | 11900923 | 21441 | 22.7 | 20.0 | 20.3 | 13.0% | 11.8% | 2145 | 2.3 | 1.9 | 20.4% | 10.0 | 10.6 | -6.1% |





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

TRIAL EX. 772-0059

Medex Waterfalls

Paid Claims April + 2

UHC Internal Legacy



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0060**

SEALED





# Behavioral Solutions
Effectively managing the rising utilization of the 18- to 25-year-old population

Optum Consultant Advisory Council │ May 22, 2014

TRIAL EX. 772-0093

# Our discussion today

1   Understanding the scope, complexity and drivers
    behind the spike in utilization of 18- to 25-year-olds

2   How we are approaching the cost and quality
    challenges and what we have learned

3   How we are building for the future



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.    91

TRIAL EX. 772-0094

# 1 | The spike in utilization        of 18- to 25-year-olds

92

# A "perfect storm"



### The significant rise in utilization of 18- to 25-year-olds has been driven by several converging factors

| Affordable Care Act | Federal Mental Health Parity | Risk of Onset for SMI & SUD | Higher Rates of SUD | Increase in Overall Opioid Treatment | Variance in Clinical Approach | Unprepared Provider System |
|---|---|---|---|---|---|---|
| 18- to 25-year-olds became newly eligible on parents' employer-sponsored plans | Benefit changes eliminated substance abuse treatment limits and network restrictions | Age of onset for most MH and SUD disorders is in the second and third decade of life[1] | 2X substance use disorder rates compared to adults 26 and older[2] | 346% increase in all treatment admissions from 2001 to 2011[3] | MH and SUD treatment covers wide range of philosophical and evidence-based approaches | Historically low demand and lack of coverage hindered advancement in clinical innovation |

1. Kessler, R. C., Berglund, P., Demler, O., Jin, R., Merikangas, K. R., & Walters, E. E. (2005). Lifetime prevalence and age-of-onset distributions of DSM-IV disorders in the National Comorbidity Survey Replication. *Archives of General Psychiatry*, 62(6), 593-602.  2. In 2012, the rate of substance dependence or abuse among adults aged 18 to 25 was 18.9%, adults aged 26 and older was 7.0%. Source: Substance Abuse and Mental Health Services Administration. (2013). Results from the 2012 National Survey on Drug Use and Health: Summary of National Findings (HHS Publication No. SMA 13-4795, NSDUH Series H-46). 3. Substance Abuse and Mental Health Services Administration, Center for Behavioral Health Statistics and Quality. (2013). Treatment Episode Data Set (TEDS): 2001-2011.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0096**

# Affordable Care Act includes a new group in the pool

## Before the ACA[1]

- The 18- to 25-year-old population in commercial plans were generally attending college (most plans allowed these dependents to remain on their parent's plan)

- Successful academic performance and ability to form and maintain long-term relationships are attributes associated with resiliency and lower behavioral health utilization

- Prior to ACA, this covered 18-25 cohort was historically a less bio-psycho-socially vulnerable population, with most having successfully passed through the late teens/early twenties (despite a peak in the onset of SUD/MH illness for this age group)

## After the ACA
### a new population

- A new cohort: 18- to 25-year-old, non-college-enrolled dependents

- ACA permitted 18- to 25-year-olds who did not have employment-related health benefits to remain on their parents plan, regardless of educational or domiciliary status

- For families with multiple siblings, this generally added no out-of-pocket cost



1. Resnick, M. D. (2000). Protective factors, resiliency, and healthy youth development. Adolescent Medicine: State of the Art Reviews, 11(1), 157-164.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

94

# Characteristics that make this newly insured sub-group important

| | |
|---|---|
| **Higher-risk** | • Inherently higher rates of unemployment, disability, poor academic achievement, financial distress. relative isolation, less social adroitness, poor social support and a higher risk for coping strategies that included substance abuse (particularly opiates) |
| **Higher utilizers** | • The 22-25 age group (still unemployed) are higher utilizers than those who successfully move off the parent plan, such that, from the baseline year, the overall utilization of the group continues to grow |
| **Greater out-of-network utilization** | • This group utilizes out-of-network, remote substance abuse treatment programs for which the episode of care, although of appropriate length and intensity, is made substantially more expensive by higher unit costs and inflated use of costly of routine drug screens |
| **Greater chronicity and recidivism** | • Represents a population of higher utilizing individuals with a disproportionate representation of preexisting, long-standing behavioral problems and those at higher risk for first presentation mental health and substance abuse conditions |

We are challenged to find innovative ways to engage this population to:
encourage network use increase sobriety, reduce relapse, and improve outcomes



Observations from  an Optum Affordability analysis of behavioral care utilization for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Brock, 05/05/14.

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0098**

# Impact of opioid use

## Drug-related emergency room visits have soared over the last decade

# 423%

increase in U.S.
emergency room costs[1]

from 2004 to 2011

### Reasons for drug-related emergency visits[2]

## 21% increase due to illicit drug use

## 56% increase due to misuse/abuse of pharmaceuticals

## 46% increase due to adverse reactions



## Consequences of opioid abuse in young adults[3]

# 2X

### Emergency room  visits have more than doubled

related to nonmedical use of opioid pain relievers for young adults age 18 to 24 increased from about 20,000 to 49,000 from 2004 to 2009

1. Meier B, Marsh B, The Soaring Cost of the Opioid Economy. *NY Times, Sunday Review*, June 22, 2013.  2. Rates reflect increases in illicit drug use and misuse/abuse of pharmaceuticals from 2004 to 2011, and increases in adverse reactions from 2005 to 2011, as reported in: Substance Abuse and Mental Health Services Administration, Center for Behavioral Health Statistics and Quality. (2013). Treatment Episode Data Set (TEDS): 2001-2011. State Admissions to Substance Abuse Treatment Services. BHSIS Series S-68, HHS Publication No. (SMA) 14-4832.  3. National Institute on Drug Abuse/Substance Abuse and Mental Health Services Administration: The Blending Initiative. *Buprenorphine Treatment for Young Adults: Fact Sheet.* Retrieved from http://www.drugabuse.gov/sites/default/files/files/BupTx_YngAdlts_Factsheet.pdf



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0099**

# What our trend data shows

**41%** increase in overall PMPM costs for this cohort over the past two years[1]

**80%** increase in PMPM costs for this cohort with substance use disorders[1]

## Key drivers

 **More people entering the system**
11.4% overall increase in this cohort[1]) due primarily to extended coverage under the ACA

 **Increased use and intensity of services**
primarily in residential settings and ancillary lab testing

 **General increase in opiate treatment**
due to a combination of prescription and illicit drug use

1. Optum analysis of behavioral care costs and population increases (comparisons of incurred dates Jan 1 through Dec 31, 2011 paid through Mar 31, 2012 [not including incurred but not reported (IBNR) claims] against Jan 1 through Dec 31, 2013 paid through Mar 31, 2014 [not including IBNR claims]) for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/02/14.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0100**

## Cost drivers: Case complexity

# Substance use disorder
accounted for the majority of Optum costs in 2013[1]



| SUD | Schizophrenia | Eating   Disorders | Mood Disorder |
|---|---|---|---|
| 38% | 7% | 6% | 2% |

National SAMHSA prevalence estimates of comorbidity with other behavioral conditions[2]

32.4%
had a co-occurring substance use disorder,
among those with a mental illness

40%
had a co-occurring substance use disorder
among those with a severe mental illness

1. Optum analysis of percentage of treatment cost per diagnosis category versus total behavioral treatment incurred Jan 1 through  Dec 31, 2013 (paid through Mar 31, 2014 [not including incurred but not reported (IBNR) claims]) for dependents aged 19-25  among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/02/14.  2. Substance Abuse and Mental Health Services Administration. (2013). Results from the 2012 National Survey on Drug Use and Health: Summary of national findings (HHS Publication No. SMA 13-4795, NSDUH Series H-46).



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0101**

# Cost drivers: The out-of-network challenge for this cohort

**36%** of our overall utilization spend is driven by out-of-network service — driven a 79% increase in PMPM costs from 2011 to 2013[1]

## Florida Example

SUD treatment spend in Florida[2]
(18- to 25-year-old dependents)

18%  82%

**In-Network**
(27% of members)
per member
$13,692

**Out-of-Network**
(63% of members)
per member:
$36,645

## 3X higher cost
per member for out-of-network

### 3X higher cost per member for out-of-network

- Longer lengths of stay
- Unnecessary use of extended levels of care
- Higher room and board costs (than average in-network rates)
- Separate billing of ancillary services (including drug screening and lab services); typically covered under an in-network per-diem charge
- Questionable SUD treatment and billing practices, including increase in fraudulent lab charges

### 74% of cases are out-of-state — use of these "destination providers" presents several challenges:

- Fragmented care with lack of coordination
- 11% to 40% increase in readmission rates with providers both out-of-state and out-of-network (depending on the level of care) compared to members who seek care in their home communities within in-network providers[2]
- Treating people away from home is contrary to evidence-based practices, and does not build connections to local community supports for long-term recovery (building "recovery capital")

1. Optum analysis of behavioral care costs and population increases (comparisons of incurred dates Jan 1 through Dec 31, 2011 paid through Mar 31, 2012  [not including incurred but not reported (IBNR)] claims) against Jan 1 through Dec 31, 2013 paid through Mar 31, 2014  [not including IBNR claims] for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/02/14. 2. Optum analysis of behavioral care costs among 18- to 25-year-old members using at least one facility-based service for non-alcohol substance abuse treatment that discharged in 2013. Data includes the complete Book of Business (national, ASO and fully insured). Analyses includes comparisons between in-area (in-state) vs. out-of-area (out-of-state) and in-network vs. out-of-network on cost and readmission rates; Bolstrom, 05/12/14.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0102**

# Cost drivers: Inappropriate Drug testing

## Some treatment providers and sober home operators are being offered a chance to share the profits of their patients' and residents' drug tests

### Examples of typical scams

1. Billing for *quantitative* tests (how much of a drug is present) when there are no positive initial qualitative (presence of a substance) results*

2. Charging excessive amounts beyond usual and customary for lab tests

3. Excessive drug screenings during a Residential stay (screening up to five times a week when the patient has not left the facility

   - Facility tests residents via a single screen for up to 15 substances
   - If that single screen comes up positive, the specimen then goes to confirmation testing to determine which of the 15 substances it was positive for ($100 for each confirmation) = $1,500 a test

   Five tests per patient per week X $1,500 per test = $7,500 per patient per week



#### Drug testing 'partnership' lures treatment centers despite ethics issues

"With an out-of-network payment, there's no utilization review, no contract and no tracking, and the patient co-pay gets written off"

"The people getting ripped off are the insurance companies, and the people paying premiums, whose rates are going up because of these scams"

— Alcoholism & Drug Abuse Weekly, March 17, 2014

* A qualitative lab test detects the presence of a substance, a toxin or a drug without measuring the amount. A quantitative test measures the amount. Only if the qualitative results are positive should a quantitative test be conducted.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0103**

# Unique difficulties facing parents of this cohort in treatment

- "Adult" dependents living with parents
- Inability to enforce or demand treatment
- Parents paying for care
- Guilt and shame
- Parents not legally privileged to discuss treatment with provider or insurer without adult child's consent

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Recent survey identified the top needs of these parents[1]

1. Emotional support
2. Preparing adult child for independent living
3. Practical advice
4. Collaborative planning
5. Case planning
6. Information about  illness, signs and symptoms

"I still wanted to be her advocate …, but I was shut out when she turned 18, even though I pay her medical bills and health insurance—I had no access to any records unless she signed consent…she went into rehab, they wouldn't talk to me. All I wanted to know was how the insurance coverage would apply and what we owed…"[1]

"…it is very difficult to go from a situation where one is 'launching' a child and feeling ready to recover one's own life to suddenly being back to being the primary caregiver, having to give up long anticipated activities … deal with grief about the child's loss of her anticipated life and one's own loss…"[1]

1. Survey results and parent quotes from: Gerten, A., & Hensley, M. (2014). Transition-Age Children With Mental Illness: Hearing the Voices of Mothers. *Social Work in Health Care*, 53(3), 233-249



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0104**

# 2 | Our response and what we have learned

102

**TRIAL EX. 772-0105**

# We've leveraged our extensive clinical bench

**We have established teams of clinical experts who are focused on managing, measuring and refining our approach to help this population**

✓ Anticipate risk situations and proactively respond with solutions

✓ Identify, shape and institute industry-leading best practices

✓ Aggressively seek and break down barriers that fragment care

| Quality and Affordability Team | Substance Use Disorder Workgroup | Cost-of-Care Investigation Team |
|---|---|---|
| Clinical program architects, led by a board-certified psychiatrist — focused on and addressing cost drivers and treatment effectiveness through the design of clinical interventions and management policies | Led by a psychiatrist with specialization in addiction — single-pointedly focused on improving treatment services by building and operating SUD-specific system-of-care solutions | Investigates, evaluates and determines policies for the management of out-of-network providers |



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.   103

**TRIAL EX. 772-0106**

## Our focus

We are closing gaps in the system and introducing new solutions that improve outcomes and cost of care

**1** Discrete clinical management practices

driven by a dedicated team of trained experts using new tools and resources to improve care and mitigate risks

**2** Curbing unnecessary out-of-network expense

by influencing questionable practices sometimes used by out-of-network and "destination" facilities

**3** Optimizing our network strategy

by focusing recruitment efforts on specialty providers in key underserved markets

**4** Empowering patients and their families

through education and resources designed around recovery and resiliency principles



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.   104

TRIAL EX. 772-0107

# Initial-stage interventions in 2012-13 are making an impact

**(1) Established a set of evidence-based principles**
to drive a standardized approach in the management of MH/SUD treatment

**(2) Introduced a rigorous identification and stratification process**
to focus more intensive care management for "high-impact opportunity" members

**(3) Formed a specialized care management team**
focused on intensive outpatient care to reduce clinical variance and inappropriate length of care



## 29% cost avoidance
due to Optum interventions[2]

The overall trend would have been 70% if we did not intervene

2011    2012    2013

41% actual overall trend over two years[1]

**Opportunity for further cost mitigation:**
continue addressing questionable lab fees, which have been adding 9% to overall two-year trend[4]



Reduction in SUD ALOS in 2013[3]

| -12.8% | Inpatient |
| -3.2% | Residential treatment centers |
| -2.7% | Partial hospitalization programs |
| -5.1% | Intensive outpatient care |

Our Inpatient and Residential experience is 28% lower than Milliman National Commercial Behavioral Healthcare Benchmarks[5]

1. Optum analysis of behavioral care costs and population increases (comparisons of incurred dates Jan 1 through Dec 31, 2011 paid through Mar 31, 2012 [not including incurred but not reported (IBNR) claims]) against Jan 1 through Dec 31, 2013 paid through Mar 31, 2014 [not including IBNR claims]) for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/02/14. 2. Comparison of actual results for incurred dates Jan 1 through Dec 31, 2011 paid through Mar 31, 2012 [not including incurred but not reported (IBNR) claims] against Optum analysis of what results would have been for Jan 1 through Dec 31, 2013 paid through Mar 31, 2014 [not including IBNR claims]) without the impact of specialized intervention programs for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/19/14. 3. Optum analysis of average length of stay (ALOS) for SUD treatment incurred Jan 1 through Dec 31, 2013 (paid through Mar 31, 2014 [not including IBNR claims]) for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/02/14. 4. Optum analysis of SUD lab costs by billing code and comparisons of incurred dates Jan 1 through Dec 31, 2011 paid through Mar 31, 2012 [not including IBNR claims] and Jan 1 through Dec 31, 2013 paid through Mar 31, 2014 [not including IBNR claims] for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/12/14. 5. Comparison of results from Optum analysis of ALOS for SUD treatment (citation 3 above) to those reported in Milliman 2014 behavioral healthcare utilization and cost benchmarks; Powell and Motz, May 1, 2014.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.   105

**TRIAL EX. 772-0108**

# New interventions for 2014

## These initiatives will allow us to bend this trend

④ **Partnering with local network providers**
to expand the use of evidence-based, medication-assisted treatment for SUD (e.g., Suboxone) as an alternative to inpatient detox; reinforce step-down protocols to ensure appropriate care and reduce waste

⑤ **Allowing use of age-specific peer support groups**
(e.g., Young People in Recovery) by refining coverage guidelines and expanding network services

⑥ **Encouraging local substance abuse treatment plans**
(as opposed to "destination treatment") to manage care costs and enable members to stay connected to home community supports

⑦ **Implementing new lab code protocols**
to reduce frequency of inappropriate urine/drug test billings for this cohort*, as well as set up protocols to address fraudulent lab claims (started Feb 2014)

⑧ **Establishing new facility pricing policy**
to standardize reimbursement rates for out-of-network facilities



*Urine test protocol is consistent with Centers for Medicare and Medicaid Services G-code 801

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0109**

# Optimizing our network strategy

## We use "heat maps" of episode-cost data and tiered network providers to identify underserved regions

✔ **High readmission areas**
Pinpoint where members with histories of high inpatient utilization (e.g., two or more admits per year) reside

✔ **Recruitment of medication-assisted therapy (MAT) providers**
Understand where there is a high concentration of members receiving inpatient alcohol detox services to target the best locations to recruit medication-assisted therapy SUD providers

✔ **Total system evaluation**
Enable comprehensive system-of-care review (including: enrollment, timeliness of services, prevalence of mental health conditions and SUD, mental health workforce needs, prescriber capacity)

Example of MAT network expansion in FL





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0110**

# Empowering members and their families today



Family



Member



Provider

**Support the family, build recovery capital for the young adult**

**Build Recovery, Support Abstinence**

**Provide engagement and support for their patients and their families**







- Family-to-family peer support pilot (currently underway)
- Empowerment and self-management tools
- Online tools and resources

- Emerging peer coaching capability (currently in 15 states)
- Empowerment and self-management tools
- Online tools and resources
- Face-to-face support group pilot (with Young People in Recovery)

- Toolkits and resources for providers to share with members and families
- Person-centered treatment planning: training and coaching programs



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0111**

# 3 | How we are building for the future

109

**TRIAL EX. 772-0112**

# We are taking a comprehensive view of family engagement

## Guided by national authority

Our goal is to help families consider and navigate a comprehensive set of services than can address the issues related to a mental health and substance use disorder for this age cohort — as defined by the National Institute on Drug Abuse

National Institute on Drug Abuse, National Institutes of Health (U.S. Department of Health and Human Services)





## Optum's Substance Use Disorders Survey

✓ To identify areas of greatest challenge regarding SUD treatment, and guide the development of our advocacy programs

✓ Web-based survey sent to over 3,000 consumers and family members

✓ Developed in partnership with Faces and Voices in Recovery, Young People in Recovery, and MOMSTELL

✓ Results expected in mid-June



Image source: National Institutes of Health Publication No. 12–4180 Printed 1999; Revised December 2012. Accessed : http://www.drugabuse.gov/sites/default/files/podat_1.pdf

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0113**

# Construct for family advocacy

| Assessment Phase | Advocacy Phase |
|---|---|

**1** Reduce Distress

Listen • Support • Explore

**2** Empower

Educate • Guide

**3** Advocate

Activate • Plan • Follow up

- Presenting issues
- Anxiety
- Confusion
- Guilt
- Caregiver strain
- Impact on family
- Family system & boundary issues
- Family strengths & challenges
- Family interdependencies
- Engage adult-dependent
- Risk factors
- Safety plan
- Past treatment success & failures

- Signs & symptoms MHSU
- Family phases
- Legal rights & limitations
- Obtain release of information
- MHSU system of care
- Benefits
- Costs
- Evidence-based treatment
- Community services
- Peer support
- Recovery capital (build connections to local supports)

- Explore best treatment alternatives
- Develop collaborative plan
- Refer, Connect & Liaison to comprehensive care based on Ecological framework
- Coach effective communication between family & providers
- Relapse prevention planning
- Maintain follow-up



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.   111

**TRIAL EX. 772-0114**

# Approaches to advocacy that we are considering

## Telephonic

- **Licensed Care Advocate** with experience working with families and respective diagnoses

- Easy access to families via hotline with callback

- Accessed through Intake, EAP and direct hotline

- Integrated into existing Complex Case Management organization

- One individual works with the family and manages the needs of the case concurrently



## Telephonic and Face-to-Face

- Accessed via referral from Intake, EAP, Care Advocacy, etc.

- Weekly telephonic family meetings

- May opt for face-to-face in certain regions as network is available



### Potential options



### Para-professional

- Family-to-family coaching by an individual with lived experience

- Specialized peer coaching training

- Professional-level supervision



### Licensed professional

- Family-to-family counselling by a licensed clinical professional

- Certified training in family and SUD issues

- May have a lived experience



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0115**

# Your perspective

**1** What features are most important in a family advocacy model?
(to the member, to the family, and to the employer)

**2** How would you advise us to price this service?
(ex. PMPM or cost-per-case)

**3** Do you see this advocacy model as a useful extension to support other programs such as eating disorders and ADHD?



TRIAL EX. 772-0116



# 18-25 Cohort & Destination Treatment Detail

Impact on Trend

**TRIAL EX. 772-0117**

# 18-25 Cohort Penetration – OHBS Paid Claims

OHBS HCE
E&I Internal, Not PBH&OXF, Both ASO&FI
Penetration Analysis

| Age | Member Months (Eligible) | | | Claimants | | | Penetration (Unique Patients/1K) *** | | | %Var vs. All Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2011 | 2012 | 2013 | 2011 | 2012 | 2013 | 2011 | 2012 | 2013 |
| ages 0 to 12 | 8,656,115 | 8,351,398 | 8,228,894 | 28,894 | 29,393 | 29,841 | 3.34 | 3.52 | 3.63 | -41.7% | -40.1% | -37.8% |
| ages 13 to 17 | 3,747,531 | 3,616,225 | 3,579,784 | 29,267 | 29,821 | 30,703 | 7.81 | 8.25 | 8.58 | 50.7% | 54.9% | 62.5% |
| ages 18 to 22 | 3,743,281 | 3,692,978 | 3,681,003 | 24,351 | 25,120 | 25,354 | 6.51 | 6.80 | 6.89 | 23.3% | 25.4% | 27.7% |
| ages 23 to 26 | 3,307,983 | 3,312,517 | 3,342,046 | 19,710 | 20,804 | 21,231 | 5.96 | 6.28 | 6.35 | 12.0% | 14.9% | 16.8% |
| ages 27 to 64 | 35,224,316 | 34,348,030 | 33,939,241 | 193,172 | 191,735 | 185,674 | 5.48 | 5.58 | 5.47 | 6.6% | 3.3% | -1.2% |
| ages 65 to 79 | 1,157,100 | 1,191,101 | 1,227,229 | 3,700 | 3,889 | 3,971 | 3.20 | 3.27 | 3.24 | -40.8% | -41.3% | -41.7% |
| ages 80+ | 95,762 | 94,752 | 106,270 | 563 | 493 | 526 | 5.88 | 5.20 | 4.95 | 9.8% | -5.7% | -9.9% |
| *Total* | 55,932,088 | 54,607,001 | 54,104,467 | 299,657 | 301,255 | 297,301 | 5.36 | 5.52 | 5.49 | | | |
| | | | | | | | | | | | | |
| Ages 18-26 | 7,051,264 | 7,005,495 | 7,023,049 | 44,061 | 45,924 | 46,586 | 6.25 | 6.56 | 6.63 | 19.5% | 22.2% | 24.6% |
| All Other | 48,880,824 | 47,601,506 | 47,081,418 | 255,596 | 255,331 | 250,716 | 5.23 | 5.36 | 5.33 | | | |
| *Total* | 55,932,088 | 54,607,001 | 54,104,467 | 299,657 | 301,255 | 297,301 | 5.36 | 5.52 | 5.49 | | | |

*** Unique patients across all levels of care.

YOY increases in unique patients/k resulting in 25% higher penetration rate than "All Others"  in 2013

◦Data source: OHBS Peter Gazelka, Fred Motz Medex Paid Claims



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0118**

# Impact of 19- to 25-year-old dependents, since 2011

## 41%
increase in overall PMPM costs for this cohort over the past two years[1]

## 80%
increase in PMPM costs for substance use disorders[1]

### Key drivers

- More people entering the system (11.4% overall increase in this cohort[1]) due primarily to extended coverage under the Patient Protection and Affordable Care Act

- Increased use and intensity of services, primarily in residential settings and ancillary lab testing

- General increase in opiate treatment do to a combination of prescription and illicit drug use

## Substance use disorders accounted for the majority of costs in 2013[2]



| SUDs | Schizophrenia | Eating disorders | Mood Disorder |
|------|---------------|------------------|---------------|
| 38% | 7% | 6% | 2% |



1. Optum analysis of behavioral care costs and population increases (comparisons of incurred dates Jan 1 through Dec 31, 2011 paid through Mar 31, 2012 without ibnr against Jan 1 through  Dec 31, 2013 paid through Mar 31, 2014 without ibnr) for dependents aged 19-25  among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/02/14.
2. Optum analysis of percentage of treatment cost per diagnosis category versus total behavioral treatment incurred Jan 1 through  Dec 31, 2013 (paid through Mar 31, 2014) without ibnr for dependents aged 19-25  among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/02/14.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0119**

# Initial-stage interventions in 2012-13 are making an impact

**1** ## Established a set of evidence-based principles
to drive a standardized approach in the management of MH/SUD treatment

**2** ## Introduced a rigorous identification and stratification process
to focus more intensive care management for "high-impact opportunity" members

**3** ## Formed a specialized care management team
focused on intensive outpatient care to reduce clinical variance and inappropriate length of care



2011   2012   2013

41% actual overall trend over two years[1]

# 29% cost avoidance
due to Optum interventions[2]

The overall trend would have been 70% if we did not intervene



Reduction in SUD ALOS in 2013[3]

-12.8%   Inpatient
-3.2%   Residential treatment centers
-2.7%   Partial hospitalization programs
-5.1%   Intensive outpatient care

## Opportunity for further cost mitigation:
continue addressing questionable lab fees, which have been adding 9% to overall two-year trend[4]

Our Inpatient and Residential experience is 28% lower than Milliman National Commercial Behavioral Healthcare Benchmarks[5]

1. Optum analysis of behavioral care costs and population increases (comparisons of incurred dates Jan 1 through Dec 31, 2011 paid through Mar 31, 2012 [not including incurred but not reported (IBNR) claims] against Jan 1 through Dec 31, 2013 paid through Mar 31, 2014 [not including IBNR claims]) for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/02/14. 2. Comparison of actual results for incurred dates Jan 1 through Dec 31, 2011 paid through Mar 31, 2012 [not including incurred but not reported (IBNR) claims] against Optum analysis of what results would have been for Jan 1 through Dec 31, 2013 paid through Mar 31, 2014 [not including IBNR claims] without the impact of specialized intervention programs for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/19/14. 3. Optum analysis of average length of stay (ALOS) for SUD treatment incurred Jan 1 through Dec 31, 2013 (paid through Mar 31, 2014 [not including IBNR claims]) for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/02/14. 4. Optum analysis of SUD lab costs by billing code and comparisons of incurred dates Jan 1 through Dec 31, 2011 [not including IBNR claims] and Jan 1 through Dec 31, 2013 paid through Mar 31, 2014 [not including IBNR claims] for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/12/14. 5. Comparison of results from Optum analysis of ALOS for SUD treatment (citation 3 above) to those reported in Milliman 2014 behavioral healthcare utilization and cost benchmarks; Powell and Motz, May 1, 2014.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0120**

# New interventions for 2014

## These initiatives will allow us to bend this trend

**④ Partnering with local network providers**
to expand the use of evidence-based, medication-assisted treatment for SUD (e.g., Suboxone) as an alternative to inpatient detox; reinforce step-down protocols to ensure appropriate care and reduce waste

**⑤ Allowing use of age-specific peer support groups**
(e.g., Young People in Recovery) by refining coverage guidelines and expanding network services

**⑥ Encouraging local substance abuse treatment plans**
(as opposed to "destination treatment") to manage care costs and enable members to stay connected to home community supports

**⑦ Implementing new lab code protocols**
to reduce frequency of inappropriate urine/drug test billings for this cohort*, as well as set up protocols to address fraudulent lab claims (started Feb 2014)

**⑧ Establishing new facility pricing policy**
to standardize reimbursement rates for out-of-network facilities



*Urine test protocol is consistent with Centers for Medicare and Medicaid Services G-code 801

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0121**

# Cost drivers: The out-of-network challenge for this cohort

**36%** of our overall utilization spend is driven by out-of-network service — driven a 79% increase in PMPM costs from 2011 to 2013[1]

## Florida Example

SUD treatment spend in Florida[2]
(18- to 25-year-old dependents)

18%    82%

**In-Network**
(27% of members)
per member
$13,692

**Out-of-Network**
(63% of members)
per member:
$36,645

## 3X higher cost
per member for out-of-network

### 3X higher cost per member for out-of-network

- Longer lengths of stay
- Unnecessary use of extended levels of care
- Higher room and board costs (than average in-network rates)
- Separate billing of ancillary services (including drug screening and lab services); typically covered under an in-network per-diem charge
- Questionable SUD treatment and billing practices, including increase in fraudulent lab charges

### 74% of cases are out-of-state — use of these "destination providers" presents several challenges:

- Fragmented care with lack of coordination
- 11% to 40% increase in readmission rates with providers both out-of-state and out-of-network (depending on the level of care) compared to members who seek care in their home communities within in-network providers[2]
- Treating people away from home is contrary to evidence-based practices, and does not build connections to local community supports for long-term recovery (building "recovery capital")

1. Optum analysis of behavioral care costs and population increases (comparisons of incurred dates Jan 1 through Dec 31, 2011 paid through Mar 31, 2012 [not including incurred but not reported (IBNR) claims] against Jan 1 through Dec 31, 2013 paid through Mar 31, 2014 [not including IBNR claims] for dependents aged 18-25 among national, ASO and fully insured, HMO/PPO/POS membership; Massey, Hubbard and Motz, 05/02/14. 2. Optum analysis of behavioral care costs among 18- to 25-year-old members using at least one facility-based service for non-alcohol substance abuse treatment that discharged in 2013. Data includes the complete Book of Business (national, ASO and fully insured). Analyses includes comparisons between in-area (in-state) vs. out-of-area (out-of-state) and in-network vs. out-of-network on cost and readmission rates; Bolstrom, 05/12/14.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0122**

## Destination Provider Spend in Florida – 2013
## Opiate Treatment/All LOCs/All Markets/All Age Groups/Risk and ASO

|  | ALL | INN | OON |
|---|---|---|---|
| Total members | 1,486 | 645 | 841 |
| % of members NOT residing in FL | 65% |  |  |
| Total admits | 2,740 | 1,105 | 1,635 |
| | | | |
| Total paid overall | $36,387,666 | $7,446,693 | $28,940,972 |
| Avg paid overall per mbr | $24,487 | $11,545 | $34,413 |

- 28.9M(80%) paid to OON Providers vs. 35% outside Fl.
- Episode of Care Avg. $34K or 3X Overall Pd./Member INN

Parameters:
(1) Admissions with discharge dates in 2013 are summarized (minimum admit date is 8/10/2012).
(2) All markets, all product types and both ASO/Risk are included.
(3) Admissions are limited to those with a non-ETOH diagnosis.
(4) For members with at least one IP, RES or PHP in FL, **ONLY THEIR FL UTILIZATION IS SUMMARIZED**.
(5) ** "Episode" construct limited to the CMS defintion - from 3 days prior to admission through 30 days after discharge.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0123**

# Quality Comparison: INN/In-Area vs. OON/Out of Area
# 30-day and 180-day Re-admission Opiate Dx 2013 (All Age Groups)

## FL FACILITIES

| | INN 30-day Readmit Rate (comm tenure) | OON 30-day Readmit Rate (comm tenure) | INN 180-day Readmit Rate (comm tenure) | OON 180-day Readmit Rate (comm tenure) |
|---|---|---|---|---|
| **In Area (FL resident)** | | | | |
| **Acute IP** | **6.28%** | **9.89%** | **24.22%** | **29.55%** |
| | 29.09 | 28.19 | 154.94 | 142.73 |
| **Residential** | **1.89%** | **9.33%** | **10.77%** | **21.95%** |
| | 29.73 | 29.11 | 170.00 | 153.39 |
| **PHP** | **2.30%** | **6.00%** | **17.14%** | **20.00%** |
| | 29.91 | 29.98 | 161.83 | 161.86 |

## NON-FL FACILITIES

| | INN 30-day Readmit Rate (comm tenure) | OON 30-day Readmit Rate (comm tenure) | INN 180-day Readmit Rate (comm tenure) | OON 180-day Readmit Rate (comm tenure) |
|---|---|---|---|---|
| **In Area (Non-FL resident)** | | | | |
| **Acute IP** | **8.20%** | **10.90%** | **26.28%** | **23.61%** |
| | 28.75 | 28.31 | 150.37 | 153.36 |
| **Residential** | **4.56%** | **5.84%** | **19.18%** | **24.85%** |
| | 29.33 | 29.15 | 158.74 | 152.88 |
| **PHP** | **3.47%** | **6.25%** | **16.48%** | **17.48%** |
| | 29.51 | 28.91 | 162.70 | 162.05 |

* 30-day readmission and community tenure run on discharges 1/1/2013 - 12/1/2013 to allow for runout.
* 180-day readmission and community tenure run on discharges 1/1/2013 - 7/1/2013 to allow for runout.
** Readmission defined as a readmission to the same level of care within XX days (i.e., acute ip to acute ip, residential to residential, and php to php).

# Destination Provider Spend in Florida – 2013
## Opiate Treatment/All LOCs/All Markets/Risk and ASO (18-25 Cohort)

|  | ALL | INN | OON |
|---|---|---|---|
| Total members 18 - 25 | 954 | 356 | 598 |
| % of members NOT residing in FL | 74% | | |
| Total admits | 1,848 | 668 | 1,180 |
| | | | |
| Total paid overall | $26,787,890 | $4,874,447 | $21,913,443 |
| Avg paid overall per mbr | $28,080 | $13,692 | $36,645 |

- 21.9M(82%) paid to OON Providers vs. 35% outside Fl.
- Episode of Care Avg. $36K or 3X Overall Pd./Member INN

Parameters:
(1) Admissions with discharge dates in 2013 are summarized (minimum admit date is 8/10/2012).
(2) All markets, all product types and both ASO/Risk are included.
(3) Admissions are limited to those with a non-ETOH diagnosis.
(4) For members with at least one IP, RES or PHP in FL, **ONLY THEIR FL UTILIZATION IS SUMMARIZED**.
(5) 18 – 25 year-old members only.



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**TRIAL EX. 772-0125**

## Quality Comparison: INN/In-Area  vs. OON/Out of Area
## 90-day Re-admission Opiate Treatment 2013 (18-25 Cohort)

| | INN 90-day Readmit Rate | OON 90-day Readmit Rate |
|---|---|---|
| **NON-FL FACILITIES** | | |
| **In Area (18 - 25 Non-FL resident)** | | |
| Acute IP | 18.77% | 20.39% |
| Residential | 13.81% | 15.72% |
| PHP | 13.38% | 16.07% |
| **FL FACILITIES** | | |
| **Out of Area (18 - 25 Non-FL resident)** | | |
| Acute IP | 21.98% | 21.05% |
| Residential | 20.73% | 16.67% |
| PHP | 13.16% | 22.47% |

\* 90-day readmission rate run on discharges 1/1/2013 - 10/1/2013 to allow for runout.



TRIAL EX. 772-0126

# Attachment

**No image available for this record.**

CONFIDENTIAL

**TRIAL EX. 772-0128**

UBHWIT0429441



|           | $ Trend Variance |
|-----------|-----------------:|
| IP        | -$1,731,839      |
| PHP       | -$215,763        |
| Res       | $615,423         |
| IOP       | $967,324         |
| OP        | -$2,056,906      |
| Ancillary | $763,094         |
| Prof      | -$211,093        |
| Total     | -$1,869,759      |

**TRIAL EX. 772-0130**

# Attachment

**No image available for this record.**

CONFIDENTIAL

**TRIAL EX. 772-0132**

UBHWIT0429442



| | IP | PHP | RTC | IOP | PROF | OP | Ancillary |
|---|---|---|---|---|---|---|---|
| Spend Trend | $181,497 | $164,096 | $468,619 | $435,637 | $64,947 | $127,962 | $596,496 |

TRIAL EX. 772-0134

# Attachment

**No image available for this record.**

CONFIDENTIAL

**TRIAL EX. 772-0136**

UBHWIT0429443

| | 2014 5+7 Forecast | Best Estimate as of May Close | Variance | Clinical UM | National UM | F & A | Claims Integrity | Alert & IOP | Network Unit Cost | P4P | R & R | ACE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Commercial Employer (E & I)** | **$28.46** | **$28.45** | **($0.01)** | **$0.99** | **$5.20** | **$4.91** | **$1.84** | **$6.59** | **$6.27** | **$1.37** | **$0.12** | **$1.16** |
| Internal | $25.75 | $25.85 | $0.10 | $0.64 | $4.88 | $4.18 | $1.78 | $5.95 | $5.87 | $1.28 | $0.10 | $1.16 |
| UHC HMO | $1.02 | $1.03 | $0.01 | $0.01 | $0.22 | $0.24 | $0.07 | $0.25 | $0.12 | $0.07 | $0.00 | $0.04 |
| UHC PPO/POS | $14.55 | $14.21 | ($0.34) | $0.26 | $3.10 | $3.63 | $1.63 | $2.69 | $1.29 | $0.74 | $0.08 | $0.78 |
| Total UHC | $15.57 | $15.25 | ($0.33) | $0.27 | $3.33 | $3.87 | $1.70 | $2.94 | $1.41 | $0.82 | $0.08 | $0.82 |
| Oxford | $6.91 | $6.97 | $0.06 | $0.00 | $0.73 | $0.00 | $0.00 | $1.82 | $3.80 | $0.29 | $0.01 | $0.33 |
| PBH Commercial | $3.03 | $3.39 | $0.36 | $0.37 | $0.72 | $0.30 | $0.07 | $1.13 | $0.63 | $0.16 | $0.02 | $0.00 |
| ACEC, MAMSI, NHP, John Deere | $0.23 | $0.24 | $0.01 | $0.00 | $0.11 | $0.00 | $0.02 | $0.06 | $0.04 | $0.01 | $0.00 | $0.00 |
| External | $2.72 | $2.61 | ($0.11) | $0.35 | $0.32 | $0.74 | $0.06 | $0.64 | $0.40 | $0.09 | $0.02 | $0.00 |
| UC | $2.34 | $2.23 | ($0.12) | $0.35 | $0.28 | $0.45 | $0.05 | $0.61 | $0.38 | $0.09 | $0.02 | $0.00 |
| % of Total Savings | | | | 3.48% | 18.27% | 17.26% | 6.48% | 23.16% | 22.05% | 4.82% | 0.43% | 4.06% |
| | | | | | | | | | | | | |
| **Commercial Payer** | **$9.34** | **$8.87** | **($0.46)** | **$0.95** | **$1.15** | **$2.08** | **$0.50** | **$1.60** | **$1.20** | **$0.42** | **$0.14** | **$0.83** |
| External Healthplan | $3.54 | $3.00 | ($0.54) | $0.11 | $0.58 | $0.26 | $0.39 | $0.75 | $0.43 | $0.16 | $0.02 | $0.31 |
| PBH External HP | $5.46 | $5.27 | ($0.19) | $0.60 | $0.43 | $1.73 | $0.12 | $0.85 | $0.72 | $0.25 | $0.06 | $0.52 |
| PBH External HP (MCD/MCR) | $0.33 | $0.60 | $0.27 | $0.24 | $0.14 | $0.09 | $0.00 | $0.00 | $0.05 | $0.02 | $0.07 | $0.00 |

**TRIAL EX. 772-0137**