**To:** Keytel, Keith W[keith.keytel@optum.com]; Triana, Lorenzo[lorenzo.triana@optum.com]; Hamel, Bryan J[bryan.hamel@optum.com]
**From:** Hart, Brett A
**Sent:** Tue 10/14/2014 5:16:10 PM
**Importance:** Normal
**Subject:** RE: TMS Financial Analysis
**Received:** Tue 10/14/2014 5:16:12 PM

There was a workgroup that crafted this, but relied upon Carolyn for review and final blessing. This also went through BPAC and was taken off the list of being experimental. Lorenzo, I would defer to you on whether you also reviewed. I don't want to speak for you.

Thanks,

Brett

---

**From:** Keytel, Keith W
**Sent:** Tuesday, October 14, 2014 11:53 AM
**To:** Hart, Brett A; Triana, Lorenzo; Hamel, Bryan J
**Subject:** RE: TMS Financial Analysis
**Sensitivity:** Confidential

Brett (Others), as I scan the document, I see that for example, this is a covered service for Commercial BOB. Where did we get the direction from to roll this out? I'm assuming Carolyn under the authority of Bill but can you let me know from your perspective? Thanks.

---

**From:** Hart, Brett A
**Sent:** Tuesday, October 14, 2014 11:38 AM
**To:** Keytel, Keith W; Triana, Lorenzo; Hamel, Bryan J
**Subject:** RE: TMS Financial Analysis
**Sensitivity:** Confidential

This may be more information than you are seeking, but the attached is the process we follow within ClinOps.

---

**From:** Keytel, Keith W
**Sent:** Tuesday, October 14, 2014 10:56 AM
**To:** Triana, Lorenzo; Hart, Brett A; Hamel, Bryan J
**Subject:** RE: TMS Financial Analysis
**Importance:** High
**Sensitivity:** Confidential

Can you guys give me a quick summary of what we're doing in CO on TMS? I think this is about to pop given Fred isn't signing off on the cost implications and perhaps Leslie hasn't been briefed. I do need to take this to Lloyd and anticipate he'll ask the question I'm asking. Thanks.

Keith

---

**From:** Powell, Michael C
**Sent:** Tuesday, October 14, 2014 10:47 AM
**To:** Keytel, Keith W; Brock, Irvin P
**Subject:** FW: TMS Financial Analysis
**Importance:** High
**Sensitivity:** Confidential

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 777**
Case Nos. 14-cv-2346-JCS/14-cv-5337-JCS
Date Entered _____
By _____
    Deputy Clerk

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

TRIAL EX. 777-0001

UBHWIT0446209

**From:** Mao, Chi
**Sent:** Tuesday, October 14, 2014 10:01 AM
**To:** Motz, Frederic C; Powell, Michael C
**Subject:** RE: TMS Financial Analysis
**Sensitivity:** Confidential

This was approved by the clinical policy committee. I don't know if they reviewed with Leslie.

**From:** Motz, Frederic C
**Sent:** Monday, October 13, 2014 5:21 PM
**To:** Mao, Chi; Powell, Michael C
**Subject:** RE: TMS Financial Analysis
**Sensitivity:** Confidential

Chi – I would argue that we do not have the ability to absorb these costs.

Where is this "directive" coming from? Typically, these kinds of decisions (with financial implications) are reviewed with Leslie before a decision is made to proceed. I believe the expansion of TMS was discussed earlier in the year and it was deemed too expensive.

Thanks.

**From:** Mao, Chi
**Sent:** Monday, October 13, 2014 3:37 PM
**To:** Powell, Michael C; Motz, Frederic C
**Subject:** FW: TMS Financial Analysis
**Importance:** High
**Sensitivity:** Confidential

Michael and Fred,

From the attached memo, it looks like there is an expansion to the TMS rollout to include all business (risk and ASO), which the exception of Medicaid. Initially, I believe it was limited to HPHC and ASO. From below, it looks like TMS is going to cost between SEALED PMPM and SEALED PMPM WITH NO BEHAVIORAL ROI. With about 10 million risk members (excluding Medicaid), at SEALED PMPM that's SEALED million and at SEALED PMPM that's SEALED million. Given the stretch targets we have, are we able to justify spending this amount with no ROI.

**From:** Rockswold, Erik
**Sent:** Monday, October 13, 2014 5:43 AM
**To:** Regan, Carolyn J; Niewenhous, Gerard B
**Cc:** Mao, Chi
**Subject:** RE: TMS Financial Analysis
**Sensitivity:** Confidential

I'm sure there is more, but this is all I have. . .

**Financial Costs – Fred Motz:**

1. What is the financial impact of the targeted treatment-resistant population for this technology?

    a. Administrative cost? Minimal administrative costs

    b. Behavioral benex? Per external Milliman data, this population has between $406 - $584 per patient per month

higher cost than long-term adequate antidepressant without treatment-resistance population

   c. Medical benex? Per external Milliman data, the per person per year medical costs for treatment-resistant depression (TRD) patients was more than double than that for non TRD patients ($14,490 vs. $6,665).

2. What would be the potential impact of the implementation of this technology on current benex and administrative cost?

   a. Behavioral? The potential impact on benefit expense is heavily dependent upon the penetration rate. The unit cost is estimated to range between $300 and $400 per session with a 30 session course of treatment and up to 5 follow-up sessions. The estimated cost per patient therefore, ranges from $9,000 to $14,000. The PMPM rate assumed for a northeast commercial health plan was SEALED PMPM with an estimated cost per patient of $9,000 and a penetration rate of SEALED per thousand.

      i. PMPM? A range for the potential PMPM impact is estimated to range from SEALED PMPM to SEALED PMPM depending upon penetration rate and unit cost by market.

   b. Pharmacy? Per literature, there is a potential for reductions in medical and pharmacy benefit expense spend by addressing the members' previously unmet behavioral needs.

3. Is there a potential for a ROI:

   a. for Behavioral? No. For behavioral, there is limited opportunity for an ROI. This will involve an increase in benefit expense.

   b. for medical or pharmacy? No. Under our current financial arrangements, those savings would not be shared with behavioral.

**Additional Financial Information from Clinical Ops (specific to IBM)**

Only limited experience exists arising from cases where IRO's overturned adverse determinations and mandated coverage. Table below summarizes experience for IBM membership in 2012. Typically, 23-34 sessions were authorized, ranging from $300-$475 per session. On this basis, the average cost of a treatment course could range between $7,000 and $16,000. Rates could also be impacted by ability to bring providers of TMS services into network contract at discount.

| Claims Paid in 2012 for TMS Services - All Dates of Service | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Procedure codes 90867, 90868, 90869 | | | | | | |
| Account = IBM | | | | | | |
| Proc Code | Proc Description | Unique Members | Units | Submitted Amount | Paid Amount | Denied Amount |
| 90867 | TRANSCRANIAL MAG STIMJ TX PLANNING | 4 | 3 | 4,300.00 | 1,710.00 | 2,200.00 |
| 90868 | TRANSCRANIAL MAG STIMJ TX DLVR & MGMT | 7 | 120 | 82,500.00 | 42,848.60 | 31,675.00 |
| 90869 | THERAPEUTIC REPETITIVE TRANSCRANIAL MAGNETIC STIMULATION TREATMENT | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Total | | 7 | 123 | 86,800.00 | 44,558.60 | 33,875.00 |

For Harvard Pilgrim's 2012 overturns, the number of sessions of TMS ranged from 34-50, at an average cost of $300-$500 per session. The average treatment duration was 41 sessions, at a cost of $16,000 per treated member.

---

**From:** Regan, Carolyn J
**Sent:** Friday, October 10, 2014 1:18 PM
**To:** Rockswold, Erik; Niewenhous, Gerard B
**Cc:** Mao, Chi
**Subject:** TMS Financial Analysis
**Sensitivity:** Confidential

Erik/Jerry,

Do one of you have the TMS financial analysis that was completed as part of the CTAC recommendation and which went to the Clinical Policy Committee? Please send it to Chi so that he can plan resources for accommodations until these codes are configured.

Thank you,

Carolyn

Carolyn Regan

Vice President, Clinical Policy

Optum Behavioral Solutions

PA960-1000

T :  612-642-7197

M : 412-327-7160

F :  855-713-1280

carolyn.regan@optum.com

www.optum.com

To request Clinical Learning services (training design, delivery, learning evaluation, and/or consultation) complete the form here.

Optum

Integrity ■ Compassion ■ Relationships ■ Innovation ■ Performance

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY    TRIAL EX. 777-0004    UBHWIT0446212