UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WIT et al., | Case No. 14-cv-02346-JCS |
| Plaintiffs, | Related Case No. 15-cv-05337-JCS |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT UNITED BEHAVIORAL HEALTH'S ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBIT NUMBERS 290, 291, 525, 715, 772, 777, AND 812** |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant. | |
| GARY ALEXANDER et al., | Action Filed:    May 21, 2014 |
| Plaintiffs, | |
| v. | |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant. | |

[PROPOSED] ORDER

Before the Court is Defendant United Behavioral Health's ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBIT NUMBERS 290, 291, 525, 715, 772, 777, AND 812 ("Motion to Seal"), and the Declarations of Nisha Patterson, and Adam Easterday in support of the Motion to Seal. Having reviewed UBH's motion, declarations, and proposed redactions to trial exhibit numbers 290, 291, 525, 715, 772, 777, and 812, and compelling reasons appearing therefore:

IT IS HEREBY ORDERED that UBH's Motion to Seal is **GRANTED**.

Specifically, IT IS HEREBY ORDERED that that the following documents or portions thereof shall be sealed absent further order of the Court:

| DOCUMENT | PORTIONS TO BE SEALED |
|---|---|
| Trial Exhibit Number **290**. | In its entirety. |
| Trial Exhibit Number **291**. | In its entirety. |
| Trial Exhibit Number **525**. | As to the charts on pages 6–8 and 18–61 only. |
| Trial Exhibit Number **715**. | As to the chart on page 1 only. |
| Trial Exhibit Number **772**. | As to the charts on pages 10–13 and 61–92 only. |
| Trial Exhibit Number **777**. | As to the PMPM rate numbers on pages 2 and 3 only. |
| Trial Exhibit Number **812**. | In its entirety. |

**IT IS SO ORDERED.**

Dated: _____

The Honorable Joseph C. Spero
United States Magistrate Judge