**Pages 1 - 17**

                        UNITED STATES DISTRICT COURT

                      NORTHERN DISTRICT OF CALIFORNIA

            BEFORE THE HONORABLE JOSEPH C. SPERO, MAGISTRATE JUDGE

DAVID AND NATASHA WIT, et al., )
                               )
              Plaintiffs,      )
                               )
    VS.                        )   **No. C 14-2346 JCS**
                               )
UNITED BEHAVIORAL HEALTH,      )
                               )
              Defendant.       )
_____ )   San Francisco, California


                           **MASTER INDEX**


**APPEARANCES**:

For Plaintiffs:        ZUCKERMAN SPAEDER LLP
                       1800 M Street, NW, Suite 1000
                       Washington, DC  20036-5807
                BY:  **CARL S. KRAVITZ, ESQUIRE**
                     **CAROLINE E. REYNOLDS, ESQUIRE**
                     **AITAN D. GOELMAN, ESQUIRE**

                       ZUCKERMAN SPAEDER LLP
                       485 Madison Avenue, 10th Floor
                       New York, New York 10022
                BY:  **JASON S. COWART, ESQUIRE**

                  (Appearances continued on next page)




Reported By:   Katherine Powell Sullivan, CSR #5812, RMR, CRR
               Jo Ann Bryce, CSR #3321, RMR, CRR
               Official Reporters - U.S. District Court

**APPEARANCES (CONTINUED):**

For Plaintiffs:          ZUCKERMAN SPAEDER LLP
                         100 East Pratt Street, Suite 2440
                         Baltimore, Maryland  21202-1031
                    BY:  **ADAM ABELSON, ESQUIRE**

                         THE MAUL FIRM, P.C.
                         101 Broadway, Suite 3A
                         Oakland, California 94607
                    BY:  **ANTHONY F. MAUL, ESQUIRE**

                         PSYCH APPEAL
                         8560 Sunset Boulevard, Suite 500
                         West Hollywood, California  90069
                    BY:  **MEIRAM BENDAT, ESQUIRE**

For Defendant:           CROWELL & MORING LLP
                         515 South Flower Street, 40th Floor
                         Los Angeles, California 90071-2258
                    BY:  **JEFFREY H. RUTHERFORD, ESQUIRE**
                         **JENNIFER S. ROMANO, ESQUIRE**
                         **ANDREW HOLMER, ESQUIRE**

                         CROWELL & MORING LLP
                         3 Embarcadero Center, 26th Floor
                         San Francisco, California 94111
                    BY:  **NATHANIEL P. BUALAT, ESQUIRE**

                         CROWELL & MORING LLP
                         1001 Pennsylvania Avenue, NW
                         Washington, DC 20004-2595
                    BY:  **APRIL N. ROSS, ESQUIRE**

# I N D E X

Monday, October 16, 2017 - Volume 1

Tuesday, October 17, 2017 - Volume 2

Tuesday, October 17, 2017 - Volume 2

Wednesday, October 18, 2017 - Volume 3

Monday, October 23, 2017 - Volume 4

Tuesday, October 24, 2017 - Volume 5

Wednesday, October 25, 2017 - Volume 6

Thursday, October 26, 2017 - Volume 7

Monday, October 30, 2017 - Volume 8

Tuesday, October 31, 2017 - Volume 9

Wednesday, November 1, 2017 - Volume 10

|  | PAGE | VOL. |
|---|---|---|
| Opening Statement by Ms. Reynolds | 10 | 1 |
| Opening Statement by Ms. Romano | 33 | 1 |
| Closing Argument by Mr. Goelman | 1828 | 10 |
| Closing Argument by Mr. Rutherford | 1872 | 10 |
| Rebuttal Argument by Mr. Cowart | 1925 | 10 |

| PLAINTIFFS' WITNESSES | PAGE | VOL. |
|---|---|---|
| **FISHMAN, MARC** | | |
| (SWORN) | 61 | 1 |
| Direct Examination by Mr. Goelman | 61 | 1 |
| Cross-Examination by Mr. Rutherford | 174 | 1 |
| Redirect Examination by Mr. Goelman | 212 | 1 |
| **FISHMAN, MARC (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 248 | 2 |
| Redirect Examination resumed by Mr. Goelman | 248 | 2 |
| Recross-Examination by Mr. Rutherford | 283 | 2 |
| **NIEWENHOUS, GERARD** | | |
| (SWORN) | 296 | 2 |
| Direct Examination by Ms. Reynolds | 296 | 2 |
| Cross-Examination by Ms. Romano | 429 | 2 |

**I N D E X**

| PLAINTIFFS' WITNESSES | PAGE | VOL. |
|---|---|---|
| **NIEWENHOUS, GERARD  (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 444 | 3 |
| Cross-Examination resumed by Ms. Romano | 444 | 3 |
| Redirect Examination by Ms. Reynolds | 455 | 3 |
| Recross-Examination by Ms. Romano | 466 | 3 |
| | | |
| **PLAKUN, ERIC MARTIN** | | |
| (SWORN) | 467 | 3 |
| Direct Examination by Mr. Kravitz | 467 | 3 |
| Direct Examination resumed by Mr. Kravitz | 570 | 3 |
| Cross-Examination by Mr. Rutherford | 612 | 3 |
| | | |
| **PLAKUN, ERIC  (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 646 | 4 |
| Cross-Examination resumed by Mr. Rutherford | 647 | 4 |
| Redirect Examination by Mr. Kravitz | 662 | 4 |
| | | |
| **DUH, JOSEPHINE** | | |
| (SWORN) | 671 | 4 |
| Direct Examination by Mr. Abelson | 672 | 4 |
| Cross-Examination by Ms. Ross | 684 | 4 |
| | | |
| **TRIANA, LORENZO** | | |
| (SWORN) | 696 | 4 |
| Direct Examination by Mr. Kravitz | 697 | 4 |
| Cross-Examination by Mr. Rutherford | 785 | 4 |
| Redirect Examination by Mr. Kravitz | 807 | 4 |
| | | |
| **BRIDGE, FRANCIS** | | |
| By Videotape Deposition (not reported) | 823 | 5 |
| | | |
| **ROCKSWOLD, ERIC** | | |
| By Videotape Deposition (not reported) | 824 | 5 |
| (SWORN) | 833 | 5 |
| | | |
| **NIEWENHOUS, GERARD   (CALLED IN REBUTTAL)** | | |
| (PREVIOUSLY SWORN) | 1801 | 9 |
| Direct Examination by Ms. Reynolds | 1801 | 9 |
| Cross-Examination by Ms. Romano | 1820 | 9 |

# I N D E X

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **DEHLIN, BARRY WILLIAM** | | |
| Direct Examination by Ms. Ross | 834 | 5 |
| Cross-Examination by Mr. Abelson | 905 | 5 |
| | | |
| **MARTORANA, ANDREW** | | |
| (SWORN) | 922 | 5 |
| Direct Examination by Ms. Romano | 922 | 5 |
| Direct Examination resumed by Ms. Romano | 954 | 5 |
| | | |
| **MARTORANA, ANDREW (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1052 | 6 |
| Direct Examination resumed by Ms. Romano | 1052 | 6 |
| Cross-Examination by Ms. Reynolds | 1100 | 6 |
| Redirect Examination by Ms. Romano | 1137 | 6 |
| | | |
| **SIMPATICO, THOMAS** | | |
| (SWORN) | 1141 | 6 |
| Direct Examination by Ms. Romano | 1141 | 6 |
| Direct Examination resumed by Ms. Romano | 1204 | 6 |
| | | |
| **SIMPATICO, THOMAS (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1301 | 7 |
| Direct Examination resumed by Ms. Romano | 1301 | 7 |
| | | |
| **ALLCHIN, THEODORE** | | |
| (SWORN) | 1352 | 7 |
| Direct Examination by Mr. Bualat | 1353 | 7 |
| Cross-Examination by Mr. Goelman | 1441 | 7 |
| Redirect Examination by Mr. Bualat | 1465 | 7 |
| | | |
| **BRIDGE, FRANCES** | | |
| (SWORN) | 1468 | 7 |
| Direct Examination by Mr. Holmer | 1468 | 7 |
| Cross-Examination by Ms. Reynolds | 1505 | 7 |
| Redirect Examination by Mr. Holmer | 1539 | 7 |
| | | |
| **ROBINSON-BEALE, RHONDA** | | |
| By Videotaped Deposition | 1556 | 8 |
| | | |
| **ALAM, DANESH** | | |
| (SWORN) | 1568 | 8 |
| Direct Examination by Mr. Rutherford | 1568 | 8 |
| Cross-Examination by Mr. Goelman | 1630 | 8 |
| Redirect Examination by Mr. Rutherford | 1677 | 8 |

**I N D E X**

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **TRIANA, LORENZO** | | |
| (SWORN) | 1685 | 8 |
| Direct Examination by Mr. Rutherford | 1685 | 8 |
| Cross-Examination by Mr. Kravitz | 1727 | 8 |
| Redirect Examination by Mr. Rutherford | 1756 | 8 |
| Recross-Examination by Mr. Kravitz | 1759 | 8 |
| **BEATY, JOHN** | | |
| By Videotaped Deposition | 1761 | 8 |
| **GODDARD, THOMAS GLENN** | | |
| (SWORN) | 1761 | 8 |
| Direct Examination by Mr. Bualat | 1762 | 8 |
| **GODDARD, THOMAS GLENN (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1782 | 9 |
| Cross-Examination by Mr. Abelson | 1783 | 9 |
| **URBAN, LORETTA** | | |
| By Videotaped Deposition (not reported) | 1791 | 9 |
| **BROCK III, IRVIN PETE** | | |
| By Videotaped Deposition (not reported) | 1791 | 9 |
| **BONFIELD, WILLIAM CLIFFORD** | | |
| By Videotaped Deposition (not reported) | 1792 | 9 |

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 225 | | 678 | 4 |
| 226 | | 683 | 4 |
| 227 | | 678 | 4 |
| 229 | | 683 | 4 |
| 231 | | 678 | 4 |
| 232 | | 683 | 4 |

# **I N D E X**

## **E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 233 | | 678 | 4 |
| 234 | | 683 | 4 |
| 235 | | 678 | 4 |
| 236 | | 683 | 4 |
| 237 | | 678 | 4 |
| 238 | | 683 | 4 |
| 239 | | 678 | 4 |
| 240 | | 683 | 4 |
| 241 | | 678 | 4 |
| 242 | | 683 | 4 |
| 243 | | 678 | 4 |
| 244 | | 683 | 4 |
| 245 | | 678 | 4 |
| 246 | | 683 | 4 |
| 255 | | 825 | 5 |
| 256 | | 734 | 4 |
| 257 | | 734 | 4 |
| 258 | | 733 | 4 |
| 259 | | 714 | 4 |
| 260 | | 734 | 4 |
| 261 | | 734 | 4 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 262 | | 734 | 4 |
| 264 | | 312 | 2 |
| 265 | | 314 | 2 |
| 268 through 278 | | 391 | 2 |
| 281 | | 310 | 2 |
| 290 | | 824 | 5 |
| 291 | | 824 | 5 |
| 299 | | 737 | 4 |
| 300 | | 738 | 4 |
| 301 | | 738 | 4 |
| 302 | | 738 | 4 |
| 305 | | 1801 | 9 |
| 307 | | 338 | 2 |
| 322 | | 412 | 2 |
| 332 | | 1711 | 8 |
| 335 | | 348 | 2 |
| 339 | | 706 | 4 |
| 342 | | 417 | 2 |
| 343 | | 739 | 4 |
| 348 | | 1677 | 8 |
| 353 | | 1802 | 9 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 360 | | 1810 | 9 |
| 368 | | 1714 | 8 |
| 372 (Under Seal) | | 426 | 2 |
| 378 | | 396 | 2 |
| 382 | | 1632 | 8 |
| 402 | | 399 | 2 |
| 407 | | 1567 | 8 |
| 408 | | 743 | 4 |
| 409 | | 1567 | 8 |
| 412 | | 1628 | 8 |
| 420 | | 1653 | 8 |
| 421 | | 1655 | 8 |
| 423 | | 1715 | 8 |
| 430 | | 1677 | 8 |
| 434 | | 1716 | 8 |
| 437 | | 382 | 2 |
| 445 | | 373 | 2 |
| 450 | | 385 | 2 |
| 452 | | 1669 | 8 |
| 477 | | 373 | 2 |
| 482 | | 1720 | 8 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 482 | | 1746 | 8 |
| 486 | | 1750 | 8 |
| 493 | | 394 | 2 |
| 494 | | 373 | 2 |
| 497 | | 373 | 2 |
| 506 | | 408 | 2 |
| 512 | | 301 | 2 |
| 516 | | 743 | 4 |
| 517 | | 1741 | 8 |
| 519 | | 1782 | 9 |
| 522 | | 314 | 2 |
| 524 | | 778 | 4 |
| 537 | | 1133 | 6 |
| 539 | | 1818 | 9 |
| 540 | | 299 | 2 |
| 548 | | 1670 | 8 |
| 549 | | 782 | 4 |
| 552 | | 1817 | 9 |
| 555 | | 373 | 2 |
| 556 | | 1817 | 9 |
| 564 | | 825 | 5 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 570 | | 601 | 3 |
| 575 | | 812 | 4 |
| 592 | | 345 | 2 |
| 634 | | 969 | 5 |
| 639 | | 971 | 5 |
| 640 | | 598 | 3 |
| 641 | | 609 | 3 |
| 642 | | 69 | 1 |
| 644 | | 1465 | 7 |
| 645 | | 1465 | 7 |
| 651 | | 1809 | 9 |
| 653 | | 500 | 3 |
| 654 | | 371 | 2 |
| 655 | | 358 | 2 |
| 656 | | 329 | 2 |
| 661 | | 153 | 1 |
| 662 | | 69 | 1 |
| 662 | | 1157 | 6 |
| 670 | | 64 | 1 |
| 673 | | 1121 | 6 |
| 693 | | 1441 | 7 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 694 | | 1782 | 9 |
| 711 | | 827 | 5 |
| 720 | | 756 | 4 |
| 735 | | 308 | 2 |
| 745 | | 761 | 4 |
| 749 | | 769 | 4 |
| 755 | | 749 | 4 |
| 758 (partially sealed) | | 772 | 4 |
| 766 | | 775 | 4 |
| 768 | | 305 | 2 |
| 770 | | 784 | 4 |
| 783 | | 1124 | 6 |
| 786 | | 415 | 2 |
| 798 | | 711 | 4 |
| 812 | | 825 | 5 |
| 850 | | 765 | 4 |
| 879 | | 1567 | 8 |
| 880 | 61 | | 1 |
| 892 | | 678 | 4 |
| 893 | | 680 | 4 |
| 894 | | 682 | 4 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 895 | | 684 | 4 |
| 896 | | 825 | 5 |
| 897 | | 1507 | 7 |
| 899 | | 1539 | 7 |
| 903 | | 1936 | 10 |
| 904 | | 1936 | 10 |
| 1011 | | 1761 | 8 |
| 1012 | | 1761 | 8 |
| 1033 | | 1567 | 8 |
| 1114 | | 1736 | 8 |
| 1116 | | 1736 | 8 |
| 1143 | | 1721 | 8 |
| 1186 | | 941 | 5 |
| 1189 | | 1693 | 8 |
| 1206 | | 955 | 5 |
| 1235 | | 1690 | 8 |
| 1252 | | 1700 | 8 |
| 1253 | | 1701 | 8 |
| 1254 | | 1703 | 8 |
| 1286 through 1289 | | 683 | 4 |
| 1290 through 1292 | | 683 | 4 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1294 through 1300 | | 683 | 4 |
| 1302 | | 683 | 4 |
| 1303 | | 683 | 4 |
| 1304 | | 683 | 4 |
| 1305 | | 683 | 4 |
| 1307 through 1309 | | 683 | 4 |
| 1311 through 1320 | | 683 | 4 |
| 1322 | | 683 | 4 |
| 1325 through 1331 | | 683 | 4 |
| 1333 through 1338 | | 683 | 4 |
| 1340 through 1350 | | 683 | 4 |
| 1352 | | 683 | 4 |
| 1353 | | 683 | 4 |
| 1355 through 1358 | | 683 | 4 |
| 1360 | | 683 | 4 |
| 1361 | | 683 | 4 |
| 1364 through 1373 | | 683 | 4 |
| 1375 through 1381 | | 683 | 4 |
| 1383 through 1392 | | 683 | 4 |
| 1395 | | 1159 | 6 |
| 1502 | | 1017 | 5 |

## I N D E X

### E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1507 | | 1015 | 5 |
| 1535 | | 678 | 4 |
| 1538 through 1542 | | 678 | 4 |
| 1544 | | 678 | 4 |
| 1546 through 1551 | | 678 | 4 |
| 1554 | | 678 | 4 |
| 1556 through 1561 | | 678 | 4 |
| 1563 | | 678 | 4 |
| 1566 | | 678 | 4 |
| 1567 | | 678 | 4 |
| 1570 through 1572 | | 678 | 4 |
| 1578 | | 678 | 4 |
| 1580 through 1589 | | 678 | 4 |
| 1592 through 1594 | | 678 | 4 |
| 1596 through 1606 | | 678 | 4 |
| 1608 | | 678 | 4 |
| 1611 | | 678 | 4 |
| 1614 | | 678 | 4 |
| 1616 | | 678 | 4 |
| 1617 | | 678 | 4 |
| 1619 | | 678 | 4 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1622 through 1625 | | 678 | 4 |
| 1628 through 1631 | | 678 | 4 |
| 1633 through 1637 | | 678 | 4 |
| 1639 | | 678 | 4 |
| 1641 through 1644 | | 678 | 4 |
| 1647 | | 678 | 4 |
| 1649 through 1651 | | 678 | 4 |
| 1653 | | 892 | 5 |
| 1654 | | 898 | 5 |
| 1655 | | 1505 | 7 |
| 1657 through 1661 | | 1793 | 9 |
| 2000 | | 678 | 4 |
| 2001 | | 683 | 4 |
| 2002 | | 678 | 4 |
| 2003 | | 678 | 4 |
| 2004 | | 683 | 4 |
| 2005 | | 683 | 4 |
| 2006 | | 678 | 4 |
| 2007 | | 678 | 4 |
| 2009 through 2011 | | 678 | 4 |
| 2013 | | 683 | 4 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 2014 | | 678 | 4 |
| 2016 | | 678 | 4 |
| 2017 | | 678 | 4 |
| 2018 | | 683 | 4 |
| 2019 | | 683 | 4 |
| 2020 through 2029 | | 678 | 4 |
| 2030 | | 683 | 4 |
| 2031 | | 678 | 4 |
| 2032 | | 678 | 4 |
| 2033 | | 683 | 4 |
| 2034 | | 683 | 4 |
| 2035 through 2039 | | 683 | 4 |