# United States District Court
# Northern District of California

# Document Locator

**Case Number:** C14-2346 JCS

**Date Filed:** NOV X 2 2017

RECEIVED
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Document:**

- ○ Reporter's Transcript:
- ☑ Trial Exhibts: plaintiff & defendants
- ○ Lodged Documents: 8 boxes and
- ○ Sealed Documents: 1 Box Under Seal
- ○ Declaration(s)

- ○ Other: _____

**Location:**

- ○ Expando File (Next to Case File)
- ○ Overflow Shelf: _____
- ○ Vault
- ○ Other: Overflow Shelves

**Document Number:** _____