THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
JOSEPH V. BUI (SBN 293256)
jbui@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CHRISTOPHER FLYNN (admitted *pro hac vice*)
cflynn@crowell.com
APRIL ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br><br>**DEFENDANT UNITED BEHAVIORAL HEALTH'S RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES** |

GARY ALEXANDER, et al.,

Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH,

Defendant.

Case No. 3:14-CV-05337-JCS

PROPOUNDING PARTY: PLAINTIFFS, DAVID AND NATASHA WIT, et al. & GARY ALEXANDER, et al.

RESPONDING PARTY: DEFENDANT, UNITED BEHAVIORAL HEALTH

SET NO.: TWO

Defendant United Behavioral Health (operating as Optumhealth Behavioral Solutions) ("UBH" or "Defendant") responds and objects to Plaintiffs David and Natasha Wit, et al., & Gary Alexander's, et al. ("Plaintiffs") Second Set of Interrogatories (the "Interrogatories") as follows:[1]

**~~PRELIMINARY STATEMENT~~**

~~These responses are made solely for the purpose of this action. Each response is subject~~ to all objections as to competence, relevance, materiality, propriety, and admissibility, and to any and all other objections on any ground that would require the exclusion of any statements herein if any statements contained herein were made by a witness present and testifying in court, all of which objections and grounds are expressly reserved and may be interposed at the time of trial. The fact that UBH has responded to any Interrogatories should not be taken as an admission that the information provided constitutes admissible evidence. UBH reserves the right to make any changes to these responses if it appears that omissions or errors have been made herein or that further and more accurate information is available. No incidental or implied admissions are ~~intended~~.

[1] As indicated by the designation at the bottom of each page, UBH's responses are confidential and constitute protected material as provided for by the parties' stipulated protective order.

obligations in response to the Interrogatories to include identifying information and/or documents that are in the possession, custody, or control of UBH and/or its employees.

## ANSWERS AND OBJECTIONS TO INTERROGATORIES

Subject to and without waiving or departing from the General Objections, the Objections to Definitions and Instructions identified above, and specifically incorporating the General Objections and the Objections to Definitions and Instructions identified above into each specific Answer and Objection set forth below, UBH responds to each interrogatory as follows:

**INTERROGATORY NO. 4:**

Identify each UBH employee involved in the creation, development, adoption, approval, amendment, or modification of any UBH LOCs, UBH CDGs, UBH BPGs, UBH LOS Benchmarks or Other UBH Guidelines, including the role that such UBH employee played.

**RESPONSE TO INTERROGATORY NO. 4:**

UBH refers to and incorporates by reference its General Objections and Objections to Definitions and Instructions as set forth above. UBH objects to this Interrogatory as overly broad in scope and unduly burdensome. UBH objects to the use of the terms "UBH," "UBH LOS Benchmarks," and "Other UBH Guidelines" as defined by Plaintiffs as vague, ambiguous, overbroad and not susceptible to a meaningful response. UBH objects to the use of the terms "involved" and "role" as vague, ambiguous, overbroad and not susceptible to a meaningful response. UBH objects to this Interrogatory on the ground that it calls for information that is not relevant to the subject matter of this action, not reasonably calculated to lead to the discovery of admissible evidence, and beyond the scope of permissible discovery. UBH objects to this Interrogatory on the ground that it calls for information concerning UBH's confidential or competitively sensitive business information. UBH objects to this Interrogatory on the ground that the information it seeks would not be relevant to class certification and it should be deferred until after the parties complete discovery relevant to class certification.

~~Subject to these objections, and without waiving them, UBH responds as follows:~~ UBH's Behavioral Policies and Analytics Committee ("BPAC") and the Coverage Determination Committee ("CDC") are its committees that create and approve its utilization management guidelines. Prior to April 2012, UBH's Clinical Policy & Operations Committee ("CP&O") oversaw UBH's LOCs. As of April 2012, CP&O's oversight of UBH's LOCs ended. The following individuals were members of the BPAC, CDC, or both during part or all of 2010 through 2014, and were involved in the creation and approval of utilization management guidelines:

<u>Members of BPAC</u>

- Lorenzo Triana, Chair
- Gerard Niewenhous, Vice-Chair
- Maria Sekac, Vice-Chair
- Francisca Azocar
- Bruce Bobbitt
- William Bonfield
- Margaret Brennecke
- Michael Bresolin
- Irvin Brock
- Jann Dodd
- James Davis
- John Ezell
- Brett Hart
- Richard Jimenez
- Marian Maguire
- Donna Maples
- Andrew Martorana
- Michael Powell
- Lori Pucci
- Carolyn Regan
- Rhonda Robinson Beale
- Loretta Urban
- Marilyn Holnstcincr
- Robert Mehus
- Danicl Silverstein
- Letitia Watson
- Mary Wesson

<u>Members of the CDC</u>

- James Slayton, Chair
- Gerard Niewenhous, Vice-Chair
- William Auger
- Scott Beardsley
- Jennifer Beckman
- Pamela Blair
- Bruce Bobbitt
- Margaret Brennecke
- Melissa Davis
- John Ezell
- Charles Freed
- Lourdes Hattrich
- Ebony Hutchinson
- Ann O'Grady
- Timothy O'Brien
- Carolyn Regan
- Maria Sekac
- Loretta Urban
- David Allin
- Jenine Britton
- Marion Brown
- Marilyn Holnsteiner
- Jennifer Klatch
- Mark Leone
- Florence Martin
- Robert Mehus
- Teresa Morgan
- Hema Narayanan
- Michael Nguyen
- Tiffany Rich
- Mary Wesson

**INTERROGATORY NO. 5:**

Identify each document or source of information reviewed by any UBH employee in connection with the creation, development, adoption, approval, amendment, or modification of any UBH LOCs, UBH CDGs, UBH BPGs, UBH LOS Benchmarks or Other UBH Guidelines.

**RESPONSE TO INTERROGATORY NO. 5:**

UBH refers to and incorporates by reference its General Objections and Objections to Definitions and Instructions as set forth above. UBH objects to this Interrogatory as overly broad in scope. UBH objects to this Interrogatory on the ground that it is oppressive and unduly burdensome to call for "each document or source of information" reviewed by "any" employee,

**INTERROGATORY NO. 6:**

Identify each "person[] and organization[] outside of" UBH who provided "input" into UBH LOCs or UBH CDGs, as asserted in United Behavioral Health's Answer to First Amended Class Action Complaint Filed on September 2, 2014 (Dkt. No. 67) at ¶ 7.

**RESPONSE TO INTERROGATORY NO. 6:**

UBH refers to and incorporates by reference its General Objections and Objections to Definitions and Instructions as set forth above. UBH objects to this Interrogatory as overly broad in scope and unduly burdensome. UBH objects to the use of the term "UBH" as defined by Plaintiffs as overbroad and not susceptible to a meaningful response. UBH objects to this Interrogatory on the ground that it calls for information that is not relevant to the subject matter of this action, not reasonably calculated to lead to the discovery of admissible evidence, and beyond the scope of permissible discovery. UBH objects to this Interrogatory on the ground that it calls for the disclosure of information concerning UBH's confidential or competitively sensitive business information. UBH objects to this Interrogatory on the ground that the information it seeks would not be relevant to class certification and it should be deferred until after the parties complete discovery relevant to class certification.

Subject to these objections, and without waiving them, UBH responds as follows: During the period from 2010 to 2014, UBH sought input regarding one or more of its utilization management guidelines from the following parties external to UBH:

- Members of the Optum (UBH) National Provider Advisory Council, including:

| | |
|---|---|
| ~~Albert Bernstein PhD~~ | ~~Lawrence Lenz~~ |
| ~~Andrew Brams PhD~~ | ~~Linda Gottlieb LCSW-R~~ |
| ~~Anthony Butto DSW, LCSW~~ | ~~Lorraine Freedle PhD~~ |
| ~~Charles Jasper PhD~~ | ~~Miles Morrison LCSW~~ |
| ~~Cheryl Izen RNCS~~ | ~~Mitchell Alevy PhD~~ |
| ~~Dana Hardy PhD~~ | ~~Oscar Pakier MD~~ |
| ~~Daniel Potter LCSW~~ | ~~Paul Gitterman MA~~ |

- Other Rhode Island providers, including:
  - Daniel Hurley PhD
  - Diane Flaherty LCSW
  - Donald LaBonte LCDP
  - Elizabeth Gay PhD
  - Gerald Tarnoff MD
  - Helen Sheehan LICSW
  - James Andriotis MD
  - James Curran PhD
  - JoAnn Donatelli PhD LP
  - Joanna Futransky PhD
  - Joseph LaPenta MSW LMHC
  - Kate Bowen MS, LMHC
  - Lucy Brown MD
  - Mary Sullivan MSN
  - Michael Fiori MD
  - Patricia Reposa MSN
  - Paul Block PhD
  - Phillip Lowry LMHC
  - Richard Paris LICSW
  - Rosa Cristiana MSN, PCNS, RN
  - Sahid Lahi MD
  - Scott McDonald MD
  - Shelby Morgan LMFT
  - Vidal Perez LICSW
- Members of the Optum (UBH) Behavioral Subspecialty Advisory Council, including:
  - The Association for Ambulatory Behavioral Healthcare
  - American Academy of Child and Adolescent Psychiatry
  - American Psychiatric Association
  - American Psychological Association
  - National Association of Social Workers

During the period from 2010 to 2014, UBH received input regarding one or more of its utilization management guidelines from the following parties:

- Alan Axelson, MD, Member Optum Behavioral Subspecialty Advisory Council
- Albert Bernstein, PhD, Member Optum National Provider Advisory Council
- Bernard Bogard, MD, Member U.S.
- Lawrence Cunniffe, Association for Ambulatory Behavioral Health
- Lynn Bufka, PhD, Member Optum Behavioral Subspecialty Advisory Council and American Psychological Association

Behavioral Health Plan California Provider Advisory Council

- Charles Jasper, PhD, Member Optum National Provider Advisory Council
- Cheryl Izen RNCS, Member Optum National Provider Advisory Council
- Dana Hardy, PhD, Member Optum National Provider Advisory Council
- Daniel O'Rourke, MFT, Member U.S. Behavioral Health Plan California Provider Advisory Council
- Edward Barnoski, MD, Member Optum Behavioral Subspecialty Advisory Council and Optum National Provider Advisory Council
- Edward Latham, PhD, Member Optum National Provider Advisory Council
- James Huff, PhD, Member Optum National Provider Advisory Council
- Jennifer Morgan, PsyD, Member Optum Behavioral Subspecialty Advisory Council
- Julie Colantonio, LMSW, ACP, Member Optum National Provider Advisory Council
- Katherine C. Nordal, PhD, American Psychological Association
- Kathleen McCann, R.N., Ph.D., Director of Quality and Regulatory Affairs, National
- Mark Covall, President/CEO, National Association of Psychiatric Health Systems
- Miles Morrison, LCSW, Member Optum National Provider Advisory Council
- Mirean Coleman, LICSW, CT, National Association of Social Workers
- Oscar Pakier, MD, Behavioral Subspecialty Advisory Council
- Paul Gitterman, MA, Member Optum National Provider Advisory Council
- Richard Butcher, MD, Member U.S. Behavioral Health Plan California Provider Advisory Council
- Richard Paris, LICSW, National Provider Advisory Council
- Robert Gregory, PhD, Member U.S. Behavioral Health Plan California Provider Advisory Council
- Sabbah Chammas, MD, Member Optum National Provider Advisory Council
- Scott Arbaugh, MD, Member Optum National Provider Advisory Council
- Susan Bergeson, VP Consumer Affairs Optum
- Timothy Tally, LCSW, Member U.S. Behavioral Health Plan California Provider Advisory Council

| | |
|---|---|
| Association of Psychiatric Health Systems<br>• Kristin Kroeger Ptakowski, AACAP Committee on Healthcare, Access and Economics | • Velma Gilbert, Association for Ambulatory Behavioral Health |

**INTERROGATORY NO. 7:**

Describe fully the "role" that "individual health plans have . . . in determining which guidelines apply to their plans," as asserted in United Behavioral Health's Answer to First Amended Class Action Complaint Filed on September 2, 2014 (Dkt. No. 67) at ¶ 7.

**RESPONSE TO INTERROGATORY NO. 7:**

UBH refers to and incorporates by reference its General Objections and Objections to Definitions and Instructions as set forth above. UBH objects to this Interrogatory as overly broad in scope and unduly burdensome. UBH objects to this Interrogatory on the ground that it calls for information that is not relevant to the subject matter of this action, not reasonably calculated to lead to the discovery of admissible evidence, and beyond the scope of permissible discovery. UBH objects to this Interrogatory on the ground that it calls for the disclosure of information concerning UBH's confidential or competitively sensitive business information. UBH objects to this Interrogatory on the ground that the information it seeks would not be relevant to class certification and it should be deferred until after the parties complete discovery relevant to class certification.

~~Subject to these objections, and without waiving them, UBH responds as follows~~: The terms of a member's plan defines the benefits that are covered and informs which guidelines will apply. A member's plan may differ with UBH's guidelines. In the event that a requested service or procedure is excluded from the member's plan, is defined differently, or there is otherwise a conflict between the guidelines and the member's plan, the plan supersedes the guidelines.

**INTERROGATORY NO. 8:**

Describe fully the process UBH followed to create, develop, adopt, approve, amend and/or modify any UBH LOCs, UBH CDGs, UBH BPGs, UBH LOS Benchmarks or Other UBH Guidelines, including (a) the original creation, development, adoption and/or approval of any such guidelines, even if prior to the relevant period; and (b) any amendments or modifications made during the relevant period.

**RESPONSE TO INTERROGATORY NO. 8:**

UBH refers to and incorporates by reference its General Objections and Objections to Definitions and Instructions as set forth above. UBH objects to this Interrogatory as overly broad in scope and unduly burdensome. UBH objects to the use of the terms "UBH," "UBH LOS Benchmarks" and "Other UBH Guidelines" as defined by Plaintiffs as vague, ambiguous, overbroad and not susceptible to a meaningful response. UBH objects to this Interrogatory on the ground that it calls for information that is not relevant to the subject matter of this action, not reasonably calculated to lead to the discovery of admissible evidence, and beyond the scope of permissible discovery. UBH objects to this Interrogatory on the ground that it calls for the disclosure of information concerning UBH's confidential or competitively sensitive business information. UBH objects to this Interrogatory on the ground that the information it seeks would not be relevant to class certification and it should be deferred until after the parties complete discovery relevant to class certification. UBH objects to this Interrogatory to the extent it seeks information outside of the relevant period for this litigation.

Subject to these objections, and without waiving them, UBH responds as follows:

1. **Best Practice Guidelines:** UBH has adopted Best Practice Guidelines that were created by external medical associations. UBH reviews the current list of adopted Best Practice Guidelines at least annually to determine whether a guideline has been updated based on new scientific evidence. UBH also monitors whether new guidelines have been issued that are relevant to UBH's membership. Updated guidelines and relevant new guidelines are then presented to BPAC for adoption and

~~approval.~~

2. **Coverage Determination Guidelines:** Gerard Niewenhous, Loretta Urban, or a member of their staff will prepare a draft of the CDGs based on guidelines and consensus statements from professional associations, government sources including the Centers for Medicare & Medicaid Services (CMS), other published scientific evidence, and comments and input from internal and external sources. After a draft is complete, the Coverage Determination Committee (CDC) reviews the drafts and provides comments, feedback, and revisions. The proposed guidelines are then sent to BPAC for formal consideration. BPAC may revise the guidelines or ask the CDC to make further revisions to the guidelines. After the guidelines are revised, BPAC will then vote on the proposed guidelines. The proposed guidelines are printed and approved if there is a consensus. The guidelines are then posted on Provider Express, where they are accessible to the public.

3. **Level of Care Guidelines:** Mr. Niewenhous, Ms. Urban, or a member of their staff will prepare a draft of the LOCs based on guidelines and consensus statements from professional associations, government sources including the Centers for Medicare & Medicaid Services (CMS), and other published scientific evidence. Mr. Niewenhous and Ms. Urban will also collect and consider input regarding the previous iteration of the guidelines from UBH staff members, providers, professional associations, and Sue Bergeson, UBH's Vice President of Consumer Affairs. Mr. Niewenhous and Ms. Urban then collate all of this information and send it to a subcommittee on BPAC that is charged with determining how this input will be used to inform the final drafts of the guidelines. The sub-committee will then present the proposed guidelines to the full BPAC membership. BPAC will discuss the guidelines, make revisions, and vote on the proposed guidelines. If BPAC approves the guidelines, the guidelines are made available for the public on Provider Express.

~~4. Psychological Testing Guidelines: UBH's Psychological Testing Guidelines are~~

Dated: January 8, 2016

CROWELL & MORING LLP

Christopher Flynn
Jennifer S. Romano
April Ross
Nathaniel P. Bualat
Joseph V. Bui
Attorney for Defendant
UNITED BEHAVIORAL HEALTH

**VERIFICATION**

I, Lorenzo Triana, M.D., declare as follows:

I am an authorized agent of UNITED BEHAVIORAL HEALTH and am authorized to make this verification for and on its behalf and I make this verification for this reason. I have read DEFENDANT UNITED BEHAVIORAL HEALTH'S RESPONSE TO PLAINTIFFS' SECOND SET OF INTERROGATORIES and know the contents thereof, and that it is true and correct of my own knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed on January 8, 2016 at Dallas, Texas.

Lorenzo Triana, M.D.