THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CHRISTOPHER FLYNN (admitted *pro hac vice*)
cflynn@crowell.com
APRIL ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DAVID AND NATASHA WIT, et al.,

Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH,

Defendant.

Case No. 3:14-CV-02346-JCS

**DEFENDANT UNITED BEHAVIORAL HEALTH'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

GARY ALEXANDER, et al.,

Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH,

Defendant.

Case No. 3:14-CV-05337-JCS

PROPOUNDING PARTY: PLAINTIFFS, DAVID AND NATASHA WIT, et al. & GARY ALEXANDER, et al.

RESPONDING PARTY: DEFENDANT, UNITED BEHAVIORAL HEALTH

SET NO.: TWO

Defendant United Behavioral Health (operating as Optumhealth Behavioral Solutions) ("UBH" or "Defendant") hereby amends its responses and objections to Plaintiffs David and Natasha Wit, et al., & Gary Alexander's, et al. ("Plaintiffs") Second Set of Interrogatories (the "Interrogatories"), Interrogatories No. 4 and No. 6 as follows:[1]

## PRELIMINARY STATEMENT

These supplemental responses are made solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, and to any and all other objections on any ground that would require the exclusion of any statements herein if any statements contained herein were made by a witness present and testifying in court, all of which objections and grounds are expressly reserved and may be interposed at the time of trial. The fact that UBH has responded to any Interrogatories should not be taken as an admission that the information provided constitutes admissible evidence. UBH reserves the right to make any changes to these responses if it appears that omissions or errors

[1] As indicated by the designation at the bottom of each page, UBH's responses are confidential and constitute protected material as provided for by the parties' stipulated protective order.

13. UBH specifically objects to Instruction No. 7 on the ground that it seeks to impose obligations and duties not prescribed by the Federal Rules of Civil Procedure or Rules of the United States District Court for the Northern District of California. UBH will interpret its obligations in response to the Interrogatories to include identifying information and/or documents that are in the possession, custody, or control of UBH and/or its employees.

**SUPPLEMENTAL ANSWERS AND OBJECTIONS TO INTERROGATORIES**

Subject to and without waiving or departing from the General Objections, the Objections to Definitions and Instructions identified above, and specifically incorporating the General Objections and the Objections to Definitions and Instructions identified above into each specific Answer and Objection set forth below, UBH amends its responses to Interrogatories No. 4 and No. 6, as follows:

**INTERROGATORY NO. 4:**

Identify each UBH employee involved in the creation, development, adoption, approval, amendment, or modification of any UBH LOCs, UBH CDGs, UBH BPGs, UBH LOS Benchmarks or Other UBH Guidelines, including the role that such UBH employee played.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:**

UBH refers to and incorporates by reference its General Objections and Objections to Definitions and Instructions as set forth above. UBH objects to this Interrogatory as overly broad in scope and unduly burdensome. UBH objects to the use of the terms "UBH," "UBH LOS Benchmarks," and "Other UBH Guidelines" as defined by Plaintiffs as vague, ambiguous, overbroad and not susceptible to a meaningful response. UBH objects to the use of the terms "involved" and "role" as vague, ambiguous, overbroad and not susceptible to a meaningful response. UBH objects to this Interrogatory on the ground that it calls for information that is not relevant to the subject matter of this action, not reasonably calculated to lead to the discovery of admissible evidence, and beyond the scope of permissible discovery. UBH objects to this

Interrogatory on the ground that it calls for information concerning UBH's confidential or competitively sensitive business information. UBH objects to this Interrogatory on the ground that the information it seeks would not be relevant to class certification and it should be deferred until after the parties complete discovery relevant to class certification.

Subject to these objections, and without waiving them, UBH responds as follows: UBH's Behavioral Policies and Analytics Committee ("BPAC") and the Coverage Determination Committee ("CDC") are its committees that create and approve its utilization management guidelines. Prior to April 2012, UBH's Clinical Policy & Operations Committee ("CP&O") oversaw UBH's LOCs. As of April 2012, CP&O's oversight of UBH's LOCs ended. In August 2016, BPAC was disbanded and the Utilization Management Committee ("UMC") assumed its responsibilities relating to approval of utilization guidelines. In June 2016, the CDC was eliminated and not replaced. The following individuals were members of the BPAC, CDC, or UMC during part or all of 2010 through 2016, and were involved in the creation and approval of utilization management guidelines:

<u>Members of BPAC</u>

| | |
|---|---|
| o Lorenzo Triana, Chair | o Michelle Lerma |
| o Gerard Niewenhous, Vice-Chair | o Marian Maguire |
| o Maria Sekac, Vice-Chair | o Donna Maples |
| o Francisca Azocar | o Andrew Martorana |
| o Bruce Bobbitt | o Robert Mehus |
| o William Bonfield | o Frederic Motz |
| o Margaret Brennecke | o Nisha Patterson |
| o Michael Bresolin | o Michael Powell |
| o Irvin Brock | o Lori Pucci |
| o Jann Dodd | o Carolyn Regan |

- James Davis
- Adam Easterday
- John Ezell
- Brett Hart
- Lourdes Hattrich
- Marilyn Holnsteiner
- Richard Jimenez
- Rhonda Robinson Beale
- Maria Sekac
- Daniel Silverstein
- Loretta Urban
- Letitia Watson
- Mary Wesson
- Lynn Wetherbee

Members of the CDC

- James Slayton, Chair
- Gerard Niewenhous, Vice-Chair
- David Allin
- William Auger
- Scott Beardsley
- Jennifer Beckman
- Pamela Blair
- Bruce Bobbitt
- Margaret Brennecke
- Jenine Britton
- Marion Brown
- Melissa Davis
- John Ezell
- Charles Freed
- Lourdes Hattrich
- Marilyn Holnsteiner
- Ebony Hutchinson
- Megan Kolman
- Jennifer Klatch
- Mark Leone
- Florence Martin
- Robert Mehus
- Teresa Morgan
- Hema Narayanan
- Michael Nguyen
- Ann O'Grady
- Timothy O'Brien
- Carolyn Regan
- Tiffany Rich
- Maria Sekac
- Loretta Urban
- Mary Wesson

Members of the UMC

| Voting Members: | Non-Voting Members: |
|---|---|
| Lorenzo Triana, Chair | Scott Beardsley |
| Brett Hart, Chair | Karen Debosek |
| Sue Bergeson | Adam Easterday |
| William Bonfield | Jaime Kruzel-Thomas |
| Margaret Brennecke | Michelle Lerma |
| Richard Elorreaga | Marian Maguire |
| Chi Mao | Florence Martin |
| Tyler Moore | Andrew Martorana |
| Lynn Wetherbee | Cynthia McMasters |
| | Elisa Mullen |
| | Gerard Niewenhous |
| | Nisha Patterson |
| | Sarey Phang |
| | Maria Sekac |
| | Heidi Upman |
| | Jen Zahren |

**INTERROGATORY NO. 6:**

Identify each "person[] and organization[] outside of" UBH who provided "input" into UBH LOCs or UBH CDGs, as asserted in United Behavioral Health's Answer to First Amended Class Action Complaint Filed on September 2, 2014 (Dkt. No. 67) at ¶ 7.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

~~UBH refers to and incorporates by reference its General Objections and Objections to Definitions and Instructions as set forth above. UBH objects to this Interrogatory as overly broad~~

- Gerald Tarnoff MD
- Helen Sheehan LICSW
- James Andriotis MD
- James Curran PhD
- JoAnn Donatelli PhD LP
- Joanna Futransky PhD
- Joseph LaPenta MSW LMHC
- Karyn Blane PhD
- Paul Block PhD
- Phillip Lowry LMHC
- Richard Paris LICSW
- Rosa Cristiana MSN, PCNS, RN
- Sahid Lahi MD
- Scott McDonald MD
- Shelby Morgan LMFT
- Vidal Perez LICSW

- Members of the Optum (UBH) Behavioral Subspecialty Advisory Council, including:
  - The Association for Ambulatory Behavioral Healthcare
  - American Academy of Child and Adolescent Psychiatry
  - American Psychiatric Association
  - American Psychological Association
  - National Association of Social Workers
  - National Academy of Neuropsychology
  - National Association of Psychiatric Hospitals
  - Center for Clinical Social Work
  - American Society for Addiction Medicine
  - Association for Addiction Professionals
  - Massachusetts Psychological Association
  - University of Pittsburgh Western Psychiatric Institute
  - Tufts University Psychiatry and Medicine

During the period from 2010 to 2016, UBH received input regarding one or more of its utilization management guidelines from the following parties:

- Alan Axelson, MD, Member Optum Behavioral Subspecialty Advisory Council
- Kristin Kroeger Ptakowski, AACAP Committee on Healthcare, Access and

- Albert Bernstein, PhD, Member Optum National Provider Advisory Council
- Andrew Brams, PhD, Member Optum National Provider Advisory Council
- Bernard Bogard, MD, Member U.S. Behavioral Health Plan California Provider Advisory Council
- Charles Jasper, PhD, Member Optum National Provider Advisory Council, and the U.S. Behavioral Health Plan California Provider Advisory Council
- Cheryl Izen RNCS, Member Optum National Provider Advisory Council
- Dana Hardy, PhD, Member Optum National Provider Advisory Council
- Daniel O'Rourke, MFT, Member U.S. Behavioral Health Plan California Provider Advisory Council
- Douglas Taylor, Optum behavioral health provider
- Edward Barnoski, MD, Member Optum Behavioral Subspecialty Advisory Council and Optum National Provider Advisory Council
- Edward Latham, PhD, Member Optum National Provider Advisory Council
- Henry Sachs, MD, Rhode Island Medical Economics
- Lawrence Cunniffe, Association for Ambulatory Behavioral Health
- Lynn Bufka, PhD, Member Optum Behavioral Subspecialty Advisory Council and American Psychological Association
- Mark Covall, President/CEO, National Association of Psychiatric Health Systems
- Miles Morrison, LCSW, Member Optum National Provider Advisory Council
- Mirean Coleman, LICSW, CT, National Association of Social Workers
- Oscar Pakier, MD, Behavioral Subspecialty Advisory Council
- Paul Gitterman, MA, Member Optum National Provider Advisory Council
- Richard Butcher, MD, Member U.S. Behavioral Health Plan California Provider Advisory Council
- Richard Paris, LICSW, National Provider Advisory Council
- Robert Gregory, PhD, Member U.S. Behavioral Health Plan California Provider Advisory Council
- Sabbah Chammas, MD, Member Optum National Provider Advisory Council, and the U.S. Behavioral Health Plan California

Director

- James Huff, PhD, Member Optum National Provider Advisory Council
- Jennifer Morgan, PsyD, Member Optum Behavioral Subspecialty Advisory Council
- Julie Colantonio, LMSW, ACP, Member Optum National Provider Advisory Council
- Katherine C. Nordal, PhD, American Psychological Association
- Kathleen McCann, R.N., Ph.D., Director of Quality and Regulatory Affairs, National Association of Psychiatric Health Systems

Provider Advisory Council

- Scott Arbaugh, MD, Member Optum National Provider Advisory Council
- Susan Bergeson, VP Consumer Affairs Optum
- Timothy Tally, LCSW, Member U.S. Behavioral Health Plan California Provider Advisory Council
- Velma Gilbert, Association for Ambulatory Behavioral Health

Dated: January 17, 2017

CROWELL & MORING LLP

Christopher Flynn
Jennifer S. Romano
April Ross
Nathaniel P. Bualat
Attorney for Defendant
UNITED BEHAVIORAL HEALTH

# VERIFICATION

I, Lorenzo Triana, M.D., declare as follows:

I am an authorized agent of UNITED BEHAVIORAL HEALTH and am authorized to make this verification for and on its behalf and I make this verification for this reason. I have read DEFENDANT UNITED BEHAVIORAL HEALTH'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' SECOND SET OF INTERROGATORIES and know the contents thereof, and that it is true and correct of my own knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed on January 17, 2017 at Dallas, Texas.

Lorenzo Triana, M.D.

## CERTIFICATE OF SERVICE

I, William H. Morris, state:

My business address is Three Embarcadero Center, 26th Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT UNITED BEHAVIORAL HEALTH'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

on the following person(s) in this action:

Meiram Bendat, Esq.
PSYCH-APPEAL, INC.
8560 West Sunset Boulevard,
Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (310) 564-0040
meiram@psych-appeal.org

Attorneys for Plaintiffs

D. Brian Hufford, Esq.
Jason S. Cowart, Esq.
ZUCKERMAN SPAEDER LLP
399 Park Avenue, 14th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

Attorneys for Plaintiffs

Caroline Reynolds, Esq.
Andrew Caridas, Esq.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036-5802
Tel: (202) 778-1855
Fax: (202) 822-8106
creynolds@zuckerman.com
acaridas@zuckerman.com

Attorneys for Plaintiffs

Anthony F. Maul (subject to *pro hac vice* admission)
THE MAUL FIRM, P.C.
68 Jay Street, Suite 201
Brooklyn, NY 11201
Tel: (646) 263-5780
Fax: (866) 488-7936
afmaul@maulfirm.com

Attorneys for Plaintiffs

BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

BY MESSENGER SERVICE: I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service. A declaration of personal service by the messenger is attached.

BY OVERNIGHT DELIVERY: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

BY FACSIMILE: Based on an agreement of the parties to accept service by facsimile transmission, I faxed the document(s) identified above to the person(s) at the fax number(s) listed above. The transmission was reported complete and without error. I have attached a copy of the transmission report that was issued by the facsimile machine.

X BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 17, 2017, at San Francisco, California.

William H. Morris

SFACTIVE-904322615.3