THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CHRISTOPHER FLYNN (admitted *pro hac vice*)
cflynn@crowell.com
APRIL ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, et al., Plaintiffs, v. UNITED BEHAVIORAL HEALTH, Defendant. | Case No. 3:14-CV-02346-JCS **DEFENDANT UNITED BEHAVIORAL HEALTH'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES** |

GARY ALEXANDER, et al.,

Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH,

Defendant.

Case No. 3:14-CV-05337-JCS

PROPOUNDING PARTY: PLAINTIFFS, DAVID AND NATASHA WIT, et al. & GARY ALEXANDER, et al.

RESPONDING PARTY: DEFENDANT, UNITED BEHAVIORAL HEALTH

SET NO.: TWO

Defendant United Behavioral Health (operating as Optumhealth Behavioral Solutions) ("UBH" or "Defendant") hereby supplements its responses and objections to Plaintiffs David and Natasha Wit, et al., & Gary Alexander's, et al. ("Plaintiffs") Second Set of Interrogatories (the "Interrogatories"), Interrogatory Nos. 4, 5 and 8, as follows:[1]

~~PRELIMINARY STATEMENT~~

~~These supplemental responses are made solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, and to any and all other objections on any ground that would require the exclusion of any statements herein if any statements contained herein were made by a witness present and testifying in court, all of which objections and grounds are expressly reserved and may be interposed at the time of trial. The fact that UBH has responded to any Interrogatories should not be taken as an admission that the information provided constitutes admissible evidence. UBH reserves the right to make any changes to these responses if it appears that omissions or errors~~

[1] As indicated by the designation at the bottom of each page, UBH's responses are confidential and constitute protected material as provided for by the parties' stipulated protective order.

~~13. UBH specifically objects to Instruction No. 7 on the ground that it seeks to impose obligations and duties not prescribed by the Federal Rules of Civil Procedure or Rules of the United States District Court for the Northern District of California. UBH will interpret its obligations in response to the Interrogatories to include identifying information and/or documents that are in the possession, custody, or control of UBH and/or its employees.~~

**SUPPLEMENTAL ANSWERS AND OBJECTIONS TO INTERROGATORIES**

~~Subject to and without waiving or departing from the General Objections, the Objections to Definitions and Instructions identified above, and specifically incorporating the General Objections and the Objections to Definitions and Instructions identified above into each specific Answer and Objection set forth below,~~ UBH amends its responses to Interrogatory Nos. 4, 5 and 8, as follows:

**INTERROGATORY NO. 4:**

Identify each UBH employee involved in the creation, development, adoption, approval, amendment, or modification of any UBH LOCs, UBH CDGs, UBH BPGs, UBH LOS Benchmarks or Other UBH Guidelines, including the role that such UBH employee played.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:**

~~UBH refers to and incorporates by reference its General Objections and Objections to Definitions and Instructions as set forth above. UBH objects to this Interrogatory as overly broad in scope and unduly burdensome. UBH objects to the use of the terms "UBH," "UBH LOS Benchmarks," and "Other UBH Guidelines" as defined by Plaintiffs as vague, ambiguous, overbroad and not susceptible to a meaningful response. UBH objects to the use of the terms "involved" and "role" as vague, ambiguous, overbroad and not susceptible to a meaningful response. UBH objects to this Interrogatory on the ground that it calls for information that is not relevant to the subject matter of this action, not reasonably calculated to lead to the discovery of admissible evidence, and beyond the scope of permissible discovery. UBH objects to this~~

Interrogatory on the ground that it calls for information concerning UBH's confidential or competitively sensitive business information. UBH objects to this Interrogatory on the ground that the information it seeks would not be relevant to class certification and it should be deferred until after the parties complete discovery relevant to class certification.

Subject to these objections, and without waiving them, UBH responds as follows: UBH's Behavioral Policies and Analytics Committee ("BPAC") and the Coverage Determination Committee ("CDC") are its committees that create and approve its utilization management guidelines. Prior to April 2012, UBH's Clinical Policy & Operations Committee ("CP&O") oversaw UBH's LOCs. As of April 2012, CP&O's oversight of UBH's LOCs ended. In August 2016, BPAC was disbanded and the Utilization Management Committee ("UMC") assumed its responsibilities relating to approval of utilization guidelines. In June 2016, the CDC was eliminated and not replaced. The following individuals were members of the BPAC, CDC, or UMC during part or all of 2010 through January 2017, and were involved in the creation and approval of utilization management guidelines:

Members of BPAC

| | |
|---|---|
| o Lorenzo Triana, Chair | o Michelle Lerma |
| o Gerard Niewenhous, Vice-Chair | o Marian Maguire |
| o Maria Sekac, Vice-Chair | o Donna Maples |
| o Francisca Azocar | o Andrew Martorana |
| o Bruce Bobbitt | o Robert Mehus |
| o William Bonfield | o Frederic Motz |
| o Margaret Brennecke | o Nisha Patterson |
| o Michael Bresolin | o Michael Powell |
| o Irvin Brock | o Lori Pucci |
| o Jann Dodd | o Carolyn Regan |

| | |
|---|---|
| o James Davis | o Rhonda Robinson Beale |
| o Adam Easterday | o Maria Sekac |
| o John Ezell | o Daniel Silverstein |
| o Brett Hart | o Loretta Urban |
| o Lourdes Hattrich | o Letitia Watson |
| o Marilyn Holnsteiner | o Mary Wesson |
| o Richard Jimenez | o Lynn Wetherbee |

Members of the CDC

| | |
|---|---|
| o James Slayton, Chair | o Ebony Hutchinson |
| o Gerard Niewenhous, Vice-Chair | o Megan Kolman |
| o David Allin | o Jennifer Klatch |
| o William Auger | o Mark Leone |
| o Scott Beardsley | o Florence Martin |
| o Jennifer Beckman | o Robert Mehus |
| o Pamela Blair | o Teresa Morgan |
| o Bruce Bobbitt | o Hema Narayanan |
| o Margaret Brennecke | o Michael Nguyen |
| o Jenine Britton | o Ann O'Grady |
| o Marion Brown | o Timothy O'Brien |
| o Melissa Davis | o Carolyn Regan |
| o John Ezell | o Tiffany Rich |
| o Charles Freed | o Maria Sekac |
| o Lourdes Hattrich | o Loretta Urban |
| o Marilyn Holnsteiner | o Mary Wesson |

Members of the UMC

| Voting Members: | Non-Voting Members: |
|---|---|
| o Lorenzo Triana, Chair | o Scott Beardsley |
| o Brett Hart, Chair | o Karen Debosek |
| o Sue Bergeson | o Adam Easterday |
| o William Bonfield | o Jaime Kruzel-Thomas |
| o Margaret Brennecke | o Michelle Lerma |
| o Michael Bresolin | o Marian Maguire |
| o Richard Elorreaga | o Florence Martin |
| o Richard Jimenez | o Andrew Martorana |
| o Chi Mao | o Cynthia McMasters |
| o Tyler Moore | o Elisa Mullen |
| o Lynn Wetherbee | o Gerard Niewenhous |
| | o Nisha Patterson |
| | o Sarey Phang |
| | o Erik Rockswold |
| | o Maria Sekac |
| | o Heidi Upman |
| | o Jen Zahren |

INTERROGATORY NO. 5:

Identify each document or source of information reviewed by any UBH employee in connection with the creation, development, adoption, approval, amendment, or modification of any UBH LOCs, UBH CDGs, UBH BPGs, UBH LOS Benchmarks or Other UBH Guidelines.

SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:

UBH refers to and incorporates by reference its General Objections and Objections to

4. **Psychological Testing Guidelines:** UBH's Psychological Testing Guidelines are reviewed on an annual basis and updated based on the same process that is used to update UBH's Level of Care Guidelines. Additionally, these guidelines are reviewed by UBH's psychologist peer review team for input and proposed revisions. Updated guidelines are presented to UMC for approval.

Dated: March 3, 2017

CROWELL & MORING LLP

Christopher Flynn
Jennifer S. Romano
April Ross
Nathaniel P. Bualat
Attorney for Defendant
UNITED BEHAVIORAL HEALTH

## VERIFICATION

I, Lorenzo Triana, M.D., declare as follows:

I am an authorized agent of UNITED BEHAVIORAL HEALTH and am authorized to make this verification for and on its behalf and I make this verification for this reason. I have read DEFENDANT UNITED BEHAVIORAL HEALTH'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFFS' SECOND SET OF INTERROGATORIES and know the contents thereof, and that it is true and correct of my own knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed on March 3, 2017 at Dallas, Texas.

Lorenzo Triana, M.D.