# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 225 | Alexander | UnitedHealthcare Choice Plus Certificate of Coverage for the Plan 7ED of Granite Construction | Granite Construction (0157) | Amendments in sole discretion of UHIC. (0031, 0086, 0090)<br><br>Must be made by written Amendment or Rider signed by one of UHIC's officers. (0086, 0031, 0090) |
| 227 | Driscoll | Summary Plan Description, The George Washington University Medical Blue Plan | The George Washington University or its designee (0116, 0121) | Amendments in sole discretion of The George Washington University. (0107, 0116)<br><br>Must be written. (0107)<br><br>Effective only when distributed by The George Washington University. (0107) |
| 231 | Flanzraich | Oxford Health Insurance, Inc., Liberty Plan Direct, Certificate of Coverage | Jeff Flanzraich Agency (0069) | Certificate is subject to amendment by mutual agreement between Oxford Health Insurance, Inc. and Group's Board of Directors. (0085, 0119, 0122) |
| 233 | Haffner | UnitedHealthcare Choice Plus Certificate of Coverage for the Plan 4VT MOD 1 of Science Systems and Applications, Inc. | Science Systems and Applications, Inc. (0152) | Amendments in sole discretion of UHIC. (0034-35; 0094-95)<br><br>Must be done by attaching Rider or Amendment, must be signed by one of UHIC's officers. (0034, 0094-95, 0098, 0105) |
| 235 | Holdnak | American Express Medical Plan Summary Plan Description | Employee Benefits Administration Committee (EBAC) of American Express Company (0146) | Plan may be amended by action of the Company's CEO or other listed executive, or the Board of Directors. (0152)<br><br>The Company reserves the right to change the Plan. (0152) |

## Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 237 | Klein | Oxford Health Plans (NY), Inc., Freedom Plan Select Certificate of Coverage & Member Handbook | Not defined | May be amended from time to time by Oxford or the Group's Board of Directors. (0057, 0135)<br><br>Modifications may be made by Oxford Health Plans (NY), Inc. and Group's Board of Directors. (0086, 0088, 0153) |
| 239 | Muir | UnitedHealthcare Basic Health Plan for Active Employees, Partners/Principals | Deloitte LLP (0088) | Deloitte LLP may amend for any reason. (0004, 0083, 0088)<br><br>Deloitte LLP may change, amend, modify, or discontinue the Plan. (0004) |
| 241 | Pfeifer | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments, and Notices for Continental Offices Ltd | Not defined (see 0042, 0054). Plan sponsor is Continental Offices Ltd. | Amendments at UHIC's discretion. (0003, 0056, 0059)<br><br>Must be made by written amendment or rider signed by one of UHIC's officers. (0003, 0056, 0059) |
| 243 | Tillitt | Summary Plan Description, Lockton, Inc. Choice Plus with HSA Plan | The Benefits Administration Committee of Lockton, Inc. (0128) | Amendments in sole discretion of Lockton. (0010, 0117, 0120)<br><br>Effective only when distributed by the Plan Sponsor, Locton, or Plan Administrator. (0120)<br><br>Must be written, and duly adopted by the Company, Locton, Inc. (0117, 0120, 0121) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 245 | Wit | UnitedHealthcare Choice Plus Certificate of Coverage for the Plan 7PB (HDHP $1,500) of Insperity Holdings, Inc. | Insperity Holdings, Inc. is the Plan Administrator. (0181) | Amendments in sole discretion of UHIC.  (0035-36, 0098)<br><br>Must be made by written amendment or rider signed by one of UHIC's officers (0098, 0102). |
| 1535 | 659 | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments, and Notices for Community State Bank | Not defined (see 0041, 0052). Plan sponsor is Flour Corporation. | Amendments at UHIC's discretion. (0003-04, 0054, 0058)<br><br>Must be attached written Amendment or Rider signed by one of UHIC's officers. (0003, 0054) |
| 1538 | 828 | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments, and Notices for ADP TotalSource, Inc. | Not defined.<br>We [UHIC] are not the Enrolling Group's designated "plan administrator." (0047)<br>We are not the plan administrator or named fiduciary. (0057) | Amendments in sole discretion of UHIC. (0005, 0059)<br><br>Must be made by written amendment or rider signed by one of UHIC's officers (0004, 0059, 0062).<br><br>Effective only when signed by UHIC (0062). |
| 1539 | 986 | Summary Plan Description, UnitedHealthcare PPO Plan for Wells Fargo | Not defined. | Not stated in produced plan summary. |

## Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1540 | 1010 | UnitedHealthcare Choice Plus Certificate of Coverage for Alps Holdings, Inc. | Alps Holdings, Inc. (0174) | Amendments in sole discretion of UHIC (0033, 0035, 0093).<br><br>Must be in writing. (0033)<br><br>Must be made by written amendment or rider signed by one of UHIC's officers (0093, 0097).<br><br>Effective only when signed by UHIC. (0097) |
| 1541 | 1027 | UnitedHealthcare SignatureValue Supplement to the Combined Evidence of Coverage and Disclosure Form (HMO) for Plan BEY | Not defined. | UHC may amend or modify the Health Plan at any time after sending written notice to the Employer Group; the Employer Group may also change the Health Plan benefits. (0060) |
| 1542 | 1060 | UnitedHealthcare Choice Plus Certificate of Coverage for the Plan 2OI of Gucci | Gucci (0168) | UHIC reserves the right to amend. (0030, 0089, 0092)<br><br>Effective only when signed by UHIC. (0092)<br><br>Written attachment must be made by Amendment or Rider signed by one of UHIC's officers and the group. (0089, 0092, 0099) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1544 | 1655 | Summary Plan Description, Olympus America Inc., Choice Plus Basic Medical Plan (UnitedHealthcare) | Olympus America, Inc. or its designee. (0114) | Amendments in sole discretion of Olympus America, Inc. (0009, 0102)<br><br>Effective only when distributed by Olympus America, Inc. (0104)<br><br>Addendum must be written. (0104) |
| 1546 | 2427 | UnitedHealthcare Choice Plus Certificate of Coverage for Defenders of Wildlife | Defenders of Wildlife. (0152) | Amendments at UHIC's discretion. (0032, 0087-88, 0092)<br><br>Changes must be in writing. (0032)<br><br>Must be made by written amendment or rider signed by one of UHIC's officers (0088, 0092). |
| 1547 | 3262 | UnitedHealthcare Choice Certificate of Coverage, Riders, Amendments, and Notices for Helen Keller National Center | Not defined (see 0032, 0046). Plan sponsor is Helen Keller National Center | UHIC-NY reserves the right to amend in its sole discretion. (0003-04, 0048, 0051, 0076)<br><br>Must be made by amendment or rider signed by one of UHIC-NY's officers. (0048)<br><br>Amendment is defined as any attached written description, effective only when signed by UHIC-NY. (0051) |
| 1548 | 3435 | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments, and Notices for Sheridan Healthcare Center | Not defined (see 0043, 0055). Plan sponsor is Sheridan Healthcare Center. | Amendments at UHIC's discretion. (0003-04, 0057, 0060, 0102)<br><br>Must be attached written Amendment or Rider signed by one of UHIC's officers. (0057, 0060)<br><br>Must be in writing. (0003) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1549 | 3707 | Summary Plan Description, Choice Plus 79 Plan for NextCare, Inc. | NextCare, Inc., or its designee (0093, 0112) | Amendments in sole discretion of NextCare, Inc. (00081, 0086, 0113)<br><br>Amendment must be written. (0086)<br><br>Effective only when signed by NextCare, Inc., or the Plan Administrator. (0086, 0093) |
| 1550 | 3867 | Summary Plan Description, Pre-Merger Northwest Airlines Health Care Plans Benefits Handbook for Retirees | The Administrative Committee of Delta Air Lines, Inc. (0025) & Northwest Airlines, Inc. (0080) | Northwest Airlines reserves the right to amend at its sole discretion. (0081) |
| 1551 | 4176 | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments, and Notices for Massively Parallel Technologies I, LLC | Not defined (see 0043, 0055). Plan sponsor is Massively Parallel Technologies I, Inc. | Amendments in sole discretion of UHIC. (0004, 0005, 0058, 0061)<br><br>Must be made by written Amendment or Rider signed by one of UHIC's officers. (0058, 0061) |
| 1554 | 5618 | Viacom, UnitedHealthcare (UHC) Choice Plus Option | Viacom Retirement Committee, Viacom Inc. (0037, 0057) | The Company reserves the right to amend. (0037, 0039)<br><br>Plan Administrator has full authority and responsibility to amend. (0036) |
| 1556 | 6355 | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments, and Notices for ADP TotalSource, Inc. | Not defined (see 0040, 0049). Plan sponsor is ADP Totalsource, Inc. | Amendments at UHIC's sole discretion. (0003-04, 0051, 0100).<br><br>Must be made by Amendment or Rider, signed by one of UHIC's officers. (0051)<br><br>No one can make changes unless in writing. (0003)<br><br>Must be attached written description. (0054) |

## Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1557 | 6600 | Summary Plan Description, Foley & Lardner LLP $500 Deductible (UnitedHealthcare) | Foley & Lardner LLP or its designee (0115) | Amendments in sole discretion of Foley & Lardner LLP (0008, 0105)<br><br>Effective only when distributed by Foley & Lardner. (0106)<br><br>Defined as attached written description. (0106) |
| 1558 | 6943 | Summary Plan Description, Rotech Healthcare Inc., Choice Plus Catalyst Plan (UnitedHealthcare) | Rotech Healthcare Inc. or its designee (0111, 0116) | Amendments in sole discretion of Rotech Healthcare Inc. (0007, 0101)<br><br>Must be written. (0102)<br><br>Effective only when distributed by the Rotech Healthcare Inc. (0102, 0111) |
| 1559 | 8179 | Summary Plan Description, Fox Group, A Division of News America, Inc., Choice Medical Plan (UnitedHealthcare) | Fox Group, A Division of News America, Inc. Medical Plan (0102, 0107) | Amendments in sole discretion of Fox Group, A Division of News America, Inc. (0007)<br><br>Effective only when distributed by the Plan Sponsor, Fox Group, or Plan Administrator, Fox Group. (0095)<br><br>Must be written. (0095)<br><br>Effective only when distributed by Fox Group. (0095, 0102) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1560 | 8301 | Summary Plan Description, Healthcare Benefits Handbook: Delta Account-Based Healthcare Plan | The Administrative Committee of Delta Air Lines, Inc. (0280) | Delta reserves the right to amend in its sole discretion. (0005) |
| 1561 | 8355 | Summary Plan Description, Hewlett-Packard United Healthcare Active Medical Plans (UnitedHealthcare) | Hewlett-Packard Company or its designee. (0163) | Hewlett-Packard reserves the right to amend in its sole discretion. (0002) |
| 1563 | 8697 | Summary Plan Description, Cenveo Corporation Employee Medical Plan (UnitedHealthcare) | Cenveo Corporation or its designee. (0131, 0149) | Amendments in sole discretion of Cenveo Corporation. (0008, 0121)<br><br>Must be attached written description. (0122)<br><br>Effective only when distributed by Cenveo Corporation. (0122) |
| 1566 | 8891 | Summary Plan Description, Unitus Community Credit Union Choice Plus (UnitedHealthcare) | Unitus Community Credit Union or its designee. (0114, 0132) | Amendments in sole discretion of Unitus Community Credit Union. (0008, 0104)<br><br>Musst be attached written description. (0106)<br><br>Effective only when distributed by Unitas Community Credit Union. (0106) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1567 | 8895 | UnitedHealthcare SignatureValue Supplement to the Combined Evidence of Coverage and Disclosure Form (HMO) for Plan BEY | Not defined. | UnitedHealthcare may amend or modify at any time after written notice to Employer Group. (0074)<br><br>Employer Group may change benefits during contract year. (0074) |
| 1570 | 9011 | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments, and Notices for The Arbor Group, Inc. | Not defined (0035, 0051). Plan sponsor is The Arbor Group, Inc. | Amendments at UHIC's discretion. (0003, 0053)<br><br>Must be by Rider or Amendment, must be written. (0053, 0056, 0061)<br><br>Must be signed by UHIC's officer. (0053, 0056)<br><br>Changes must be in writing. (0003) |
| 1571 | 10769 | Summary Plan Description, Ring Container Technologies Choice Plus Plan (UnitedHealthcare) | Ring Container Technologies or its designee (0125) | Amendments in sole discretion of Ring Container Technologies. (0009, 0114)<br><br>Must be written. (0115)<br><br>Effective only when distributed by Ring Container Technologies. (0115) |
| 1572 | 10922 | Summary Plan Description, Scot Forge Medical Choice Plus Plan 1 (UnitedHealthcare) | Scot Forge or its designee. (0112, 0128) | Amendments in sole discretion of Scot Forge. (0008, 0102)<br><br>Effective only when distributed by Scot Forge. (0103)<br><br>Must be written. (0103) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1578 | 12310 | UnitedHealthcare Choice Plus Certificate of Coverage for the Plan 219 (Mod - Burnside Union) of Almatis, Inc. | Almatis, Inc. (0146) | Amendments at UHIC's sole discretion. (0033, 0034, 0090-91, 0095)<br><br>Must be attached as Amendment/Rider (0033); must be in writing (0033); must be signed by officer (0090). |
| 1580 | 12446 | UnitedHealthcare Choice Plus Certificate of Coverage for International Food Policy Research Institute | Not defined (see 0033, 0074, 0090) | Amendments in UHIC's discretion. (0032, 0033, 0092-93, 0097)<br><br>Must be attached as written Amendment/Rider (0032) and signed by UHIC officer (0092). |
| 1581 | 12533 | Coca-Cola Medical and Prescription Drug Plan | The Coca-Cola Company Benefits Committee (0052) | The Coca-Cola Company Benefits Committee reserves the right to amend. (0053) |
| 1582 | 12562 | Benefit Handbook, Harvard Pilgrim HMO for Self-Insured Members, Massachusetts | Not defined | May be amended by agreement in writing between Harvard Pilgrim Health Care, Inc. (HPHC) and the Plan Sponsor. (0062)<br><br>Must be in writing (0062); must be by agreement or, if required by law, upon written notice to Plan Sponsor (0062) |
| 1583 | 12605 | Summary Plan Description, Afga Corporation Choice Plus PS1 Plan (UnitedHealthcare/ Harvard Pilgrim HealthCare) | Agfa Corporation (0115, 0135) | Amendments in sole discretion of Agfa Corporation. (0008, 0105, 0106)<br><br>Must be written. (0106)<br><br>Effective only when distributed by Agfa Corporation (0106, 0132) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1584 | 12649 | Summary Plan Description, ING U.S. Medical HealthFund 1250 Plan (UnitedHealthcare / MEDICA) | ING U.S. (0112, 0117, 0120) | Amendments in sole discretion of ING U.S. (0008, 0103, 0104)<br><br>Must be written. (0104)<br><br>Effective only when distributed by ING U.S. (0104, 0117) |
| 1585 | 13042 | The Railroad Employees National Health and Welfare Plan | The Joint Plan Committee, consisting of: National Carriers' Conference Committee and the Health and Welfare Committee, Cooperating Railway Labor Organizations (0191, 0194) | The right to amend or modify is reserved for the Plan Administrator. (0193-94) |
| 1586 | 13292 | Benefit Handbook, The Harvard Pilgrim HMO, Massachusetts | Not defined | May be amended by Harvard Pilgrim Health Care, Inc. (HPHC) upon written notice to Employer Group. (0043, 0047)<br><br>Must be in writing by an authorized officer (0043); "Subscribers will be given written notice of any materials changes in covered benefits" (0043) |
| 1587 | 13949 | Providence Health Plan, Oregon Member Handbook | Defined as "your Employer" (0001, 0075) | Employer reserves right to amend. (0068) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1588 | 14568 | Summary Plan Description, Actavis, Inc. Heritage Out of Area Plan (UnitedHealthcare) | Actavis, Inc. (0124, 0143, 0145) | Amendments in sole discretion of Actavis, Inc. (0007, 0114, 0115)<br><br>Amendment must be attached written description of additional or alternative provisions to the Plan. (0115)<br><br>Effective only when distributed by Actavis, Inc. (0115, 0143) |
| 1589 | 15332 | The Railroad Employees National Health and Welfare Plan | The Joint Plan Committee, consisting of: National Carriers' Conference Committee and the Health and Welfare Committee, Cooperating Railway Labor Organizations (0191, 0194) | The right to amend is reserved for the Plan Administrator. (0193-94) |
| 1592 | 1252 | Medical PPO Option | Not defined | Not stated in produced plan summary. |
| 1593 | 1535 | Summary Plan Description, Salaried Plan (UnitedHealthcare) | Fluor Corporation (0128) Fluor Benefits Administrative Committee (0142) | Amendments in sole discretion of Fluor Corporation. (0009, 0117, 0119)<br><br>Amendment must be written. (0118)<br><br>Effective only when distributed by the Fluor Corporation or the Plan Administrator. (0118, 0128) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1594 | 1568 | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments, and Notices for Albion Laboratories, Inc. | Not defined. Plan sponsor is Albion Laboratories, Inc. | Amendments in sole discretion of UHIC. (0003, 0004, 0053, 0057)<br><br>Must be in writing. (0003, 0057)<br><br>Must be signed by a UHIC officer. (0053) |
| 1596 | 1758 | GSK Medical Plan, Summary of GSK Health and Wellbeing Benefits | GlaxoSmithKline LLC (0063) | GlaxoSmithKline LLC reserves the right to change the plan.  (0060, 0064)<br><br>The Board of Directors may amend any employee benefit plan at any time. (0064) |
| 1597 | 1870 | Summary Plan Description, WorleyParsons Corporation PPO Plan (UnitedHealthcare) | WorleyParsons Corporation (0110, 0127, 0130) | Amendments in sole discretion of WorleyParsons Corporation. (0008, 0100, 0101)<br><br>Amendment must be written. (0101)<br><br>Effective only when distributed by the WorleyParsons Corporation. (0101, 0110, 0127) |
| 1598 | 2331 | Bridgestone Americas, Inc., Summary Plan Description for Salary & Hourly Non-Bargaining | Bridgestone Americas, Inc. (0126) | Employer, Bridgestone Americas, Inc., reserves the right to amend at its sole discretion. (0003, 0126) |
| 1599 | 2607 | Summary Plan Description, Mentor Graphics Corporation Choice Plus Traditional Plan (UnitedHealthcare) | Mentor Graphics Corporation (0099) | Amendments in sole discretion of Mentor Graphics Corporation (0009, 0090, 0092)<br><br>Must be written. (0092)<br><br>Effective only when distributed by the Mentor Graphics Corporation. (0092, 0099) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1601 | 2928 | Summary Plan Description, Grass Valley USA LLC Choice Plan (UnitedHealthcare) | Grass Valley USA LLC (0108, 0125, 0128) | Amendments in sole discretion of Grass Valley. USA LLC. (0008, 0099, 0100)<br><br>Amendment must be written. (0100)<br><br>Effective only when distributed by Grass Valley USA LLC. (0100, 0108) |
| 1602 | 3034 | Summary Plan Description, Sally Beauty Holdings, Inc. Low Deductible Plan 1 (UnitedHealthcare) | Sally Beauty Holdings, Inc. (0102, 0119, 0122) | Amendments in sole discretion of Sally Beauty Holdings, Inc. (0008, 0091, 0092)<br><br>Amendment must be written. (0092)<br><br>Effective only when signed by Sally Beauty Holdings, Inc. (0092, 0102) |
| 1603 | 3038 | UnitedHealthcare Choice Plus Certificate of Coverage for 3D Systems, Inc. | 3D Systems, Inc. (0146) | Amendments in sole discretion of UHIC (0032, 0033, 0090-91, 0094)<br><br>Must be attached as Amendment/Rider. (0032, 0090)<br><br>Must be in writing (0032) and must be signed by a UHIC officer. (0032, 0090) |
| 1604 | 3039 | Summary Plan Description, Choice Plus Gold Plan for MasTec, Inc. | MasTec, Inc. (0100, 0124) | Amendments in sole discretion of MasTec, Inc. (0089, 0094, 0100, 0125)<br><br>Must be in writing. (0089, 0125)<br><br>Requires notice. (0089) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1605 | 3197 | UnitedHealthcare Choice Plus Certificate of Coverage for the Plan 7EE of Superheat FGH Services, Inc. | Superheat FGH Services, Inc. (0171) | Amendments at UHIC's discretion. (0032-33, 0094, 0098).<br><br>Must be attached as Amendment/Rider (0032); must be in writing (0032); must be signed by officer (0094). |
| 1606 | 3265 | UniCare Benefits of Choice Summary Plan Description | Unilever (0169) | The Company (Unilever United States, Inc.) has the right to amend by action of the Board of Directors or its designee. (0154, 0161) |
| 1608 | 3501 | Summary Plan Description, inVentiv Health, Medical Choice Plus with HRA Plan (UnitedHealthcare) | inVentiv Health (0117, 0132, 0134, 0137) | Amendments in sole discretion of inVentive Health. (0010, 0106, 0107, 0108, 0117)<br><br>Amendment must be written. (0107)<br><br>Effective only when distributed by inVentiv Health (0107, 0117) |
| 1611 | 3895 | Agilent Technologies Benefit Summary, Agilent Medical Plan - High Deductible Health Plan Option 1  and High Deductible Health Plan Option 2 | Agilent Technologies, Inc. (0084, 0102) | Amendments in sole discretion of Agilent Technologies, Inc. (0016, 0084)<br><br>May not be amended by oral statement. (0084) |
| 1614 | 4076 | Oxford Health Insurance, Inc., NY Small Freedom Plan Direct, Certificate of Coverage | Not defined | May be amended by Oxford Health Insurance, Inc. "or the Group's Board of Directors or similar body." (0067, 0101)<br><br>Subject to amendment by mutual agreement between Oxford Health Insurance, Inc. and Group's Board of Directors. (0101, 0104, 0142) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1616 | 4263 | UnitedHealthcare Choice Plus Certificate of Coverage for the Plan 0FC of Coverall North America | Coverall North America (0158) | Amendments in sole discretion of UHIC. (0036, 0037, 0092, 0096); Coverall North America also has right to amend. (0158, 0159)<br><br>UHIC must attach as Amendment/Rider (0036, 0087, 0092); must be in writing (0036, 0096); must be signed by officer (0092) |
| 1617 | 4463 | Arrow Electronics Health Plan Benefits, 2014 Summary Plan Description | Arrow Electronics, Inc. Health and Welfare Benefits Committee (0006, 0146, 0147, 0208) | Arrow Electronics, Inc. reserves the right to amend. (0007, 0146, 0195)<br><br>Must be written. (0195)<br><br>Effective only when distributed by the Plan Administrator or the Claims Administrator. (0195) |
| 1619 | 4723 | UnitedHealthcare HRA Plan Specific Benefits Document for Target and its Affiliates | Target Corporation (0013) | Not stated in produced plan summary. |
| 1622 | 5058 | KeyCorp Medical Gold and Silver Plans | KeyCorp (0081) | KeyCorp retains the right to amend the plan for any reason. (0001) |

## Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1623 | 5165 | Summary Plan Description, Kettering Health Network Choice Plus HSA Plan (UnitedHealthcare) | Kettering Health Network (0115) | Amendments in sole discretion of Kettering Health Network. (0008, 0104, 0105, 0115)<br><br>Amendment must be written. (0105)<br><br>Effective only when distributed by Kettering Health Network. (0105, 0115) |
| 1624 | 5282 | The Pfizer Medical Plan Summary Plan Description | Pfizer Inc. (0089) | Pfizer Inc. reserves the right to amend. (0002, 0091) |
| 1625 | 5927 | UnitedHealthcare Choice Plus Certificate of Coverage for Concept Schools | Concept Schools (0171) | Amendments in UHIC's sole discretion. (0033, 0034, 0092-93, 0097); Concept Schools also has right to amend. (0172)<br><br>UHIC must attach as Amendment/Rider (0033); must be in writing (0033); must be signed by officer (0092) effective only when approved by the Ohio Department of Insurance (0097) |
| 1628 | 6098 | HNTB Employee Health Care Plan, Summary Plan Description, Consumer Choice Plan | HNTB Holdings Ltd (0102, 0113, 0119) | Amendments in sole discretion of HNTB Holdings Ltd. (0004, 0092, 0093)<br><br>Amendment must be written. (0093) |
| 1629 | 6215 | United Healthcare of California, Combined Evidence of Coverage and Disclosure Form (HMO) | Not defined | Employer Group or UHC may amend at any time. (0064, 0065)<br><br>UHC must send written notice to the Employer Group (0064); Employer Group must "notify employees who are UnitedHealthcare Members of any such amendment or modification. (0064, 0065) |

## Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1630 | 6254 | UnitedHealthcare Options PPO Certificate of Coverage, Riders, Amendments and Notices for JPMorgan Chase & Co. | JPMorgan Chase & Co. (0143) | Amendments in sole discretion of UHIC. (0008, 0010, 0075-76); JPMorgan Chase & Co. also has right to amend. (0143, 0144)<br><br>UHIC must attach as Rider (0008, 0076); must be in writing (0008, 0076); must be signed by officer (0076) |
| 1631 | 6326 | Summary Plan Description, PPO - Self Directed Plan for Modine Manufacturing Company | Modine Manufacturing Company or its designee (0094) | Amendments in sole discretion of Modine Manufacturing Company. (0082)<br><br>Amendment must be written. (0089) |
| 1633 | 7292 | Summary Plan Description, Choice Plus Plan for Full Sail, Inc. | Full Sail, Inc. or its designee (0097, 0121) | Amendments in sole discretion of UHIC. (0007, 0086)<br><br>Must be written (0086, 0091).<br><br>Effective only when signed by UHIC or Full Sail, Inc. (0086, 0091, 0097). |
| 1634 | 7787 | Summary Plan Description, Integrys HDHP with HSA (UnitedHealthcare) | The Integrys Energy Group, Inc Employee Benefits Administrative Committee (0116) | Amendments in sole discretion of Integrys (0008, 0105)<br><br>Must be written. (0106)<br><br>Effective only when distributed by the Plan Sponsor or the Plan Administrator. (0106, 0116) |

## Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1635 | 8242 | Summary Plan Description, Accenture LLP Basic PPO Medical Plan (UnitedHealthcare and MEDICA) | Accenture LLP or its designee (0103) | Amendments in sole discretion of Accenture LLP. (0007, 0094)<br><br>Must be written. (0095)<br><br>Effective only when dsitributed by the Accenture LLP. (0095, 0103) |
| 1636 | 8357 | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments and Notices for MDC America, Inc. | Not defined. | UHIC has the right to amend. (0003-04, 0053)<br><br>Must be written and attached as Rider and/or Amendment. (0003, 0053)<br><br>Must be signed by one of UHIC's officers. (0053) |
| 1637 | 8489 | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments and Notices  for AFL-CIO Health & Welfare - Active | AFL-CIO Health &Welfare Fund (0130) | Amendments in sole discretion of UHIC (0008-09, 0081-82)<br><br>Must be in writing, by Amendment or Rider (0008, 0081-82, 0086)<br><br>Amendments are effective only when signed by UHIC (0081-82, 0086) |
| 1639 | 8878 | Summary Plan Description, Anschutz Entertainment Group, Inc. Choice Plus Medical Plan (UnitedHealthcare) | Anschutz Entertainment Group, Inc. or its designee (0118) | Amendments in sole discretion of Anschutz Entertainment Group, Inc. (0009)<br><br>Amendment must be written. (0108)<br><br>Amendments are effective only when distributed by the Plan Administrator or Plan Sponsor. (0108) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1641 | 9836 | USBank Health Care Summary Plan Description | US Bancorp (0124). | US Bank has reserved the right to amend the plans, by written action of the Benefits Administration Committee of US Bank. (0122) |
| 1642 | 10477 | Summary Plan Description, Group Medical and Prescription Drug Benefits Plan for Charter Communications, Inc. Health Savings Account (HSA) 80 Option (UnitedHealthcare and Harvard Pilgrim Healthcare) | Charter Communications, Inc. (0123). | Amendments in sole discretion of Charter Communications. (0009, 0104)<br><br>Amendment must be approved by officer / committee of Charter. (0104)<br><br>Must be written. (0106) |
| 1643 | 10533 | Full-Time Employees: Apple Benefits Book | Apple, Inc. (0279) | Apple reserves the right to change the plans at any time. (0279) |
| 1644 | 10756 | Oxford Health Insurance, Inc., Liberty Network Access Plan, Certificate of Coverage | Not defined. | Certificate is subject to amendment by mutual agreement between Oxford Health Insurance, Co. and Group's Board of Directors. (0082, 0094) |
| 1647 | 12342 | SutterSelect, Sutter East Bay Region Self-Funded Health Plan, Summary Plan Description | SutterSelect Plan Administration Committee (0006). | Employer reserves the right to amend. (0005, 0096)<br><br>Plan Administrator to provide written notice. (0096) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 1649 | 12404 | Oxford Health Insurance, Inc., Municipality Liberty Network Access Plan, Certificate of Coverage | Not defined | May be amended from time to time by Oxford or the Group. (0017)<br><br>Form or content of Certificate may be changed only through endorsement authorized and signed by one of Oxford Health Insuranc, Inc.'s officers or by amendment to Group Enrollment Agreement signed by policyholder and Oxford Health Insurance, Inc. (0118) |
| 1650 | 12944 | Summary Plan Description, Motion Picture Industry Pension & Health Plans: Retiree MPI Health Plan | Motion Picture Industry Health Plan office. (0018) | Board of Directors reserves the right to change the nature and extent of benefits provided. (0005, 0012, 0027) |
| 1651 | 13025 | UnitedHealthcare Choice Plus Certificate of Coverage for the Plan QCW (Gold) of Walgreens Co. | Walgreens Company (0192) | UHIC has the right to amend. (0035-36, 0099)<br><br>Must be made by written Amendment or Rider, signed by one of UHIC's officers. (0099, 0102, 0110) |
| 2000 | 187 | UnitedHealthcare SignatureValue, offered by UnitedHealthcare of California, Combined Evidence of Coverage and Disclosure form (HMO) | Not defined. | UnitedHealthcare or Employer Group may amend (0060).<br><br>Employer Group is obliged to notify employees. (0060) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 2002 | 368 | Optimum Choice, Inc. and MAMSI Life and Health Insurance Company, Point of Service, Certificate of Coverage (Rockville, Maryland) for IBM | IBM (0151) | Amendments in sole discretion of Optimum Choice, Inc. and MAMSI Life and Health Insurance Company, have sole discretion. (0008, 0086, 0088-89)<br><br>Must be modified by Amendment or Rider (0008), signed by one of Optimum Choice Inc.'s and MAMSI Life and Health Ins. Co.'s officers. (0088-89)<br><br>Amendments are effectively only when signed by |
| 2003 | 388 | UnitedHealthcare Options PPO Certificate of Coverage, Riders, Amendments and Notices for Pangea Vegan Products Inc. | UHIC "We help administer the Enrolling Group's benefit plan." 2003-0079 | Amendments in sole discretion of UHIC. (0008, 0082)<br><br>Must be made in writing by Rider or Amendment (0007, 0085, 0092).<br><br>Must be approved by an executive officer and endorsed |
| 2006 | 1584 | United Healthcare Choice Certificate of Coverage for the Health Savings Account (HSA) Plan VC2 of Shore Bancshares, Inc. | Shore Bancshares, Inc. (0172). | Amendments at UHIC's sole discretion. (0024, 0026, 0085)<br><br>Must be made by Amendment or Rider signed by one of UHIC's officers. (0085-86, 0096)<br><br>Must be written. (0089)<br><br>Effective only when signed by UHIC. (0026, 0089) |
| 2007 | 2883 | UnitedHealthcare Choice Plus Certificate of Coverage for the Health Savings Account (HSA) Plan M47 of MWW Group | MWW Group (0176) | UHIC has the right to modify. (0030-31)<br><br>Must be made by written Amendment or Rider and signed by one of UHIC's officers and the group. (0089, 0092) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 2009 | 3661 | Oracleflex Plan and SPD, Summary Plan Description | Oracle Corporation (0144). | Oracle Corporation reserves the right to amend. (0148) |
| 2010 | 3958 | Oxford Health Insurance, Inc. - New York PPO, United Medicine and Rehabilitation | Not defined. | Certificate may not be amended except in writing and signed by Chief Executive Officer (CEO) of Oxford Health Ins., or person designated by the CEO. (0022, 0109). |
| 2011 | 4013 | Oxford Health Insurance, Inc., NY Small Freedom Oxford Exclusive Plan Metro, Certificate of Coverage & Member Handbook | "Oxford is not the Plan Administrator or Plan Sponsor." (0044).<br><br>The Plan Administrator is generally the Plan Sponsor. (0044) | May be amended from time to time by Oxford or the Group's Board of Directors or similar body. (0060, 0102, 0103) |
| 2014 | 5117 | Summary Plan Description, Healthcare Benefits Handbook: Delta Account-Based Healthcare Plan | The Administrative Committee of Delta Airlines (0302). | Delta reserves the right to amend in its sole discretion. (0006)<br><br>May be amended by resolution of Board of Directors of Delta or through person authorized. (0006) |
| 2016 | 5956 | UnitedHealthcare Early Retiree Specific Benefits Document for Target and its affiliates | Target Corporation or its Designee (0012) | Not stated in produced plan summary. |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 2017 | 6003 | UnitedHealthcare Choice Plus Certificate of Coverage for Red Light Management, Inc. | "Red Light Management Inc. (0157) | Amendments at UHIC's sole discretion. (0034, 0090-91)<br><br>Must be made by written Amendment or Rider signed by one of UHIC's, officers. (0090-91, 0093, 0100)<br><br>Effective only when signed by UHIC. (0091, 0093) |
| 2020 | 8617 | Summary Plan Description, Agropur Inc. Choice Plus Minnesota Location (UnitedHealthcare) | The Agropur inc, or its designee. (0127). | Amendments in sole discretion of Agropur inc. (0011, 0118)<br><br>Must be written. (0019)<br><br>Effective only when distributed by Agropur inc. (01119, 0127). |
| 2021 | 8623 | Summary Plan Description for the UnitedHealthcare Qualcomm Choice Plus PPO Plan | Qualcomm Incorporated. (0112). | Amendments by the Company, Qualcomm, in its sole discretion. (0008, 0102, 0104)<br><br>Must be written. (0103)<br><br>Effective only when distributed by Qualcomm, Inc. (0103, 0112) |
| 2022 | 8963 | Subscriber Agreement & Attachment Handbook for Employees and Eligible Dependents of Pepsi Cola Bottling Co., Inc. (UnitedHealthcare Plan of the River Valley, Inc.) | Not defined (see 0023, 0040). Plan sponsor is Pepsi Cola Bottling Co., Inc. | Change is valid only if signed by officer or by amendment signed by Group and officer, and filed with the Virginia Bureau of Insurance or other appropriate agency. (0044-45) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 2023 | 8988 | Summary Plan Description, MetLife Health Care Choices (HCC) Plan | Metlife (0052). | The Company (0098) reserves the right to amend. (0112, 0116) |
| 2024 | 10939 | Oxford Health Insurance, Inc., NY Small Freedom Oxford Exclusive Plan Metro, Certificate of Coverage & Member Handbook | Defined as "[g]enerally your employer" (0044). | May be amended from time to time by Oxford or the Group's Board of Directors or similar body. (0060)<br><br>Subject to amendment by mutual agreement between Oxford Health Ins. Co. and Group's Board of Directors. (0102, 0105) |
| 2025 | 11000 | UnitedHealthcare Options PPO Plan, Active Employees, Partners/Principals, Deloitte LLP | Deloitte LLP (0079) | Amendments in sole discretion of Deloitte LLP. (0004, 0074) |
| 2026 | 11164 | Cisco Systems, Inc. Welfare Benefits Summary Plan Description | Cisco Systems, Inc. (0004) | Not stated in produced plan summary. |
| 2027 | 11251 | Summary Plan Description, Essilor of America, Inc. Welfare Benefit Plan (Medical EOA1 and EOA2 Plan) (UnitedHealthcare / MEDICA) | Essilor of America, Inc. or its designee (0129). | Amendments in sole discretion of Essilor of America, Inc. (0009, 0116).<br><br>Must be written. (0118) |

# Exhibit A to Plaintiffs' Post-Trial Reply Brief

| Trial Exhibit # | Unique ID | Plan Term Document | Named Plan Administrator | Amendment Process |
|---|---|---|---|---|
| 2028 | 11276 | UnitedHealthcare Choice Plus Certificate of Coverage, Riders, Amendments, and Notices for McGuire Research Services LLC | Not defined | Amendments in sole discretion of UHIC (0004, 0051).<br><br>Must be made by Amendment or Rider which has been signed by one of UHIC's officers. (0051, 0055).<br><br>Effective only when signed by UHIC. (0055). |
| 2029 | 12102 | Summary Plan Description, Brock Enterprises, LLC, Definity Choice Plus Plan 1 - PPO with HSA (UnitedHealthcare) | Brock Enterprises, LLC (0009, 0117, 0133) | Amendments in sole discretion of Brock Enterprises, LLC. (0009, 0105, 0108)<br><br>Must be written. (0106)<br><br>Effective only when distributed by Brock Enterprises, LLC. (0106, 0117) |
| 2031 | 13290 | UnitedHealthcare EPO Certificate of Coverage, Riders, Amendments, and Notices for Premier Systems Inc | Not defined (see 0045, 0057). Plan sponsor is Premier Systems. | UHIC reserves the right to amend. (0004-05, 0059)<br><br>Must be made in writing by Rider or Amendment signed by one of UHIC's officers. (0004, 0059, 0062, 0069) |
| 2032 | 8355 | Summary Plan Description, Hewlett-Packard United Healthcare Active Medical Plans (UnitedHealthcare) | Hewlett-Packard Company (0191) | Amendments in sole discretion of Hewlett-Packard Company. (0010)<br><br>Must be written. (0182) |