1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

13
14
15

16  **DAVID WIT et al.**,

17    Plaintiffs,

18      v.

19  **UNITED BEHAVIORAL HEALTH**,

20    Defendant.

21

22  **GARY ALEXANDER et al.**,

23    Plaintiffs,

24      v.

25  **UNITED BEHAVIORAL HEALTH**,

26    Defendant.

27
28

Case No. 14-cv-02346-JCS
Related Case No. 15-cv-05337-JCS

**[PROPOSED] ORDER GRANTING DEFENDANT UNITED BEHAVIORAL HEALTH'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A POST-TRIAL SUR-REPLY BRIEF**

[~~PROPOSED~~] ORDER

Before the Court is Defendant United Behavioral Health's ("UBH") Administrative Motion For Leave To File A Post-Trial Sur-Reply Brief (ECF No. 407), the Declaration of Andrew Holmer in support of the motion (ECF No. 407-1), and UBH's proposed Post-Trial Sur-Reply Brief (ECF No. 407-2). Having reviewed UBH's submissions, and good cause appearing,

IT IS HEREBY ORDERED that UBH's motion is **GRANTED.**

IT IS HEREBY FURTHER ORDERED that UBH's Post-Trial Sur-Reply Brief (ECF No. 407-2) is deemed filed on this date.

**IT IS SO ORDERED.**

Dated: September 28, 2018

The Honorable Joseph C. Spero
United States Magistrate Judge