PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | Case No. 3:14-CV-02346-JCS <br><br> **NOTICE REGARDING REDACTIONS TO FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> Date: March 4, 2019 <br><br> Judge: Hon. Joseph C. Spero <br> Courtroom: G |
| GARY ALEXANDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | Case No. 3:14-CV-05337-JCS |

Pursuant to the Court's February 28, 2019 Order to File Under Seal (Dkt. No. 414 in Case No. 14-2346 and Dkt. No. 326 in Case No. 14-5337), Plaintiffs hereby notify the Court that Plaintiffs propose **no redactions** to the Court's Findings of Fact and Conclusions of Law, filed under seal on February 28, 2019 (Dkt. No. 413 in Case No. 14-2346 and Dkt. No. 325 in Case No. 14-5337).  It is Plaintiffs' understanding that the Court is not, at this time, revisiting its prior orders with respect to sealing of Trial Exhibits, and that any Trial Exhibits previously sealed by the Court – particularly those containing class members' personal health information and/or personally identifying information – remain sealed even if referenced or quoted in the Findings of Fact and Conclusions of Law.

Dated:  March 4, 2019
ZUCKERMAN SPAEDER LLP

*/s/ Caroline E. Reynolds*
D. Brian Hufford
Jason S. Cowart
Carl S. Kravitz
Aitan D. Goelman
Caroline E. Reynolds
Adam B. Abelson

PSYCH-APPEAL, INC.
Meiram Bendat

*Attorneys for Plaintiffs and the Plaintiff Class*