# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| **Case No.:** 14-cv-02346-JCS<br>Related Case: 14-cv-5337-JCS | **Case Name:** Wit v. United Healthcare Insurance Company<br>Related Case: Alexander v. United Healthcare Insurance Company | |
|---|---|---|
| **Magistrate Judge: Joseph C. Spero** | **Date**: March 29, 2019 | **Time:**  26 M |

**Attorney for Plaintiff:** Caroline Reynolds, Jason Cowart, Meriam Bendat, Carl Kravitz
**Attorney for Defendant:** Jennifer Romano, April Ross

**Deputy Clerk:** Karen Hom                    **Court Reporter:** FTR 11:10-11:36

## PROCEEDINGS

1. Further Case Management Conference - Held
2. Defendant's Oral Rule 52 (c) Motion – DENIED.
3. Defendant's request to file Rule 52(b) Motions – DENIED.

## ORDERED AFTER HEARING:

Briefing on remedies and class certification issues will be simultaneous.
Plaintiffs shall file their remedies brief and proposed order, setting forth in detail the relief Plaintiffs request to remedy UBH's ERISA violations, and the legal authority supporting Plaintiffs' entitlement to that relief and UBH's Motion to Decertify shall be filed on **5/3/19**. UBH's opposition to Plaintiffs' request for remedies, and Plaintiffs opposition to UBH's Motion to Decertify shall be filed on **6/14/19**.  Plaintiffs reply brief in support of their request for remedies, and UBH's reply in support of Motion to Decertify shall be filed on **7/10/19**. As to the class certification briefing, no brief may exceed fifteen (15) pages. Court will set hearing after briefing has been completed.
The Court will issue supplemental findings on the question of whether the CDGs incorporate the LOCGs at the time it addresses remedy and certification issues. No further briefing on this issue. Parties shall meet and confer within the next two (2) weeks on the question of remedies.


 [ ] Plaintiff          [ ] Defendant           [] Court