UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID WIT et al.**,<br><br>  Plaintiffs,<br><br>v.<br><br>**UNITED BEHAVIORAL HEALTH**,<br><br>  Defendant. | Case No. 3:14-cv-02346-JCS<br>Related Case No. 3:14-cv-05337-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNITED BEHAVIORAL HEALTH'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UBH'S RESPONSE TO PLAINTIFFS' REMEDIES BRIEF**<br><br>Honorable Joseph C. Spero |
| **GARY ALEXANDER et al.**,<br><br>  Plaintiffs,<br><br>v.<br><br>**UNITED BEHAVIORAL HEALTH**,<br>  Defendant. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING DEFENDANT'S
ADMIN. MOT. TO SEAL
CASE NOS. 3:14-CV-02346-JCS; 3:14-CV-05337-JCS

**[PROPOSED] ORDER**

Before the Court is Defendant United Behavioral Health's Administrative Motion to File Under Seal Portions of UBH's Response to Plaintiffs' Remedies Brief, and the Declaration of Jennifer S. Romano in support of the motion to seal. Having reviewed UBH's submissions,

IT IS HEREBY ORDERED that UBH'S motion is **GRANTED**.

IT IS HEREBY FURTHER ORDERED that the following portions of UBH's Response to Plaintiffs' Remedies Brief shall be filed under seal:

| | |
|---|---|
| UBH's Response to Plaintiffs' Remedies Brief | Page 13: lines 7-10, 14-16, and footnote 8 |

**IT IS SO ORDERED**

DATED: July 15, 2019

The Honorable Joseph C. Spero
United States Magistrate Judge