1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), <br><br> Defendant. | Case No. 3:14-CV-02346-JCS <br> Action Filed:   May 21, 2014 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO DEFENDANT'S MOTION FOR CLASS DECERTIFICATION AND EXHIBIT B THERETO** |
| GARY ALEXANDER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), <br><br> Defendant. | Case No. 3:14-CV-05337-JCS <br> Action Filed:   December 4, 2014 |

[~~PROPOSED~~] ORDER

Before the Court is Plaintiffs' Administrative Motion to Seal Portions of their Opposition to Defendant's Motion for Class Decertification and Exhibit B thereto, and the Declaration of Caroline E. Reynolds in support of the sealing motion. Having reviewed the parties' submissions,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the following documents or portions of documents shall be filed under seal:

| Document | Portions To Be Sealed |
| --- | --- |
| Plaintiffs' Opposition To Defendant UBH's Motion For Class Decertification | Highlighted portions only. |
| Exhibit B to Plaintiffs' Opposition To Defendant UBH's Motion For Class Decertification | In its entirety. |

**IT IS SO ORDERED.**

Dated: __July 15, 2019_____    _____
                                     The Honorable Joseph C. Spero
                                     Chief United States Magistrate Judge