UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID WIT et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED BEHAVIORAL HEALTH**, <br><br> Defendant. <br><br> **GARY ALEXANDER et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED BEHAVIORAL HEALTH**, <br> Defendant. | Case No. 3:14-cv-02346-JCS <br> Related Case No. 3:14-cv-05337-JCS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT UNITED BEHAVIORAL HEALTH'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UBH'S REPLY IN SUPPORT OF MOTION FOR CLASS DECERTIFICATION** <br><br> Honorable Joseph C. Spero |

# [~~PROPOSED~~] ORDER

Before the Court is Defendant United Behavioral Health's Administrative Motion to File Under Seal Portions of UBH's Reply in Support of Motion for Class Decertification, and the Declaration of April N. Ross in support of the motion to seal. Having reviewed UBH's submissions,

IT IS HEREBY ORDERED that UBH's motion is **GRANTED**.

IT IS HEREBY FURTHER ORDERED that the following portions of UBH's Reply in Support of Motion for Class Decertification shall be filed under seal:

| UBH' Reply in Support of Motion for Class Decertification | • Page 4, footnote 3; and<br>• Page 6, footnote 7. |
|---|---|

**IT IS SO ORDERED**

DATED: July 15, 2019

The Honorable Joseph C. Spero
United States Magistrate Judge