JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID WIT, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**UNITED BEHAVIORAL HEALTH,**<br><br>    Defendant. | Case No. 14-cv-02346 JCS<br>Related Case No. 14-cv-05337 JCS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF UBH'S RESPONSE TO PLAINTIFFS' REMEDIES BRIEF**<br><br>Hon. Joseph C. Spero |

| | |
|---|---|
| 1 | **GARY ALEXANDER, et al.,** |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | **UNITED BEHAVIORAL HEALTH,** |
| 5 | Defendant. |
| 6 | |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule of Evidence 201, United Behavioral Health ("UBH") hereby requests that the Court take judicial notice of the recently-filed putative class action pending in the United States District Court for the Northern District of California and styled as *Meridian Treatment Services, et al. v. United Behavioral Health*, Case No. 3:19-cv-05721 ("*Meridian*"). A copy of the "Corrected" *Meridian* complaint, which was filed on September 12, 2019, is attached hereto as Exhibit A.

Although *Meridian* is a complaint in a different case, several of the *Meridian* plaintiffs' allegations are germane to the matters currently pending before this Court. In the *Meridian* complaint, the plaintiffs are three residential treatment centers that seek a "reprocessing" and other relief under ERISA based on UBH's alleged denials of benefits based on its Level of Care Guidelines and Coverage Determination Guidelines in effect from May 22, 2011 through January 31, 2019. Ex. A, at ¶¶ 78, 94, 109. The *Meridian* plaintiffs are seeking to certify a class on the basis of their allegations, and seek to have the court order that their claims be reprocessed, even though those claims are arguably covered within the class certified in this case.

The *Meridian* plaintiffs specifically allege that they received "executed valid assignments" from plan members with respect to the claims at issue in this case. Ex. A, ¶¶ 122, 134, 147. These allegations directly refute Plaintiffs' attempts to downplay here the possibility that any number of class members have assigned their right to pursue coverage under their benefits plans to the residential treatment centers and other providers the *Meridian* plaintiffs purport to represent. Reply, at 27–28 (ECF No. 435).

To be sure, the *Meridian* plaintiffs' allegations are not conclusive with respect to the validity or scope of any particular assignment, and UBH reserves the right to dispute any and all allegations in the *Meridian* complaint. But the *Meridian* plaintiffs' allegations nevertheless demonstrate the need for a claim-by-claim determination of who—the member, the provider, or someone else—may be entitled to relief under ERISA. This need for individualized inquiry only further demonstrates that class-wide relief cannot be had in this litigation. Moreover, even *if* this Court were inclined to order reprocessing, any such reprocessing would necessarily have to

include a process by which each class individual member demonstrates that he or she has standing, suffered a relevant injury, and did not assign away the relevant claim to his or her provider or someone else.  Response at 24–25.

DATED:  September 26, 2019  CROWELL & MORING LLP

By: */s/ Jennifer S. Romano*
Jennifer S. Romano

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH