JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID WIT, et al.,**<br><br>               Plaintiffs,<br><br>       v.<br><br>**UNITED BEHAVIORAL HEALTH,**<br><br>               Defendant. | Case No. 14-cv-02346 JCS<br>Related Case No. 14-cv-05337 JCS<br><br>**NOTICE OF RECENT AUTHORITY**<br><br>Hon. Joseph C. Spero |

Crowell
& Moring LLP
Attorneys At Law

| | |
|---|---|
| 1 | **GARY ALEXANDER, et al.,** |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | |
| 5 | **UNITED BEHAVIORAL HEALTH,** |
| 6 | Defendant. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 7-4(d)(2), United Behavioral Health ("UBH") submits this Notice of Recent Authority to bring to the Court's attention the recent published decision by the Eleventh Circuit Court of Appeals in *AA Suncoast Chiropractic Clinic, P.A. v. Progressive Am. Ins. Co.*, __ F. 3d __, 2019 WL 4316088 (11th Cir. Sept. 12, 2019), attached hereto as Exhibit A. UBH brings the Eleventh Circuit's decision in *AA Suncoast* to the Court's attention because it is germane to UBH's pending Motion for Class Decertification (ECF No. 425) and the arguments advanced by UBH in its Response to Plaintiffs' Remedies Brief (ECF No. 429).

The Eleventh Circuit held, among other things, that: (i) plaintiffs cannot circumvent individualized issues by seeking an "injunction [that] would mandate that [an insurer] *reprocess* all claims" to "*restore* claimants to the claims-handling process free of" an allegedly illegal practice; and (ii) this type of reprocessing injunction "is not a viable theory of recovery under Rule 23(b)(2)." *AA Suncoast*, 2019 WL 4316088, at *3–4. The Eleventh Circuit issued its opinion in *AA Suncoast* on September 12, 2019, which was after UBH filed its Response to Plaintiffs' Remedies Brief and its Reply in Support of Motion for Class Decertification (ECF No. 433).

DATED: September 26, 2019        CROWELL & MORING LLP

By:  */s/ Jennifer S. Romano*
     Jennifer S. Romano

     Attorneys for Defendant
     UNITED BEHAVIORAL HEALTH