PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br><br>**DECLARATION OF CAROLINE E. REYNOLDS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT NEWLY-DISCOVERED EVIDENCE IN SUPPORT OF MOTION FOR REMEDIES** |
| GARY ALEXANDER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-05337-JCS<br><br>Hon. Joseph C. Spero<br>Courtroom:      G |

I, CAROLINE E. REYNOLDS, declare and state as follows:

1. I am an attorney with the law firm of Zuckerman Spaeder LLP, counsel for Plaintiffs ("Plaintiffs") in the above-captioned actions. I make this declaration in support of Plaintiffs' Administrative Motion for Leave to Submit Newly-Discovered Evidence in Support of Motion for Remedies (the "Motion"). I have personal knowledge of the matters stated in this declaration, and I could and would testify competently about them if called upon to do so.

2. Plaintiffs submitted their Opening Remedies Brief in this matter on May 3, 2019. *See Wit* Dkt. No. 426. Defendant UBH submitted its Response to Plaintiffs' Remedies Brief on June 14, 2019. *See Wit* Dkt. No. 429. Plaintiffs submitted their Reply in support of their Remedies Brief on July 10, 2019. *See Wit* Dkt. No. 435.

3. In or about November 2019, Plaintiffs' counsel learned about the evidence described in their Motion.

4. On Friday, November 15, 2019, I sent an email to Jennifer Romano, counsel for UBH, to inquire whether UBH would agree to stipulate to Plaintiffs' submission of the newly-discovered evidence. Ms. Romano responded by email and asked to confer by telephone on Monday, November 18, 2019.

5. I conferred with Ms. Romano by telephone on November 18, 2019. At Ms. Romano's request, following the call, I sent her the Cattaneo Declaration and exhibits by email.

6. On November 18, 2019, Ms. Romano advised that UBH is not willing to stipulate to the submission of the additional evidence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of November, 2019, in Washington, D.C.

> */s/ Caroline E. Reynolds*
> Caroline E. Reynolds