UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>            Defendant. | Case No. 14-cv-02346-JCS<br><br>**ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE NO. 14-CV-02346 AND CASE NO. 19-CV-06999 SHOULD BE RELATED**<br><br>Re: Dkt. No. 445 |

Plaintiffs have filed an Administrative Motion to Consider Whether Case No. 14-Cv-02346 and Case No. 19-Cv-06999 Should be Related.  The Court finds that the cases are NOT RELATED.

**IT IS SO ORDERED.**

Dated: November 21, 2019

JOSEPH C. SPERO
Chief Magistrate Judge