PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

*Attorneys for Plaintiffs and the Classes*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), <br><br> Defendant. | Case No. 3:14-CV-02346-JCS <br> Action Filed: May 21, 2014 <br><br><br> **JOINT SUBMISSION REGARDING SUPPLEMENTAL REMEDIES BRIEFING** |
| GARY ALEXANDER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), <br><br> Defendant. | Case No. 3:14-CV-05337-JCS <br> Action Filed: December 4, 2014 |

**JOINT SUBMISSION REGARDING SUPPLEMENTAL REMEDIES BRIEFING**

On March 24, 2020, the Court requested additional briefing and information on six topics (*Wit* ECF No. 448):

- <u>Topic 1</u> – Implications of certification of classes under Rule 23(b)(1)(A), (b)(2) and (b)(3)
- <u>Topic 2</u> – Res judicata effect of a judgment in this action on class members
- <u>Topic 3</u> – Class list
- <u>Topic 4</u> – What exclusions may be invoked by UBH in reprocessing
- <u>Topic 5</u> – Pre- and post- judgment interest
- <u>Topic 6</u> – Status of UBH Guideline changes and adoption of ASAM, LOCUS and CALOCUS (or other third-party guidelines)

The parties have conferred and jointly propose the following briefing schedule:

**May 15, 2020**:

- Plaintiffs file opening submission on Topics 1 and 5.
- UBH files opening submission on Topics 2, 4 and 6.
- Parties file joint submission on Topic 3 (in the event of any areas of disagreement, the parties will set forth their respective positions).

**June 15, 2020**:

- Plaintiffs file responsive submission on Topics 2, 4 and 6.
- UBH files responsive submission on Topics 1 and 5.

**July 2, 2020**:

- Plaintiffs file reply submission on Topics 1 and 5.
- UBH files reply submission on Topics 2, 4 and 6.

As for a hearing to address remedies and class certification issues, the parties propose the following dates: July 20-21 or 23-24.

| | |
|---|---|
| Dated: April 7, 2020 | ZUCKERMAN SPAEDER LLP |
| | /s/ Adam B. Abelson |
| | Caroline E. Reynolds (admitted *pro hac vice*) |
| | Adam B. Abelson (admitted *pro hac vice*) |
| | D. Brian Hufford (admitted *pro hac vice*) |
| | Jason S. Cowart (admitted *pro hac vice*) |
| | |
| | PSYCH-APPEAL, INC. |
| | Meiram Bendat (Cal. Bar No. 198884) |
| | |
| | *Counsel for Plaintiffs and the Classes* |
| | |
| Dated: April 7, 2020 | CROWELL & MORING LLP |
| | |
| | /s/ Andrew Holmer |
| | Jennifer S. Romano |
| | April N. Ross |
| | Andrew Holmer |
| | |
| | *Counsel for Defendant* |
| | *United Behavioral Health* |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

| | |
|---|---|
| Dated: April 7, 2020 | /s/ Adam B. Abelson |
| | Adam B. Abelson |