# EXHIBIT A

# Exhibit A

## Summary of Litigation by Individuals on The *Wit*/*Alexander* Class Lists

| | Case Name | Case Number | Complaint Filing Date(s) | Jurisdiction | Relevant Class(es) | Motion Seeking to Dismiss or Stay Based on *Wit*? | Motion Outcome | Case Status As Of 5/15/2020 |
|---|---|---|---|---|---|---|---|---|
| **1.** | Halberg & C.H. v. United Behavioral Health | 16-CV-6622-MKB-SJB | 11/30/2016 | E.D.N.Y. | *Wit* Guideline Class | Yes. UBH moved for summary judgment on other grounds or, in the alternative, to stay based on plaintiffs' membership in the *Wit* class. | Motion to stay denied as moot. | Summary judgment granted. Plaintiffs appealed, and by stipulation, withdrew their appeal. |
| **2.** | Stone v. UnitedHealthcare Insurance Co. & U.S. Behavioral Health Plan California | 17-CV-4832-RS | 8/18/2017 | N.D. Cal. | None. Denial of coverage based solely on plaintiff's decision to receive treatment out of network, not on mental health guidelines. | No. UBH moved for summary judgment on other grounds. | - | Summary judgment granted. Plaintiff's appeal is pending. |
| **3.** | Doe v. United Behavioral Health & United HealthCare Insurance Co. | CGC-17-561222 (removed and remanded as 17-CV-6456-YGR) | 9/11/2017 | Cal. Super. (removed to and remanded from N.D. Cal.) | None. Plans at issue are governmental plans exempt from ERISA. | No. | - | Case ongoing. |

**Exhibit A**

**Summary of Litigation by Individuals on The *Wit*/*Alexander* Class Lists**

| | Case Name | Case Number | Complaint Filing Date(s) | Jurisdiction | Relevant Class(es) | Motion Seeking to Dismiss or Stay Based on *Wit*? | Motion Outcome | Case Status As Of 5/15/2020 |
|---|---|---|---|---|---|---|---|---|
| **4.** | Nathaniel W. & George W. v. United Behavioral Health, The Charles Schwab Corp. Benefit Plan & Charles Schwab & Co. | 17-cv-6341-PJH | 10/31/2017 | N.D. Cal. | *Wit* Guideline Class | Yes. UBH moved to dismiss on other grounds or, in the alternative, to stay based on plaintiffs' membership in the *Wit* class. | Motion to dismiss granted in part as to plaintiffs' claim for recovery of benefits under 29 U.S.C. § 1132(a)(1)(B). Motion to stay granted as to remaining claims based on plaintiffs' membership in the *Wit* class. | Cased stayed. Parties providing court with periodic status updates regarding *Wit*. |
| **5.** | Graham O. & Linda O. v. United Behavioral Health & JP Morgan Group Health Plan | 18-CV-0031-BSJ | 3/6/2018<br>8/28/2018 (FAC)<br>2/11/2019 (SAC) | D. Utah | *Wit* Guideline Class | Yes. UBH moved to dismiss or in the alternative to stay based on plaintiffs' membership in the *Wit* class and other grounds. | Motion to dismiss and motion to stay denied. | Cross motions for summary judgment under submission. |
| **6.** | Jonathan Z. & Daniel Z. v. Oxford Health Plans | 18-CV-0383-EJF | 5/11/2018<br>7/12/2018 (FAC)<br>5/17/2019 (SAC) | D. Utah | *Wit* Guideline Class | Yes. Oxford Health Plans moved to dismiss or in the alternative to stay based on plaintiffs' membership in the *Wit* class and other grounds. | Motion to dismiss and motion to stay denied. | Case ongoing. |

**Exhibit A**

**Summary of Litigation by Individuals on The *Wit*/*Alexander* Class Lists**

| | Case Name | Case Number | Complaint Filing Date(s) | Jurisdiction | Relevant Class(es) | Motion Seeking to Dismiss or Stay Based on *Wit*? | Motion Outcome | Case Status As Of 5/15/2020 |
|---|---|---|---|---|---|---|---|---|
| **7.** | Scott F., Allison F., & Jackson F. v. United HealthCare Insurance Co. & Cigna Health and Life Insurance Co. | 18-CV-0520-BSJ | 6/29/2018<br>2/11/2019 (FAC) | D. Utah | *Wit* Guideline Class | Yes. UHIC moved to dismiss or in the alternative to stay based on plaintiffs' membership in the *Wit* class and other grounds. | Motion to dismiss withdrawn by UBH following filing of amended complaint. UBH dismissed from matter. | Remaining parties settled. |
| **8.** | Richard K. & Julie K. v. United Behavioral Health & Oxford Health Insurance of New York/PPO | 18-CV-6318-GHW-BCM | 7/12/2018<br>10/22/2018 (FAC) | S.D.N.Y. | *Wit* Guideline Class | Yes. UBH moved to dismiss or in the alternative to stay based on plaintiffs' membership in the *Wit* class and other grounds. | Motion to dismiss not granted. Motion to stay based on *Wit* granted. | Case stayed. Parties providing court with periodic status updates regarding *Wit*. |
| **9.** | Jeff N. & M.N. v. United HealthCare Insurance Co. | 18-CV-0710-DBB-CMR | 9/7/2018<br>10/15/2019 (FAC) | D. Utah | *Wit* Guideline Class | No. UHIC moved to dismiss on other grounds. | - | Case ongoing. |
| **10.** | David S., Veronica S. & S.S. v. United HealthCare Insurance Co. | 18-CV-0803 (RJS) (EJF) | 10/12/2018 | D. Utah | *Wit* Guideline Class;<br>*Wit* State Mandate Class | Yes. UHIC moved to dismiss or in the alternative to stay based on plaintiffs' membership in the *Wit* class and other grounds. | Motion to dismiss granted in part as to one plaintiff's claims. Motion to dismiss and motion to stay denied as to remaining claims. | Case ongoing. |

**Exhibit A**

**Summary of Litigation by Individuals on The *Wit*/*Alexander* Class Lists**

| | Case Name | Case Number | Complaint Filing Date(s) | Jurisdiction | Relevant Class(es) | Motion Seeking to Dismiss or Stay Based on *Wit*? | Motion Outcome | Case Status As Of 5/15/2020 |
|---|---|---|---|---|---|---|---|---|
| **11.** | Michael W., Kim W. & G.W. v. United Behavioral Health & Wells Fargo & Co. Health Plan | 18-CV-0818 (JNP) (EJF) | 10/19/2018 | D. Utah | *Wit* Guideline Class | Yes. UBH moved to dismiss or in the alternative to stay based on plaintiffs' membership in the *Wit* class and other grounds. | Motion to dismiss granted in part as to one plaintiff's claims. Motion to dismiss and motion to stay denied as to remaining claims. | Case ongoing. |
| **12.** | Tony M. & A.M. v. United HealthCare Insurance Co. & EMC Corp. Employee Welfare Benefits Plan | 19-CV-0165-DB-PMW | 3/8/2019 | D. Utah | *Wit* Guideline Class | Yes. UHIC moved to dismiss or in the alternative to stay based on plaintiffs' membership in the *Wit* class and other grounds. | Motion to dismiss granted in part as to some of plaintiffs' claims. Motion to dismiss denied and motion to stay granted as to remaining claims. | Case stayed. |
| **13.** | Stacey Kusaba, Matthew Herron & Eva Braunthal v. Apple Inc., Apple Benefits Book, United HealthCare Insurance Co. & United Behavioral Health | 2:19-cv-00179-RJS-EJF | 3/14/2019 | D. Utah | *Wit* Guideline Class | Plaintiffs moved to stay based on plaintiffs' membership in the *Wit* class. UHIC did not oppose. | Motion to stay granted. | Case stayed. Parties providing court with periodic status updates regarding *Wit*. |

# Exhibit A

## Summary of Litigation by Individuals on The *Wit*/*Alexander* Class Lists

| | Case Name | Case Number | Complaint Filing Date(s) | Jurisdiction | Relevant Class(es) | Motion Seeking to Dismiss or Stay Based on *Wit*? | Motion Outcome | Case Status As Of 5/15/2020 |
|---|---|---|---|---|---|---|---|---|
| **14.** | Kurt W., Sandra W. & E.W. v. United HealthCare Insurance, Laboratory Corp. of America Holdings & Laboratory Corp. of America Holdings Medical Benefit Plan | 19-CV-0223-CW | 4/3/2019 | D. Utah | *Wit* Guideline Class | Yes. UHIC moved to dismiss or in the alternative to stay based on plaintiffs' membership in the *Wit* class and other grounds. | Motion to dismiss granted in part as some of plaintiffs' claims. Motion to dismiss and motion to stay denied as to remaining claims. | Case settled. |
| **15.** | David P. & L.P. v. United Healthcare Insurance Co., Morgan Stanley Chief Human Resources Officer & Morgan Stanley Medical Plan | 19-CV-0225-JNP-PMW | 4/3/2019 | D. Utah | *Wit* Guideline Class | Yes. UHIC moved to dismiss or in the alternative to stay based on plaintiffs' membership in the *Wit* class and other grounds. | Motion to dismiss granted in part as to some of plaintiffs' claims. Motion to dismiss and motion to stay denied as to remaining claims. | Case ongoing. |

# Exhibit A

## Summary of Litigation by Individuals on The *Wit*/*Alexander* Class Lists

| | Case Name | Case Number | Complaint Filing Date(s) | Jurisdiction | Relevant Class(es) | Motion Seeking to Dismiss or Stay Based on *Wit*? | Motion Outcome | Case Status As Of 5/15/2020 |
|---|---|---|---|---|---|---|---|---|
| **16.** | Ryan S. v. UnitedHealth Group, Inc., United HealthCare Services, Inc., United Healthcare Insurance Co., UHC of California, United HealthCare Services LLC, United Behavioral Health, Inc., OptumInsight, Inc., Optum Services, Inc. & Optum, Inc. | 19-CV-1363-JVS-KES | 7/11/2019<br>10/11/2019 (FAC) | C.D. Cal. | *Wit* Guideline Class & *Alexander* Guideline Class | Yes. Defendants moved to dismiss or in the alternative to stay based on plaintiff's membership in the *Wit* and *Alexander* classes and other grounds. | Motion to dismiss granted as to entire complaint with leave to amend on other grounds without reaching arguments for dismissal or stay based on plaintiff's membership in the *Wit* and *Alexander* classes. | Case ongoing. |
| **17.** | Michele T. & J.T. v. United HealthCare Oxford | 19-CV-0507-DB-PMW | 7/17/2019 | D. Utah | *Wit* Guideline Class | Yes. Oxford Health Insurance, Inc. (sued as United HealthCare Oxford) moved to dismiss or in the alternative to stay based on plaintiffs' membership in the *Wit* class and other grounds. | Motion is fully briefed. | Case ongoing. |