PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

*Attorneys for Plaintiffs and the Classes*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), <br><br> Defendant. | Case No. 3:14-CV-02346-JCS <br> Action Filed: May 21, 2014 <br><br><br> **DECLARATION OF MEIRAM BENDAT IN SUPPORT OF PLAINTIFFS' RESPONSE TO UBH'S SUPPLEMENTAL REMEDIES BRIEF** |
| GARY ALEXANDER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS), <br><br> Defendant. | Case No. 3:14-CV-05337-JCS <br> Action Filed: December 4, 2014 |

I, MEIRAM BENDAT, declare and state as follows:

1. I am an attorney with the law firm of Psych Appeal, Inc., counsel for Plaintiffs and the Classes in the above-captioned action. I make this declaration in support of Plaintiffs' Response to UBH's Supplemental Remedies Brief. I have personal knowledge of the matters stated in this declaration, and I could and would testify competently about them if called upon to do so.

2. **Exhibit 1** is a true and correct copy of a November 18, 2019 UBH policy entitled, "Behavioral Clinical Policy: American Society of Addiction Medicine (ASAM) Level of Care 3.1 and 3.3 Coverage Criteria," which is available on UBH's "Provider Express" website, at https://www.providerexpress.com/content/ope-provexpr/us/en/clinical-resources/guidelines-policies.html (last visited June 13, 2020).

3. I also represent the parents and duly appointed agents of "Jane Brown," an 18-year-old woman with an eating disorder and severe, treatment refractory major depression. **Exhibit 2** is a true and correct copy of excerpts from Jane Brown's Designated Record Set, which I obtained from UBH pursuant to Jane Brown's written authorization.

4. **Exhibit 3** is a true and correct copy of the current version of the Level of Care Utilization System for Psychiatric and Addiction Services (the "LOCUS"), which is available on UBH's "Provider Express" website, at https://www.providerexpress.com/content/ope-provexpr/us/en/clinical-resources/guidelines-policies.html (last visited June 13, 2020).

5. **Exhibit 4** is a true and correct copy of a February 17, 2020 UBH document entitled, "Coverage Determination Guideline: Substance Related Disorders," which is available on UBH's "Provider Express" website, at https://www.providerexpress.com/content/ope-provexpr/us/en/clinical-resources/guidelines-policies.html (last visited June 13, 2020).

6. **Exhibit 5** is a true and correct copy of a January 27, 2020 UBH document entitled, "Coverage Determination Guideline: Depressive Disorders," which is available on UBH's "Provider Express" website, at https://www.providerexpress.com/content/ope-provexpr/us/en/clinical-resources/guidelines-policies.html (last visited June 13, 2020).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of June, 2020, in Santa Barbara, CA.

_____
Meiram Bendat