JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Phone: (213) 622-4750
Fax: (213) 622-2690

THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
Fax: (415) 986-2827

APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID WIT et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED BEHAVIORAL HEALTH,** <br><br> Defendant. | Case No. 14-cv-02346 JCS <br> Related Case No. 14-cv-05337 JCS <br><br> **DECLARATION OF DR. ANDREW MARTORANA IN SUPPORT OF UNITED BEHAVIORAL HEALTH'S REPLY SUPPLEMENTAL REMEDIES BRIEF (TOPICS 2, 4, AND 6)** <br><br> Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1 | **GARY ALEXANDER et al.**,
2 | Plaintiffs,
3 | v.
4 | **UNITED BEHAVIORAL HEALTH**,
5 | Defendant.

MARTORANA DECL. ISO UBH'S
REPLY SUPP. REMEDIES BRIEF;
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

CROWELL
& MORING LLP
ATTORNEYS AT LAW

I, Dr. Andrew Martorana, declare and state as follows:

1. I am over the age of eighteen years and am competent to testify to the foregoing if called to do so. I am making this declaration based on my personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

2. I am employed by OptumHealth as a Senior Behavioral Medical Director. OptumHealth is a brand name of United Behavioral Health ("UBH"). I also serve as the chair of UBH's Utilization Management Committee, which is the committee responsible for, among other things, approving clinical criteria and other policies utilized by UBH's Care Advocates, Psychologist Peer Reviewers, and Medical Directors in determining behavioral health benefits under the terms of the health benefit plans administered by UBH.

3. I have been employed as a Medical Director (including my current role as a Senior Behavioral Medical Director) for UBH for nearly 18 years.

4. On November 18, 2019, UBH's Utilization Management Committee approved a Behavioral Clinical Policy entitled "Behavioral Clinical Policy: American Society of Addiction Medicine (ASAM) Level of Care 3.1 and 3.3 Coverage Criteria" (the "2019 Policy").

5. The 2019 Policy is intended to describe the plan coverage available under the terms of the health benefit plans administered by UBH as it relates to services provided at ASAM Levels of Care 3.1 and 3.3. For this reason, the 2019 Policy states that it must be read in conjunction with "the member's specific benefits." If a particular plan defines coverage "differently or there is otherwise a conflict between [the] guideline and the member's specific benefit, the member's specific benefit supersedes" the 2019 Policy. Further, in the event that a member's plan provides for different coverage, the Policy explicitly notes that "[o]ther clinical criteria may apply."

6. The 2019 Policy is not based on, and does not interpret, plan terms regarding "medical necessity" or "generally accepted standards of care." The 2019 Policy instead relates to different plan terms, including but not limited to plan terms regarding state licensure requirements, plan definitions of covered behavioral health services and residential treatment, and plan exclusions for "transitional living" or similarly-defined services.

7.  Where the policy applies, UBH Care Advocates and Medical Directors are to deny coverage based on the 2019 Policy (or the plan terms addressed by the 2019 Policy), and not based on the ASAM Criteria or plan terms relating to "medical necessity" or "generally accepted standards of care."

8.  In the event that UBH were to determine that services at ASAM Levels 3.1 or 3.3 are covered behavioral health benefits under a member's plan and proceed to review the requested ASAM 3.1 or 3.3 services for medical necessity, UBH Care Advocates and Medical Directors are to apply the ASAM Criteria.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of July 2020, at Wilmette, Illinois.

Dr. Andrew Martorana