UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br>Action Filed:      May 21, 2014<br><br>**[PROPOSED] ORDER GRANTING MARY JONES'S MOTION TO INTERVENE** |
| GARY ALEXANDER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-05337-JCS<br>Action Filed:      December 4, 2014 |

[PROPOSED] ORDER

IT IS HEREBY ORDERED that Mary Jones' Motion to Intervene is **GRANTED.**

**IT IS SO ORDERED.**

Dated: _____          _____
                                        The Honorable Joseph C. Spero
                                        Chief United States Magistrate Judge