UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al., <br><br>        Plaintiffs, <br><br>v. <br><br>UNITED BEHAVIORAL HEALTH, <br><br>        Defendant. | Case No. 14-cv-02346-JCS <br><br>**ORDER GRANTING MARY JONES'S MOTION TO INTERVENE** <br><br>Re: Dkt. No. 461 |

Mary Jones, a plaintiff in *Jones v. United Behavioral Health*, No. 3:19-cv-6999-RS, brings a motion for permissive intervention pursuant to Federal Rule of Civil Procedure 24 ("Motion to Intervene"). Jones seeks to intervene in this action so that she may move to amend the November 14, 2014 Stipulated Protective Order ("Protective Order"), ECF No. 61. Defendant UBH consents to Jones's intervention for the limited purpose of moving to amend the Protective Order. Jones has consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c). Accordingly, the Court GRANTS Jones's Motion to Intervene subject to the limitation that her intervention is permitted only to allow her to move to amend the Protective Order.

**IT IS SO ORDERED.**

Dated: July 20, 2020

JOSEPH C. SPERO
Chief Magistrate Judge