UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>    Defendant.<br><br>GARY ALEXANDER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>    Defendant. | Case No. 14-cv-02346-JCS<br>Related Case No. 14-cv-05337 JCS<br><br>**ORDER FOR PARTIES TO SUBMIT PROPOSED JUDGMENTS** |

The parties are requested to meet and confer and to submit to the Court proposed final judgments in these related cases within 14 days of this Order.  If the parties are unable to agree on joint proposed judgments, each side may submit separate proposed judgments and a brief not to exceed three pages setting forth the basis for the parties' disagreements.

**IT IS SO ORDERED.**

Dated: November 3, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge