PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

*Attorneys for Plaintiffs and the Classes*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br>Action Filed: May 21, 2014<br><br><br>**PLAINTIFFS' SUBMISSION REGARDING JUDGMENT** |
| GARY ALEXANDER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-05337-JCS<br>Action Filed: December 4, 2014 |

1     Pursuant to the Court's Order for Parties to Submit Proposed Judgments, ECF No. 493,

2  Plaintiffs submit the [Proposed] Final Judgment attached hereto as Exhibit 1.

3     Plaintiffs and UBH have met and conferred with respect to the form of the Proposed

4  Judgment. Without waiving any objections or rights with respect to the issuance of the Proposed

5  Judgment or to the terms thereof, and reserving all rights to appeal, UBH has stated that it does

6  not object to the form of the Proposed Judgment.


Dated:  November 17, 2020                     ZUCKERMAN SPAEDER LLP

                                              */s/ Caroline E. Reynolds*
                                              Caroline E. Reynolds (admitted *pro hac vice*)
                                              Adam B. Abelson (admitted *pro hac vice*)
                                              D. Brian Hufford (admitted *pro hac vice*)
                                              Jason S. Cowart (admitted *pro hac vice*)

                                              PSYCH-APPEAL, INC.
                                              Meiram Bendat (Cal. Bar No. 198884)

                                              *Counsel for Plaintiffs and the Classes*