PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

*Attorneys for Plaintiffs and the Classes*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br>Action Filed: May 21, 2014<br><br><br><br>**JOINT SUBMISSION REGARDING APPOINTMENT OF SPECIAL MASTER** |
| GARY ALEXANDER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-05337-JCS<br>Action Filed: December 4, 2014 |

The parties jointly make this submission as directed by the Court in its November 3, 2020 Remedies Order (ECF No. 491).

**A.     Plaintiffs' Proposed Special Master Candidates**

Plaintiffs propose the following candidates to serve as the Special Master. Their CVs/resumes are attached as Exhibits 1-3:

- Hon. Faith Hochberg;
- Bonnie Jonas;
- Michael Bromwich;

**B.     UBH's Proposed Special Master Candidates**

Defendant proposes the following candidates to serve as the Special Master. Their CVs/resumes are attached as Exhibits 4-6:

- Jesse Caplan
- Doug Young
- Hon. Suzanne H. Segal (Ret.)

**C.     Proposed Order of Appointment**

The parties have exchanged drafts of a proposed Order of Appointment of Special Master, and although they agree on most terms, they disagree on some. Enclosed as Exhibit 7 is Plaintiffs' proposed Order of Appointment. Enclosed as Exhibit 8 is a version of the order showing in redline where UBH disagrees and would make changes to the proposed Order.

**D.     Schedule for Appointment of Special Master**

The parties propose the following schedule upon the Court's notice to the parties of its selection of a Special Master ("Date of Selection"):

- 7 days after Date of Selection – Selected candidate files affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455.
- 14 days after Date of Selection – Parties file any objections based on the candidate's affidavit.

| | |
|---|---|
| Dated: November 17, 2020 | ZUCKERMAN SPAEDER LLP |
| | */s/ Caroline E. Reynolds* |
| | Caroline E. Reynolds (admitted *pro hac vice*) |
| | Adam B. Abelson (admitted *pro hac vice*) |
| | D. Brian Hufford (admitted *pro hac vice*) |
| | Jason S. Cowart (admitted *pro hac vice*) |
| | |
| | PSYCH-APPEAL, INC. |
| | Meiram Bendat (Cal. Bar No. 198884) |
| | |
| | *Counsel for Plaintiffs and the Classes* |
| | |
| Dated: November 17, 2020 | CROWELL & MORING LLP |
| | */s/ Jennifer S. Romano* |
| | Jennifer S. Romano |
| | April N. Ross |
| | Andrew Holmer |
| | |
| | *Counsel for Defendant* |
| | *United Behavioral Health* |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

| | |
|---|---|
| Dated: November 17, 2020 | */s/ Caroline E. Reynolds* |
| | Caroline E. Reynolds |