1  KEKER, VAN NEST & PETERS LLP
   SUSAN J. HARRIMAN - # 111703
2  sharriman@keker.com
   633 Battery Street
3  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
4  Facsimile:    415 397 7188

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  DAVID WIT, et al.,                    | Case No. 14-cv-02346-JCS
                                          | Related Case No. 14-cv-05337-JCS
11            Plaintiffs,
                                          | **DECLARATION OF SUSAN J.**
12       v.                               | **HARRIMAN IN SUPPORT OF**
                                          | **PLAINTIFFS' REQUEST FOR**
13  UNITED BEHAVIORAL HEALTH,             | **ATTORNEYS' FEES**

14            Defendant.
                                          | Judge:      Hon. Joseph C. Spero
15

16

17  GARY ALEXANDER, et al.,

18            Plaintiffs,

19       v.

20  UNITED BEHAVIORAL HEALTH,

21            Defendant.

22

23

24

25

26

27

28

---

DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF
PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES
Case No. v14-cv-02346-JCS

1390356

7547639.2

1    I, Susan J. Harriman, declare and say that:

2    1.    I am an attorney licensed to practice law in the State of California and serve as the

3    General Counsel to the law firm of Keker, Van Nest & Peters LLP, where I was a partner from

4    January 1, 1989 until December 31, 2019.

5    2.    The law firm of Zuckerman Spaeder LLP ("Zuckerman") has asked me to opine on

6    the reasonableness of the rates that the members of Plaintiffs' trial team charged in the instant

7    litigation.

8    3.    Before joining what was then Keker & Brockett on October 1, 1985, I was a

9    teaching fellow at Stanford University Law School and then a law clerk to Chief Judge Robert F.

10   Peckham of the United States District Court for the Northern District of California.

11   4.    For every year since 2005 except one, I have been named as one of the Daily

12   Journal's Top Women Lawyers in the State of California.  Since 2006, I have been listed in "The

13   Best Lawyers In America" under the categories of "Bet the Company Litigation", Commercial

14   Litigation and Legal Malpractice Law.  Since 2010, I have been a fellow in the American College

15   of Trial Lawyers, serving on the National Board of Regents from 2014 through 2018.   I currently

16   serve on the Executive Committee and am the Treasurer of the College.  I also am a Fellow in the

17   International Academy of Trial Lawyers.

18   5.    I have practiced law in the Bay Area for my entire career and am generally

19   familiar with the hourly rates that Bay Area lawyers charge.  Also, I frequently represent law

20   firms and individual lawyers in suits for legal malpractice or malicious prosecution.  Through

21   those representations, I have had the opportunity to familiarize myself with the hourly rates

22   charged by attorneys at many of the top firms in San Francisco and elsewhere.  I also am familiar

23   with the hourly rates awarded by state and federal courts in the cases in which my firm has either

24   sought or opposed an award of attorneys' fees.  Based on my knowledge of the Bay Area legal

25   market, the rates sought by the Zuckerman firm in this matter are not only in line with, but likely

26

27

28

2

DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF
PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES
Case No. v14-cv-02346-JCS

1390356

7547639.2

1  below, those prevailing in the legal community for similar services by lawyers of reasonably

2  comparable skill and expertise.[1]

3         6.      In evaluating the billing rates of the lawyers who tried this case, it is important to

4  compare their skill set, not to the average lawyer in the Bay Area, but to someone with

5  comparable skill and experience.  The trial experience of the Zuckerman team, experience which

6  is becoming harder and harder to find in these days of the vanishing jury trial, merits

7  consideration in evaluating their rates.   Moreover, the lawyers at the Zuckerman firm have a

8  nationally-recognized practice representing patients and health care providers in high stakes

9  disputes with health insurance companies.  I am unaware of any Bay Area law firm that combines

10 this same trial and substantive expertise.

11        7.      In expressing my opinion on the reasonableness of Zuckerman's hourly rates, I

12 relied on the stellar backgrounds of the trial team members.  For example, Mr. Kravitz, whose

13 hourly billing rates ranged from $990 in 2016 to $1095 in 2019, is a 1980 graduate of Columbia

14 Law School and was a law clerk to the Honorable Stephen Reinhardt of the 9th Circuit Court of

15 Appeals.  Mr. Kravitz was chair of the Zuckerman firm's litigation department and, for more than

16 30 years, has defended companies and executives in high profile cases involving matters with

17 significant issues relating to health insurance, the financial services industry and fraud—just to

18 name a few.  He has earned recognition as a "Leading Lawyer" for business litigation and as a

19 "Local Litigation Star."  Caroline Reynolds, whose hourly billing rates ranged from $590 in 2014

20 to $825 in 2020, is a 2002 graduate of Yale Law School and served as a law clerk to the

21 Honorable Keith P. Ellison of the U.S. District Court for the Southern District of Texas.  Among

22 other parts of her practice, Ms. Reynolds regularly represents patients and providers in actions

23 seeking to enforce their rights under employer-sponsored insurance plans.  She has been

24 recognized as a 2020 Winning Litigator by the National Law Journal, as a 2020 Emerging

25

26 [1] In evaluating the reasonableness of the rates, I understand that courts consider the hourly rates
"prevailing in the community for similar services by lawyers of reasonably comparable skill,
27 experience, and reputation," *Blum v. Stenson*, 465 U.S. 886, 895–96 n.11 (1984), and specifically,
rates in the forum district. *Camacho v. Bridgeport Fin. Inc.*, 523 F.3d 973, 979 (9th Cir. 2008).

28
                                              3

1390356

7547639.2

1    Women Leader in Private Practice, as a Rising Star in Washington D.C. by Super Lawyers and

2    received the 2013 Outstanding Achievement Award given by the Washington Lawyers'

3    Committee for Civil Rights and Urban Affairs.   Aitan Goelman, whose billing rate was $950 in

4    2017 and $995 in 2019, is a 1993 graduate of Yale Law School and clerked on the Supreme Court

5    of Israel for the Honorable Aharon Barak.  Mr. Goelman has tried more than 50 cases to verdict,

6    and, until February 2017, served as the Director of the Division of Enforcement of the U.S.

7    Commodity Futures Trading Commission.  He also is a former Assistant United States Attorney

8    for the Southern District of New York where he prosecuted dozens of complex criminal cases,

9    including RICO, murder, robbery, conspiracy and fraud.  Trial team member Adam Abelson

10   graduated magna cum laude from the New York University School of Law in 2010.  His billing

11   rates ranged from $525 in 2016 to $690 in 2020.  Before joining the Zuckerman firm, Mr.

12   Abelson served as a law clerk to the Honorable Andre M. Davis of the United States Court of

13   Appeals for the Fourth Circuit and the Honorable Catherine C. Blake of the U. S. District Court

14   for the District of Maryland.  Much of Mr. Abelson's practice also focuses on representing health

15   care providers and their patients in high stakes disputes with health insurance companies. He was

16   named a 2020 Young Lawyer of the Year by *The American Lawyer*.  Finally, the background of

17   Brian Hufford also justifies his hourly rates, which ranged from $905 in 2014 to $1145 in 2020.

18   Mr. Hufford leads the nationally-acclaimed practice at Zuckerman of representing patients and

19   health care providers in disputes with health insurance companies.  Under his leadership, the

20   firm's health care practice was named 2017 Health Group of the Year and 2018 Benefits Group

21   of the Year by Law360.   In 2015, 2016, 2017 and 2019, Mr. Hufford was recognized as a

22   Law360 Health MVP of the Year.

23          8.      I have also reviewed the biographical background (as set forth in the Declaration

24   of Caroline E. Reynolds) and the rates charged by the other Zuckerman partners on the matter,

25   namely Jason S. Cowart, Steven Herman, Andrew Goldfarb, Daniel Moylan, and William

26   Murphy, as well as David Reiser, who is counsel with the Zuckerman firm.  The rates they

27   charged, from 2014 to the present, have all been not only in line with, but likely below, those

28

4

DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF
PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES
Case No. v14-cv-02346-JCS

1390356

7547639.2

1  prevailing in the legal community in the Bay Area for similar services by lawyers of reasonably

2  comparable skill and expertise.

3         9.     I also have been asked to comment on the reasonableness of the 2020 hourly

4  billing rates of Zuckerman's two co-counsel: Meiram Bendat and Anthony F. Maul.  It is my

5  understanding that Mr. Bendat is not only a practicing attorney but also a clinical psychotherapist

6  and a nationally-recognized expert on ERISA and mental health access.  Given that he is a 1998

7  graduate of the University of Southern California School of Law and has a Ph.D. in

8  psychoanalytic science, I find his hourly rate of $900 to be reasonable and well in line with the

9  rates charged in the Bay Area legal community by lawyers of reasonably comparable skill and

10  expertise.  I am informed and believe that Mr. Maul, who obtained his J.D. from New York

11  University Law School in 2000, has a practice that focuses on healthcare advocacy and reform.

12  Prior to opening his own law firm, Mr. Maul practiced law for ten years at Latham Watkins LLP

13  and then Pomerantz LLP.  His hourly rate of $675 is well below the rates charged in the Bay Area

14  by lawyers of reasonably comparable skill and experience.

15        10.    As I know from my own experience in running trial teams in large, complex cases,

16  the lawyers presenting evidence in the courtroom are only the tip of the iceberg when it comes to

17  the trial team.  Trials these days cannot be presented cogently and efficiently without a large

18  supporting cast doing necessary but not always obvious work.  The other lawyers on the team

19  were involved in motions practice, all aspects of discovery, witness preparation, and overall trial

20  preparation.  The associates on the team had billing rates that ranged from a low of $460 in 2014

21  to a high of $625/hour in 2016 (for Mr. Herman the year before he became a partner in the firm).

22  These rates are comparable to the rates of associates at comparable Bay Area law firms.  The trial

23  team also included 10 staff attorneys over the seven-year life of this matter, whose rates ranged

24  between $330 and $525/hour.  I am informed and believe that the Zuckerman firm uses its staff

25  attorneys in much the same way as Keker, Van Nest & Peters does – as long term, valued

26  employees who contribute in invaluable ways to the success of a trial team.  The 2020 rates of

27  Keker, Van Nest & Peters' three staff attorneys are all significantly higher than the 2020 rates of

28

DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF
PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES
Case No. v14-cv-02346-JCS

1390356

7547639.2

1   Zuckerman's staff attorneys, informing me that Zuckerman's rates for its staff attorneys are in

2   line with or below the rates of comparable Bay Area law firms.

3          11.     Every strong trial team has good paralegals and litigation support services, and the

4   Zuckerman team was no exception.  Upon information and belief, the lead paralegal on the team

5   was Lori Duignan, who has more than 15 years of experience working as a litigation paralegal

6   across multiple practice areas.  Her rates, which ranged from $295/hour in 2014 to $370/hour in

7   2020, appear reasonable and well in line with the billing rates of litigation paralegals at Bay Area

8   law firms.  Another paralegal on the team—Jay Chen—also has 15 years of law firm experience

9   as a paralegal.  His rates ranged from $300/hour in 2015 to $355/hour in 2019, which rates are

10  reasonable and in keeping with (if not below) the paralegal rates at comparable Bay Area law

11  firms.  I understand that Patrick Schmidt is the Manager of Litigation Support at Zuckerman and

12  has 19 years of experience in eDiscovery.  His rates ranged from $270/hour in 2014 to $360/hour

13  in 2020, rates well within the customary range for litigation support personnel at comparable

14  firms in the Bay Area.

15         12.     My view regarding the reasonableness of the Zuckerman rates is supported by data

16  that my firm obtained from Public Rates, a "dynamic web-based billing rate service that"

17  provides "access to accurate, court reported, hourly rate data…."  The Public Rates database,

18  which is owned by Thomson, contains, among other things, 2018 rates for California attorneys

19  that were previously disclosed in other matters, primarily bankruptcy filings.  A true and correct

20  copy of that data is attached hereto as **Exhibit A**.  I am informed and believe that more up to date

21  versions of the database are no longer publicly available.

22         13.     The Public Rates data in Exhibit A demonstrates that the rates that Zuckerman

23  billed in this matter are well within the customary and reasonable range for attorneys at Bay Area

24  top-tiered litigation firms.  For instance, in 2018, peer firms, such as Kirkland & Ellis LLP and

25  Gibson Dunn & Crutcher, LLP (Gibson Dunn) charge, respectively, $1,395 per hour for partners

26  who graduated in 2003 and $1155 for a partner who graduated in 2007.  These rates exceed the

27  highest rate of any Zuckerman partner, despite Zuckerman's trial and unique health care

28

DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF
PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES
Case No. v14-cv-02346-JCS

1390356

7547639.2

1   expertise.  According to Public Rates' data, the *average* rate charged by partners in California

2   in 2018 was $1080.23 per hour—higher than the 2018 rates of all of Zuckerman's partners who

3   billed time to this case and only slightly below the 2019 rates of Carl Kravitz and Brian Hufford,

4   who graduated from law school in 1980 and 1985, respectively.  Similarly, the average rate

5   charged for associates in California in 2018 was $699.83 per hour—higher than the prevailing

6   rates of any of Zuckerman associates working on this matter in 2018, 2019 or 2020.

7        14.     In addition, Richard Pearl, author of a leading treatise on California attorney-fee

8   practice, also has submitted a declaration in this case with survey information regarding

9   prevailing rates.  The information in the surveys attached to Mr. Pearl's declaration provide a

10  meaningful comparison between the rates charged by Bay Area law firms and those charged by

11  the Zuckerman firm.  That comparison supports my opinion that the rates by Zuckerman's

12  timekeepers are reasonable and within or below the range of those charged by comparable Bay

13  Area law firms.

14       15.     As is shown in Exhibit A and in the surveys attached to Mr. Pearl's declaration

15  and based on my experience, it is customary at law firms in the Bay Area and beyond to increase

16  rates each year.   The annual increase in the hourly rates by the timekeepers in the Zuckerman

17  firm are modest, keeping their hourly rates within the range of rates of those charged by

18  comparable Bay Area law firms.

19       16.      In sum, the rates that Zuckerman seeks in this case are well within the customary

20  and reasonable range for attorneys, paralegals and litigation support personnel of comparable

21  skill, experience and reputation in the Bay Area legal community.

22        I declare under penalty of perjury under the laws of the United States that the foregoing is

23  true and correct and that this Declaration was executed on November 20, 2020 in San Francisco,

24  California.

25

26                           */s/ Susan J. Harriman*
                             SUSAN J. HARRIMAN

27

28

DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF
PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES
Case No. v14-cv-02346-JCS

1390356

7547639.2

# EXHIBIT  A

# PEER MONITOR
## INSIGHT. ADVANTAGE. COMPETITIVE INTELLIGENCE.

## PUBLIC RATES

In a time when the legal market continues to face fluctuating demand and challenges containing expenses, it's critical that your firm stays on top of the latest billing trends and maintains fair, competitive rates while maximizing revenue.

### Take Action to Inform Your Firm

**Public Rates** is a dynamic, web-based billing rate service that gives you anytime access to accurate, court reported, hourly rate data, with details drilling down to the named timekeeper.

It empowers you to quickly and easily slice and analyze rates across user-selected combinations of various attributes, sort targeted record results, view quartile and median rates for searched data, and more.

### Then Take Your Rate Analysis One Step Further

As efficient as it is intuitive, **Public Rates** offers deeper billing evaluation with query comparison that allows for firm-to-firm, case-to-case, or even person-to-person rate examination.

What's more, you can quickly and easily find critical insights with features such as click sorting, query naming, and auto-saved search history.

### Use Public Rates to:
- Determine optimal rates and profit opportunities
- Justify rates submitted to courts on fee applications
- Track lawyer performance
- Get pricing transparency in the marketplace





### Get Critical, Actionable Data

Search reported hourly rates by:
- Timekeeper
- Year of admission
- Firm
- Segment
- Location
- Jurisdiction
- Role
- Year of filing
- Case
- Historical records as far back as 7 years

**Learn more at legalsolutions.com/peer-monitor**

### CONTACT US TODAY:
**Ruth Bowen**
ruth.bowen@thomsonreuters.com | 651.687.6891



the answer company™
**THOMSON REUTERS**®

© 2016 Thomson Reuters S019557/11-11

## California Rates (January–May 2018)

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | David M. Nemecek | Kirkland & Ellis LLP | 2003 | 2003 | CA | $1,395 | 2.4 | $3,348.00 |
| Partner | Leslie A. Plaskon | Paul Hastings LLP | 1988 | 1988 | CA | $1,275 | 260 | $331,500.00 |
| Partner | Thomas B. Walper | Munger Tolles & Olson LLC | 1980 | 1980 | CA | $1,225 | 166.7 | $204,207.50 |
| Partner | Jeffrey B Greenberg | Latham & Watkins LLP | 1996 | 1996 | CA | $1,175 | 3.3 | $3,877.50 |
| Partner | Mark E. McKane | Kirkland & Ellis LLP | 1997 | 1997 | CA | $1,175 | 79.1 | $92,942.50 |
| Partner | Paul D Tanaka | Kirkland & Ellis LLP | 2003 | 2003 | CA | $1,145 | 1.1 | $1,259.50 |
| Partner | Annie Kim | Proskauer Rose LLP | 2004 | 2004 | CA | $1,125 | 22.1 | $24,862.50 |
| Partner | Jonathan Benloulou | Proskauer Rose LLP | 2006 | 2006 | CA | $1,125 | 2.9 | $3,262.50 |
| Partner | Robert J Frances | Latham & Watkins LLP | 2001 | 2001 | CA | $1,125 | 1.7 | $1,912.50 |
| Partner | Dean A. Ziehl | Pachulski Stang Ziehl Young Jones & | 1978 | 1978 | CA | $1,050 | 73.3 | $76,965.00 |
| Partner | James I. Stang | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 | CA | $1,050 | 111.4 | $116,970.00 |
| Partner | Alan J. Kornfeld | Pachulski Stang Ziehl Young Jones & | 1987 | 1987 | CA | $1,025 | 78.9 | $80,872.50 |
| Partner | Stephen D. Rose | Munger Tolles & Olson LLC | 1991 | 1991 | CA | $1,025 | 63.9 | $65,497.50 |
| Partner | Unger Sean | Paul Hastings LLP | 2004 | 2004 | CA | $1,025 | 103.2 | $105,780.00 |
| Partner | Stefanie I Gitler | Kirkland & Ellis LLP | 2009 | 2009 | CA | $995 | 225.1 | $223,974.50 |
| Partner | Tate Eric A. | Morrison & Foerster LLP | 1995 | 1995 | CA | $990 | 0.3 | $297.00 |
| Partner | Michael Esser | Kirkland & Ellis LLP | 2009 | 2009 | CA | $965 | 542.6 | $523,609.00 |
| Associate | Campbell Gavin | Kirkland & Ellis LLP | 2012 | 2012 | CA | $950 | 227.7 | $216,315.00 |
| Partner | David M. Bertenthal | Pachulski Stang Ziehl Young Jones & | 1993 | 1989 | CA | $950 | 107.7 | $102,315.00 |
| Associate | Olsen Katrina | Kirkland & Ellis LLP | 2014 | 2014 | CA | $950 | 4.6 | $4,370.00 |
| Partner | Janie F. Schulman | Morrison & Foerster LLP | 1987 | 1987 | CA | $925 | 0.2 | $185.00 |
| Associate | Jacob Johnston | Kirkland & Ellis LLP | 2013 | 2013 | CA | $905 | 5 | $4,525.00 |
| Partner | Kenneth H. Brown | Pachulski Stang Ziehl Young Jones & | 1981 | 1977 | CA | $895 | 5.9 | $5,280.50 |
| Partner | Kevin S. Allred | Munger Tolles & Olson LLC | 1986 | 1986 | CA | $875 | 209.7 | $183,487.50 |
| Partner | Knudsen Erik G. | Morrison & Foerster LLP | 2007 | 2007 | CA | $875 | 269.4 | $235,725.00 |
| Counsel | Adam Lin | Orrick, Herrington & Sutcliffe LLP | 2004 | 2004 | CA | $850 | 3 | $2,550.00 |
| Associate | Austin Klar | Kirkland & Ellis LLP | 2013 | 2013 | CA | $845 | 173 | $146,185.00 |
| Associate | Michael Saretsky | Kirkland & Ellis LLP | 2015 | 2015 | CA | $835 | 237.2 | $198,062.00 |
| Of Counsel | Harry D. Hochman | Pachulski Stang Ziehl Young Jones & | 1987 | 1987 | CA | $825 | 69.1 | $57,007.50 |
| Of Counsel | Lloyd W. Aubry | Morrison & Foerster LLP | 1975 | 1975 | CA | $825 | 1.6 | $1,320.00 |
| Partner | Seth Goldman | Munger Tolles & Olson LLC | 2002 | 2002 | CA | $825 | 260.5 | $214,912.50 |
| Of Counsel | Victoria A. Newmark | Pachulski Stang Ziehl Young Jones & | 1996 | 1996 | CA | $825 | 1.6 | $1,320.00 |
| Of Counsel | Yana S. Johnson | Morrison & Foerster LLP | 1999 | 1999 | CA | $825 | 3.2 | $2,640.00 |
| Associate | Austin Klar | Kirkland & Ellis LLP | 2013 | 2013 | CA | $810 | 23.3 | $18,873.00 |
| Associate | Cynthia Castillo | Kirkland & Ellis LLP | 2015 | 2015 | CA | $810 | 178.8 | $144,828.00 |
| Associate | Kevin Chang | Kirkland & Ellis LLP | 2014 | 2014 | CA | $810 | 8.4 | $6,804.00 |
| Of Counsel | Nardali Ali U. | Morrison & Foerster LLP | 2008 | 2008 | CA | $795 | 4.4 | $3,498.00 |
| Associate | Ramin Montazeri | Latham & Watkins LLP | 2016 | 2016 | CA | $795 | 10.9 | $8,665.50 |
| Associate | Lee Muhyung | Proskauer Rose LLP | 2015 | 2015 | CA | $780 | 37.5 | $29,250.00 |
| Of Counsel | Jeffrey L. Kandel | Pachulski Stang Ziehl Young Jones & | 1984 | 1984 | CA | $750 | 10.7 | $8,025.00 |
| Of Counsel | Bradley R. Schneider | Munger Tolles & Olson LLC | 2004 | 2004 | CA | $735 | 88.9 | $65,341.50 |
| Associate | Curtis Kelly M | Proskauer Rose LLP | 2016 | 2016 | CA | $730 | 39.6 | $28,908.00 |
| Associate | Cynthia Castillo | Kirkland & Ellis LLP | 2015 | 2015 | CA | $725 | 30.3 | $21,967.50 |
| Associate | Joanna A Gorska | Latham & Watkins LLP | 2014 | 2014 | CA | $725 | 2.4 | $1,740.00 |
| Counsel | Elissa A. Wagner | Pachulski Stang Ziehl Young Jones & | 2001 | 2001 | CA | $695 | 5 | $3,475.00 |
| Associate | Benjamin Butterfield | Morrison & Foerster LLP | 2014 | 2014 | CA | $660 | 883.2 | $582,912.00 |
| Partner | David M. Eaton | Kilpatrick Townsend & Stockton LLP | 1996 | 1996 | CA | $660 | 5.3 | $3,498.00 |
| Associate | Ankur Sharma | Kirkland & Ellis LLP | 2016 | 2016 | CA | $645 | 16.4 | $10,578.00 |
| Associate | Maxwell Coll | Kirkland & Ellis LLP | 2016 | 2016 | CA | $630 | 15 | $9,450.00 |
| Associate | Brashears Travis C | Proskauer Rose LLP | 2016 | 2016 | CA | $595 | 8.3 | $4,938.50 |
| Associate | Sadeghi Sam | Paul Hastings LLP | 2016 | 2016 | CA | $585 | 22.9 | $13,396.50 |
| Associate | Jenny Pierce | Kirkland & Ellis LLP | 2016 | 2016 | CA | $555 | 1.2 | $666.00 |
| Associate | Meg A Webb | Kirkland & Ellis LLP | 2017 | 2017 | CA | $555 | 1.4 | $777.00 |

| Associate | Peter E. Boos | Munger Tolles & Olson LLC | 2014 | 2014 | CA | $550 | 88.05 | $48,427.50 |
|-----------|---------------|--------------------------|------|------|----|----|------|-----------|
| Associate | Floyd Amani Solange | Morrison & Foerster LLP | 2014 | 2014 | CA | $540 | 3.9 | $2,106.00 |
| Associate | Glock Jana | Morrison & Foerster LLP | 2015 | 2015 | CA | $540 | 22.2 | $11,988.00 |
| Associate | Kerry C. Jones | Morrison & Foerster LLP | 2014 | 2014 | CA | $540 | 11.5 | $6,210.00 |
| Associate | Roumiantseva Dina | Morrison & Foerster LLP | 2014 | 2014 | CA | $540 | 5 | $2,700.00 |
| Associate | Scheinok Brittany | Morrison & Foerster LLP | 2015 | 2015 | CA | $485 | 27.2 | $13,192.00 |
| Associate | Coleman Matthew | Ropes & Gray LLP | 2014 | 2014 | CA | $450 | 2.5 | $1,125.00 |
| Associate | Tobyn Yael Aaron | Morrison & Foerster LLP | 2016 | 2016 | CA | $435 | 26.4 | $11,484.00 |

# California Rates (June–December 2018)

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | Kenneth Klee | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1974 | CA | $1,475 | 46.4 | $68,440.00 |
| Partner | Eric Reimer | Milbank Tweed Hadley & McCloy LLP | 1987 | 1987 | CA | $1,465 | 7.9 | $11,573.50 |
| Partner | Gregory A. Bray | Milbank Tweed Hadley & McCloy LLP | 1984 | 1984 | CA | $1,465 | 234.1 | $342,956.50 |
| Partner | Madden P.C. Rick C | Kirkland & Ellis LLP | 1995 | 1995 | CA | $1,445 | 31.2 | $45,084.00 |
| Partner | David M. Nemecek | Kirkland & Ellis LLP | 2003 | 2003 | CA | $1,395 | 2.4 | $3,348.00 |
| Partner | Browning P.C. Marc D | Kirkland & Ellis LLP | 1998 | 1998 | CA | $1,375 | 4.2 | $5,775.00 |
| Partner | Isaac M Pachulski | Pachulski Stang Ziehl Young Jones & | 2014 | 2014 | CA | $1,295 | 0.7 | $906.50 |
| Partner | Walker Elizabeth W | Sidley Austin LLP | 1984 | 1984 | CA | $1,250 | 3.7 | $4,625.00 |
| Partner | David Stern | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | $1,245 | 67.4 | $83,913.00 |
| Partner | Michael Tuchin | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | $1,245 | 191.1 | $237,919.50 |
| Partner | Richard M. Pachulski | Pachulski Stang Ziehl Young Jones & | 1979 | 1979 | CA | $1,245 | 274.7 | $342,001.50 |
| Partner | Dennis  Arnold | Gibson Dunn & Crutcher, LLP | 1976 | 1975 | CA | $1,210 | 65.2 | $78,892.00 |
| Partner | Cromwell Montgomery | Gibson Dunn & Crutcher, LLP | 1997 | 1997 | CA | $1,205 | 0.9 | $1,084.50 |
| Partner | Oscar Garza | Gibson Dunn & Crutcher, LLP | 1990 | 1990 | CA | $1,205 | 116.1 | $139,900.50 |
| Partner | Austin V Schwing | Gibson Dunn & Crutcher, LLP | 2000 | 2000 | CA | $1,155 | 0.7 | $808.50 |
| Partner | Douglas Michael Fuchs | Gibson Dunn & Crutcher, LLP | 2007 | 2007 | CA | $1,155 | 53.5 | $61,792.50 |
| Partner | Annie Kim | Proskauer Rose LLP | 2004 | 2004 | CA | $1,125 | 11.6 | $13,050.00 |
| Partner | Jonathan Benloulou | Proskauer Rose LLP | 2006 | 2006 | CA | $1,125 | 2.9 | $3,262.50 |
| Partner | James I. Stang | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 | CA | $1,095 | 63.4 | $69,423.00 |
| Partner | Farshad E. More | Gibson Dunn & Crutcher, LLP | 2003 | 2003 | CA | $1,080 | 0.8 | $864.00 |
| Partner | Jesse I. Shapiro | Gibson Dunn & Crutcher, LLP | 2000 | 2000 | CA | $1,080 | 10.9 | $11,772.00 |
| Partner | David Fidler | Klee, Tuchin, Bogdanoff & Stern, LLP | 1998 | 1997 | CA | $1,075 | 237.9 | $255,742.50 |
| Special | Brian Stern | Milbank Tweed Hadley & McCloy LLP | 2003 | 2003 | CA | $1,065 | 7.5 | $7,987.50 |
| Special | Haig Maghakian | Milbank Tweed Hadley & McCloy LLP | 2002 | 2002 | CA | $1,065 | 264.8 | $282,012.00 |
| Partner | Jesse A. Cripps Jr. | Gibson Dunn & Crutcher, LLP | 2011 | 2011 | CA | $1,045 | 16.2 | $16,929.00 |
| Partner | Mehta Anjna | Kirkland & Ellis LLP | 2000 | 2000 | CA | $1,045 | 10.9 | $11,390.50 |
| Of Counsel | Richard J. Gruber | Pachulski Stang Ziehl Young Jones & | 1982 | 1982 | CA | $1,025 | 9.1 | $9,327.50 |
| Partner | Samuel Newman | Gibson Dunn & Crutcher, LLP | 2001 | 2001 | CA | $1,010 | 326.5 | $329,765.00 |
| Partner | Debra I. Grassgreen | Pachulski Stang Ziehl Young Jones & | 1992 | 1992 | CA | $995 | 15.7 | $15,621.50 |
| Associate | Jessica Dombroff | Milbank Tweed Hadley & McCloy LLP | 2009 | 2009 | CA | $995 | 13.3 | $13,233.50 |
| Partner | Katherine V.A Smith | Gibson Dunn & Crutcher, LLP | 2015 | 2015 | CA | $995 | 0.6 | $597.00 |
| Partner | Matthew B Dubeck | Gibson Dunn & Crutcher, LLP | 2017 | 2017 | CA | $995 | 44.1 | $43,879.50 |
| Partner | Robert J. Pfister | Klee, Tuchin, Bogdanoff & Stern, LLP | 2001 | 2001 | CA | $995 | 123.3 | $122,683.50 |
| Partner | David M. Bertenthal | Pachulski Stang Ziehl Young Jones & | 1993 | 1989 | CA | $975 | 6.5 | $6,337.50 |
| Partner | Jeffrey N. Pomerantz | Pachulski Stang Ziehl Young Jones & | 1989 | 1989 | CA | $975 | 66.5 | $64,837.50 |
| Associate | Campbell Gavin | Kirkland & Ellis LLP | 2012 | 2012 | CA | $950 | 336.5 | $319,675.00 |
| Partner | Henry C. Kevane | Pachulski Stang Ziehl Young Jones & | 1986 | 1986 | CA | $950 | 4.8 | $4,560.00 |
| Associate | Olsen Katrina | Kirkland & Ellis LLP | 2014 | 2014 | CA | $950 | 4.6 | $4,370.00 |
| Partner | Stanley E. Goldich | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 | CA | $925 | 7 | $6,475.00 |
| Associate | Najeh Baharun | Milbank Tweed Hadley & McCloy LLP | 2013 | 2013 | CA | $910 | 28.3 | $25,753.00 |
| Partner | David M. Guess | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | $895 | 84.5 | $75,627.50 |
| Partner | Maria Sountas | Klee, Tuchin, Bogdanoff & Stern, LLP | 2006 | 2006 | CA | $895 | 23.2 | $20,764.00 |
| Partner | Whitman L. Holt | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | $895 | 54.7 | $48,956.50 |
| Associate | Allison Balick | Gibson Dunn & Crutcher, LLP | 2009 | 2009 | CA | $875 | 5.4 | $4,725.00 |
| Associate | Caldon Brendan W | Kirkland & Ellis LLP | 2007 | 2007 | CA | $875 | 1.5 | $1,312.50 |
| Associate | Daniel B. Denny | Gibson Dunn & Crutcher, LLP | 2005 | 2005 | CA | $875 | 436.1 | $381,587.50 |
| Associate | Douglas G. Levin | Gibson Dunn & Crutcher, LLP | 2009 | 2009 | CA | $875 | 205.2 | $179,550.00 |
| Associate | Genevieve G. Weiner | Gibson Dunn & Crutcher, LLP | 2007 | 2007 | CA | $875 | 93.7 | $81,987.50 |
| Partner | Maxim B. Litvak | Pachulski Stang Ziehl Young Jones & | 1997 | 1997 | CA | $875 | 89.6 | $78,400.00 |
| Associate | Melissa Leigh Barshop | Gibson Dunn & Crutcher, LLP | 2006 | 2006 | CA | $875 | 5 | $4,375.00 |
| Associate | Jonathan Schaefler | Gibson Dunn & Crutcher, LLP | 2016 | 2016 | CA | $860 | 1.9 | $1,634.00 |
| Partner | Joshua M. Fried | Pachulski Stang Ziehl Young Jones & | 1995 | 1995 | CA | $850 | 74.1 | $62,985.00 |
| Of Counsel | Gurule Julian I | Klee, Tuchin, Bogdanoff & Stern, LLP | 2007 | 2007 | CA | $825 | 39.3 | $32,422.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Associate | Ian T. Long | Gibson Dunn & Crutcher, LLP | 2015 | 2015 | CA | $820 | 140 | $114,800.00 |
| Associate | Goldberg Zachary | Milbank Tweed Hadley & McCloy LLP | 2016 | 2016 | CA | $790 | 162.4 | $128,296.00 |
| Associate | Lee Muhyung | Proskauer Rose LLP | 2015 | 2015 | CA | $780 | 28.2 | $21,996.00 |
| Partner | Jamie L. Edmonson | Venable LLP | 1996 | 1996 | CA | $765 | 180.3 | $137,929.50 |
| Associate | Tiffany X. Phan | Gibson Dunn & Crutcher, LLP | 2013 | 2013 | CA | $760 | 8.7 | $6,612.00 |
| Of Counsel | Erin Gray | Pachulski Stang Ziehl Young Jones & | 1992 | 1991 | CA | $750 | 9.9 | $7,425.00 |
| Partner | Justin D. Yi | Klee, Tuchin, Bogdanoff & Stern, LLP | 2009 | 2009 | CA | $750 | 3.9 | $2,925.00 |
| Associate | Chapple Catherine L. | Morrison & Foerster LLP | 2012 | 2012 | CA | $725 | 4 | $2,900.00 |
| Associate | Jonathan M. Weiss | Klee, Tuchin, Bogdanoff & Stern, LLP | 2012 | 2012 | CA | $725 | 195.4 | $141,665.00 |
| Of Counsel | William Ramseyer | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 | CA | $725 | 18.8 | $13,630.00 |
| Associate | Sarah A. Carnes | Cooley LLP | 2014 | 2014 | CA | $710 | 146.1 | $103,731.00 |
| Associate | Latta R T | Jones Day | 2011 | 2011 | CA | $700 | 194.5 | $136,150.00 |
| Associate | Samuel M. Kidder | Klee, Tuchin, Bogdanoff & Stern, LLP | 2012 | 2012 | CA | $675 | 88.6 | $59,805.00 |
| Associate | Thomas H Alexander | Gibson Dunn & Crutcher, LLP | 2015 | 2015 | CA | $660 | 23.7 | $15,642.00 |
| Associate | Sasha M. Gurvitz | Klee, Tuchin, Bogdanoff & Stern, LLP | 2014 | 2014 | CA | $625 | 114.9 | $71,812.50 |
| Associate | Robert J. Smith | Klee, Tuchin, Bogdanoff & Stern, LLP | 2016 | 2016 | CA | $600 | 35.8 | $21,480.00 |
| Associate | Brashears Travis C | Proskauer Rose LLP | 2016 | 2016 | CA | $595 | 8.3 | $4,938.50 |
| Associate | Matthew S Coe-Odess | Gibson Dunn & Crutcher, LLP | 2016 | 2016 | CA | $595 | 16.9 | $10,055.50 |
| Associate | Katherine A Lau | Gibson Dunn & Crutcher, LLP | 2017 | 2017 | CA | $525 | 97.7 | $51,292.50 |
| Associate | Tran J L | Jones Day | 2015 | 2015 | CA | $525 | 60.2 | $31,605.00 |
| Associate | Nicholas A. Koffroth | Venable LLP | 2012 | 2012 | CA | $515 | 94.9 | $48,873.50 |
| Associate | Liu R Q | Jones Day | 2015 | 2015 | CA | $475 | 34.2 | $16,245.00 |
| Associate | Stuart B W | Jones Day | 2013 | 2013 | CA | $475 | 208.6 | $99,085.00 |
| Associate | Doyle A M | Jones Day | 2017 | 2017 | CA | $450 | 6.5 | $2,925.00 |
| Associate | Udenka Honieh | Brown Rudnick LLP | 2017 | 2017 | CA | $375 | 1 | $375.00 |

Sensitivity: Confidential