UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>    Defendant.<br><br>GARY ALEXANDER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>    Defendant. | Case No. 14-cv-02346-JCS<br>Related Case No. 14-cv-05337 JCS<br><br>**NOTICE OF INTENT TO APPOINT MR. DOUGLAS YOUNG AS SPECIAL MASTER** |

As previously stated in the Court's Remedies Order (*Wit* Dkt. No. 491), the Court intends to appoint a special master to oversee and verify UBH's compliance with Sections III and IV of that Order. Pursuant to Federal Rule of Civil Procedure 53(b)(1), the Court has given the parties an opportunity to propose candidates for the position and provides this notice to the parties that it intends to appoint Douglas R. Young, a partner with Farella Braun + Martel LLP ("Farella"), to fulfill the role of special master in these related cases. Mr. Young has notified the Court that he is

willing to accept such an appointment and he has provided the attached declaration in compliance with Federal Rule of Civil Procedure 53(b)(3). As set forth in the attached declaration, he is aware of no grounds for disqualification under 28 U.S.C. § 455. Any written objections to Mr. Young's appointment must be filed by January 8, 2021.

**IT IS SO ORDERED.**

Dated: December 18, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge