1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*, | Case No. 3:14-CV-02346-JCS |
| Plaintiffs, | Related Case No. 3:14-CV-05337-JCS |
| v. | |
| UNITED BEHAVIORAL HEALTH, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATING TO NOTICES OF PARTIAL DECERTIFICATION** |
| Defendant. | |
| GARY ALEXANDER, *et al.*, | |
| Plaintiffs, | |
| v. | |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant. | |

STIP. & [PROPOSED] ORDER EXTENDING BRIEFING
SCHEDULE FOR PLS.' MOT. FOR ATTORNEYS' FEES
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

7581471.1

1    Pursuant to Civil Local Rule 6-1(b), 6-2, and 7-12, the parties in the above-captioned

2    actions, by and through their respective counsel of record, hereby stipulate as follows:

3    WHEREAS, on November 17, 2020, the parties stipulated and agreed to a schedule for

4    identifying recipients of Notices of Partial Class Decertification and for sending such notices

5    (ECF No. 498), which schedule was approved by the Court on November 19, 2020 (ECF No.

6    499).

7    WHEREAS, on December 24, 2020, Plaintiffs responded to the evidence produced by

8    UBH and, among other things, identified class members as to whom additional information was

9    necessary to determine whether the member should receive a Notice of Partial Class

10   Decertification.

11   WHEREAS, the deadline for Plaintiffs to serve a final list of recipients of Notices of

12   Partial Class Decertification or for the parties to jointly submit any disputes to the Court is

13   currently December 31, 2020.

14   WHEREAS, due to the intervening holiday, UBH has not yet been able to provide the

15   necessary information to Plaintiffs or otherwise to respond to Plaintiffs' December 24, 2020

16   letter, such that the parties do not yet know whether disputes remain as to which members should

17   receive Notices of Partial Class Decertification.

18   WHEREAS, the parties, by and through their respective counsel of record, agree that

19   additional time will allow them to narrow or eliminate disputes about the list of recipients.

20   WHEREAS, extending the deadlines below will not affect any other deadlines or prevent

21   the Court from entering final judgment in this action.

22   **IT IS HEREBY STIPULATED AND AGREED** by the Parties in the above-captioned

23   action, by and through their respective counsel of record, as follows:

24       1.    The deadline for Plaintiffs to produce to UBH a final list of recipients of each of

25             the Notices of Partial Class Decertification OR for the Parties to jointly submit

26             disputed exclusions to the Court is January 8, 2021; and

27       2.    The deadline for all pre-reprocessing Notices of Partial Decertification and Notices

28             of Non-Class Members (if there are no disputes as to exclusions) is January 22,

STIP. & [PROPOSED] ORDER SETTING BRIEFING
SCHEDULE FOR PLS.' MOT. FOR ATTORNEYS' FEES
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

7581471.1

1   2021.

2

3   Dated: December 31, 2020                    ZUCKERMAN SPAEDER LLP

4                                               */s/ Caroline E. Reynolds*
                                                Caroline E. Reynolds (admitted *pro hac vice*)
5                                               Adam Abelson (admitted *pro hac vice*)

6                                               PSYCH-APPEAL, INC.
                                                Meiram Bendat (Cal. Bar No. 198884)
7

8                                               *Counsel for Plaintiffs and the Classes*

9

10  Dated: December 31, 2020                    CROWELL & MORING LLP

11                                              */s/ Jennifer S. Romano*
                                                Jennifer S. Romano
12                                              April Nelson Ross
                                                Andrew Holmer
13

14                                              *Counsel for Defendant*
                                                *United Behavioral Health*

15

16                          **FILER'S ATTESTATION**

17          Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

18  filing of this document has been obtained from the other signatories.

19

20  Dated: December 31, 2020                    */s/ Caroline E Reynolds*
                                                Caroline E. Reynolds
21

22

23

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26  Date: _____    _____
                                          The Honorable Joseph C. Spero
27                                        Chief United States Magistrate Judge

28
                                          STIP. & [PROPOSED] ORDER SETTING BRIEFING
                                    -2-   SCHEDULE FOR PLS.' MOT. FOR ATTORNEYS' FEES
                                          CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

                                                                              7581471.1