UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | Case No. 14-cv-02346-JCS <br><br> **NOTICE OF INTENT TO FILE SPECIAL MASTER APPOINTMENT ORDER** |

The Court intends to appoint Douglas Young as Special Master in this case. In order to provide the parties an opportunity to be heard as to the terms of the appointment, as required under Rule 53(b)(1) of the Federal Rules of Civil Procedure, the Court's proposed appointment order is attached. The parties may file objections to the terms of the appointment order, not to exceed ten pages, no later than January 22, 2021.

**IT IS SO ORDERED.**

Dated: January 13, 2021

JOSEPH C. SPERO
Chief Magistrate Judge