# EXHIBIT 2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | | |
|---|---|---|---|
| DATE: 01/30/04 | | | DEPT. 40 |
| HONORABLE David A. Workman | JUDGE | R. MCGLOTHIN | DEPUTY CLERK |
| HONORABLE | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| 10. J. COLLINS, C.A. | Deputy Sheriff | NONE | Reporter |

| | | | |
|---|---|---|---|
| 8:30 am | BC263271<br><br>KATHRYN FRIEDERS ET AL<br>VS<br>CITY OF GLENDALE ET AL | Plaintiff Counsel<br><br>Defendant Counsel | NO APPEARANCES |

**NATURE OF PROCEEDINGS:**

RULING ON SUBMITTED MATTER [MOTION OF PLAINTIFFS FOR ATTORNEYS FEES OF $4,136,967.00].

The Court, having after hearing on October 30, 2003 taken the matter under submission, and having further considered the moving, opposing and reply papers and the argument of counsel at the hearing, now rules as follows:

The Court denies the defendant's request for judicial notice.

The Court overrules defendant's objections filed October 20, 2003, to plaintiffs' evidence proffered in support of the motion, and overrules plaintiffs' objections filed October 27 to defendant's evidence proffered in opposition to the motion.

The Court sustains defendant's objection filed December 23, 2003, to plaintiffs' supplemental declaration filed December 16.

The Court is persuaded by the declaration of James P. Schratz, Esq., proffered in oppositon to the motion, that the attorney fees claimed by plaintiffs are unreasonable and excessive in the extreme for the reasons therein explicated. Accordingly, the motion is granted not as prayed, but in the reduced sum of $1,146,505.40, which the Court finds to be fair and reasonable in the premises.



MINUTES ENTERED
01/30/04
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 01/30/04 | DEPT. 40

HONORABLE David A. Workman JUDGE | R. MCGLOTHIN DEPUTY CLERK

HONORABLE JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR

10.
J. COLLINS, C.A. Deputy Sheriff | NONE Reporter

8:30 am BC263271

KATHRYN FRIEDERS ET AL
VS
CITY OF GLENDALE ET AL

Plaintiff Counsel
NO APPEARANCES
Defendant Counsel

**NATURE OF PROCEEDINGS:**

Having carefully considered and weighed the several factors outlined in case authority that can affect the enhancement or reduction of the award, some of which in this case the Court finds militate in favor of enhancement and others reduction, the Court declines to apply a lodestar multiplier to do either. Serrano v. Priest (1977) 20 Cal.3d 25, 49; Weeks v. Baker & McKenzie (1998) 63 Cal.App.4th 1128, 1174-1176.

CLERK'S CERTIFICATE OF MAILING/
NOTICE OF ENTRY OF ORDER

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that this date I served Notice of Entry of the above minute order of 1/30/04 upon each party or counsel named below by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original entered herein in a separate sealed envelope for each, addressed as shown below with the postage thereon fully prepaid.

Date: 1/30/04

John A. Clarke, Executive Officer/Clerk

By: ______________________



MINUTES ENTERED
01/30/04
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | | |
|---|---|---|---|
| DATE: 01/30/04 | | | DEPT. 40 |
| HONORABLE David A. Workman | JUDGE | R. MCGLOTHIN | DEPUTY CLERK |
| HONORABLE | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| 10. J. COLLINS, C.A. | Deputy Sheriff | NONE | Reporter |

| | | | |
|---|---|---|---|
| 8:30 am | BC263271<br><br>KATHRYN FRIEDERS ET AL<br><br>VS<br>CITY OF GLENDALE ET AL | Plaintiff Counsel<br><br>Defendant Counsel | NO APPEARANCES |

**NATURE OF PROCEEDINGS:**

R. McGlothin

GOLDBERG & GAGE
Terry M. Goldberg
Bradley C. Gage
23002 Victory Blvd.
Woodland Hills, CA 91367

LIEBERT CASSIDY WHITMORE
Irma Rodriquez Moisa
Sergio Bent
6033 W. Century Blvd., Suite 500
Los Angeles, CA 90045

LAW OFFICES OF C. STEPHEN LOVE
C. Stephen Love
4766 Park Granada, Suite 206
Calabasas, CA 91302

CHRISTOPHER BRIZZOLARA
1528 16th Street
Santa Monica, CA 90404



**MINUTES ENTERED**
01/30/04
**COUNTY CLERK**