# EXHIBIT 14

ZUCKERMAN SPAEDER LLP
ANDREW N. GOLDFARB (Cal. Bar No. 235615)
*agoldfarb@zuckerman.com*
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106

ZUCKERMAN SPAEDER LLP
D. BRIAN HUFFORD (*pro hac vice*)
*dbhufford@zuckerman.com*
JASON S. COWART (*pro hac vice*)
*jcowart@zuckerman.com*
399 Park Avenue, 14th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256

MEIRAM BENDAT, ESQ. (Cal. Bar No. 198884)
Psych-Appeal, Inc.
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
*mbendat@psych-appeal.com*

Attorneys for Plaintiff Annette Weil
and the Provisionally Certified Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE WEIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:15-cv-07074-MWF-JPR<br><br>**DECLARATION OF MEIRAM BENDAT IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND FOR INCENTIVE AWARD** |

I, Meiram Bendat, declare as follows:

1. I am an attorney-at-law licensed to practice in the State of California, and

have been admitted to this Court.

2. I am the founder of Psych-Appeal, Inc. and am counsel to Plaintiff and the preliminarily certified class in the above-captioned action. I have personal knowledge of the facts contained in this declaration and, if called, could and would testify competently thereto under oath.

3. I submit this Declaration in support of Plaintiff's Motion for Award of Attorneys' Fees and Expenses and Incentive Award and the supporting Memorandum of Law.

4. On April 17, 2017, this Court preliminarily appointed the firms of Zuckerman Spaeder LLP ("Zuckerman") and Psych-Appeal to serve as Class Counsel representing the settlement class (the "Class"), which this Court provisionally certified (ECF No. 70).

5. I am a 1995 graduate of Columbia University. I received my law degree from the University of Southern California in 1998. I spent four years representing thousands of children and families and investigated institutional failures by the Los Angeles child welfare system designed to protect these vulnerable populations. During my tenure as a child advocate, I routinely interacted with the mental health delivery systems. I subsequently earned an M.A. in clinical psychology from Antioch University in 2006 and a Ph.D. in psychoanalytic science from the New Center for Psychoanalysis in 2015. In 2011, I founded Psych-Appeal, a firm exclusively devoted to mental health insurance advocacy. Since then, I have been extensively featured in the media and at professional conferences as a national authority on mental healthcare advocacy. I teach law and ethics to mental health professionals at the New Center for Psychoanalysis in Los Angeles, where I also serve as Chair of Ethics. I have extensive experience in class action litigation against insurers and specialize in cases involving mental health-related insurance benefit denials. Among my other litigation and advocacy experience, I have acted as co-counsel with Zuckerman on several of ERISA

class action suits, including the following:

a. *New York State Psychiatric Ass'n, Inc. v. UnitedHealth Grp.*, 798 F.3d 125 (2d Cir. 2015);

b. *Wit v. United Behavioral Health*, No. 14-CV-02346-JCS (N.D. Cal.);

c. *Alexander v. United Behavioral Health*, No. 14-CV-02346-JCS (N.D. Cal.);

d. *Craft v. Health Care Serv. Corp.*, 84 F. Supp. 3d 748, 749 (N.D. Ill. 2015);

e. *Meidl v. Aetna Inc., et al.*, No. 15-cv-01319-JCH (D. Conn); and

f. *Des Roches v. Cal. Physicians' Svc., et al.*, No. 16-cv-02848-LHK (N.D. Cal.).

6. In 2015, Plaintiff retained me for help after Cigna, and then external review organization defendant MCMC, denied her requests for TMS coverage. I recognized that Cigna's policy might affect more people than just Plaintiff, and suggested that Plaintiff also retain Zuckerman Spaeder LLP to investigate and, if warranted, litigate against Cigna on behalf of Plaintiff and a class of similarly situated individuals. Plaintiff thereafter retained Zuckerman.

7. As of June 29, 2017, Psych-Appeal has spent 33 hours this matter. At my current hourly rate of $750, which I set to be competitive in the field of complex ERISA litigation and the Los Angeles market, my lodestar is $24,750. I estimate that I will spend another 10-15 hours on the case in connection with final approval and the Fairness Hearing currently scheduled for August 28, 2017.

8. Psych-Appeal has not incurred any supplemental litigation costs in this matter.

9. Ms. Weil took her role as named plaintiff seriously and responsibly, and provided important assistance in the successful prosecution of this case. She willingly

shared personal, private details about her serious depression and her quest for a treatment that would provide some relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 30th day of June, 2017, in West Hollywood, CA.

/s/ Meiram Bendat
Meiram Bendat