# EXHIBIT 15

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ELIZABETH A. CRAFT; JANE DOE, by her next friend and parent, ELIZABETH A. CRAFT; BRYAN L. PAUTSCH; MARY DOE, by her next friend and parent, BRYAN L. PAUTSCH; on their own behalf and on behalf of all others similarly situated, | Case No. 14-cv-5853 |
| Plaintiffs, | Hon. Virginia M. Kendall |
| v. | |
| HEALTH CARE SERVICE CORPORATION, | |
| Defendant. | |

**EXHIBIT C**

**DECLARATION OF MEIRAM BENDAT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS**

I, Meiram Bendat, under penalty of perjury and subject to the provisions of 28 U.S.C. § 1746, declare as follows:

1. I am the founder of Psych-Appeal, Inc. ("Psych-Appeal") and am counsel to the Plaintiffs and the preliminary certified class in the above-captioned action. I am submitting this declaration on behalf of Psych-Appeal in support of plaintiffs' motion for attorneys' fees and reimbursement of expenses in connection with services rendered by my firm in this case.

2. I make this declaration based on personal knowledge of the facts contained herein and, if called, could testify competently thereto under oath.

Case 3:14-cv-02345-JCS Document 152-3 Filed 10/01/15 Page 2 of 4 Page ID
#: 37195

3. On September 20, 2017, this Court preliminarily appointed Zuckerman Spaeder LLP, Psych-Appeal, and Miner, Barnhill & Galland, P.C.to serve as Class Counsel representing the settlement class (the "Class"), which this Court provisionally certified (ECF No. 153).
4. In 2011, I founded Psych-Appeal, a firm exclusively devoted to mental health insurance advocacy. A description of Psych-Appeal and my biography can be found in the Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Related Relief, and accompanying exhibits. *See* ECF No. 148 at 12, and ECF No. 148-08.
5. I was retained by named plaintiff Elizabeth Craft in July 2014.
6. Attached hereto as Exhibit 1 is a summary of Psych-Appeal's lodestar to facilitate a "lodestar cross-check" by the Court.
7. As of October 16, 2017, Psych-Appeal has spent 72.55 hours on this case. At the hourly rate of $750, which I set to be competitive in the field of complex ERISA litigation and the Los Angeles market and the rate in effect when my services in this matter were rendered, my lodestar is $54,412.50.
8. Psych-Appeal did not incur any supplemental litigation costs or expenses in this matter.
9. The information in this declaration regarding Psych-Appeal's time is taken from contemporaneous records prepared and maintained by the firm in the ordinary course of business.[1] I reviewed this documentation in preparation of this declaration to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time committed to this litigation.

[1] Upon request, Psych-Appeal will provide time records to the Court.

10. I estimate that Psych-Appeal will spend another 5 hours on this matter in connection with final approval and the Fairness Hearing scheduled for December 20, 2017.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of October, 2017 in San Francisco, California.

__________________________________
Meiram Bendat

**Exhibit 1**

**Psych-Appeal Time Summary**

| **Timekeeper (Position)** | **Hours** | **Hourly Rate*** |
|---|---|---|
| Meiram Bendat | 72.55 | $750 |

**Psych-Appeal's lodestar**: **$54,412.50**

*Hourly Rate in effect at the time services were rendered.