# EXHIBIT 17

Meiram Bendat (Cal. Bar No. 198884)
PSYCH-APPEAL, INC.
8560 West Sunset Boulevard, Suite 500
West Hollywood, California 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

Daniel L. Berger (admitted *pro hac vice*)
Kyle J. McGee (admitted *pro hac vice*)
Rebecca A. Musarra (Cal. Bar No. 291250)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
dberger@gelaw.com
kmcgee@gelaw.com
rmusarra@gelaw.com

Jason S. Cowart (admitted *pro hac vice*)
D. Brian Hufford*
Steven N. Herman (admitted *pro hac vice*)
Nell Z. Peyser (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 10th Floor
New York, New York 10036
Tel: (212) 704-9600
Fax: (212) 704-4256
jcowart@zuckerman.com
sherman@zuckerman.com
npeyser@zuckerman.com

*Attorneys for Plaintiffs Charles Des Roches, Sylvia Meyer, Gayle Tamler Greco and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHARLES DES ROCHES, on his own behalf and on behalf of his beneficiary son, R.D., and all others similarly situated, SYLVIA MEYER, on her own behalf and all others similarly situated, and GAYLE TAMLER GRECO, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY; and HUMAN AFFAIRS INTERNATIONAL OF CALIFORNIA, INC.,<br><br>Defendants. | Case No. 5:16-cv-2848(LHK)<br><br>**DECLARATION OF MEIRAM BENDAT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS** |

*Not admitted in the U.S. District Court for the Northern District of California.

Case 5:16-cv-02848-LHK Document 244 Filed 05/15/18 Page 3 of 6

I, Meiram Bendat, under penalty of perjury and subject to the provisions of 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age. I am the founder of the law firm of Psych-Appeal, Inc. ("Psych-Appeal"), counsel to Plaintiffs and the Class in the above-captioned action. I am licensed to practice law in the State of California. I submit this declaration on behalf of Psych-Appeal in support of Plaintiffs' motion for attorneys' fees, expenses, and incentive awards.

2. I make this declaration based on personal knowledge of the facts contained herein and, if called, could testify competently thereto under oath.

**I. Class Counsel**

3. On May 26, 2016, Grant & Eisenhofer, P.A. ("G&E"), Zuckerman Spaeder LLP ("Zuckerman"), and Psych-Appeal filed the initial Class Action Complaint in this action on behalf of the Plaintiffs. ECF No. 1.

4. On June 15, 2017, this Court certified the Class and appointed G&E, Zuckerman, and Psych-Appeal as Class Counsel. ECF No. 123.

5. After nearly two years of litigation, on December 12, 2017, the parties reached a settlement in this matter and notified the Court. ECF No. 222. Plaintiffs filed the motion for preliminary approval on January 15, 2018. ECF No. 224. After a hearing, on February 5, 2018, this Court entered an order granting preliminary approval of the settlement. ECF No. 234.

6. Class Counsel undertook, and has handled, this matter entirely on a contingent fee basis, expending substantial time and resources to litigate and resolve this action on a favorable basis for the Class.

**A. Psych-Appeal, Inc.**

7. Psych-Appeal is the country's first private law firm exclusively devoted to mental health insurance advocacy. Psych-Appeal was established in 2011 by me, an attorney and psychotherapist (M.A. in clinical psychology and a Ph.D. in psychoanalytic science) with extensive clinical experience treating children, adults, and families in outpatient and inpatient settings.

8. Due to my unique background in law and mental health, I have been able to challenge previously unexposed managed care abuses that systematically deprive patients of access to mental health treatment. My cases have been reported on by 60 Minutes, National Public Radio, *The New York Times*, *Forbes*, and *Psychiatric News*.

9. Widely regarded a national authority on mental health parity and access, I consult to various consumer and provider organizations such as the National Council for Behavioral Health, National Association of Psychiatric Health Systems, Parity Implementation Coalition, and The Kennedy Forum. I am a member of the board of directors of Mental Health Advocacy Services and serve as a distinguished Ittleson Consultant to the Group for the Advancement of Psychiatry, a mental health think tank comprised of some of the country's leading researchers and clinicians. I teach law and ethics to post-graduate clinicians at the New Center for Psychoanalysis in Los Angeles, where I also serve as Chair of Ethics. I present at annual conferences of the American Psychiatric Association and at universities such as Yale Medical School, Butler Hospital (Brown University), and UCLA. I have also authored and edited a number of scholarly and professional works on the intersection of clinical practice, mental health parity, and the Affordable Care Act.

10. Along with co-counsel at Zuckerman and G&E, I have spearheaded cutting-edge mental health parity and medical necessity litigation around the country.

11. I have acted as co-counsel with Zuckerman on several of ERISA class action suits, including the following:

a. *New York State Psychiatric Ass'n, Inc. v. UnitedHealth Grp.*, 798 F.3d 125 (2d Cir. 2015);

b. *Wit v. United Behavioral Health*, No. 14-CV-02346-JCS (N.D. Cal.);

c. *Alexander v. United Behavioral Health*, No. 14-CV-02346-JCS (N.D. Cal.);

d. *Craft v. Health Care Serv. Corp.*, 84 F. Supp. 3d 748 (N.D. Ill. 2015);

e. *Meidl v. Aetna Inc., et al.*, No. 15-cv-01319-JCH (D. Conn); and

f. *Weil v. Cigna Health & Life Ins. Co.*, No. 14-CV-07074-MWF-JPR, 2017 WL 3737851 (C.D. Cal. Aug. 29, 2017).

12. Since founding Psych-Appeal, I have recovered millions of dollars in wrongly denied benefits on behalf of my clients and have catalyzed significant managed care regulatory reforms.

13. I uncovered the underlying allegations in this matter and have served as co-counsel for the duration of the case.

14. Psych-Appeal undertook this matter on a contingency fee basis.

**B. Grant & Eisenhofer, P.A.**

15. The accompanying Declaration of Daniel L. Berger summarizes G&E's experience and expertise.

**C. Zuckerman Spaeder LLP**

16. The accompanying Declaration of Steven Herman summarizes Zuckerman's experience and expertise.

**II. Lodestar**

17. As of May 14, 2018, Psych-Appeal has spent 437.70 hours on this case. At the hourly rate of $750, which I set to be competitive in the field of complex ERISA litigation and the Los Angeles market, my lodestar is $328,275.00.

18. The above information about Psych-Appeal's lodestar is also reflected in Exhibit A to the accompanying Declaration of Steven Herman, which contains Class Counsel's entire lodestar.

19. The information in this declaration regarding Psych-Appeal's time and expenses is taken from contemporaneous time and expense records and supporting documentation (expense vouchers, check records, books, and records) prepared and maintained by the firm in the ordinary course of business.[1] I reviewed summary information regarding the firm's time and expenses in preparation of this declaration to evaluate the necessity for, and reasonableness of, the time, costs, and expenses committed to this litigation.

[1] Upon request, Psych-Appeal will provide time records and receipts for the listed expenses to the Court.

**III. Hours Expended**

20. Class Counsel have collectively spent 14,326.80 hours on this case since 2016. For a further discussion of hours expended, see the accompanying Declaration of Steven Herman at ¶¶ 19-24.

21. As of May 14, 2018, Psych-Appeal has spent 437.70 hours on this case. I estimate that Psych-Appeal will spend another 20 hours on this matter to prepare submissions for final approval, address any objections to the settlement, and prepare for and participate in the final fairness hearing scheduled for June 28, 2018.

22. I believe that Psych-Appeal's time, costs, and expenses as set forth herein are reasonable and were necessary for the effective and efficient prosecution and resolution of this litigation. I also believe the time, costs, and expenses are of the type that would normally be charged to a fee-paying client in the private legal marketplace.

**III. Expenses**

23. My litigation expenses in this matter were $934.81. All of my expenses were travel costs that I incurred attending various hearings and conferences before this Court, as well as mediation sessions.

24. The above information about Psych-Appeal's expenses is also reflected in Table B within the accompanying Declaration of Steven Herman, which contains Class Counsel's entire expenses by category.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May 2018, in Los Angeles, CA.

*/s/ Meiram Bendat*

Meiram Bendat
PSYCH-APPEAL, INC.
8560 West Sunset Boulevard, Suite 500
West Hollywood, California 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com