# EXHIBIT 24

| Matter | Date | Name | Hours | Level | Rate | TOTAL | Description |
|---|---|---|---|---|---|---|---|
| Alex (14026) | 12/8/2014 | Andrew Caridas | 1.20 | associate | $ 460.00 | $ 552.00 | Prepare service packet. |
| Wit (13877) | 9/30/2015 | Scott A. Hanna | 2.60 | staff attorney | $ 350.00 | $ 910.00 | Print all claim denial letters and appeal denial letters in Wit Claim Sample Review and assemble review binders containing same. |
| Wit (13877) | 10/24/2015 | Scott A. Hanna | 9.00 | staff attorney | $ 350.00 | $ 3,150.00 | Print denial letters, appeal letters, case notes, and plan/COC for each sample in Wit Claims Sample. |
| Wit (13877) | 10/25/2015 | Scott A. Hanna | 2.40 | staff attorney | $ 350.00 | $ 840.00 | Print denial letters, appeal letters, case notes, and plan/COC for each sample in Wit Claims Sample. |
| Wit (13877) | 10/31/2015 | Scott A. Hanna | 3.20 | staff attorney | $ 350.00 | $ 1,120.00 | Print and assemble claim and appeal denial letters for entire Wit claim sample. |
| Alex (14026) | 11/30/2015 | Scott A. Hanna | 3.50 | staff attorney | $ 350.00 | $ 1,225.00 | Electronic filing: upload all OP and IOP claim sample documents to individual subfolders in DMS casefile. |
| Wit (13877) | 3/29/2016 | Ramya Kasturi | 0.20 | associate | $ 475.00 | $ 95.00 | Help Jer-Wei (Jay) Chen retrieve filed documents related to motion for class certification. |
| Alex (14026) | 1/6/2017 | Jason S. Cowart | 0.60 | partner | $ 875.00 | $ 525.00 | Prepare for upcoming document review training. |
| Wit (13877) | 1/6/2017 | Jason S. Cowart | 0.60 | partner | $ 875.00 | $ 525.00 | Prepare for upcoming document review training. |
| Alex (14026) | 1/9/2017 | Jason S. Cowart | 0.50 | partner | $ 875.00 | $ 437.50 | Prepare for upcoming document review training. |
| Wit (13877) | 1/9/2017 | Jason S. Cowart | 0.50 | partner | $ 875.00 | $ 437.50 | Prepare for upcoming document review training. |
| Alex (14026) | 3/24/2017 | Nina J. Falvello | 0.30 | staff attorney | $ 350.00 | $ 105.00 | Schedule weekly meeting and forward information and meeting invitation. |
| Alex (14026) | 4/19/2017 | Andrew McWilliams | 1.80 | Staff Attorney | $ 350.00 | $ 630.00 | half of time organizing key documents |
| Wit (13877) | 4/19/2017 | Andrew McWilliams | 1.80 | Staff Attorney | $ 350.00 | $ 630.00 | half of time organizing key documents |
| Alex (14026) | 4/20/2017 | Andrew McWilliams | 1.80 | Staff Attorney | $ 350.00 | $ 630.00 | half of time organizing evidence in preparation for depositions |
| Wit (13877) | 4/20/2017 | Andrew McWilliams | 1.80 | Staff Attorney | $ 350.00 | $ 630.00 | half of time organizing evidence in preparation for depositions |
| Alex (14026) | 4/25/2017 | Andrew McWilliams | 1.50 | Staff Attorney | $ 350.00 | $ 525.00 | half of time organizing documents for deposition preparation. |
| Wit (13877) | 4/25/2017 | Andrew McWilliams | 1.50 | Staff Attorney | $ 350.00 | $ 525.00 | half of time organizing documents for deposition preparation. |
| Wit (13877) | 9/8/2017 | Jason S. Cowart | 0.10 | partner | $ 875.00 | $ 87.50 | Schedule call with mediator. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alex (14026) | 9/8/2017 | Jason S. Cowart | 0.10 | partner | $ 875.00 | $ 87.50 | Schedule call with mediator. |
| Alex (14026) | 9/24/2017 | Andrew McWilliams | 2.70 | Staff Attorney | $ 350.00 | $ 945.00 | half of time organizing documents and preparing binders for trial |
| Wit (13877) | 9/24/2017 | Andrew McWilliams | 2.70 | Staff Attorney | $ 350.00 | $ 945.00 | half of time organizing documents and preparing binders for trial |
| Wit (13877) | 1/4/2018 | Nina J. Falvello | 0.20 | staff attorney | $ 360.00 | $ 72.00 | Update call list and transcribe voice mail. |
| Alex (14026) | 2/13/2018 | Adam Abelson | 0.20 | Associate | $ 625.00 | $ 125.00 | Compile and send hard copy filings to Judge (time for all tasks split evenly between Wit and Alexander cases). |
| Wit (13877) | 2/13/2018 | Adam Abelson | 0.20 | Associate | $ 625.00 | $ 125.00 | Compile and send hard copy filings to Judge (time for all tasks split evenly between Wit and Alexander cases). |
| Wit (13877) | 4/10/2018 | Nina J. Falvello | 0.10 | staff attorney | $ 360.00 | $ 36.00 | Log voice mail and correspondence. |
| Wit (13877) | 4/23/2018 | Nina J. Falvello | 0.10 | staff attorney | $ 360.00 | $ 36.00 | Add class members' contact to call list. |
| Alex (14026) | 11/6/2018 | Nina J. Falvello | 0.20 | staff attorney | $ 360.00 | $ 72.00 | Log class member messages. [Time is allotted between matters 13077.0001, Wit, and 14026.0001, Alexander, more or less equally.] |
| Wit (13877) | 11/14/2018 | Nina J. Falvello | 0.10 | staff attorney | $ 360.00 | $ 36.00 | Log class member voice mail. |
| Alex (14026) | 12/10/2018 | Nina J. Falvello | 0.20 | staff attorney | $ 360.00 | $ 72.00 | Log class member inquiries. [Time is allotted between matters 13077.0001, Wit, and 14026.0001, Alexander, more or less equally.] |
| Wit (13877) | 12/10/2018 | Nina J. Falvello | 0.20 | staff attorney | $ 360.00 | $ 72.00 | Log class member inquiries. [Time is allotted between matters 13077.0001, Wit, and 14026.0001, Alexander, more or less equally.] |
| Alex (14026) | 12/17/2018 | Nina J. Falvello | 0.10 | staff attorney | $ 360.00 | $ 36.00 | Log class member inquiries. [Time is allotted between matters 13077.0001, Wit, and 14026.0001, Alexander, more or less equally.] |
| Alex (14026) | 12/18/2019 | Nina J. Falvello | 0.10 | staff attorney | $ 375.00 | $ 37.50 | Update call list regarding contact with class member. |
| Alex (14026) | 12/26/2019 | Nina J. Falvello | 1.00 | staff attorney | $ 375.00 | $ 375.00 | Update call list and respond to class member inquiry. |
| Wit (13877) | 1/6/2020 | Nina J. Falvello | 0.40 | staff attorney | $ 390.00 | $ 156.00 | Log class member inquiry and respond to class member. |
| Wit (13877) | 1/24/2020 | Nina J. Falvello | 0.30 | staff attorney | $ 390.00 | $ 117.00 | Update call entry regarding class member. |
| | | | 43.80 | | | $ 16,924.50 | |
| | | | | | | | |
| | | | | | | | |