# EXHIBIT 28

| Case | Date | Hours | Rate | Total | Adj Rate $700 | Total | DIFF | Description |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. Unite | 7/28/2014 | 2.5 | $900 | $2,250 | $ 700.00 | $ 1,750.00 | $ 500.00 | Researched clinical standards of care. |
| Wit et al. v. Unite | 8/7/2014 | 3.3 | $900 | $2,970 | $ 700.00 | $ 2,310.00 | $ 660.00 | Researched clinical standards. |
| Alexander v. UBH | 9/28/2014 | 2.5 | $900 | $2,250 | $ 700.00 | $ 1,750.00 | $ 500.00 | Researched clinical standards and prepared memo to co-counsel. |
| Alexander v. UBH | 8/11/2015 | 1.1 | $900 | $990 | $ 700.00 | $ 770.00 | $ 220.00 | Researched data for interrogatory responses |
| Wit et al. v. Unite | 3/2/2016 | 1.1 | $900 | $990 | $ 700.00 | $ 770.00 | $ 220.00 | Researched state guideline mandates and prepared memo to co-counsel. |
| Wit et al. v. Unite | 8/11/2016 | 5.3 | $900 | $4,770 | $ 700.00 | $ 3,710.00 | $ 1,060.00 | Researched clinical standards of care. |
| Wit et al. v. Unite | 9/4/2016 | 7.1 | $900 | $6,390 | $ 700.00 | $ 4,970.00 | $ 1,420.00 | Researched case law re: ERISA plan identification; investigated and reviewed evidence re: UHIC knowledge of ERISA plans; reviewed claims sample w/r/t consistency of denials based on medical necessity/LOCs; reviewed discovery production from UBH re: affordability and conflict of interest; prepared multiple emails to co-counsel, corresponded via telephone with co-counsel (Caroline Reynolds). |
| Wit et al. v. Unite | 11/14/2016 | 0.9 | $900 | $810 | $ 700.00 | $ 630.00 | $ 180.00 | Researched privacy of substance use disorder records and prepared email to Caroline Reynolds. |
| Wit et al. v. Unite | 12/23/2016 | 2 | $900 | $1,800 | $ 700.00 | $ 1,400.00 | $ 400.00 | Researched and collated documents; drafted memo to co-counsel re: expert reports. |
| Wit et al. v. Unite | 2/5/2017 | 4 | $900 | $3,600 | $ 700.00 | $ 2,800.00 | $ 800.00 | Reviewed and revised settlement letters, researched evidence, and prepared correspondence to co-counsel. |
| Wit et al. v. Unite | 2/18/2017 | 2.8 | $900 | $2,520 | $ 700.00 | $ 1,960.00 | $ 560.00 | Researched FOIA request standards, conferred with co-counsel (Caroline Reynolds) re: FOIA request to CMS; prepared FOIA request. |
| Wit et al. v. Unite | 3/4/2017 | 2.8 | $900 | $2,520 | $ 700.00 | $ 1,960.00 | $ 560.00 | Researched and analyzed UBH regulatory actions and prepared memo to co-counsel. |
| Wit et al. v. Unite | 3/17/2017 | 5.5 | $900 | $4,950 | $ 700.00 | $ 3,850.00 | $ 1,100.00 | Reviewed discovery produced by UBH. Conducted research re: clinical data and legal standards pertaining to managed care ethics. Prepared emails to co-counsel. |
| Wit et al. v. Unite | 4/2/2017 | 3.5 | $900 | $3,150 | $ 700.00 | $ 2,450.00 | $ 700.00 | Reviewed discovery, conducted research, and prepared emails to co-counsel. |
| Wit et al. v. Unite | 4/3/2017 | 5.8 | $900 | $5,220 | $ 700.00 | $ 4,060.00 | $ 1,160.00 | Reviewed discovery, conducted research, and prepared emails to co-counsel. |
| Wit et al. v. Unite | 4/4/2017 | 7.2 | $900 | $6,480 | $ 700.00 | $ 5,040.00 | $ 1,440.00 | Reviewed discovery, researched data, and prepared multiple emails to co-counsel. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wit et al. v. Unite | 4/29/2017 | 4.6 | $900 | $4,140 | $ | 700.00 | $ | 3,220.00 | $ | 920.00 | Reviewed discovery, conducted investigation, researched clinical data, and prepared memo to co-counsel re: deposition of Danesh Alam. |
| Wit et al. v. Unite | 5/1/2017 | 2.5 | $900 | $2,250 | $ | 700.00 | $ | 1,750.00 | $ | 500.00 | Researched and prepared questions for deposition of Danesh Alam. Prepared memo for and communicated with co-counsel re Alam deposition. |
| Wit et al. v. Unite | 6/15/2017 | 3.2 | $900 | $2,880 | $ | 700.00 | $ | 2,240.00 | $ | 640.00 | Reviewed/edited opposition to motion for summary judgment. Researched citations from depositions. |
| Wit et al. v. Unite | 7/12/2017 | 5 | $900 | $4,500 | $ | 700.00 | $ | 3,500.00 | $ | 1,000.00 | Multiple calls and emails to co-counsel (Caroline Reynolds) re: settlement. Researched and analyzed clinical evidence in support of settlement positions re: guidelines and retrospective relief. Edited multiple drafts of retrospective relief/settlement demand. |
| Wit et al. v. Unite | 1/31/2018 | 1.5 | $900 | $1,350 | $ | 700.00 | $ | 1,050.00 | $ | 300.00 | Call with co-counsel (Caroline Reynolds) re: post-trial brief. Researched DOL regulation re: review of managed care guidelines and prepared email to co-counsel. |
| Wit et al. v. Unite | 4/17/2019 | 1 | $900 | $900 | $ | 700.00 | $ | 700.00 | $ | 200.00 | Researched potential special master/monitor and reprocessing options. |
| Wit et al. v. Unite | 4/30/2019 | 3.2 | $900 | $2,880 | $ | 700.00 | $ | 2,240.00 | $ | 640.00 | Reviewed remedies brief, conducted legal research, and drafted email to co-counsel. |
| Wit et al. v. Unite | 5/2/2019 | 0.3 | $900 | $270 | $ | 700.00 | $ | 210.00 | $ | 60.00 | Researched interest rates (federal/state) and prepared email to co-counsel. |
| Wit et al. v. Unite | 2/12/2020 | 1.8 | $900 | $1,620 | $ | 700.00 | $ | 1,260.00 | $ | 360.00 | Researched class member ([redacted]) query re: class membership/claims, reviewed voluminous records, and prepared response. {redaction: PII} |
| Wit et al. v. Unite | 3/24/2020 | 2.4 | $900 | $2,160 | $ | 700.00 | $ | 1,680.00 | $ | 480.00 | Reviewed court's order re: remedies, researched case law, analyzed law/facts, and prepared multiple emails to co-counsel. |
| Wit et al. v. Unite | 3/31/2020 | 2.5 | $900 | $2,250 | $ | 700.00 | $ | 1,750.00 | $ | 500.00 | Reviewed regulatory findings in RI market conduct exam of UBH, researched data, and prepared memo to co-counsel re: application to Wit/Alexander. |
| Wit et al. v. Unite | 5/30/2020 | 0.5 | $900 | $450 | $ | 700.00 | $ | 350.00 | $ | 100.00 | Researched UBH position on ASAM Level 3.1 and 3.3 and prepared memo to co-counsel. |
| Wit et al. v. Unite | 6/12/2020 | 5.7 | $900 | $5,130 | $ | 700.00 | $ | 3,990.00 | $ | 1,140.00 | Researched/collated supporting documents/exhibits for remedies brief. Reviewed/edited remedies brief. |
| Wit et al. v. Unite | 8/9/2020 | 4.5 | $900 | $4,050 | $ | 700.00 | $ | 3,150.00 | $ | 900.00 | Researched and reviewed impact of court's liability findings on regulators, mental health field, and legislation. Prepared memo to co-counsel. |

| | | | |
|---|---|---|---|
| **96.1** | **$86,490** | **$ 67,270.00** | **$ 19,220.00** |