# EXHIBIT 29

| Matter | Date | Name | Hours | Level | Rate | TOTAL | Description |
|---|---|---|---|---|---|---|---|
| Wit (13877) | 5/21/2014 | D. Brian Hufford | 0.80 | partner | $ 905.00 | $ 724.00 | Finalize complaint; telephone call with press regarding new complaint. |
| Wit (13877) | 5/22/2014 | D. Brian Hufford | 1.20 | partner | $ 905.00 | $ 1,086.00 | Telephone call with press regarding new complaint; review draft press releases regarding same; review documents relating to other potential plaintiffs. |
| Wit (13877) | 9/21/2016 | D. Brian Hufford | 1.40 | partner | $ 975.00 | $ 1,365.00 | Review/analyze documents on merits of dispute; telephone calls with press and other counsel relating to class decision; telephone call with potential class member; review/analyze documents concerning same; review material from related United case; review/analyze document requests and related correspondence. |
| Wit (13877) | 9/27/2016 | D. Brian Hufford | 1.20 | partner | $ 975.00 | $ 1,170.00 | Telephone call with potential class member; review/analyze documents relating to same; draft memo relating to legal implications; telephone call with press concerning class certification decision. |
| Alex (14026) | 9/26/2017 | Richard A. Kraus | 0.03 | associate | $ 425.00 | $ 12.75 | Confer with Jason S. Cowart on trial publicity issue. |
| Wit (13877) | 9/26/2017 | Richard A. Kraus | 0.03 | associate | $ 425.00 | $ 12.75 | Confer with Jason S. Cowart on trial publicity issue. |
| Alex (14026) | 9/28/2017 | Richard A. Kraus | 1.10 | associate | $ 425.00 | $ 467.50 | Draft memo on trial publicity issues. |
| Wit (13877) | 9/28/2017 | Richard A. Kraus | 1.10 | associate | $ 425.00 | $ 467.50 | Draft memo on trial publicity issues. |
| Alex (14026) | 9/29/2017 | Jason S. Cowart | 0.20 | partner | $ 875.00 | $ 175.00 | E-mails and calls regarding press contacts; review memo regarding same. |
| Wit (13877) | 9/29/2017 | Jason S. Cowart | 0.20 | partner | $ 875.00 | $ 175.00 | E-mails and calls regarding press contacts; review memo regarding same. |
| Wit (13877) | 10/4/2017 | D. Brian Hufford | 0.60 | partner | $ 1,025.00 | $ 615.00 | Reviewed/analyzed correspondence relating to upcoming trial and press coverage. |
| Wit (13877) | 5/10/2018 | D. Brian Hufford | 0.80 | partner | $ 1,050.00 | $ 840.00 | Reviewed/edited draft announcements concerning Wit trial; telephone call with reporter concerning same. |
| Alex (14026) | 8/16/2018 | Caroline E. Reynolds | 0.90 | partner | $ 750.00 | $ 675.00 | Confer with Corinna Klein, Gary Alexander regarding press inquiries and case status. |
| Wit (13877) | 8/16/2018 | Caroline E. Reynolds | 0.60 | partner | $ 750.00 | $ 450.00 | Confer with Brandt Pfeifer, Brian Muir regarding press inquiries and case status. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alex (14026) | 1/8/2019 | Adam Abelson | 0.20 | Associate | $ 650.00 | $ 130.00 | Review article about case (0.1); e-mails regarding request for status conference (0.1) (time for all tasks split evenly between Wit and Alexander cases). |
| Wit (13877) | 1/8/2019 | Adam Abelson | 0.20 | Associate | $ 650.00 | $ 130.00 | Review article about case (0.1); e-mails regarding request for status conference (0.1) (time for all tasks split evenly between Wit and Alexander cases) . |
| Alex (14026) | 3/1/2019 | Caroline E. Reynolds | 2.10 | partner | $ 785.00 | $ 1,648.50 | Review Findings of Fact and Conclusions of Law (.6); confer with Zuckerman Spaeder public relations team regarding media plan in connection with same (.5); confer with trial team regarding decision and next steps (.5); review drafts of press release (.1); confer via email with Named Plaintiffs regarding the ruling (.3); confer via voicemail and email with Andy Holmer regarding redactions process (.1) (all time split between Wit and Alexander cases). ` |
| Wit (13877) | 3/1/2019 | Caroline E. Reynolds | 2.10 | partner | $ 785.00 | $ 1,648.50 | Review Findings of Fact and Conclusions of Law (.6); confer with Zuckerman Spaeder public relations team regarding media plan in connection with same (.5); confer with trial team regarding decision and next steps (.5); review drafts of press release (.1); confer via email with Named Plaintiffs regarding the ruling (.2); confer via voicemail and email with Andy Holmer regarding redactions process (.2) (all time split between Wit and Alexander cases). ` |
| Alex (14026) | 3/1/2019 | D. Brian Hufford | 0.75 | partner | $ 1,095.00 | $ 821.25 | Team meetings concerning same trial decision; conference call with team to discuss press coverage and strategy. |
| Wit (13877) | 3/1/2019 | D. Brian Hufford | 0.75 | partner | $ 1,095.00 | $ 821.25 | Team meetings concerning trial decision; conference call with team to discuss press coverage and strategy. |
| Wit (13877) | 3/3/2019 | D. Brian Hufford | 0.60 | partner | $ 1,095.00 | $ 657.00 | Correspondence relating to media coverage of trial decision and related strategy, and related to what redactions, if any, might be required from decision. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alex (14026) | 3/3/2019 | Jason S. Cowart | 1.00 | partner | $ 940.00 | $ 940.00 | Call with Caroline Reynolds regarding decision, redactions and next steps (0.2); emails regarding press responses and review drafts of same (0.3); emails regarding redactions of trial decision (0.3); review draft notice regarding such redactions (0.2). |
| Wit (13877) | 3/3/2019 | Jason S. Cowart | 1.00 | partner | $ 940.00 | $ 940.00 | Call with Caroline Reynolds regarding decision, redactions and next steps (0.2); emails regarding press responses and review drafts of same (0.3); emails regarding redactions of trial decision (0.3); review draft notice regarding such redactions (0.2). |
| Alex (14026) | 3/4/2019 | Caroline E. Reynolds | 3.20 | partner | $ 785.00 | $ 2,512.00 | Finalize notice regarding redactions (.1); finalize draft administrative motion regarding immediate release of findings (1.2); confer with class administrator, opposing counsel regarding update to website (.3); revise press release and confer with team regarding same (.4); draft and send guidance to named plaintiffs relating to press inquiries (.7); confer with Adam Abelson (.3), Meiram Bendat (.1) regarding legal strategy issues (all time split between Wit and Alexander cases); review redactions proposed by UBH and discuss same with team (.1). ` |
| Wit (13877) | 3/4/2019 | Caroline E. Reynolds | 3.30 | partner | $ 785.00 | $ 2,590.50 | Finalize draft administrative motion regarding immediate release of findings (1.3); confer with class administrator, opposing counsel regarding update to website (.3); revise press release and confer with team regarding same (.4); draft and send guidance to named plaintiffs relating to press inquiries (.8); confer with Adam Abelson (.2), Meiram Bendat (.2) regarding legal strategy issues (all time split between Wit and Alexander cases); review redactions proposed by UBH and discuss same with team (.1). ` |
| Alex (14026) | 3/4/2019 | D. Brian Hufford | 0.60 | partner | $ 1,095.00 | $ 657.00 | Communications concerning potential press release and communications relating to decision, and to potential redactions; review/analyze decision relating to remedies |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wit (13877) | 3/4/2019 | D. Brian Hufford | 0.60 | partner | $ 1,095.00 | $ 657.00 | Communications concerning potential press release and communications relating to decision, and to potential redactions; review/analyze decision relating to remedies |
| Alex (14026) | 3/5/2019 | Adam Abelson | 1.10 | Associate | $ 650.00 | $ 715.00 | Confer with team regarding various items including press coverage (0.3); review opinion and annotate for remedy phase (0.8) (time for all tasks split evenly between Wit and Alexander cases). |
| Wit (13877) | 3/5/2019 | Adam Abelson | 1.10 | Associate | $ 650.00 | $ 715.00 | Confer with team regarding various items including press coverage (0.3); review opinion and annotate for remedy phase (0.8) (time for all tasks split evenly between Wit and Alexander cases). |
| Alex (14026) | 3/5/2019 | Caroline E. Reynolds | 1.60 | partner | $ 785.00 | $ 1,256.00 | Prepare remedies phase to-do list and confer with team regarding same (.3); instruct class administrator regarding website changes (.2); email Named Plaintiffs regarding redacted decision and planned conference call (.2); confer with Meiram Bendat, Zuckerman team regarding press releases and review draft releases (.6); emails with colleagues, class members regarding publicly-filed version of Findings of Fact and Conclusions of Law (.2); confer with Nina Falvello regarding class member inquiries (.1). ` |
| Wit (13877) | 3/5/2019 | Caroline E. Reynolds | 1.70 | partner | $ 785.00 | $ 1,334.50 | Confer with opposing counsel regarding redactions and administrative motion (.1); prepare remedies phase to-do list and confer with team regarding same (.3); instruct class administrator regarding website changes (.1); email Named Plaintiffs regarding redacted decision and planned conference call (.2); confer with Meiram Bendat, Zuckerman team regarding press releases and review draft releases (.6); emails with colleagues, class members regarding publicly-filed version of Findings of Fact and Conclusions of Law (.2); confer with Nina Falvello regarding class member inquiries (.2). ` |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alex (14026) | 3/5/2019 | D. Brian Hufford | 0.90 | partner | $ 1,095.00 | $ 985.50 | Review/analyze correspondence relating to research and tasks for remedies phase, and relating to redactions for opinion; review/analyze opinion relating to remedies and potential appeal issues; finalize press release relating to decision. |
| Wit (13877) | 3/5/2019 | D. Brian Hufford | 0.90 | partner | $ 1,095.00 | $ 985.50 | Review/analyze correspondence relating to research and tasks for remedies phase, and relating to redactions for opinion; review/analyze opinion relating to remedies and potential appeal issues; finalize press release relating to decision. |
| Alex (14026) | 3/5/2019 | D. Brian Hufford | 1.40 | partner | $ 1,095.00 | $ 1,533.00 | Various telephone calls from press, behavioral health advocates and class members relating to decision. |
| Wit (13877) | 3/5/2019 | D. Brian Hufford | 1.40 | partner | $ 1,095.00 | $ 1,533.00 | Various telephone calls from press, behavioral health advocates and class members relating to decision. |
| Alex (14026) | 3/5/2019 | Jason S. Cowart | 1.00 | partner | $ 940.00 | $ 940.00 | Emails regarding UBH proposed redactions (0.2); draft/send/review emails regarding specifics of remedies (0.4); emails regarding proposed responses to class members and media (0.4) |
| Wit (13877) | 3/5/2019 | Jason S. Cowart | 1.00 | partner | $ 940.00 | $ 940.00 | Emails regarding UBH proposed redactions (0.2); draft/send/review emails regarding specifics of remedies (0.4); emails regarding proposed responses to class members and media (0.4) |
| Alex (14026) | 3/6/2019 | D. Brian Hufford | 1.80 | partner | $ 1,095.00 | $ 1,971.00 | Various telephone calls from press, behavioral health advocates and class members relating to decision; review/analyze press reports regarding same; telephone call with co-counsel concerning decision and strategy. |
| Wit (13877) | 3/6/2019 | D. Brian Hufford | 1.80 | partner | $ 1,095.00 | $ 1,971.00 | Various telephone calls from press, behavioral health advocates and class members relating to decision; review/analyze press reports regarding same; telephone call with co-counsel concerning decision and strategy. |
| Alex (14026) | 3/7/2019 | D. Brian Hufford | 1.20 | partner | $ 1,095.00 | $ 1,314.00 | Various telephone calls from press, behavioral health advocates and class members relating to decision; review/analyze press reports regarding same; telephone call with co-counsel concerning decision and strategy. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wit (13877) | 3/7/2019 | D. Brian Hufford | 1.20 | partner | $ 1,095.00 | $ 1,314.00 | Various telephone calls from press, behavioral health advocates and class members relating to decision; review/analyze press reports regarding same; telephone call with co-counsel concerning decision and strategy. |
| Alex (14026) | 3/8/2019 | D. Brian Hufford | 1.10 | partner | $ 1,095.00 | $ 1,204.50 | Various telephone calls from press, behavioral health advocates and class members relating to decision; review/analyze press reports regarding same; telephone call with co-counsel concerning decision and strategy. |
| Wit (13877) | 3/8/2019 | D. Brian Hufford | 1.10 | partner | $ 1,095.00 | $ 1,204.50 | Various telephone calls from press, behavioral health advocates and class members relating to decision; review/analyze press reports regarding same; telephone call with co-counsel concerning decision and strategy. |
| Wit (13877) | 4/2/2019 | D. Brian Hufford | 0.75 | partner | $ 1,095.00 | $ 821.25 | Telephone calls from class members and press concerning trial decision and status. |
| Wit (13877) | 4/5/2019 | D. Brian Hufford | 0.75 | partner | $ 1,095.00 | $ 821.25 | Telephone calls with associations concerning trial decision; emails relating to class action website in light of decision; research ERISA remedies in light of trial decision. |
| Wit (13877) | 4/8/2019 | D. Brian Hufford | 1.25 | partner | $ 1,095.00 | $ 1,368.75 | Review/analyze documents from class member relating to UBH denials and potential claims; emails with co-counsel and insured concerning same; telephone call with press concerning decision and potential impact. |
| Wit (13877) | 4/22/2019 | D. Brian Hufford | 0.75 | partner | $ 1,095.00 | $ 821.25 | Telephone call with press concerning trial decision; review/analyze press reports concerning same; telephone call with class member relating to trial and status. |
| Wit (13877) | 4/24/2019 | D. Brian Hufford | 0.40 | partner | $ 1,095.00 | $ 438.00 | Telephone call with press relating to Wit trial decision. |
| Wit (13877) | 4/26/2019 | D. Brian Hufford | 0.75 | partner | $ 1,095.00 | $ 821.25 | Participate in round table discussion relating to Wit case and legal issues. |
| Wit (13877) | 5/6/2019 | D. Brian Hufford | 0.30 | partner | $ 1,095.00 | $ 328.50 | Telephone call with media relating to case, remedies filings and motion to strike class claims. |
| Wit (13877) | 10/15/2019 | Adam Abelson | 0.20 | Associate | $ 650.00 | $ 130.00 | Review and comment on article regarding case. |
| Wit (13877) | 10/15/2019 | D. Brian Hufford | 0.30 | partner | $ 1,095.00 | $ 328.50 | Review/analyze draft article regarding Wit decision and impact; review/analyze press coverage of case and impact. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wit (13877) | 3/23/2020 | D. Brian Hufford | 0.60 | partner | $ 1,145.00 | $ 687.00 | Telephone call with journalist relating to Wit litigation and underlying theories and potential remedies. |
| Wit (13877) | 10/30/2020 | Caroline E. Reynolds | 1.50 | partner | $ 825.00 | $ 1,237.50 | Confer with Peter Gartrell and Liz Dervan (U.S. Senate, Finance Comm.) regarding Wit status and subsequent developments (1.0); follow-up conversation with Meiram Bendat regarding same (.5). |
| | | | 54.41 | | | $ 50,108.25 | |
| | | | | | | | |