# EXHIBIT 31

| Case | Date | Hours | Rate | Total | Adj Rate | Total | Diff | Description |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 4/25/2014 | 2.00 | $ 900.00 | $ 1,800.00 | $ 700.00 | $ 1,400.00 | $ 400.00 | Communicated with co-counsel regarding case strategy. |
| Wit et al. v. United Behavioral Health | 4/28/2014 | 0.40 | $ 900.00 | $ 360.00 | $ 700.00 | $ 280.00 | $ 80.00 | Communicated with co-counsel regarding complaint. |
| Wit et al. v. United Behavioral Health | 5/5/2014 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Communicated with co-counsel regarding complaint. |
| Wit et al. v. United Behavioral Health | 5/8/2014 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Communicated with co-counsel regarding complaint. |
| Wit et al. v. United Behavioral Health | 8/1/2014 | 2.00 | $ 900.00 | $ 1,800.00 | $ 700.00 | $ 1,400.00 | $ 400.00 | Call with co-counsel, Jason Cowart, re: FAC. |
| Wit et al. v. United Behavioral Health | 8/4/2014 | 2.00 | $ 900.00 | $ 1,800.00 | $ 700.00 | $ 1,400.00 | $ 400.00 | Call with co-counsel, Jason Cowart re: FAC. |
| Wit et al. v. United Behavioral Health | 8/5/2014 | 1.50 | $ 900.00 | $ 1,350.00 | $ 700.00 | $ 1,050.00 | $ 300.00 | Call with co-counsel, Jason Cowart re: FAC. |
| Wit et al. v. United Behavioral Health | 8/7/2014 | 2.50 | $ 900.00 | $ 2,250.00 | $ 700.00 | $ 1,750.00 | $ 500.00 | Calls with co-counsel, Jason Cowart |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 8/13/2014 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Conference call with co-counsel. |
| Wit et al. v. United Behavioral Health | 8/17/2014 | 0.70 | $ 900.00 | $ 630.00 | $ 700.00 | $ 490.00 | $ 140.00 | Communicated with co-counsel re: amended complaint. |
| Wit et al. v. United Behavioral Health | 8/18/2014 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Conferred with co-counsel re: FAC and venue opposition. |
| Alexander v. UBH | 9/24/2014 | 3.80 | $ 900.00 | $ 3,420.00 | $ 700.00 | $ 2,660.00 | $ 760.00 | Reviewed Haffner case file, UBH guidelines, and clinical literature. Prepared memo to co-counsel. |
| Alexander v. UBH | 9/28/2014 | 3.50 | $ 900.00 | $ 3,150.00 | $ 700.00 | $ 2,450.00 | $ 700.00 | Reviewed additional case documents, corresponded with client (Dave Haffner), and communicated with co-counsel. |
| Wit et al. v. United Behavioral Health | 9/29/2014 | 1.70 | $ 900.00 | $ 1,530.00 | $ 700.00 | $ 1,190.00 | $ 340.00 | Conference call with co-counsel re: discovery. |
| Alexander v. UBH | 9/29/2014 | 4.80 | $ 900.00 | $ 4,320.00 | $ 700.00 | $ 3,360.00 | $ 960.00 | Reviewed and analyzed Alexander claims and prepared memo for co-counsel. |
| Alexander v. United | 9/29/2014 | 5.00 | $ 900.00 | $ 4,500.00 | $ 700.00 | $ 3,500.00 | $ 1,000.00 | Reviewed case file and prepared memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 11/24/2014 | 2.00 | $ 900.00 | $ 1,800.00 | $ 700.00 | $ 1,400.00 | $ 400.00 | Conference call with co-counsel re: discovery |
| Alexander v. UBH | 12/2/2014 | 2.00 | $ 900.00 | $ 1,800.00 | $ 700.00 | $ 1,400.00 | $ 400.00 | Conference call with co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Alexander v. UBH | 12/3/2014 | 1.70 | $ 900.00 | $ 1,530.00 | $ 700.00 | $ 1,190.00 | $ 340.00 | Communicated with co-counsel regarding class action complaint. |
| Wit et al. v. United Behavioral Health | 12/3/2014 | 1.90 | $ 900.00 | $ 1,710.00 | $ 700.00 | $ 1,330.00 | $ 380.00 | Reviewed discovery requests and communicated with co-counsel. |
| Alexander v. UBH | 12/4/2014 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Communicated with co-counsel regarding class action complaint. |
| Wit et al. v. United Behavioral Health | 3/12/2015 | 1.30 | $ 900.00 | $ 1,170.00 | $ 700.00 | $ 910.00 | $ 260.00 | Meeting with co-counsel re: discovery. |
| Wit et al. v. United Behavioral Health | 3/13/2015 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Phone call with co-counsel re: discovery. |
| Wit et al. v. United Behavioral Health | 4/8/2015 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Conference call with co-counsel re: discovery. |
| Wit et al. v. United Behavioral Health | 5/1/2015 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Conference call with co-counsel. |
| Wit et al. v. United Behavioral Health | 5/27/2015 | 0.90 | $ 900.00 | $ 810.00 | $ 700.00 | $ 630.00 | $ 180.00 | Discovery memo to co-counsel. |
| Alexander v. UBH | 7/27/2015 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Communicated with co-counsel regarding discovery. |
| Alexander v. UBH | 8/28/2015 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Communicated with co-counsel and reviewed discovery responses. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 8/31/2015 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Communicated with co-counsel re: discovery. |
| Wit et al. v. United Behavioral Health | 8/31/2015 | 0.80 | $ 900.00 | $ 720.00 | $ 700.00 | $ 560.00 | $ 160.00 | Reviewed discovery and prepared memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 9/1/2015 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Conference call with co-counsel re: discovery. |
| Wit et al. v. United Behavioral Health | 9/11/2015 | 0.70 | $ 900.00 | $ 630.00 | $ 700.00 | $ 490.00 | $ 140.00 | Call with co-counsel re: discovery. |
| Wit et al. v. United Behavioral Health | 10/13/2015 | 3.00 | $ 900.00 | $ 2,700.00 | $ 700.00 | $ 2,100.00 | $ 600.00 | In-person meeting with co-counsel to discuss discovery/strategy. |
| Wit et al. v. United Behavioral Health | 10/14/2015 | 1.50 | $ 900.00 | $ 1,350.00 | $ 700.00 | $ 1,050.00 | $ 300.00 | In-person meeting with co-counsel to discuss discovery/strategy. |
| Wit et al. v. United Behavioral Health | 11/9/2015 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Conference call to address amended complaint |
| Wit et al. v. United Behavioral Health | 11/11/2015 | 0.70 | $ 900.00 | $ 630.00 | $ 700.00 | $ 490.00 | $ 140.00 | Communicated with co-counsel. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 11/15/2015 | 0.70 | $ 900.00 | $ | 630.00 | $ 700.00 | $ | 490.00 | $ | 140.00 | Communicated with co-counsel. |
| Wit et al. v. United Behavioral Health | 12/1/2015 | 1.00 | $ 900.00 | $ | 900.00 | $ 700.00 | $ | 700.00 | $ | 200.00 | Communicated with co-counsel regarding class-certification |
| Wit et al. v. United Behavioral Health | 12/2/2015 | 1.00 | $ 900.00 | $ | 900.00 | $ 700.00 | $ | 700.00 | $ | 200.00 | Communicated with co-counsel regarding class-certification |
| Wit et al. v. United Behavioral Health | 12/3/2015 | 0.20 | $ 900.00 | $ | 180.00 | $ 700.00 | $ | 140.00 | $ | 40.00 | Communicated with co-counsel regarding class certification. |
| Wit et al. v. United Behavioral Health | 12/3/2015 | 0.70 | $ 900.00 | $ | 630.00 | $ 700.00 | $ | 490.00 | $ | 140.00 | Communicated with co-counsel regarding class certification. |
| Wit et al. v. United Behavioral Health | 12/4/2015 | 0.50 | $ 900.00 | $ | 450.00 | $ 700.00 | $ | 350.00 | $ | 100.00 | Communicated with co-counsel regarding intervenor complaint. |
| Alexander v. UBH | 12/21/2015 | 1.50 | $ 900.00 | $ | 1,350.00 | $ 700.00 | $ | 1,050.00 | $ | 300.00 | Communicated with co-counsel re: intervenor complaint |
| Wit et al. v. United Behavioral Health | 1/4/2016 | 1.00 | $ 900.00 | $ | 900.00 | $ 700.00 | $ | 700.00 | $ | 200.00 | Conference call with co-counsel regarding 30(b)(6) depositions and class cert. |
| Wit et al. v. United Behavioral Health | 1/8/2016 | 2.00 | $ 900.00 | $ | 1,800.00 | $ 700.00 | $ | 1,400.00 | $ | 400.00 | Reviewed guideline analysis and communicated with co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 1/13/2016 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Communicated with co-counsel re: discovery. |
| Wit et al. v. United Behavioral Health | 1/14/2016 | 0.20 | $ 900.00 | $ 180.00 | $ 700.00 | $ 140.00 | $ 40.00 | Communicated with co-counsel re: discovery. |
| Wit et al. v. United Behavioral Health | 1/20/2016 | 2.70 | $ 900.00 | $ 2,430.00 | $ 700.00 | $ 1,890.00 | $ 540.00 | Reviewed Brennecke deposition transcript and prepared email/memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 1/23/2016 | 3.50 | $ 900.00 | $ 3,150.00 | $ 700.00 | $ 2,450.00 | $ 700.00 | Reviewed UBH discovery production and prepared memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 1/23/2016 | 6.30 | $ 900.00 | $ 5,670.00 | $ 700.00 | $ 4,410.00 | $ 1,260.00 | Reviewed UBH discovery production and prepared memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 2/12/2016 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Conference call with co-counsel to discuss discovery. |
| Wit et al. v. United Behavioral Health | 2/15/2016 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Conference call with co-counsel to discuss discovery. |
| Wit et al. v. United Behavioral Health | 2/18/2016 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Reviewed deposition transcript and drafted memo to co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 2/29/2016 | 1.50 | $ 900.00 | $ 1,350.00 | $ 700.00 | $ 1,050.00 | $ 300.00 | Conference call with co-counsel regarding class certification. |
| Wit et al. v. United Behavioral Health | 3/2/2016 | 1.10 | $ 900.00 | $ 990.00 | $ 700.00 | $ 770.00 | $ 220.00 | Researched state guideline mandates and prepared memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/28/2016 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Communicated with co-counsel re: motion for class certification. |
| Wit et al. v. United Behavioral Health | 4/13/2016 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Conference call with co-counsel to discuss ADR. |
| Wit et al. v. United Behavioral Health | 4/27/2016 | 0.70 | $ 900.00 | $ 630.00 | $ 700.00 | $ 490.00 | $ 140.00 | Communicated with co-counsel re: class certification motion. |
| Wit et al. v. United Behavioral Health | 4/29/2016 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Communicated with co-counsel regarding class certification. |
| Wit et al. v. United Behavioral Health | 5/7/2016 | 3.30 | $ 900.00 | $ 2,970.00 | $ 700.00 | $ 2,310.00 | $ 660.00 | Analyzed claims sample and prepared email to co-counsel. |
| Wit et al. v. United Behavioral Health | 5/9/2016 | 2.80 | $ 900.00 | $ 2,520.00 | $ 700.00 | $ 1,960.00 | $ 560.00 | Analyzed claims sample and prepared email to co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 5/16/2016 | 0.70 | $ 900.00 | $ 630.00 | $ 700.00 | $ 490.00 | $ 140.00 | Conference call with co-counsel re: experts. |
| Wit et al. v. United Behavioral Health | 6/14/2016 | 0.20 | $ 900.00 | $ 180.00 | $ 700.00 | $ 140.00 | $ 40.00 | Conference call with co-counsel re: discovery. |
| Wit et al. v. United Behavioral Health | 7/19/2016 | 0.70 | $ 900.00 | $ 630.00 | $ 700.00 | $ 490.00 | $ 140.00 | Call with Caroline Reynolds regarding expert witnesses. |
| Wit et al. v. United Behavioral Health | 8/20/2016 | 5.50 | $ 900.00 | $ 4,950.00 | $ 700.00 | $ 3,850.00 | $ 1,100.00 | Reviewed UBH discovery and prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 8/22/2016 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Communicated with Caroline Reynolds re: discovery recently produced by UBH and follow-up requests. |
| Wit et al. v. United Behavioral Health | 8/31/2016 | 0.70 | $ 900.00 | $ 630.00 | $ 700.00 | $ 490.00 | $ 140.00 | Communicated with Caroline Reynolds re: class cert hearing and additional discovery requests. Reviewed discovery. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 9/4/2016 | 7.10 | $ 900.00 | $ 6,390.00 | $ 700.00 | $ 4,970.00 | $ 1,420.00 | Researched case law re: ERISA plan identification; investigated and reviewed evidence re: UHIC knowledge of ERISA plans; reviewed claims sample w/r/t consistency of denials based on medical necessity/LOCs; reviewed discovery production from UBH re: affordability and conflict of interest; prepared multiple emails to co-counsel, corresponded via telephone with co-counsel (Caroline Reynolds). |
| Wit et al. v. United Behavioral Health | 9/10/2016 | 1.50 | $ 900.00 | $ 1,350.00 | $ 700.00 | $ 1,050.00 | $ 300.00 | Analyzed evidence (UBH Medicare guidelines) and prepared memo to co-counsel w/r/t to UBH's conflict and deviation from GASC. |
| Wit et al. v. United Behavioral Health | 9/11/2016 | 1.20 | $ 900.00 | $ 1,080.00 | $ 700.00 | $ 840.00 | $ 240.00 | Reviewed statistical data regarding use of MH/SA services by demographics and prepared memo to co-counsel as the information relates to UBH's conflict. |
| Wit et al. v. United Behavioral Health | 9/12/2016 | 1.60 | $ 900.00 | $ 1,440.00 | $ 700.00 | $ 1,120.00 | $ 320.00 | Conference call with co-counsel re: merits/conflict discovery and case strategy. |
| Wit et al. v. United Behavioral Health | 9/19/2016 | 1.50 | $ 900.00 | $ 1,350.00 | $ 700.00 | $ 1,050.00 | $ 300.00 | Conference call with co-counsel (Jason Cowart and Caroline Reynolds) re: class cert order, notice to plaintiffs and public, and discovery. |
| Wit et al. v. United Behavioral Health | 9/21/2016 | 2.00 | $ 900.00 | $ 1,800.00 | $ 700.00 | $ 1,400.00 | $ 400.00 | Conference call with co-counsel re: propounding discovery requests. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 9/28/2016 | 1.50 | $ 900.00 | $ 1,350.00 | $ 700.00 | $ 1,050.00 | $ 300.00 | ADR conference call and follow-up with co-counsel. |
| Wit et al. v. United Behavioral Health | 9/28/2016 | 0.70 | $ 900.00 | $ 630.00 | $ 700.00 | $ 490.00 | $ 140.00 | Call with Caroline Reynolds re: merits discovery and third party witnesses. |
| Wit et al. v. United Behavioral Health | 10/21/2016 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | ADR conference call and follow-up with co-counsel. |
| Wit et al. v. United Behavioral Health | 10/26/2016 | 2.20 | $ 900.00 | $ 1,980.00 | $ 700.00 | $ 1,540.00 | $ 440.00 | Reviewed 23(f) motion and prepared correspondence to co-counsel. |
| Wit et al. v. United Behavioral Health | 11/14/2016 | 0.90 | $ 900.00 | $ 810.00 | $ 700.00 | $ 630.00 | $ 180.00 | Researched privacy of substance use disorder records and prepared email to Caroline Reynolds. |
| Wit et al. v. United Behavioral Health | 11/20/2016 | 10.50 | $ 900.00 | $ 9,450.00 | $ 700.00 | $ 7,350.00 | $ 2,100.00 | Reviewed discovery and drafted email to co-counsel. |
| Wit et al. v. United Behavioral Health | 11/25/2016 | 9.60 | $ 900.00 | $ 8,640.00 | $ 700.00 | $ 6,720.00 | $ 1,920.00 | Reviewed discovery and drafted email to co-counsel. |
| Wit et al. v. United Behavioral Health | 11/26/2016 | 8.20 | $ 900.00 | $ 7,380.00 | $ 700.00 | $ 5,740.00 | $ 1,640.00 | Reviewed discovery and drafted email to co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 11/27/2016 | 5.80 | $ 900.00 | $ 5,220.00 | $ 700.00 | $ 4,060.00 | $ 1,160.00 | Reviewed discovery and drafted email to co-counsel. |
| Wit et al. v. United Behavioral Health | 12/3/2016 | 6.50 | $ 900.00 | $ 5,850.00 | $ 700.00 | $ 4,550.00 | $ 1,300.00 | Reviewed discovery and drafted email to co-counsel. |
| Wit et al. v. United Behavioral Health | 12/10/2016 | 7.50 | $ 900.00 | $ 6,750.00 | $ 700.00 | $ 5,250.00 | $ 1,500.00 | Reviewed discovery and drafted email to co-counsel. |
| Wit et al. v. United Behavioral Health | 12/16/2016 | 1.30 | $ 900.00 | $ 1,170.00 | $ 700.00 | $ 910.00 | $ 260.00 | Call with Caroline Reynolds re: discovery and meet/confer. |
| Wit et al. v. United Behavioral Health | 12/17/2016 | 10.50 | $ 900.00 | $ 9,450.00 | $ 700.00 | $ 7,350.00 | $ 2,100.00 | Reviewed discovery and drafted multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 12/18/2016 | 7.50 | $ 900.00 | $ 6,750.00 | $ 700.00 | $ 5,250.00 | $ 1,500.00 | Reviewed discovery and drafted multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 12/19/2016 | 5.50 | $ 900.00 | $ 4,950.00 | $ 700.00 | $ 3,850.00 | $ 1,100.00 | Reviewed discovery and drafted multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 12/20/2016 | 1.20 | $ 900.00 | $ 1,080.00 | $ 700.00 | $ 840.00 | $ 240.00 | Call with Caroline Reynolds re: discovery. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 12/21/2016 | 1.50 | $ 900.00 | $ 1,350.00 | $ 700.00 | $ 1,050.00 | $ 300.00 | Conference call with co-counsel re: discovery and case strategy. |
| Wit et al. v. United Behavioral Health | 12/21/2016 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Meet and confer with UBH and follow-up call with Caroline Reynolds re: discovery. |
| Wit et al. v. United Behavioral Health | 12/23/2016 | 2.00 | $ 900.00 | $ 1,800.00 | $ 700.00 | $ 1,400.00 | $ 400.00 | Researched and collated documents; drafted memo to co-counsel re: expert reports. |
| Wit et al. v. United Behavioral Health | 12/25/2016 | 2.40 | $ 900.00 | $ 2,160.00 | $ 700.00 | $ 1,680.00 | $ 480.00 | Reviewed discovery and drafted multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 12/26/2016 | 5.50 | $ 900.00 | $ 4,950.00 | $ 700.00 | $ 3,850.00 | $ 1,100.00 | Reviewed discovery and drafted multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 12/31/2016 | 4.40 | $ 900.00 | $ 3,960.00 | $ 700.00 | $ 3,080.00 | $ 880.00 | Reviewed discovery and drafted multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 1/1/2017 | 5.00 | $ 900.00 | $ 4,500.00 | $ 700.00 | $ 3,500.00 | $ 1,000.00 | Reviewed discovery and drafted multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 1/5/2017 | 0.80 | $ 900.00 | $ 720.00 | $ 700.00 | $ 560.00 | $ 160.00 | Conference call with co-counsel re: discovery and case strategy. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 1/5/2017 | 1.50 | $ 900.00 | $ 1,350.00 | $ 700.00 | $ 1,050.00 | $ 300.00 | Conference call with co-counsel re: discovery search parameters. |
| Wit et al. v. United Behavioral Health | 1/5/2017 | 3.50 | $ 900.00 | $ 3,150.00 | $ 700.00 | $ 2,450.00 | $ 700.00 | Meet and confer with UBH re: discovery. Follow up calls with Caroline Reynolds re: discovery search parameters and custodians. |
| Wit et al. v. United Behavioral Health | 1/8/2017 | 8.30 | $ 900.00 | $ 7,470.00 | $ 700.00 | $ 5,810.00 | $ 1,660.00 | Reviewed discovery and drafted multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 1/9/2017 | 0.70 | $ 900.00 | $ 630.00 | $ 700.00 | $ 490.00 | $ 140.00 | Communicated with co-counsel (Caroline Reynolds) re: discovery. |
| Wit et al. v. United Behavioral Health | 1/9/2017 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Communicated with co-counsel (Jason Cowart) re: discovery. |
| Wit et al. v. United Behavioral Health | 1/17/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Communicated with co-counsel re: case status and discovery, including proposed change in schedule. |
| Wit et al. v. United Behavioral Health | 1/17/2017 | 0.80 | $ 900.00 | $ 720.00 | $ 700.00 | $ 560.00 | $ 160.00 | Communicated with co-counsel re: discovery sorting tags and instructions to new/additional discovery reviewers. |
| Wit et al. v. United Behavioral Health | 1/19/2017 | 1.80 | $ 900.00 | $ 1,620.00 | $ 700.00 | $ 1,260.00 | $ 360.00 | Meet and confer re: settlement preceded and followed by call with co-counsel. |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 1/20/2017 | 0.50 | $ 900.00 | $ | 450.00 | $ 700.00 | $ | 350.00 | $ | 100.00 | Call with Jason Cowart re: settlement demand to UBH. |
| Wit et al. v. United Behavioral Health | 1/20/2017 | 6.30 | $ 900.00 | $ | 5,670.00 | $ 700.00 | $ | 4,410.00 | $ | 1,260.00 | Reviewed discovery and generated multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 1/21/2017 | 7.40 | $ 900.00 | $ | 6,660.00 | $ 700.00 | $ | 5,180.00 | $ | 1,480.00 | Reviewed discovery and generated multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 1/23/2017 | 1.50 | $ 900.00 | $ | 1,350.00 | $ 700.00 | $ | 1,050.00 | $ | 300.00 | Call with Caroline Reynolds re: discovery. |
| Wit et al. v. United Behavioral Health | 1/24/2017 | 1.00 | $ 900.00 | $ | 900.00 | $ 700.00 | $ | 700.00 | $ | 200.00 | Conference call with co-counsel re: case strategy. |
| Wit et al. v. United Behavioral Health | 1/27/2017 | 0.50 | $ 900.00 | $ | 450.00 | $ 700.00 | $ | 350.00 | $ | 100.00 | Call with Caroline Reynolds re: pending and new discovery requests. |
| Wit et al. v. United Behavioral Health | 1/31/2017 | 1.00 | $ 900.00 | $ | 900.00 | $ 700.00 | $ | 700.00 | $ | 200.00 | Call with co-counsel re: case strategy and outstanding discovery. |
| Wit et al. v. United Behavioral Health | 1/31/2017 | 0.90 | $ 900.00 | $ | 810.00 | $ 700.00 | $ | 630.00 | $ | 180.00 | Multiple calls with Caroline Reynolds re: discovery. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 2/2/2017 | 7.50 | $ 900.00 | $ 6,750.00 | $ 700.00 | $ 5,250.00 | $ 1,500.00 | Multiple calls with co-counsel Adam Abelson. Reviewed/edited multiple outbound (RFA, RFP, Rog) discovery drafts. Reviewed UBH-produced discovery. |
| Wit et al. v. United Behavioral Health | 2/5/2017 | 4.00 | $ 900.00 | $ 3,600.00 | $ 700.00 | $ 2,800.00 | $ 800.00 | Reviewed and revised settlement letters, researched evidence, and prepared correspondence to co-counsel. |
| Wit et al. v. United Behavioral Health | 2/7/2017 | 2.80 | $ 900.00 | $ 2,520.00 | $ 700.00 | $ 1,960.00 | $ 560.00 | Reviewed discovery and prepared email to co-counsel. |
| Wit et al. v. United Behavioral Health | 2/8/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Conference call with co-counsel (Caroline Reynolds and Adam Abelson) re: expert reports. |
| Wit et al. v. United Behavioral Health | 2/10/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Call with co-counsel re: 30(b)(6) deposition topics. |
| Wit et al. v. United Behavioral Health | 2/10/2017 | 3.20 | $ 900.00 | $ 2,880.00 | $ 700.00 | $ 2,240.00 | $ 640.00 | Reviewed discovery and prepared written correspondence to co-counsel. |
| Wit et al. v. United Behavioral Health | 2/11/2017 | 2.90 | $ 900.00 | $ 2,610.00 | $ 700.00 | $ 2,030.00 | $ 580.00 | Reviewed plaintiffs' plans, UHIC/UBH parity statements, and prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 2/12/2017 | 3.00 | $ 900.00 | $ 2,700.00 | $ 700.00 | $ 2,100.00 | $ 600.00 | Reviewed plaintiffs' plans, UHIC/UBH parity statements, and prepared emails to co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 2/18/2017 | 2.80 | $ 900.00 | $ 2,520.00 | $ 700.00 | $ 1,960.00 | $ 560.00 | Researched FOIA request standards, conferred with co-counsel (Caroline Reynolds) re: FOIA request to CMS; prepared FOIA request. |
| Wit et al. v. United Behavioral Health | 2/18/2017 | 3.30 | $ 900.00 | $ 2,970.00 | $ 700.00 | $ 2,310.00 | $ 660.00 | Reviewed discovery from UBH re: performance evaluations and prepared email to co-counsel. |
| Wit et al. v. United Behavioral Health | 2/19/2017 | 6.00 | $ 900.00 | $ 5,400.00 | $ 700.00 | $ 4,200.00 | $ 1,200.00 | Reviewed discovery and prepared multiple emails/memos to co-counsel regarding case strategy. |
| Wit et al. v. United Behavioral Health | 2/24/2017 | 0.80 | $ 900.00 | $ 720.00 | $ 700.00 | $ 560.00 | $ 160.00 | Settlement call with UBH followed by call with co-counsel. |
| Wit et al. v. United Behavioral Health | 2/25/2017 | 4.80 | $ 900.00 | $ 4,320.00 | $ 700.00 | $ 3,360.00 | $ 960.00 | Reviewed and analyzed discovery. Prepared multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 2/26/2017 | 4.00 | $ 900.00 | $ 3,600.00 | $ 700.00 | $ 2,800.00 | $ 800.00 | Reviewed and analyzed discovery. Prepared multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/3/2017 | 2.00 | $ 900.00 | $ 1,800.00 | $ 700.00 | $ 1,400.00 | $ 400.00 | Reviewed, analyzed, redlined, and discussed 2017 LOCGs with co-counsel re: settlement. |
| Wit et al. v. United Behavioral Health | 3/4/2017 | 2.80 | $ 900.00 | $ 2,520.00 | $ 700.00 | $ 1,960.00 | $ 560.00 | Researched and analyzed UBH regulatory actions and prepared memo to co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 3/6/2017 | 2.50 | $ 900.00 | $ 2,250.00 | $ 700.00 | $ 1,750.00 | $ 500.00 | Reviewed expert reports and communicated with co-counsel. |
| Wit et al. v. United Behavioral Health | 3/12/2017 | 5.50 | $ 900.00 | $ 4,950.00 | $ 700.00 | $ 3,850.00 | $ 1,100.00 | Reviewed UBH discovery and prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/15/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Meet and confer with UBH re: outstanding discovery and 30(b)(6) issues followed with call to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/16/2017 | 6.20 | $ 900.00 | $ 5,580.00 | $ 700.00 | $ 4,340.00 | $ 1,240.00 | Reviewed discovery produced by UBH and prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/17/2017 | 5.50 | $ 900.00 | $ 4,950.00 | $ 700.00 | $ 3,850.00 | $ 1,100.00 | Reviewed discovery produced by UBH. Conducted research re: clinical data and legal standards pertaining to managed care ethics. Prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/18/2017 | 6.00 | $ 900.00 | $ 5,400.00 | $ 700.00 | $ 4,200.00 | $ 1,200.00 | Reviewed discovery produced by UBH. Prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/19/2017 | 4.50 | $ 900.00 | $ 4,050.00 | $ 700.00 | $ 3,150.00 | $ 900.00 | Reviewed discovery produced by UBH. Prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/21/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Call with co-counsel and [redacted] to evaluate potential class member case. {redaction: mental impressions/legal strategy} |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 3/21/2017 | 3.50 | $ 900.00 | $ 3,150.00 | $ 700.00 | $ 2,450.00 | $ 700.00 | Reviewed UBH discovery and prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/21/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Weekly status call with co-counsel. |
| Wit et al. v. United Behavioral Health | 3/24/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Call with Caroline Reynolds followed by meet/confer with UBH re: outstanding issues. |
| Wit et al. v. United Behavioral Health | 3/25/2017 | 8.50 | $ 900.00 | $ 7,650.00 | $ 700.00 | $ 5,950.00 | $ 1,700.00 | Reviewed clinical data/literature and prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/26/2017 | 6.00 | $ 900.00 | $ 5,400.00 | $ 700.00 | $ 4,200.00 | $ 1,200.00 | Reviewed clinical data/literature and prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 3/28/2017 | 1.70 | $ 900.00 | $ 1,530.00 | $ 700.00 | $ 1,190.00 | $ 340.00 | Conference call with co-counsel to discuss discovery and pre-motion schedule. |
| Wit et al. v. United Behavioral Health | 4/2/2017 | 3.50 | $ 900.00 | $ 3,150.00 | $ 700.00 | $ 2,450.00 | $ 700.00 | Reviewed discovery, conducted research, and prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 4/3/2017 | 5.80 | $ 900.00 | $ 5,220.00 | $ 700.00 | $ 4,060.00 | $ 1,160.00 | Reviewed discovery, conducted research, and prepared emails to co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 4/4/2017 | 7.20 | $ 900.00 | $ 6,480.00 | $ 700.00 | $ 5,040.00 | $ 1,440.00 | Reviewed discovery, researched data, and prepared multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 4/4/2017 | 0.80 | $ 900.00 | $ 720.00 | $ 700.00 | $ 560.00 | $ 160.00 | Status call with co-counsel re: discovery/depositions. |
| Wit et al. v. United Behavioral Health | 4/8/2017 | 2.80 | $ 900.00 | $ 2,520.00 | $ 700.00 | $ 1,960.00 | $ 560.00 | Analyzed UBH expert report of Andrew Martorana and prepared memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 4/9/2017 | 7.50 | $ 900.00 | $ 6,750.00 | $ 700.00 | $ 5,250.00 | $ 1,500.00 | Analyzed UBH expert report of Danesh Alam and prepared memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 4/22/2017 | 4.00 | $ 900.00 | $ 3,600.00 | $ 700.00 | $ 2,800.00 | $ 800.00 | Edited expert deposition outlines and sent multiple memos to co-counsel. |
| Wit et al. v. United Behavioral Health | 4/23/2017 | 3.50 | $ 900.00 | $ 3,150.00 | $ 700.00 | $ 2,450.00 | $ 700.00 | Analyzed UBH evidence base and prepared multiple memos to co-counsel. |
| Wit et al. v. United Behavioral Health | 4/23/2017 | 1.80 | $ 900.00 | $ 1,620.00 | $ 700.00 | $ 1,260.00 | $ 360.00 | Call with co-counsel (Sara Lawson) regarding deposition of Andrew Martorana. |
| Wit et al. v. United Behavioral Health | 4/24/2017 | 4.50 | $ 900.00 | $ 4,050.00 | $ 700.00 | $ 3,150.00 | $ 900.00 | Reviewed/edited deposition outlines re: Niewenhous and Reagan. Prepared memo to co-counsel re: clinical strategy. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 4/28/2017 | 2.70 | $ 900.00 | $ 2,430.00 | $ 700.00 | $ 1,890.00 | $ 540.00 | Reviewed deposition transcript of Mark Chenven, M.D. and prepared memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 4/29/2017 | 5.00 | $ 900.00 | $ 4,500.00 | $ 700.00 | $ 3,500.00 | $ 1,000.00 | Reviewed discovery re: depositions of Heather Catlin and Keith Keytel. Prepared memos to co-counsel. |
| Wit et al. v. United Behavioral Health | 4/29/2017 | 4.60 | $ 900.00 | $ 4,140.00 | $ 700.00 | $ 3,220.00 | $ 920.00 | Reviewed discovery, conducted investigation, researched clinical data, and prepared memo to co-counsel re: deposition of Danesh Alam. |
| Wit et al. v. United Behavioral Health | 5/1/2017 | 2.50 | $ 900.00 | $ 2,250.00 | $ 700.00 | $ 1,750.00 | $ 500.00 | Researched and prepared questions for deposition of Danesh Alam. Prepared memo for and communicated with co-counsel re Alam deposition. |
| Wit et al. v. United Behavioral Health | 5/1/2017 | 0.80 | $ 900.00 | $ 720.00 | $ 700.00 | $ 560.00 | $ 160.00 | Reviewed deposition outline for 30(b)(6) deposition of Heater Catlin. Prepared memo to co-counsel re: deposition. |
| Wit et al. v. United Behavioral Health | 5/2/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Call with Caroline Reynolds re: upcoming depositions and substantive motions/litigation strategy. |
| Wit et al. v. United Behavioral Health | 5/5/2017 | 2.30 | $ 900.00 | $ 2,070.00 | $ 700.00 | $ 1,610.00 | $ 460.00 | Reviewed deposition transcript of Garry Carneal followed by debriefing with co-counsel. |
| Wit et al. v. United Behavioral Health | 5/7/2017 | 11.70 | $ 900.00 | $ 10,530.00 | $ 700.00 | $ 8,190.00 | $ 2,340.00 | Reviewed documents produced by UBH pursuant to fiduciary exception and prepared multiple memos to co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 5/8/2017 | 6.00 | $ 900.00 | $ 5,400.00 | $ 700.00 | $ 4,200.00 | $ 1,200.00 | Reviewed documents recently produced pursuant to fiduciary exception and prepared memos to co-counsel. |
| Wit et al. v. United Behavioral Health | 5/9/2017 | 5.80 | $ 900.00 | $ 5,220.00 | $ 700.00 | $ 4,060.00 | $ 1,160.00 | Redlined UBH mental health level of care guidelines for settlement purposes, communicated with co-counsel re: recommendations, and emailed draft to co-counsel. |
| Wit et al. v. United Behavioral Health | 5/12/2017 | 3.00 | $ 900.00 | $ 2,700.00 | $ 700.00 | $ 2,100.00 | $ 600.00 | Conference calls with co-counsel re: redline of UBH guidelines. |
| Wit et al. v. United Behavioral Health | 5/17/2017 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Call with co-counsel re: ERISA plan status. |
| Wit et al. v. United Behavioral Health | 5/23/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Conference call with co-counsel re: motion for summary judgment. |
| Wit et al. v. United Behavioral Health | 5/30/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Conference call with co-counsel (Caroline Reynolds and Adam Abelson) re: fact stipulations. |
| Wit et al. v. United Behavioral Health | 5/30/2017 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Conference call with co-counsel (Jason Cowart and Caroline Reynolds) re: settlement demand. |
| Wit et al. v. United Behavioral Health | 6/6/2017 | 0.70 | $ 900.00 | $ 630.00 | $ 700.00 | $ 490.00 | $ 140.00 | Call with Caroline Reynolds re: settlement, class lists, and summary judgment motion. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 6/6/2017 | 0.50 | $ 900.00 | $ | 450.00 | $ 700.00 | $ | 350.00 | $ | 100.00 | Call with Jason Cowart re: settlement. |
| Wit et al. v. United Behavioral Health | 6/14/2017 | 2.00 | $ 900.00 | $ | 1,800.00 | $ 700.00 | $ | 1,400.00 | $ | 400.00 | Conference call with co-counsel re: settlement followed by settlement call with UBH. |
| Wit et al. v. United Behavioral Health | 6/21/2017 | 0.90 | $ 900.00 | $ | 810.00 | $ 700.00 | $ | 630.00 | $ | 180.00 | Conference call with co-counsel followed by conference call with UBH re: settlement. |
| Wit et al. v. United Behavioral Health | 7/7/2017 | 1.00 | $ 900.00 | $ | 900.00 | $ 700.00 | $ | 700.00 | $ | 200.00 | Call with co-counsel re: settlement demand. |
| Wit et al. v. United Behavioral Health | 7/12/2017 | 5.00 | $ 900.00 | $ | 4,500.00 | $ 700.00 | $ | 3,500.00 | $ | 1,000.00 | Multiple calls and emails to co-counsel (Caroline Reynolds) re: settlement. Researched and analyzed clinical evidence in support of settlement positions re: guidelines and retrospective relief. Edited multiple drafts of retrospective relief/settlement demand. |
| Wit et al. v. United Behavioral Health | 7/18/2017 | 1.50 | $ 900.00 | $ | 1,350.00 | $ 700.00 | $ | 1,050.00 | $ | 300.00 | Conference call with co-counsel followed by settlement call with UBH and conference call with co-counsel to discuss settlement status. |
| Wit et al. v. United Behavioral Health | 8/23/2017 | 1.70 | $ 900.00 | $ | 1,530.00 | $ 700.00 | $ | 1,190.00 | $ | 340.00 | Settlement call with Judge Ryu and co-counsel followed by calls with co-counsel. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 8/24/2017 | 1.00 | $ 900.00 | $ | 900.00 | $ 700.00 | $ 700.00 | $ | 200.00 | Multiple calls with co-counsel re: settlement discussions. |
| Wit et al. v. United Behavioral Health | 8/25/2017 | 5.70 | $ 900.00 | $ | 5,130.00 | $ 700.00 | $ 3,990.00 | $ | 1,140.00 | Reviewed documents in plaintiffs' exhibit list for trial. Proposed additional documents and prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 9/4/2017 | 2.00 | $ 900.00 | $ | 1,800.00 | $ 700.00 | $ 1,400.00 | $ | 400.00 | Reviewed/edited trial documents and prepared emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 9/12/2017 | 2.50 | $ 900.00 | $ | 2,250.00 | $ 700.00 | $ 1,750.00 | $ | 500.00 | Call with co-counsel re: trial prep. |
| Wit et al. v. United Behavioral Health | 9/13/2017 | 4.00 | $ 900.00 | $ | 3,600.00 | $ 700.00 | $ 2,800.00 | $ | 800.00 | Call with co-counsel re: trial preparation. Reviewed evidence and sent emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 9/19/2017 | 2.00 | $ 900.00 | $ | 1,800.00 | $ 700.00 | $ 1,400.00 | $ | 400.00 | Call with co-counsel re: trial strategy/evidence base. |
| Wit et al. v. United Behavioral Health | 10/7/2017 | 3.50 | $ 900.00 | $ | 3,150.00 | $ 700.00 | $ 2,450.00 | $ | 700.00 | Reviewed evidence base and prepared comparison memo for co-counsel. |
| Wit et al. v. United Behavioral Health | 10/14/2017 | 4.00 | $ 900.00 | $ | 3,600.00 | $ 700.00 | $ 2,800.00 | $ | 800.00 | Trial preparation, including exhibit review and strategy meetings with co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 10/15/2017 | 8.00 | $ 900.00 | $ 7,200.00 | $ 700.00 | $ 5,600.00 | $ 1,600.00 | Trial preparation, including transcript review, exhibit review, and strategy meetings with co-counsel. |
| Wit et al. v. United Behavioral Health | 10/19/2017 | 7.50 | $ 900.00 | $ 6,750.00 | $ 700.00 | $ 5,250.00 | $ 1,500.00 | Trial preparation, including exhibit review, and strategy meetings with co-counsel. |
| Wit et al. v. United Behavioral Health | 10/20/2017 | 8.00 | $ 900.00 | $ 7,200.00 | $ 700.00 | $ 5,600.00 | $ 1,600.00 | Trial preparation, including exhibit review, and strategy meetings with co-counsel. |
| Wit et al. v. United Behavioral Health | 10/21/2017 | 5.50 | $ 900.00 | $ 4,950.00 | $ 700.00 | $ 3,850.00 | $ 1,100.00 | Trial preparation, including exhibit review, and strategy meetings with co-counsel. |
| Wit et al. v. United Behavioral Health | 10/22/2017 | 5.00 | $ 900.00 | $ 4,500.00 | $ 700.00 | $ 3,500.00 | $ 1,000.00 | Trial preparation, including exhibit review, review of cross-examination outline, and strategy meetings with co-counsel. |
| Wit et al. v. United Behavioral Health | 10/27/2017 | 7.50 | $ 900.00 | $ 6,750.00 | $ 700.00 | $ 5,250.00 | $ 1,500.00 | Trial preparation, including exhibit review and strategy meetings with co-counsel. |
| Wit et al. v. United Behavioral Health | 10/28/2017 | 5.50 | $ 900.00 | $ 4,950.00 | $ 700.00 | $ 3,850.00 | $ 1,100.00 | Trial preparation, including exhibit review and strategy meetings with co-counsel. |
| Wit et al. v. United Behavioral Health | 10/29/2017 | 6.50 | $ 900.00 | $ 5,850.00 | $ 700.00 | $ 4,550.00 | $ 1,300.00 | Trial preparation, including exhibit review and strategy meetings with co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 11/10/2017 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Call with Adam Abelson re: post-trial briefing on standards of care. |
| Wit et al. v. United Behavioral Health | 1/24/2018 | 1.50 | $ 900.00 | $ 1,350.00 | $ 700.00 | $ 1,050.00 | $ 300.00 | Call with co-counsel re: reply to UBH post-trial filings. |
| Wit et al. v. United Behavioral Health | 1/30/2018 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Call with co-counsel (Adam Abelson) re: post-trial brief followed by review of clinical standards of care. |
| Wit et al. v. United Behavioral Health | 1/31/2018 | 1.50 | $ 900.00 | $ 1,350.00 | $ 700.00 | $ 1,050.00 | $ 300.00 | Call with co-counsel (Caroline Reynolds) re: post-trial brief. Researched DOL regulation re: review of managed care guidelines and prepared email to co-counsel. |
| Wit et al. v. United Behavioral Health | 2/3/2018 | 1.30 | $ 900.00 | $ 1,170.00 | $ 700.00 | $ 910.00 | $ 260.00 | Call with co-counsel (Caroline Reynolds) re: post-trial brief. |
| Wit et al. v. United Behavioral Health | 2/8/2018 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Call with co-counsel (Caroline Reynolds) re: post-trial brief. |
| Wit et al. v. United Behavioral Health | 2/28/2019 | 3.20 | $ 900.00 | $ 2,880.00 | $ 700.00 | $ 2,240.00 | $ 640.00 | Reviewed and analyzed court's findings of fact / conclusions of law. Exchanged multiple calls and emails with co-counsel. Prepared communication to clients and experts. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 4/10/2019 | 0.80 | $ 900.00 | $ 720.00 | $ 700.00 | $ 560.00 | $ 160.00 | Reviewed proposed remedies and prepared email to co-counsel. |
| Wit et al. v. United Behavioral Health | 4/14/2019 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Call with co-counsel (Caroline Reynolds) and expert (Marc Fishman) re: remedies. |
| Wit et al. v. United Behavioral Health | 4/30/2019 | 3.20 | $ 900.00 | $ 2,880.00 | $ 700.00 | $ 2,240.00 | $ 640.00 | Reviewed remedies brief, conducted legal research, and drafted email to co-counsel. |
| Wit et al. v. United Behavioral Health | 5/1/2019 | 0.40 | $ 900.00 | $ 360.00 | $ 700.00 | $ 280.00 | $ 80.00 | Multiple emails to co-counsel re: remedies. |
| Wit et al. v. United Behavioral Health | 5/2/2019 | 0.30 | $ 900.00 | $ 270.00 | $ 700.00 | $ 210.00 | $ 60.00 | Researched interest rates (federal/state) and prepared email to co-counsel. |
| Wit et al. v. United Behavioral Health | 5/3/2019 | 3.80 | $ 900.00 | $ 3,420.00 | $ 700.00 | $ 2,660.00 | $ 760.00 | Analyzed decertification motion. Compared citations to evidentiary record. Call with co-counsel (Jason Cowart). Prepared multiple emails to co-counsel. |
| Wit et al. v. United Behavioral Health | 5/15/2019 | 1.60 | $ 900.00 | $ 1,440.00 | $ 700.00 | $ 1,120.00 | $ 320.00 | Reviewed UBH claims file of UBH insured who was denied outpatient and residential treatment by UBH and appears to have been omitted by UBH from class list. Prepared communication to co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 5/16/2019 | 1.30 | $ 900.00 | $ 1,170.00 | $ 700.00 | $ 910.00 | $ 260.00 | Reviewed UBH denials re: Tillitt. Prepared email to co-counsel re: reply to UBH decertification motion (regarding CDGs). |
| Wit et al. v. United Behavioral Health | 6/14/2019 | 2.80 | $ 900.00 | $ 2,520.00 | $ 700.00 | $ 1,960.00 | $ 560.00 | Reviewed UBH opposition to remedies brief, prepared multiple emails to co-counsel, and communicated by phone with co-counsel (Caroline Reynolds). |
| Wit et al. v. United Behavioral Health | 7/10/2019 | 7.70 | $ 900.00 | $ 6,930.00 | $ 700.00 | $ 5,390.00 | $ 1,540.00 | Edited remedies brief. Multiple communications with co-counsel. |
| Wit et al. v. United Behavioral Health | 7/11/2019 | 1.00 | $ 900.00 | $ 900.00 | $ 700.00 | $ 700.00 | $ 200.00 | Call with co-counsel (Brian Hufford) regarding remedies and decertification motions. |
| Wit et al. v. United Behavioral Health | 7/17/2019 | 0.30 | $ 900.00 | $ 270.00 | $ 700.00 | $ 210.00 | $ 60.00 | Call with co-counsel (Caroline Reynolds) re: class representatives and class member inquiries. |
| Wit et al. v. United Behavioral Health | 8/13/2019 | 0.60 | $ 900.00 | $ 540.00 | $ 700.00 | $ 420.00 | $ 120.00 | Call with co-counsel re: class definitions. |
| Wit et al. v. United Behavioral Health | 12/18/2019 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Call with co-counsel re: fee application. |
| Wit et al. v. United Behavioral Health | 3/24/2020 | 2.40 | $ 900.00 | $ 2,160.00 | $ 700.00 | $ 1,680.00 | $ 480.00 | Reviewed court's order re: remedies, researched case law, analyzed law/facts, and prepared multiple emails to co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 3/31/2020 | 2.50 | $ 900.00 | $ 2,250.00 | $ 700.00 | $ 1,750.00 | $ 500.00 | Reviewed regulatory findings in RI market conduct exam of UBH, researched data, and prepared memo to co-counsel re: application to Wit/Alexander. |
| Wit et al. v. United Behavioral Health | 4/29/2020 | 0.30 | $ 900.00 | $ 270.00 | $ 700.00 | $ 210.00 | $ 60.00 | Confer with co-counsel (Caroline Reynolds) re: class list. |
| Wit et al. v. United Behavioral Health | 5/15/2020 | 0.80 | $ 900.00 | $ 720.00 | $ 700.00 | $ 560.00 | $ 160.00 | Reviewed joint submission re: class list and conferred with co-counsel (Caroline Reynolds). |
| Wit et al. v. United Behavioral Health | 5/16/2020 | 3.60 | $ 900.00 | $ 3,240.00 | $ 700.00 | $ 2,520.00 | $ 720.00 | Reviewed UBH remedies filings, analyzed data, and prepared memo to co-counsel re: UBH's representations. |
| Wit et al. v. United Behavioral Health | 5/27/2020 | 2.80 | $ 900.00 | $ 2,520.00 | $ 700.00 | $ 1,960.00 | $ 560.00 | Reviewed class member ([redacted]) claims file and correspondences with UBH. Prepared memo to co-counsel. {redaction: PII} |
| Wit et al. v. United Behavioral Health | 5/30/2020 | 0.50 | $ 900.00 | $ 450.00 | $ 700.00 | $ 350.00 | $ 100.00 | Researched UBH position on ASAM Level 3.1 and 3.3 and prepared memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 6/3/2020 | 0.40 | $ 900.00 | $ 360.00 | $ 700.00 | $ 280.00 | $ 80.00 | Call with co-counsel (Caroline Reynolds) re: supplemental remedies brief. |
| Wit et al. v. United Behavioral Health | 6/14/2020 | 4.40 | $ 900.00 | $ 3,960.00 | $ 700.00 | $ 3,080.00 | $ 880.00 | Reviewed collateral sources and edited remedies brief. Prepared multiple emails to co-counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 6/15/2020 | 3.50 | $ 900.00 | $ 3,150.00 | $ 700.00 | $ 2,450.00 | $ 700.00 | Reviewed collateral sources and edited remedies brief. Corresponded with co-counsel by phone and email. |
| Wit et al. v. United Behavioral Health | 8/3/2020 | 0.60 | $ 900.00 | $ 540.00 | $ 700.00 | $ 420.00 | $ 120.00 | Conference call with co-counsel re: remedies, special master, and fee petition. |
| Wit et al. v. United Behavioral Health | 8/9/2020 | 4.50 | $ 900.00 | $ 4,050.00 | $ 700.00 | $ 3,150.00 | $ 900.00 | Researched and reviewed impact of court's liability findings on regulators, mental health field, and legislation. Prepared memo to co-counsel. |
| Wit et al. v. United Behavioral Health | 8/11/2020 | 0.30 | $ 900.00 | $ 270.00 | $ 700.00 | $ 210.00 | $ 60.00 | Call with co-counsel (Adam Abelson) re: remedies/CDGs. |
| Wit et al. v. United Behavioral Health | 8/12/2020 | 0.40 | $ 900.00 | $ 360.00 | $ 700.00 | $ 280.00 | $ 80.00 | Call with co-counsel (Caroline Reynolds) re: remedies hearing and fee petition. |
| Wit et al. v. United Behavioral Health | 9/1/2020 | 1.30 | $ 900.00 | $ 1,170.00 | $ 700.00 | $ 910.00 | $ 260.00 | Reviewed ERISA plan exclusion list prepared by UBH. Prepared email to co-counsel (Adam Abelson) re: class list. |
| Wit et al. v. United Behavioral Health | 9/13/2020 | 1.20 | $ 900.00 | $ 1,080.00 | $ 700.00 | $ 840.00 | $ 240.00 | Reviewed amended remedies order and conferred with co-counsel (Caroline Reynolds). |
| Wit et al. v. United Behavioral Health | 9/17/2020 | 1.10 | $ 900.00 | $ 990.00 | $ 700.00 | $ 770.00 | $ 220.00 | Call with co-counsel re: remedies and response to UBH administrative motion. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wit et al. v. United Behavioral Health | 9/17/2020 | 0.90 | $ 900.00 | $ 810.00 | $ 700.00 | $ 630.00 | $ 180.00 | Reviewed UBH declaration/exhibits filed with court and prepared email to co-counsel. |
| | | 610.40 | | $ 549,360.00 | | $ 427,280.00 | $ 122,080.00 | |
| | | | | | | | | |