# EXHIBIT 32

| Date | Hours | Description | Rate | Total | Adj Rate = 600 | Total | Diff |
|---|---|---|---|---|---|---|---|
| 6/24/2014 | 1.1 | Dinner meeting with J. Cowart and M. Bendat regarding cases status and strategy. | $ 675.00 | $ 742.50 | $ 600.00 | $ 660.00 | $ 82.50 |
| 7/19/2014 | 0.8 | Analysis and emails with co-counsel regarding defendants' motions to dismiss and transfer. | $ 675.00 | $ 540.00 | $ 600.00 | $ 480.00 | $ 60.00 |
| 7/20/2014 | 0.4 | Emails with co-counsel regarding strategy and evidence for opposing motion to transfer. | $ 675.00 | $ 270.00 | $ 600.00 | $ 240.00 | $ 30.00 |
| 7/23/2014 | 0.2 | Emailing with co-counsel regarding strategy and evidence for responding to motion to dismiss and motion to transfer. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 8/18/2014 | 0.7 | Review and analysis of plaintiffs' opposition to motion to transfer; emails with co-counsel regarding opposition to motion to transfer. | $ 675.00 | $ 472.50 | $ 600.00 | $ 420.00 | $ 52.50 |
| 8/20/2014 | 0.9 | Drafting pro hac vice motion; registering for ECF for pro hac vice; analysis of related decision sent by M. Bendat and emails from co-counsel regarding same. | $ 675.00 | $ 607.50 | $ 600.00 | $ 540.00 | $ 67.50 |
| 8/31/2014 | 0.1 | Emails with co-counsel regarding related authority. | $ 675.00 | $ 67.50 | $ 600.00 | $ 60.00 | $ 7.50 |
| 9/11/2014 | 0.1 | Emails with co-counsel regarding case status and strategy. | $ 675.00 | $ 67.50 | $ 600.00 | $ 60.00 | $ 7.50 |
| 11/20/2014 | 0.2 | Analysis of court's order denying motion to dismiss; communications with co-counsel regarding motion to dismiss order. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 11/19/2015 | 0.2 | Call with co-counsel regarding strategy for compelling production of documents. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 9/12/2016 | 0.2 | Call with co-counsel regarding strategy for review and coding of documents produced in discovery. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 9/13/2016 | 1.5 | Call with co-counsel regarding strategy for review and coding of documents produced in discovery; analysis of protocols for document review and coding. | $ 675.00 | $ 1,012.50 | $ 600.00 | $ 900.00 | $ 112.50 |
| 9/21/2016 | 0.6 | Communications with co-counsel regarding strategy for review and coding of documents produced in discovery; analysis of review protocols. | $ 675.00 | $ 405.00 | $ 600.00 | $ 360.00 | $ 45.00 |
| 9/27/2016 | 2.2 | Review and coding of documents produced in discovery; communications with co-counsel regarding discovery strategy. | $ 675.00 | $ 1,485.00 | $ 600.00 | $ 1,320.00 | $ 165.00 |
| 9/29/2016 | 0.7 | Review and coding of documents produced in discovery; communications with co-counsel regarding discovery strategy. | $ 675.00 | $ 472.50 | $ 600.00 | $ 420.00 | $ 52.50 |
| 9/30/2016 | 0.4 | Analysis of defendants' motion for reconsideration; communications with co-counsel regarding strategy for response and discovery. | $ 675.00 | $ 270.00 | $ 600.00 | $ 240.00 | $ 30.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/1/2016 | 0.1 | Communications with co-counsel regarding discovery strategy. | $ 675.00 | $ 67.50 | $ 600.00 | $ 60.00 | $ 7.50 |
| 10/18/2016 | 0.2 | Communications with co-counsel regarding discovery; analysis and coding of documents. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 12/14/2016 | 0.1 | Communications with co-counsel regarding discovery strategy. | $ 675.00 | $ 67.50 | $ 600.00 | $ 60.00 | $ 7.50 |
| 12/17/2016 | 0.3 | Review and coding of documents produced in discovery; communications with co-counsel regarding discovery. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 12/18/2016 | 0.3 | Communications with co-counsel regarding documents produced by defendants. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 12/27/2016 | 4.3 | Review and coding of documents produced in discovery; communications with co-counsel regarding documents. | $ 675.00 | $ 2,902.50 | $ 600.00 | $ 2,580.00 | $ 322.50 |
| 1/23/2017 | 0.5 | Legal research regarding claims of potential plaintiff; communications with co-counsel regarding potential plaintiff. | $ 675.00 | $ 337.50 | $ 600.00 | $ 300.00 | $ 37.50 |
| 1/25/2017 | 0.1 | Consultation with co-counsel regarding potential plaintiff's claims. | $ 675.00 | $ 67.50 | $ 600.00 | $ 60.00 | $ 7.50 |
| 1/26/2017 | 0.1 | Call with co-counsel regarding legal strategy. | $ 675.00 | $ 67.50 | $ 600.00 | $ 60.00 | $ 7.50 |
| 2/18/2017 | 0.2 | Communications with co-counsel regarding strategy for depositions and discovery. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 3/1/2017 | 0.8 | Conference call with co-counsel regarding discovery strategy; analysis of discovery materials. | $ 675.00 | $ 540.00 | $ 600.00 | $ 480.00 | $ 60.00 |
| 3/11/2017 | 0.6 | Analysis and discussion with co-counsel regarding witness disclosures. | $ 675.00 | $ 405.00 | $ 600.00 | $ 360.00 | $ 45.00 |
| 3/12/2017 | 0.3 | Communications with co-counsel regarding strategy for deposing expert witnesses. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 3/13/2017 | 0.2 | Communications with co-counsel regarding strategy for deposing expert witnesses. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 3/16/2017 | 0.2 | Communications with co-counsel regarding strategy for deposing expert witnesses. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 3/17/2017 | 1.2 | Editing joint discovery letter; communications with co-counsel regarding strategy for deposing expert witnesses. | $ 675.00 | $ 810.00 | $ 600.00 | $ 720.00 | $ 90.00 |
| 3/18/2017 | 0.2 | Communications with co-counsel regarding strategy for deposing expert witnesses. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 3/20/2017 | 0.2 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 3/21/2017 | 0.3 | Analysis of Court's discovery order; communications with co-counsel regarding strategy for deposing expert witnesses. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 3/22/2017 | 0.8 | Call and other communications with co-counsel regarding deposition strategy. | $ 675.00 | $ 540.00 | $ 600.00 | $ 480.00 | $ 60.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/23/2017 | 0.3 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 3/24/2017 | 0.2 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 3/25/2017 | 0.2 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 3/26/2017 | 0.2 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 3/27/2017 | 0.3 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 3/28/2017 | 0.2 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 3/29/2017 | 0.3 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 3/30/2017 | 0.2 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 4/1/2017 | 0.2 | Preparing to take depositions of several witnesses; communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 4/2/2017 | 0.2 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 4/3/2017 | 1.6 | Analysis of expert reports; analysis of Court order regarding class notice; preparation for taking depositions of several witnesses; communications with co-counsel regarding deposition strategy. | $ 675.00 | $ 1,080.00 | $ 600.00 | $ 960.00 | $ 120.00 |
| 4/4/2017 | 0.2 | Communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 4/5/2017 | 0.3 | Preparing to take depositions of several witnesses; communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 4/6/2017 | 0.3 | Preparing to take depositions of several witnesses; communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 4/8/2017 | 0.2 | Preparing to take depositions of several witnesses; communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 4/9/2017 | 0.2 | Preparing to take depositions of several witnesses; communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/10/2017 | 0.6 | Editing letter regarding assertion of privilege at deposition; communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 405.00 | $ 600.00 | $ 360.00 | $ 45.00 |
| 4/11/2017 | 0.5 | Preparing to take depositions of several witnesses; communications with co-counsel regarding strategy for deposition of witness R.R. Beale. | $ 675.00 | $ 337.50 | $ 600.00 | $ 300.00 | $ 37.50 |
| 4/12/2017 | 0.2 | Preparing to take depositions of several witnesses; communications with co-counsel regarding strategy for depositions. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 4/13/2017 | 0.9 | Strategy call with co-counsel regarding deposition strategy and preparation; preparing to take depositions of several witnesses. | $ 675.00 | $ 607.50 | $ 600.00 | $ 540.00 | $ 67.50 |
| 4/28/2017 | 0.5 | Communications with co-counsel regarding strategy for addressing Rule 30(b)(6) deficiencies. | $ 675.00 | $ 337.50 | $ 600.00 | $ 300.00 | $ 37.50 |
| 4/30/2017 | 1.7 | Communications with co-counsel regarding strategy for meet and confers with defendants' counsel; review and analysis of deposition transcripts. | $ 675.00 | $ 1,147.50 | $ 600.00 | $ 1,020.00 | $ 127.50 |
| 5/2/2017 | 0.3 | Communications with co-counsel regarding strategy for Daubert motions. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 5/3/2017 | 0.3 | Call and other communications with co-counsel regarding deposition strategy. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 5/6/2017 | 0.2 | Communications with co-counsel regarding newly produced documents. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 5/7/2017 | 0.6 | Communications with co-counsel regarding deposition strategy and analysis of newly produced documents. | $ 675.00 | $ 405.00 | $ 600.00 | $ 360.00 | $ 45.00 |
| 5/9/2017 | 0.3 | Strategy call with co-counsel. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 5/10/2017 | 0.7 | Strategy call with co-counsel; communications with co-counsel regarding document productions and stipulated facts; review and analysis of deposition transcripts. | $ 675.00 | $ 472.50 | $ 600.00 | $ 420.00 | $ 52.50 |
| 5/11/2017 | 0.3 | Analysis and communications with co-counsel regarding stipulated facts. | $ 675.00 | $ 202.50 | $ 600.00 | $ 180.00 | $ 22.50 |
| 5/16/2017 | 0.4 | Strategy call with co-counsel. | $ 675.00 | $ 270.00 | $ 600.00 | $ 240.00 | $ 30.00 |
| 5/19/2017 | 0.2 | Analysis and discussion with co-counsel of Defendants' motion for summary judgment. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 5/20/2017 | 0.5 | Analysis and discussion with co-counsel of Defendants' motion for summary judgment. | $ 675.00 | $ 337.50 | $ 600.00 | $ 300.00 | $ 37.50 |
| 5/21/2017 | 0.2 | Analysis and communications with co-counsel regarding defendants' summary judgment motion. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 5/23/2017 | 0.4 | Call and other communications with co-counsel regarding response to summary judgment motion. | $ 675.00 | $ 270.00 | $ 600.00 | $ 240.00 | $ 30.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/19/2017 | 0.2 | Communications with co-counsel regarding strategy for summary judgment. | $ | 675.00 | $ | 135.00 | $ | 600.00 | $ | 120.00 | $ | 15.00 |
| 6/26/2017 | 0.4 | Communications with co-counsel regarding summary judgment, trial strategy and themes. | $ | 675.00 | $ | 270.00 | $ | 600.00 | $ | 240.00 | $ | 30.00 |
| 10/11/2017 | 0.4 | Conferring with co-counsel regarding trial strategy. | $ | 675.00 | $ | 270.00 | $ | 600.00 | $ | 240.00 | $ | 30.00 |
| 10/29/2017 | 1.7 | Analysis and call with co-counsel regarding class lists for introduction at trial. | $ | 675.00 | $ | 1,147.50 | $ | 600.00 | $ | 1,020.00 | $ | 127.50 |
| 12/7/2017 | 0.2 | Conference with co-counsel regarding strategy for post-trial briefs. | $ | 675.00 | $ | 135.00 | $ | 600.00 | $ | 120.00 | $ | 15.00 |
| 1/24/2018 | 1.3 | Review and analysis of defendants' post-trial brief; call with co-counsel regarding post-trial briefing. | $ | 675.00 | $ | 877.50 | $ | 600.00 | $ | 780.00 | $ | 97.50 |
| 10/21/2018 | 0.3 | Communications with co-counsel regarding [REDACTED]. {redaction: mental impressions/legal strategy} | $ | 675.00 | $ | 202.50 | $ | 600.00 | $ | 180.00 | $ | 22.50 |
| 10/22/2018 | 0.2 | Communications with co-counsel regarding [REDACTED]. {redaction: mental impressions/legal strategy} | $ | 675.00 | $ | 135.00 | $ | 600.00 | $ | 120.00 | $ | 15.00 |
| 10/23/2018 | 0.3 | Communications with co-counsel regarding [REDACTED]. {redaction: mental impressions/legal strategy} | $ | 675.00 | $ | 202.50 | $ | 600.00 | $ | 180.00 | $ | 22.50 |
| 10/24/2018 | 0.2 | Communications with co-counsel regarding [REDACTED]. {redaction: mental impressions/legal strategy} | $ | 675.00 | $ | 135.00 | $ | 600.00 | $ | 120.00 | $ | 15.00 |
| 10/30/2018 | 0.2 | Communications with co-counsel regarding [REDACTED]. {redaction: mental impressions/legal strategy} | $ | 675.00 | $ | 135.00 | $ | 600.00 | $ | 120.00 | $ | 15.00 |
| 1/28/2019 | 0.2 | Conferring with co-counsel regarding potential penalties against Defendants. | $ | 675.00 | $ | 135.00 | $ | 600.00 | $ | 120.00 | $ | 15.00 |
| 2/25/2019 | 0.3 | Conferring with co-counsel regarding impact of Defendants' adoption of ASAM criteria. | $ | 675.00 | $ | 202.50 | $ | 600.00 | $ | 180.00 | $ | 22.50 |
| 3/1/2019 | 1.9 | Review and analysis of Court's verdict on liability issues; call with co-counsel regarding trial decision and strategy. | $ | 675.00 | $ | 1,282.50 | $ | 600.00 | $ | 1,140.00 | $ | 142.50 |
| 3/2/2019 | 0.3 | Conferring with co-counsel regarding strategy following verdict on liability issues. | $ | 675.00 | $ | 202.50 | $ | 600.00 | $ | 180.00 | $ | 22.50 |
| 3/3/2019 | 0.5 | Review and analysis of Court's verdict on liability issues; conferring with co-counsel regarding strategy. | $ | 675.00 | $ | 337.50 | $ | 600.00 | $ | 300.00 | $ | 37.50 |
| 3/5/2019 | 2.7 | Call with co-counsel regarding legal research project; legal research regarding fee application issues. | $ | 675.00 | $ | 1,822.50 | $ | 600.00 | $ | 1,620.00 | $ | 202.50 |
| 3/11/2019 | 0.2 | Conferring with co-counsel in anticipation of call with representatives of New York Attorney General's Office regarding trial decision. | $ | 675.00 | $ | 135.00 | $ | 600.00 | $ | 120.00 | $ | 15.00 |
| 3/23/2019 | 0.3 | Conferring with co-counsel about legal issues pertaining to fee shifting under ERISA and fee application and results of research. | $ | 675.00 | $ | 202.50 | $ | 600.00 | $ | 180.00 | $ | 22.50 |
| 4/30/2019 | 0.8 | Analysis and discussion with co-counsel of briefing regarding potential remedies. | $ | 675.00 | $ | 540.00 | $ | 600.00 | $ | 480.00 | $ | 60.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/1/2019 | 2.2 | Call and other communications with co-counsel regarding strategy for remedies briefing; legal research regarding to issues relating to fee shifting under ERISA. | $ 675.00 | $ 1,485.00 | $ 600.00 | $ 1,320.00 | $ 165.00 |
| 5/2/2019 | 3.1 | Legal and factual research regarding fee application; conferring with co-counsel regarding fee application. | $ 675.00 | $ 2,092.50 | $ 600.00 | $ 1,860.00 | $ 232.50 |
| 5/3/2019 | 1.6 | Legal research, analysis and discussion with co-counsel regarding Defendants' de-certification motion. | $ 675.00 | $ 1,080.00 | $ 600.00 | $ 960.00 | $ 120.00 |
| 6/8/2019 | 0.1 | Conferring with co-counsel regarding guidelines and potential remedies. | $ 675.00 | $ 67.50 | $ 600.00 | $ 60.00 | $ 7.50 |
| 6/14/2019 | 1.2 | Analysis of defendants' remedies brief; communications with co-counsel regarding defendants' adoption of LOCUS guidelines and strategy for opposition to decertification motion. | $ 675.00 | $ 810.00 | $ 600.00 | $ 720.00 | $ 90.00 |
| 9/25/2019 | 0.2 | Discussion with co-counsel regarding potential candidates for special master. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| 9/27/2019 | 0.2 | Discussion with co-counsel regarding potential candidates for special master. | $ 675.00 | $ 135.00 | $ 600.00 | $ 120.00 | $ 15.00 |
| | 56.4 | | | $ 38,070.00 | | $ 33,840.00 | $ 4,230.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |