JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**DAVID WIT, et al.,**

Plaintifs,

v.

**UNITED BEHAVIORAL HEALTH,**

Defendant.

Case No. 14-cv-02346 JCS
Related Case No. 14-cv-05337 JCS

**DECLARATION OF MATTHEW RYAN**

Hon. Joseph C. Spero

**GARY ALEXANDER, et al.,**

Plaintiffs,

v.

**UNITED BEHAVIORAL HEALTH,**

Defendant.

MATTHEW RYAN, being duly sworn, deposes and says:

1. I have been retained by Defendant United Behavioral Health ("UBH") to provide this Declaration and perform the analysis described herein. I have personal knowledge of the facts and information contained in this Declaration. My knowledge is based on the work I have performed in connection with my retention in this matter as well as my education and experience.

2. I am a Managing Director at Ankura Consulting, Inc. ("Ankura") and am based in the Washington, DC office. I specialize in healthcare disputes and forensics providing consulting, and expert related services to a variety of clients. I have over 12 years of experience assisting clients with disputes associated with a variety of reimbursement, and other related claims processing issues, much of which has involved complex analysis of millions of records of electronic claims/billing data, as well as other types of operational, and financial data, in order to develop sophisticated analytical models and financial calculations.

3. At the request of Counsel, I have reviewed Exhibits 1, 2, and 3 to the Declaration of Caroline Reynolds filed in support of Plaintiffs' Petition for Attorneys' Fees. Based on my review of those documents, I prepared the spreadsheet attached as Exhibit A to this declaration.

4. To prepare Exhibit A, I identified the number of hours listed in Reynolds Exhibit 3 for each timekeeper incurred in each year. I then multiplied those hours by the annual billing rate provided in Reynolds Exhibit 2 for that timekeeper for the respective year. This calculation produced the data in the column labeled "Billed Charges at Annual Bill Rates" contained in Exhibit A to this declaration.

5. Based on this analysis, Zuckerman Spaeder's total billed charges for the hours presented in Reynolds Exhibit 3, calculated using the annual billing rates contained in Reynolds Exhibit 2 for the year in which the time was incurred, equal $15,213,075.35.

6. I was also asked to calculate interest through December 31, 2020 on the "Billed Charges at Annual Bill Rates" contained in Exhibit A to this declaration. At the request of Counsel, I was asked to use the one-year Treasury constant maturity rates applicable during the period for this interest calculation. To do so, I summarized the "Billed Charges at Annual Bill Rates" contained in Exhibit A by the month in which the associated hours were incurred. I then obtained

the monthly average one-year Treasury constant maturity rates for each month during the period.[1] I calculated the applicable interest by applying these monthly rates to the cumulative "Billed Charges at Annual Bill Rates" incurred during the period. This analysis is shown in Exhibit B to this declaration.

7. Using this method, the total accrued interest on Zuckerman Spaeder's "Billed Charges at Annual Bill Rates" between January 2014 and December 2020 using the applicable monthly average one-year Treasury constant maturity rates equals $759,133.49.

8. I reserve the right to update this Declaration should I be provided additional information or asked to perform additional review of the data.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on January 15, 2021 in Washington, D.C.

[signature]

Matthew Ryan

[1] Federal Reserve, H.15 Selected Interest Rates; 1-Year Treasury Constant Maturity Rate, Monthly Averages (https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15)