# EXHIBIT A

Exhibit A

**UBH v. Wit**
**Zuckerman Spaeder Billed Charges by Timekeeper**

| | Total Hours [1] | | | | | | | | Bill Rates [2] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Name** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **Grand Total** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **Lodestar Rate** | **Billed Charges at 2020 (Lodestar) Bill Rates** | **Billed Charges at Annual Bill Rates** |
| Adam Abelson | | | 147.80 | 1,702.20 | 138.60 | 122.97 | 238.90 | 2,350.47 | | | $525 | $575 | $625 | $650 | $690 | $690 | $1,621,824.30 | $1,387,756.50 |
| Aitan D. Goelman | | | | 444.85 | | 8.60 | 14.10 | 467.55 | | | | $950 | | $995 | $1,040 | $1,040 | $486,252.00 | $445,828.50 |
| Anant Kumar | | | 17.28 | 106.98 | | 63.50 | 25.10 | 212.86 | | | $475 | $525 | | $610 | $610 | $610 | $129,844.60 | $118,418.50 |
| Andrew Caridas | 316.70 | 1,115.00 | 989.70 | | | | | 2,421.40 | $460 | $490 | $625 | | | | | $625 | $1,513,375.00 | $1,310,594.50 |
| Andrew McWilliams | | | 190.00 | 390.60 | 17.00 | | 72.20 | 669.80 | | | $330 | $350 | $360 | | $390 | $390 | $261,222.00 | $233,688.00 |
| Andrew N. Goldfarb | | | 15.60 | 82.80 | | | | 98.40 | | | $725 | $750 | | | | $750 | $73,800.00 | $73,410.00 |
| Benjamin L. Krein | 3.25 | 20.85 | 12.50 | 467.70 | 42.60 | 3.80 | 3.70 | 554.40 | $430 | $430 | $440 | $475 | $500 | $525 | $545 | $500 | $277,200.00 | $263,332.00 |
| Cara London | | | | 268.54 | | | | 268.54 | | | | $300 | | | | $300 | $80,562.00 | $80,562.00 |
| Carl S. Kravitz | | | 12.70 | 834.85 | | 40.00 | 17.80 | 905.35 | | | $990 | $1,025 | | $1,095 | $1,145 | $1,145 | $1,036,625.75 | $932,475.25 |
| Caroline E. Reynolds | 24.80 | 631.80 | 907.50 | 2,024.92 | 159.50 | 475.20 | 240.90 | 4,464.62 | $590 | $635 | $675 | $715 | $750 | $785 | $825 | $825 | $3,683,311.50 | $3,167,604.80 |
| D. Brian Hufford | 244.05 | 225.65 | 190.50 | 198.40 | 29.10 | 108.45 | 48.20 | 1,044.35 | $905 | $925 | $975 | $1,025 | $1,050 | $1,095 | $1,145 | $1,145 | $1,195,780.75 | $1,023,185.75 |
| Daniel P. Moylan | | | 79.30 | 0.60 | | | | 79.90 | | | $625 | $655 | | | | $625 | $49,937.50 | $49,955.50 |
| David Reiser | | | | 0.20 | | 8.30 | 62.40 | 70.90 | | | | $815 | | $890 | $930 | $930 | $65,937.00 | $65,582.00 |
| David Wong | | | 104.04 | 115.04 | | | | 219.08 | | | $350 | $350 | | | | $350 | $76,678.00 | $76,678.00 |
| Devon Galloway | | | | | | 224.75 | 127.70 | 352.45 | | | | | | $560 | $595 | $595 | $209,707.75 | $201,841.50 |
| Janice Lee | | | | | | 182.10 | 168.10 | 350.20 | | | | | | $365 | $390 | $390 | $136,578.00 | $132,025.50 |
| Jason B. Acton | | | 8.00 | 139.30 | | | | 147.30 | | | $550 | $575 | | | | $575 | $84,697.50 | $84,497.50 |
| Jason S. Cowart | 291.90 | 149.70 | 345.10 | 658.80 | 108.70 | 236.20 | 272.70 | 2,063.10 | $755 | $775 | $825 | $875 | $900 | $940 | $980 | $980 | $2,021,838.00 | $1,784,663.50 |
| Jer-Wei (Jay) Chen | | 8.50 | 23.30 | 245.71 | 27.60 | 5.00 | | 310.11 | | $300 | $330 | $330 | $340 | $355 | $370 | $340 | $105,437.40 | $102,482.30 |
| Kimberly Gainey | | | | 409.70 | 53.20 | 1.00 | 1.40 | 465.30 | | | | $350 | $360 | $375 | $390 | $375 | $174,487.50 | $163,468.00 |
| Kurt M. Reiser | | | 16.00 | 138.00 | | | | 154.00 | | | $350 | $350 | | | | $350 | $53,900.00 | $53,900.00 |
| Laura Eller [3] | | | 314.20 | 88.10 | 30.00 | | 16.20 | 448.50 | | | $330 | $350 | $360 | | $390 | $360 | $161,460.00 | $151,639.00 |
| Lori V. Duignan | 141.25 | 116.00 | 303.10 | 1,557.60 | | 108.60 | 125.90 | 2,352.45 | $295 | $300 | $330 | $330 | | $355 | $370 | $370 | $870,406.50 | $775,635.75 |
| Nell Zora Peyser | | | 40.00 | 191.26 | | | 2.30 | 233.56 | | | $450 | $450 | | | $570 | $450 | $105,102.00 | $105,378.00 |
| Nina J. Falvello | | | 357.10 | 1,010.80 | 140.70 | 66.50 | 72.80 | 1,647.90 | | | $330 | $350 | $360 | $375 | $390 | $390 | $642,681.00 | $575,604.50 |
| Patrick Schmidt | 1.50 | 15.80 | 5.10 | 509.80 | 2.00 | 4.70 | 22.40 | 561.30 | $270 | $280 | $300 | $315 | $330 | $345 | $360 | $360 | $202,068.00 | $177,291.50 |
| Ramya Kasturi [4] | | 180.65 | 206.36 | | | | | 387.01 | | $380 | $475 | | | | | $478 | $184,990.78 | $166,668.00 |
| Richard A. Kraus | | | 157.42 | 680.88 | | | | 838.30 | | | $425 | $425 | | | | $425 | $356,277.50 | $356,277.50 |
| Sara L. A. Lawson | | | 5.50 | 641.10 | | | | 646.60 | | | $600 | $650 | | | | $650 | $420,290.00 | $420,015.00 |
| Scott A. Hanna | | 302.80 | 267.20 | | | | | 570.00 | | $350 | $350 | | | | | $350 | $199,500.00 | $199,500.00 |
| Sepaass Shahidi | | | | 91.20 | | 153.70 | 74.20 | 319.10 | | | | $350 | | $375 | $390 | $390 | $124,449.00 | $118,495.50 |
| Steven N. Herman | | | 6.20 | 478.30 | | | | 484.50 | | | $625 | $665 | | | | $665 | $322,192.50 | $321,944.50 |
| Sylvia K. Soltis | | | 199.50 | | | | | 199.50 | | | $300 | | | | | $300 | $59,850.00 | $59,850.00 |
| Tareq Nascher | | 14.00 | 12.50 | 16.00 | | | | 42.50 | | $200 | $225 | $250 | | | | $250 | $10,625.00 | $9,612.50 |
| William J. Murphy | | | | | | | 21.20 | 21.20 | | | | | | | $1,095 | $1,095 | $23,214.00 | $23,214.00 |
| **Grand Total** | **1,023.45** | **2,780.75** | **4,933.50** | **13,494.23** | **749.00** | **1,813.37** | **1,628.20** | **26,422.50** | | | | | | | | | **$17,022,102.83** | **$15,213,075.35** |

Notes:
[1] Amounts in these columns were summarized from the time entries on Reynolds Exhibit 3.
[2] Bill rates in these columns were summarized from Reynolds Exhibits 1 and 2.
[3] Reynolds Exhibit 1 displays a Lodestar bill rate of $390 for Laura Eller but uses a bill rate of $360 to calculate the requested fees. A Lodestar bill rate of $360 was used in this schedule.
[4] Reynolds Exhibit 1 displays a Lodestar bill rate of $475 for Ramya Kasturi but uses a bill rate of $478 to calculate the requested fees. A Lodestar bill rate of $478 was used in this schedule.