Jennifer Salzman Romano (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 26884)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

APRIL N. ROSS (admitted pro hac vice)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WIT, et al,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 14-cv-02346 JCS<br><br>Related to Case No. 14-cv-05337 JCS<br><br>**UNITED BEHAVIORAL HEALTH'S OBJECTIONS TO SPECIAL MASTER APPOINTMENT ORDER [DOCKET 522]**<br><br>Hon. Joseph C. Spero<br><br>Courtroom: F |
| GARY ALEXANDER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | |

Defendant United Behavioral Health ("UBH") respectfully submits these timely objections pursuant to the January 13, 2021 Order of Notice of Intent to File Special Master Appointment Order (ECF No. 522).

UBH raises the following objections:

1. UBH objects to the Special Master Appointment Order, docket 522-1 ("the Order") to the extent the terms of the Order usurp UBH's discretionary authority as Plan Administrator to apply the plan terms under ERISA or the applicable plans. *See Saffle v. Sierra Pac. Power Co. Bargaining Unit Long Term Disability Income Plan*, 85 F.3d 455, 460-461 (9th Cir. 1996) ("apply[ing] the correct standard to the participant's claim" is a function "reserved to the Plan administrator") (quotation omitted); Remedies Order, Dkt. 491 ("the reasoning of Saffle points to the conclusion that when a court finds the administrator has denied benefits based on an improper interpretation of plan terms, the purpose of the remand is to allow *the administrator* to revisit its determination under proper standards") (emphasis added).
2. UBH re-states and preserves its general opposition and objection to the reprocessing remedy and the appointment of a Special Master.

Dated: January 22, 2021

CROWELL & MORING LLP

By: /s/ *Jennifer S. Romano*
Jennifer S. Romano
Attorneys for Defendant
UNITED BEHAVIORAL HEALTH