**FILED**

FEB 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID WIT; et al., <br><br> Plaintiffs-Appellees, <br><br> LINDA TILLITT; MARY JONES, <br><br> Intervenor-Plaintiffs-Appellees, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant-Appellant. | No.  20-17363 <br>        21-15193 <br><br> D.C. No. 3:14-cv-02346-JCS <br> Northern District of California, San Francisco <br><br> ORDER |
| GARY ALEXANDER, on his own behalf and on behalf of his beneficiary son, Jordan Alexander; et al., <br><br> Plaintiffs-Appellees, <br><br> MICHAEL DRISCOLL, <br><br> Intervenor-Plaintiff-Appellee, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant-Appellant. | No.  20-17364 <br>        21-15194 <br><br> D.C. No. 3:14-cv-05337-JCS <br> Northern District of California, San Francisco |

Before: CANBY and FRIEDLAND, Circuit Judges.

SZ/MOATT

The unopposed motions to consolidate (Docket Entry Nos. 15 and 20 in 20-17363) are granted. Appeal Nos. 20-17363, 20-17364, 21-15193, and 21-15194 are consolidated.

Appellant's motion for a stay of the district court's claims reprocessing order pending appeal (Docket Entry No. 16 in 20-17363) is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

The consolidated opening brief is due March 15, 2021. The consolidated answering brief is due April 14, 2021. The optional consolidated reply brief is due within 21 days after service of the answering brief.

The Clerk shall place these appeals on the calendar for August 2021.