# EXHIBIT A

| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | GABRIELLE BRUMBACH<br>Supervising Deputy Attorney General |
| 3 | MARK SCHREIBER<br>Deputy Attorney General |
| 4 | State Bar No. 126949<br>300 West Spring Street, Suite 1702 |
| 5 | Los Angeles, CA 90013<br>Telephone: (213) 269-6477 |
| 6 | Fax: (213) 897-1071<br>E-mail: Mark.Schreiber@doj.ca.gov |
| 7 | *Attorneys for Defendants California Department of Corrections and Rehabilitation ("CDCR") and James* |
| 8 | *Grove* |

FEE EXEMPT
GOVERNMENT CODE § 6103

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| AUGUSTINE CALDERA, | Case No. CIVDS100177 |
| Plaintiff, | Hon. Gilbert G. Ochoa, Dept. S24 |
| v. | **DECLARATION OF JAMES P. SCHRATZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; JAMES GROVE; and DOES 1 to 100, Inclusive, | |
| Defendants. | Date: October 16, 2020<br>Time: 9:00 a.m.<br>Dept.: S24 |
| | Action Filed: January 8, 2010<br>Trial Date: September 8, 2015 |

I, JAMES P. SCHRATZ, hereby declare:

### EXECUTIVE SUMMARY

The following summarizes my findings set forth in this declaration:

I was asked to provide my opinion on what Plaintiff's Attorneys' reasonable hourly rates should be and what an appropriate multiplier would be in this case.

Based upon relevant cases and other relevant data, it is my opinion that the hourly rate for Mr. Nevell and Mr. Sheldon should be no higher than $650. Even though their earlier work could

1

DECLARATION OF JAMES P. SCHRATZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

52. Mr. Nevell is a 1994 admittee to the Bar. (Declaration of Todd F. Nevell ("Nevell Declaration" or "Nevell Decl."), ¶ 3 at p. 1: 15.) His declaration references only one case in which he has been awarded attorney fees at $750 per hour: *Pearl v. City of Los Angeles* (Nevell Decl., ¶ 4 at p. 2:5-6.)

53. In that FEHA discrimination case, a jury awarded $17.4 million in damages. Defendant filed a motion for new trial, which the court conditionally granted, unless plaintiff accepted a remittitur to $12.4 million. Plaintiff accepted the remittitur and the motion for new trial was denied. Thereafter a motion for attorneys' fees was filed and opposed. The court awarded fees at $750 per hour although the basis for that decision was not discussed in the order.

54. Mr. Nevell states that he has been awarded this rate in other FEHA cases. (Nevell Decl., ¶ 40.) However, he does not list these cases.

55. In addition, Mr. Nevell is seeking a rate of $825 per hour for work from 2018 to the present. This is an increase of (825 − 750)/750, or 75/750, or 10 percent.

56. In the auditor's experience, a 4 percent annual rate increase is a typical benchmark. This is also evidenced by recent articles attesting to this 4 percent annual increase.[2] In contrast, in slightly over one year, Mr. Nevell is requesting a ten percent increase in his rate. This is an excessive rate increase.

### 2. Insufficient Documentation of Reasonableness of Requested Rates.

57. The fee applicant must "produce satisfactory evidence — in addition to the attorney's own affidavits — that the requested rates are in line with those prevailing in the community." *Dang v. Cross* 422 F.3d 800, 814 (9th Cir. 2005). Plaintiff's Attorneys have not done so in this instance.

58. Plaintiff's Attorneys state that in a case heard on the same day, in the same courtroom, before the same judge as the original motion for fees was heard in this case, the court

---

[2] <https://abovethelaw.com/2019/11/just-because-billing-rates-are-up-doesnt-mean-bonuses-will-follow/>, last visited December 22, 2019. A true and correct copy of this article is attached as **Exhibit 7**. The article refers to a 4 percent rate increase. See also <https://www.law.com/americanlawyer/2018/02/21/sorry-clients-higher-law-firm-billing-rates-really-do-pay-off/>, last visited December 22, 2019. A true and correct copy of this article is attached as **Exhibit 8**. The article states "Top-performing firms increased their rates at an average annual rate of 4.4 percent, compared with an increase of 3.3 percent for the broader sample ...."