UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 14-cv-02346-JCS<br>Related Case No. 14-cv-05337 JCS<br><br>**ORDER GRANTING STIPULATION EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** |
| GARY ALEXANDER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Dkt. No. 542 |

The parties have filed a joint stipulation requesting that the Court vacate the hearing currently set for February 26, 2021 on Plaintiffs' Motion for Attorneys' Fees and Costs to allow UBH additional time to review the evidence submitted by Plaintiffs in support of their reply brief and to decide if it will seek leave to file a sur-reply. The request is GRANTED. The Court **vacates the February 26, 2021 motion hearing**. A new hearing date will be set after the motion is fully briefed, including any request to file a sur-reply that may be filed by UBH. The Court

requests that if UBH decides that it will not seek to file a sur-reply, that it notify the Court of that decision.

**IT IS SO ORDERED.**

Dated: February 21, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge