Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Russell E. Taylor (State Bar No. 320375)
rtaylor@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | Case No. 14-cv-02346-JCS <br> Related Case No. 14-cv-05337 JCS <br><br> **SPECIAL MASTER'S APPLICATION FOR LEAVE TO ENGAGE PSYCHIATRIC CONSULTANTS** <br><br> The Hon. Joseph C. Spero |
| GARY ALEXANDER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | |

The Special Master submits this application for leave to engage Dr. David Gastfriend, M.D., and Dr. Kenneth Minkoff, M.D., as psychiatric consultants to assist the Special Master in discharging his duties under the Court's January 27, 2021 Order Appointing Special Master (Wit Docket No. 528).

The Court's Appointment Order provides: "Subject to Court Approval, the Special Master may [ ] engage one or more psychiatrists or other individuals with expertise in mental health and/or substance use disorder treatment to provide assistance that he deems necessary and appropriate."

The parties identified Dr. Gastfriend and Dr. Minkoff as potential psychiatric consultants, and have agreed that both Dr. Gastfriend and Dr. Minkoff are qualified and should be engaged. The Special Master has interviewed each of the doctors, and has concluded that each would provide necessary and appropriate assistance to the Special Master in the discharge of his duties, including overseeing and verifying the development and implementation of the mandatory training program regarding faithful application of appropriate coverage criteria as set forth in Section IV.B.2.b. of the Court's Remedies Order.

Dr. David Gastfriend, M.D., is an addiction psychiatrist and an internationally recognized addiction treatment researcher. As a distinguished fellow of the American Society of Addiction Medicine ("ASAM"), Dr. Gastfriend has been a co-editor of the ASAM Criteria for placing patients in addiction treatment programs. Dr. Gastfriend also developed the computerized implementation of the ASAM Criteria and is the leading international researcher on efforts validating and disseminating these standards. ASAM recognizes Dr. Gastfriend as the "Chief Architect of the ASAM Criteria Software."[1] Dr. Gastfriend served on the faculty for Harvard Medical School from 1981 through 2008 and was the Director of the Addiction Research Program at Massachusetts General Hospital's Department of Psychiatry for five years.

Dr. Kenneth Minkoff, M.D., is a community psychiatrist and an addiction psychiatrist on the board of the American Association for Community Psychiatry ("AACP")—the organization that developed Level of Care Utilization System for Psychiatric and Addiction Services ("LOCUS"). He

---

[1] *See, e.g.*, ASAM Press Release, "American Society of Addiction Medicine releases new treatment criteria, modernizing care for addictive disorders," (Oct. 25, 2013) available at https://www.asam.org/docs/default-source/pressreleases/asam-releases-new-treatment-criteria_2013-10-25.

contributed to the original development of LOCUS. He is working with health plans across the country on implementation of LOCUS and Child and Adolescent Level of Care Utilization System ("CALOCUS"). Dr. Minkoff is a member of the committee that is overseeing the unification of CALOCUS and the Child and Adolescent Service Intensity Instrument into one standardized assessment instrument. Dr. Minkoff works with the National Council for Behavioral Health LOCUS Advisory Committee on issues relating to research and evaluation of LOCUS and related assessment instruments. Dr. Minkoff is an assistant professor of psychiatry at Harvard Medical School, where he has been on faculty since 1976.

UBH has submitted an initial proposed training plan, which the parties are discussing. The Special Master has concluded that Dr. Gastfriend and Dr. Minkoff would offer valuable professional perspectives that would assist the Special Master in evaluating UBH's proposed plan as it evolves in response to ongoing review and discussions between the parties, including any differences of opinion between the parties regarding the plan's efficacy. In addition, once the proposed training plan is approved, Dr. Gastfriend and Minkoff could assist the Special Master in overseeing and verifying implementation of the training program, including by attending selected training sessions along with the Special Master.[2]

Accordingly, the Special Master requests that the Court enter the accompanying [Proposed] Order providing leave for the Special Master to engage Dr. Gastfriend and Dr. Minkoff.

Respectfully submitted,

FARELLA BRAUN + MARTEL

Dated: March 8, 2021

By: _/s/ Douglas R. Young_
Douglas R. Young
Special Master

39719\13975936.2

---

[2] Pursuant to Section IV.B.2.b. of the Remedies Order, UBH is required to complete this training by April 27, 2021. However, in light of the parties' ongoing review and discussions regarding UBH's current draft of the proposed plan and the time needed for Doctors Gastfriend and Minkoff to complete their work (if the Court approves this Application), it may be necessary for the parties to jointly request that this deadline be extended.