UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>    Defendant.<br><br>GARY ALEXANDER, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>    Defendant. | Case No. 14-cv-02346-JCS<br>Related Case No. 14-cv-05337 JCS<br><br>**[PROPOSED] ORDER GRANTING SPECIAL MASTER'S APPLICATION FOR LEAVE TO ENGAGE PSYCHIATRIC CONSULTANTS** |

On March 8, 2021, the Special Master filed an application for leave to engage Dr. David Gastfriend, M.D., and Dr. Kenneth Minkoff, M.D., as psychiatric consultants to assist him in discharging his duties under the Court's January 27 Order Appointing Special Master ("Appointment Order") (Wit Docket No. 528), including in overseeing and verifying the development and implementation of the mandatory training program regarding faithful application of appropriate coverage criteria ordered in Section IV.B.2.b. of the Court's November 3 Remedies Order (Wit Docket No. 491.)

For the reasons set forth in the Special Master's application, the Court **GRANTS** the application. The Special Master is authorized to engage Dr. David Gastfriend and Dr. Kenneth Minkoff as psychiatric consultants to assist the Special Master in discharging his duties under the Court's Appointment Order. General Provision No. 8 of the Appointment Order regarding compensation shall apply to these psychiatric consultants. In addition, Dr. David Gastfriend and Dr. Kenneth Minkoff shall comply with the Protective Order, Wit Docket No. 61, and shall complete an Acknowledgment and Agreement to Be Bound (Exhibit A to the Protective Order) prior to receiving any confidential materials.

**IT IS SO ORDERED.**

DATED:  March 9, 2021

_____
Joseph C. Spero
Chief Magistrate Judge