JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Phone: (213) 622-4750
Fax: (213) 622-2690

THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: (415) 986-2800
Fax: (415) 986-2827

APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID WIT, et al.**, | Case No. 14-CV-02346-JCS |
| | Related Case No. 14-CV-05337-JCS |
| Plaintiffs, | |
| | **DEFENDANT UNITED BEHAVIORAL HEALTH'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY** |
| v. | |
| **UNITED BEHAVIORAL HEALTH**, | |
| Defendant. | Hon. Joseph C. Spero |

Crowell
& Moring LLP
Attorneys At Law

SFACTIVE-906022106.1

1  **GARY ALEXANDER, et al.**,

2           Plaintiffs,

3     v.

4  **UNITED BEHAVIORAL HEALTH**,

5           Defendant.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SFACTIVE-906022106.1

UBH'S UNOPPOSED ADMIN. MOT. FOR LEAVE
TO FILE SUR-REPLY BRIEF;
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Civil Local Rule 7-11 and the Court's February 21, 2021 Order Granting Stipulation Extending Briefing Schedule for Plaintiffs' Motion for Attorneys' Fees and Expenses, Defendant United Behavioral Health ("UBH") hereby moves for leave to file a Sur-Reply in opposition to Plaintiffs' Motion for Attorneys' Fees and Expenses. (ECF No 543.) Specifically, UBH seeks to file a Sur-Reply on or before March 22, 2021 to address Plaintiffs' request for expenses based on the approximately 7,100 pages of evidence submitted by Plaintiffs with their Reply Brief in support of their Motion for Attorneys' Fees and Expenses. Plaintiffs do not oppose UBH's request or the relief sought herein.

Courts regularly grant leave to file sur-replies under such circumstances. "If a party raises a new argument or presents new evidence in a reply brief, a court may consider these matters only if the adverse party is given an opportunity to respond." *See Banga v. Experian Info. Sols., Inc.*, No. C 09-04867 SBA, 2013 WL 5539690, at *3 (N.D. Cal. Sept. 30, 2013). Accordingly, "[s]urreplies are often granted when a new argument or new evidence is presented in a reply brief," especially where "the content of the Surreply is discrete and will not necessitate further briefing. *S.E.C. v. Goldstone*, No. CIV 12-0257 JB/LFG, 2014 WL 6065611, at *2 (D.N.M. Nov. 4, 2014); *see also Clark v. Bumbo Int'l Tr.*, No. 15 C 2725, 2017 WL 3704825, at *3 n.5 (N.D. Ill. Aug. 28, 2017) ("Because the surreply is brief, confined to the two discrete issues, and responds appropriately to the reply, the Court grants Bumbo's motion for leave to file the surreply."). *Compare id.*, *with In re Dairy Farmers of Am., Inc.*, 80 F. Supp. 3d 838, 857–58 (N.D. Ill. 2015) (denying leave where the proposed sur-reply simply "respond[ed] (again) to [the defendant's] core arguments," "spen[t] seven of the eight pages . . . responding to" those core arguments, and where the defendant "included this argument in its opening brief").

UBH's proposed Sur-Reply checks all of these boxes. It is undisputed that Plaintiffs submitted voluminous amounts of new evidence with their Reply brief. (*See* ECF No. 542.) UBH has not yet had a fair opportunity to address this new evidence and related arguments. UBH will be prejudiced if the Court considers this evidence without affording UBH the chance to respond to it. "Such a result would be unfair." *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996); *see*

-1-

SFACTIVE-906022106.1

1   *also United States v. Venture One Mortg. Corp.*, No. 13-CV-1872 W (JLB), 2015 WL 12532139,

2   at *2 (S.D. Cal. Feb. 26, 2015) ("If the Court is to consider the new evidence and arguments in

3   Defendant's reply brief, it must give Plaintiff an opportunity to respond."). In light of the

4   foregoing, UBH respectfully requests that the Court grant UBH leave to file its Sur-Reply on or

5   before March 22, 2021 to address the new evidence filed in support of Plaintiffs' request for

6   expenses.

7

8   Dated: March 12, 2021                    **CROWELL & MORING LLP**

9                                            */s/ Jennifer S. Romano*
                                             Jennifer S. Romano
10                                           Attorneys for UNITED BEHAVIORAL HEALTH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFACTIVE-906022106.1