1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID AND NATASHA WIT et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED BEHAVIORAL HEALTH**,<br><br>Defendant.<br>_____<br><br>**GARY ALEXANDER et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED BEHAVIORAL HEALTH**,<br><br>Defendant. | Case No. 14-cv-02346-JCS<br>Related Case No. 15-cv-05337-JCS<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT UNITED BEHAVIORAL HEALTH'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF** |

[~~PROPOSED~~] ORDER GRANTING UBH'S ADMIN.
MOT. FOR LEAVE TO FILE SUR-REPLY BRIEF;
CASE NOS. 14-CV-02346 JCS; 14-CV-05337 JCS

SFACTIVE-906022108.1

1

[~~PROPOSED~~] ORDER

2

Before the Court is Defendant United Behavioral Health's ("UBH") Unopposed

3

Administrative Motion For Leave To File A Sur-Reply Brief (ECF No. 547) and the Declaration

4

of Jennifer S. Romano in support of this Motion (ECF No. 547-1).  Having reviewed UBH's

5

submissions, and good cause appearing,

6

IT IS HEREBY ORDERED that UBH's Motion is **GRANTED.**

7

IT IS HEREBY FURTHER ORDERED that UBH file its proposed Sur-Reply on or

8

before March 22, 2021.

9

10

**IT IS SO ORDERED.**

11

Dated: March 15, 2021

12

The Honorable Joseph C. Spero
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFACTIVE-906022108.1