| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 7 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DAVID WIT; NATASHA WIT; BRIAN MUIR; BRANDT PFEIFER, on behalf of the Estate of his deceased wife, Lauralee Pfeifer; LORI FLANZRAICH, on behalf of her daughter Casey Flanzraich; CECILIA HOLDNAK, on behalf of herself, her daughter Emily Holdnak; GARY ALEXANDER, on his own behalf and on behalf of his beneficiary son, Jordan Alexander; CORINNA KLEIN; DAVID HAFFNER, on behalf of themselves and all others similarly situated,

        Plaintiffs-Appellees,

LINDA TILLITT; MARY JONES; MICHAEL DRISCOLL,

        Intervenor-Plaintiffs-Appellees,

 v.

UNITED BEHAVIORAL HEALTH,

        Defendant-Appellant.

Nos. 20-17363
      20-17364
      21-15193
      21-15194

D.C. Nos. 3:14-cv-02346-JCS & 3:14-cv-05337-JCS
Northern District of California, San Francisco

ORDER

Appellant's unopposed motion (Appeal No. 20-17363, Docket Entry 27) to file under seal Volume 15 of the excerpts of record is granted. The Clerk will publicly file the motion (Appeal No. 20-17363, Docket Entry 27-1), the opening brief (Appeal No. 20-17363, Docket Entry 25), and Volumes 1 through 14 of the

2

excerpts of record (Appeal No. 20-17363, Docket Entry 26).  The Clerk will file under seal Volume 15 of the excerpts of record (Appeal No. 20-17363, Docket Entry 27-2).

The existing briefing schedule remains in effect.

FOR THE COURT:
Lisa B. Fitzgerald
Interim Appellate Commissioner
Ninth Circuit Rule 27-7