Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Russell E. Taylor (State Bar No. 320375)
rtaylor@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant.<br><br>GARY ALEXANDER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br>Related Case No. 3:14-CV-05337-JCS<br><br>**STIPULATED APPLICATION AND [PROPOSED] ORDER FOR LEAVE TO ENGAGE CONSULTANTS** |

The Special Master submits this application for leave to engage Professors Donald T. Bogan and Henry Eickelberg as consultants to assist the Special Master in discharging his duties under the Court's January 27, 2021 Order Appointing Special Master. (*Wit* Docket No. 528.) Plaintiffs and Defendant United Behavioral Health stipulate and agree to this application.

The Court's Appointment Order provides that the Special Master's duties include the duty of "[o]verseeing and verifying the development and implementation of the mandatory training program regarding UBH's duties under ERISA, including what it means to be an ERISA fiduciary and to administer benefit plans solely in the interests of participants and beneficiaries, as well as the need to comply with plan terms, as set forth in Remedies Order." (*Wit* Docket No. 528 at 8.)

The parties identified Professors Bogan and Eickelberg as potential consultants on the subject of UBH's duties under ERISA, including what it means to be an ERISA fiduciary and to administer benefit plans solely in the interests of participants and beneficiaries, as well as the need to comply with plan terms, as set forth in Remedies Order.[1] Specifically, the parties identified Professors Bogan and Eickelberg as potential consultants to develop and conduct live (via videoconference) trainings on UBH's fiduciary duties under ERISA for certain of UBH's employees.

The Special Master has concluded that Professors Bogan and Eickelberg would provide necessary and appropriate assistance to the Special Master in the discharge of his duties relating to the development and implementation of the mandatory training program regarding UBH's fiduciary duties as set forth in section IV.B.3.

Professor Bogan is the Frank Elkouri and Edna Asper Elkouri Professor of Law at the University of Oklahoma College of Law, where he teaches courses on Health Law. Professor Bogan has contributed to several chapters of the American Bar Association's treatise on Employee Benefits Law, *Employee Benefits Law* (Lewis, Rumeld, LeBeau, eds., 3d ed. 2009),

---

[1] Although Plaintiffs objected to the nomination of Professor Eickelberg, the Special Master overruled that objection on June 18, 2021.

and routinely publishes on topics of employee benefits law and ERISA. Professor Bogan is an elected Fellow of the American College of Employee Benefits Counsel.

Professor Eickelberg is an adjunct professor of law at the Georgetown University Law Center and Washington University in St. Louis. At Georgetown, Professor Eickelberg has been teaching for fifteen years and runs the LL.M. ERISA certificate program and was the 2015 recipient of the Charles Fahy Distinguished Adjunct Professor Award. He currently co-teaches a course on the practical application of ERISA principles as applied to retirement plans, health and welfare plans, and executive compensation. Previously, Professor Eickelberg was the corporate Vice President of Human Resources and Shared Services for a large employer, where he oversaw the company's ERISA benefit appeals process and conducted ERISA trainings for the company's employees involved in benefit determinations. Professor Eickelberg was appointed by President Obama in 2016 to serve on the Advisory Committee for the Pension Benefit Guaranty Corporation ("PBGC Advisory Committee") and in 2019 he was appointed by President Trump to serve as chair of the PBGC Advisory Committee. Professor Eickelberg is a Fellow and former officer and board member for the American College of Employee Benefits Counsel and he is a Senior Fellow at the American Health Policy Institute. Professor Eickelberg is the former Chairman of the American Benefits Council, and served on the Bloomberg BNA ERISA Advisory Board.

Accordingly, the Special Master requests, and the parties stipulate, that the Court enter the accompanying [Proposed] Order providing leave for the Special Master to engage Professors Eickelberg and Bogan.

Respectfully Submitted,

Dated: June 24, 2021

FARELLA BRAUN + MARTEL

*/s/ Douglas R. Young*
Douglas R. Young
Special Master

**SO STIPULATED**:

Dated: June 23, 2021    ZUCKERMAN SPAEDER LLP

*/s/ Caroline E. Reynolds*
Caroline E. Reynolds
Adam Abelson

Dated: June 23, 2021    PSYCH-APPEAL, INC.

*/s/ Meiram Bendat*
Meiram Bendat

*Attorneys for the Plaintiff Classes*

Dated: June 23, 2021    CROWELL & MORING LLP

*/s/ Andrew Holmer*

Jennifer S. Romano
April N. Ross
Andrew Holmer

*Attorneys for Defendant United Behavioral Health*

**PURSUANT TO THE SPECIAL MASTER'S APPLICATION AND THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Date: June 24, 2021

The Honorable Joseph C. Spero
Chief United States Magistrate Judge

39719\14181129.1