JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID WIT, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED BEHAVIORAL HEALTH,**<br><br>Defendant. | Case No. 14-cv-02346 JCS<br>Related Case No. 14-cv-05337 JCS<br><br>**NOTICE OF APPEAL**<br><br>Hon. Joseph C. Spero |

| | |
|---|---|
| **GARY ALEXANDER, et al.,** | |
| Plaintiffs, | |
| v. | |
| **UNITED BEHAVIORAL HEALTH,** | |
| Defendant. | |

# NOTICE OF APPEAL

Notice is hereby given this 4th day of February, 2022, that United Behavioral Health ("UBH") appeals to the United States Court of Appeals for the Ninth Circuit from the order granting in part Plaintiffs' petition for attorneys' fees and costs entered on January 5, 2022 (ECF No. 569).

Dated: February 4, 2022      CROWELL & MORING LLP

By:   */s/ Jennifer S. Romano*
Jennifer S. Romano

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH