1  JENNIFER S. ROMANO (SBN 195953)
   jromano@crowell.com
2  ANDREW HOLMER (SBN 268864)
   aholmer@crowell.com
3  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
4  Los Angeles, California 90071
   Telephone: (213) 622-4750
5  Facsimile: (213) 622-2690

6  THOMAS F. KOEGEL (SBN 125852)
   tkoegel@crowell.com
7  NATHANIEL P. BUALAT (SBN 226917)
   nbualat@crowell.com
8  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
9  San Francisco, California 94111
   Telephone: 415.986.2800
10 Facsimile: 415.986.2827

11 APRIL N. ROSS (admitted *pro hac vice*)
   aross@crowell.com
12 CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
13 Washington, D.C. 20004-2595
   Telephone: (202) 624-2500
14 Facsimile: (202) 628-5116

15 Attorneys for Defendant
   UNITED BEHAVIORAL HEALTH

16

                     UNITED STATES DISTRICT COURT
17                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
18

19 | DAVID AND NATASHA WIT, *et al.*, | Case No. 3:14-CV-02346-JCS |
   | Plaintiffs, | Related Case No. 3:14-CV-05337-JCS |
   | v. | **STIPULATION AND [PROPOSED] ORDER STAYING ENFORCEMENT OF THE COURT'S ORDER RE ATTORNEYS' FEES AND COSTS (ECF No. 569)** |
   | UNITED BEHAVIORAL HEALTH, | |
   | Defendant. | |
   | GARY ALEXANDER, *et al.*, | |
   | Plaintiffs, | |
   | v. | |
   | UNITED BEHAVIORAL HEALTH, | |
   | Defendant. | |

STIPULATION & [PROPOSED] ORDER STAYING
ENFORCEMENT OF THE COURT'S FEE ORDER
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

SFACTIVE-906488168.2

**IT IS HEREBY STIPULATED AND AGREED** by the Parties in the above-captioned action, by and through their respective counsel of record, as follows:

WHEREAS, the Court entered a Remedies Order in this action on November 3, 2020 ("Remedies Order," ECF No. 491) and entered judgment in favor of Plaintiffs on February 2, 2021 ("Judgment" ECF No. 532);

WHEREAS, UBH has appealed the Remedies Order and the Judgment to the Ninth Circuit Court of Appeals in consolidated Ninth Circuit Case Nos. 20-17363, 20-17364, 21-15193, and 21-15194 (collectively, the "Merits Appeal");

WHEREAS, the Merits Appeal is currently submitted to the Ninth Circuit for decision;

WHEREAS, on January 5, 2022, the Court entered a post-judgment Order Granting in Part and Denying in Part Plaintiffs' Petition for Attorneys' Fees and Costs, awarding Plaintiffs attorneys' fees and costs in the total sum of $19,628,071.88 (the "Fee Order", ECF No. 569);

WHEREAS, UBH intends to timely appeal the Court's Fee Order to the Ninth Circuit Court of Appeals (the "Fee Appeal");

WHEREAS, pursuant to Federal Rule of Civil Procedure 62(b), UBH has secured a bond in favor of the named Plaintiffs in these related actions for the total sum of $24,535,089.85 (the "Bond") pending the outcome of the forthcoming Fee Appeal, which represents 125 per cent of the total award of fees and costs set forth in the Fee Order;

WHEREAS, a copy of the executed Bond is attached hereto as Exhibit A;

WHEREAS, the Parties agree that the amount of the Bond is sufficient for the purposes of Federal Rule of Civil Procedure 62(b) to stay enforcement of the Fee Order pending resolution of UBH's forthcoming Fee Appeal;

WHEREAS, the Parties agree that the Bond should be approved by the Court pursuant to Federal Rule of Civil Procedure 62(b);

THEREFORE, the Parties stipulate and agree as follows:

1. The Bond, attached hereto as Exhibit A, should be approved by the Court pursuant to Federal Rule Civil 62(b);

2. Pursuant to Federal Rule of Civil Procedure 62(b) and the Court's inherent

-1-   STIPULATION & [PROPOSED] ORDER STAYING ENFORCEMENT OF THE COURT'S FEE ORDER
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

SFACTIVE-906488168.2

authority, enforcement of the Fee Order shall be stayed pending resolution of UBH's forthcoming Fee Appeal.

IT IS SO STIPULATED.

Dated: February 4, 2022                                    ZUCKERMAN SPAEDER LLP

                                                           /s/ *Caroline E. Reynolds*

                                                           Caroline E. Reynolds
                                                           Adam Abelson
                                                           Attorneys for Plaintiffs

Dated: February 4, 2022                                    CROWELL & MORING LLP

                                                           /s/ *Jennifer S. Romano*

                                                           Jennifer S. Romano
                                                           April N. Ross
                                                           Nathaniel P. Bualat
                                                           Andrew Holmer
                                                           Attorneys for Defendant United Behavioral Health

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 4, 2022                                    /s/     *Jennifer S. Romano*
                                                                   Jennifer S. Romano

-2-   STIPULATION & [PROPOSED] ORDER STAYING ENFORCEMENT OF THE COURT'S FEE ORDER
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

SFACTIVE-906488168.2

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS AS FOLLOWS:**

1. The Bond, attached hereto as Exhibit A, is hereby approved pursuant to Federal Rule Civil 62(b);

2. Pursuant to Federal Rule of Civil Procedure 62(b) and the Court's inherent authority, enforcement of the Fee Order shall be stayed pending resolution of UBH's forthcoming Fee Appeal.

Date: February 7, 2022

_____
The Honorable Joseph C. Spero
Chief United States Magistrate Judge

-3-   STIPULATION & [PROPOSED] ORDER STAYING ENFORCEMENT OF THE COURT'S FEE ORDER
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

SFACTIVE-906488168.2