FILED

FEB 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID WIT; et al., | No. 22-15184 |
| Plaintiffs-Appellees, | D.C. No. 3:14-cv-02346-JCS<br>Northern District of California,<br>San Francisco |
| LINDA TILLITT; MARY JONES, | |
| Intervenor-Plaintiffs-Appellees, | ORDER |
| v. | |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant-Appellant. | |

| | |
|---|---|
| GARY ALEXANDER, on his own behalf and on behalf of his beneficiary son, Jordan Alexander; et al., | No. 22-15186<br>D.C. No. 3:14-cv-05337-JCS |
| Plaintiffs-Appellees, | |
| MICHAEL DRISCOLL, | |
| Intervenor-Plaintiff-Appellee, | |
| v. | |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant-Appellant. | |

Appellant's motion (Docket Entry No. 12) to consolidate is granted. Nos. 22-15184 and 22-151896 are consolidated.

SSR/Pro Mo

Appellant's motion (included in Docket Entry No. 12) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings other than mediation are stayed until resolution of *Wit v. United Behavioral Health*, No. 20-17363, or further order of the court.

Appellant shall file a status report on May 24, 2022, and every 90 days thereafter while *Wit v. United Behavioral Health* remains pending.

Appellant shall notify the court by filing a status report within 7 days after resolution of *Wit v. United Behavioral Health*.

Failure to file a status report may terminate the stay of appellate proceedings.

The consolidated briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7