JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
NATHANIEL P. BUALAT (SBN 226917)
nbualat@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br>Related Case No. 3:14-CV-05337-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ENFORCEMENT OF: (1) THE COURT'S REMEDIES ORDER (ECF No. 491); (2) FURTHER PROCEEDINGS BEFORE THE SPECIAL MASTER; AND (3) ORDERS BY THE SPECIAL MASTER (ECF Nos. 568 & 572)** |

1    GARY ALEXANDER, *et al.*,

2                              Plaintiffs,

3           v.

4    UNITED BEHAVIORAL HEALTH,

5                              Defendant.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **IT IS HEREBY STIPULATED AND AGREED** by the Parties in the above-captioned

2   action, by and through their respective counsel of record, as follows:

3   WHEREAS, the Court entered a Remedies Order in this action on November 3, 2020

4   ("Remedies Order," ECF No. 491);

5   WHEREAS, the Court entered an Order Appointing Special Master in this action on

6   January 27, 2021, in which the Court appointed Mr. Douglas Young "to serve as a special master

7   to oversee and verify UBH's compliance with Sections III and IV of the Court's Remedies Order"

8   ("Appointment Order," ECF No. 528);

9   WHEREAS, the Court entered judgment in favor of Plaintiffs on February 2, 2021

10  ("Judgment" ECF No. 532);

11  WHEREAS, UBH appealed the Remedies Order and the Judgment to the Ninth Circuit

12  Court of Appeals in consolidated Ninth Circuit Case Nos. 20-17363, 20-17364, 21-15193, and

13  21-15194 (collectively, the "Merits Appeal");

14  WHEREAS, on December 3, 2021, the Special Master filed an Order Regarding

15  Implementation Issues Addressed in the Parties' May 28, 2021 Joint Submission ("Special

16  Master's First Order," ECF No. 568), which became final on January 18, 2022 pursuant to the

17  Appointment Order;

18  WHEREAS, on January 20, 2022, the Special Master filed an Order Regarding Plaintiffs'

19  September 24, 2021 Letter ("Special Master's Second Order," ECF No. 572), which became final

20  on March 7, 2022 pursuant to the Appointment Order;

21  WHEREAS, on March 22, 2022, the Ninth Circuit entered a Memorandum disposition of

22  the Merits Appeal in which the Ninth Circuit reversed the Judgment ("Memorandum

23  Disposition," ECF No. 583);

24  WHEREAS, on March 23, 2022, the Special Master filed his Seventh Status Report,

25  stating: "In light of the Ninth Circuit's Memorandum disposition, the Special Master is

26  suspending work pending further notification from the Court and/or the parties" (ECF No. 584);

27  WHEREAS, Plaintiffs have informed UBH that Plaintiffs intend to petition the Ninth

28  Circuit for rehearing of the Merits Appeal;

-1-

STIPULATION & [PROPOSED] ORDER STAYING
REMEDIES ORDER AND RELATED ORDERS
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

WHEREAS, the parties agree that, in light of the Memorandum Disposition and Plaintiffs' intent to seek rehearing before the Ninth Circuit, the Remedies Order and further proceedings before the Special Master—including but not limited to the Special Master's First Order and the Special Master's Second Order—and any enforcement thereof should be stayed pending issuance of mandate from the Ninth Circuit;

THEREFORE, the Parties stipulate and agree as follows:

1. The Remedies Order, and any enforcement thereof, shall be stayed pending the issuance of mandate from the Ninth Circuit on the Merits Appeal;

2. The Special Master's First Order, and any enforcement thereof, shall be stayed pending the issuance of mandate from the Ninth Circuit on the Merits Appeal;

3. The Special Master's Second Order, and any enforcement thereof, shall be stayed pending the issuance of mandate from the Ninth Circuit on the Merits Appeal; and

4. Further proceedings before the Special Master, including all further proceedings or actions pursuant to the Appointment Order, shall be stayed pending the issuance of mandate from the Ninth Circuit on the Merits Appeal.

IT IS SO STIPULATED.

Dated: March 25, 2022                                  ZUCKERMAN SPAEDER LLP

                                                       /s/ *Adam Abelson*

                                                       Caroline E. Reynolds
                                                       Adam Abelson
                                                       Attorneys for Plaintiffs

Dated: March 25, 2022                                  CROWELL & MORING LLP

                                                       /s/ *Jennifer S. Romano*

                                                       Jennifer S. Romano
                                                       April N. Ross
                                                       Nathaniel P. Bualat
                                                       Andrew Holmer
                                                       Attorneys for Defendant United Behavioral
                                                       Health

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.


Dated: March 25, 2022                                           /s/ *Jennifer S. Romano*
                                                                Jennifer S. Romano



**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING**

**THEREFORE, THE COURT ORDERS AS FOLLOWS:**

1.  The Remedies Order, and any enforcement thereof, shall be stayed pending the issuance of mandate from the Ninth Circuit on the Merits Appeal;

2.  The Special Master's First Order, and any enforcement thereof, shall be stayed pending the issuance of mandate from the Ninth Circuit on the Merits Appeal;

3.  The Special Master's Second Order, and any enforcement thereof, shall be stayed pending the issuance of mandate from the Ninth Circuit on the Merits Appeal; and

4.  Further proceedings before the Special Master, including all further proceedings or actions pursuant to the Appointment Order, shall be stayed pending the issuance of mandate from the Ninth Circuit on the Merits Appeal.



Date: _____          _____
                                        The Honorable Joseph C. Spero
                                        Chief United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER STAYING
REMEDIES ORDER AND RELATED ORDERS
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS