FILED

APR 5 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID WIT; et al., <br><br> Plaintiffs-Appellees, <br><br> LINDA TILLITT; MARY JONES, <br><br> Intervenor-Plaintiffs-Appellees, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant-Appellant. | No. 20-17363 <br> 21-15193 <br><br> D.C. No. 3:14-cv-02346-JCS <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |
| GARY ALEXANDER, on his own behalf and on behalf of his beneficiary son, Jordan Alexander; et al., <br><br> Plaintiffs-Appellees, <br><br> MICHAEL DRISCOLL, <br><br> Intervenor-Plaintiff-Appellee, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant-Appellant. | No. 20-17364 <br> 21-15194 <br><br> D.C. No. 3:14-cv-05337-JCS <br> Northern District of California, <br> San Francisco |

Before:  CHRISTEN and FORREST, Circuit Judges, and ANELLO,[*] District Judge.

Plaintiffs-Appellees' motion for an order extending the deadline to file a petition for panel rehearing or rehearing en banc (Dkt. #93) by thirty days is GRANTED.  The new deadline is May 5, 2022.

---

[*] The Honorable Michael M. Anello, United States District Judge for the Southern District of California, sitting by designation.

2