PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
7 West Figueroa Street, Suite 300
PMB# 300059
Santa Barbara, CA 93101
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

*Attorneys for Plaintiffs and the Classes*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br>Related Case No. 3:14-CV-05337-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT** |
| GARY ALEXANDER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Date:   October 21, 2022<br>Time:   2:00 p.m.<br>Judge:  Hon. Joseph C. Spero |

Pursuant to Civil Local Rule 16-10(d) and the Court's June 16, 2022 Civil Minute Order (*Wit* ECF No. 588), Plaintiffs and Defendant, by and through their respective counsel, submit the following Joint Case Management Statement. The parties' last Joint Case Management Statement was filed March 18, 2022. (ECF No. 581.)

## I.     Status of Appellate Proceedings

UBH appealed the injunction and final judgment; the appeals were consolidated by the Court of Appeals on February 12, 2021. Briefing on the appeal was completed on June 2, 2021, and the Court of Appeals heard oral argument on August 11, 2021. On March 22, 2022, the Court of Appeals entered a Memorandum disposition of the appeal reversing the Judgment. Plaintiffs filed a Petition for Panel Rehearing and Rehearing En Banc ("Petition for Rehearing") on May 5, 2022. Defendant filed a response to the Petition for Rehearing on June 16, 2022 and Plaintiffs filed a reply on June 23, 2022. The Petition for Rehearing is currently pending.

UBH also appealed the Court's January 5, 2022 Order Granting in Part and Denying in Part Plaintiffs' Petition for Attorneys' Fees and Costs (ECF No. 569). The Court of Appeals stayed the briefing schedule on that appeal until resolution of the merits appeal, No. 20-17363. The parties have agreed that the fee appeal should remain in abeyance pending the resolution of the Petition for Rehearing.

## II.     Status of Remedial Proceedings

On March 28, 2022, this Court entered a Stipulation and Order staying the Remedies Order and further proceedings before the Special Master, including the Special Master's First Order and the Special Master's Second Order, and any enforcement thereof pending the issuance of mandate from the Ninth Circuit on the merits appeal.

Respectfully Submitted:

Dated: October 17, 2022                    ZUCKERMAN SPAEDER LLP

/s/ *Caroline E. Reynolds*

Caroline E. Reynolds
Adam Abelson

PSYCH-APPEAL, INC.
Meiram Bendat

*Attorneys for Plaintiffs*

Dated: October 17, 2022                    CROWELL & MORING LLP

/s/ *Andrew Holmer*

Jennifer S. Romano
April N. Ross
Nathaniel P. Bualat
Andrew Holmer

*Attorneys for Defendant United Behavioral Health*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 17, 2022                    /s/ *Caroline E. Reynolds*
                                                              Caroline E. Reynolds