1  PSYCH-APPEAL, INC.
   Meiram Bendat (Cal. Bar No. 198884)
2  7 West Figueroa Street, Suite 300
   PMB# 300059
3  Santa Barbara, CA 93101
   Tel: (310) 598-3690, x.101
4  Fax: (888) 975-1957
   mbendat@psych-appeal.com
5
   ZUCKERMAN SPAEDER LLP
6  D. Brian Hufford (admitted *pro hac vice*)
   Jason S. Cowart (admitted *pro hac vice*)
7  485 Madison Avenue, 10th Floor
   New York, NY 10022
8  Tel: (212) 704-9600
   Fax: (212) 704-4256
9  dbhufford@zuckerman.com
   jcowart@zuckerman.com
10
   *Attorneys for Plaintiffs and the Classes*
11 *(Additional Counsel on Signature Page)*

12
13                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
14                    SAN FRANCISCO DIVISION

15  | DAVID AND NATASHA WIT, et al., | Case No. 3:14-CV-02346-JCS |
    |---|---|
16  | Plaintiffs, | Related Case No. 3:14-CV-05337-JCS |
17  | v. | **JOINT CASE MANAGEMENT STATEMENT** |
18  | UNITED BEHAVIORAL HEALTH, | |
19  | Defendant. | |
20  | GARY ALEXANDER, et al., | Date:  January 20, 2023<br>Time:  2:00 p.m.<br>Judge: Hon. Joseph C. Spero |
21  | Plaintiffs, | |
22  | v. | |
23  | UNITED BEHAVIORAL HEALTH, | |
24  | Defendant. | |

25
26
27
28

Pursuant to Civil Local Rule 16-10(d) and the Court's October 17, 2022 Civil Minute Order (*Wit* ECF No. 591), Plaintiffs and Defendant, by and through their respective counsel, submit the following Joint Case Management Statement. The parties' last Joint Case Management Statement was filed October 17, 2022. (ECF No. 590.)

**I.   Status of Appellate Proceedings**

UBH appealed the injunction and final judgment; the appeals were consolidated by the Court of Appeals on February 12, 2021. Briefing on the appeal was completed on June 2, 2021, and the Court of Appeals heard oral argument on August 11, 2021. On March 22, 2022, the Court of Appeals entered a memorandum disposition of the appeal reversing the Judgment. Plaintiffs filed a Petition for Panel Rehearing and Rehearing En Banc ("Petition for Rehearing") on May 5, 2022. Defendant filed a response to the Petition for Rehearing on June 16, 2022 and Plaintiffs filed a reply on June 23, 2022. The Petition for Rehearing is currently pending.

UBH also appealed the Court's January 5, 2022 Order Granting in Part and Denying in Part Plaintiffs' Petition for Attorneys' Fees and Costs (ECF No. 569). The Court of Appeals stayed the briefing schedule on that appeal until resolution of the merits appeal, No. 20-17363. The parties have agreed that the fee appeal should remain in abeyance pending the resolution of the Petition for Rehearing.

**II.   Status of Remedial Proceedings**

On March 28, 2022, this Court entered a Stipulation and Order staying the Remedies Order and further proceedings before the Special Master, including the Special Master's First Order and the Special Master's Second Order, and any enforcement thereof pending the issuance of mandate from the Ninth Circuit on the merits appeal.

Respectfully Submitted:

Dated: January 13, 2023                                             ZUCKERMAN SPAEDER LLP

/s/ Caroline E. Reynolds

Caroline E. Reynolds
Adam Abelson

PSYCH-APPEAL, INC.
Meiram Bendat

*Attorneys for Plaintiffs*

Dated: January 13, 2023                                             CROWELL & MORING LLP

/s/ Jennifer S. Romano

Jennifer S. Romano
April N. Ross
Nathaniel P. Bualat
Andrew Holmer

*Attorneys for Defendant United Behavioral Health*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 13, 2023                                             /s/ Caroline E. Reynolds
                                                                                        Caroline E. Reynolds