**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID WIT; et al., | Nos. 20-17363 |
| Plaintiffs-Appellees, | 21-15193 |
| LINDA TILLITT; MARY JONES, | D.C. No. 3:14-cv-02346-JCS Northern District of California, San Francisco |
| Intervenor-Plaintiffs-Appellees, | |
| v. | ORDER |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant-Appellant. | |

| | |
|---|---|
| GARY ALEXANDER, on his own behalf and on behalf of his beneficiary son, Jordan Alexander; et al., | Nos. 20-17364 21-15194 |
| Plaintiffs-Appellees, | D.C. No. 3:14-cv-05337-JCS |
| MICHAEL DRISCOLL, | |
| Intervenor-Plaintiff-Appellee, | |
| v. | |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant-Appellant. | |

Before: CHRISTEN and FORREST, Circuit Judges, and ANELLO,[*] District Judge.

The memorandum disposition filed on March 22, 2022, is withdrawn and replaced with the concurrently filed opinion. The pending petition for panel rehearing and rehearing en banc [97], and amicus curiae motions [101, 105, & 112] are **DENIED** as moot. The court permits the parties to file subsequent petitions for panel rehearing and rehearing en banc.

---

[*] The Honorable Michael M. Anello, United States District Judge for the Southern District of California, sitting by designation.