FILED

JAN 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID WIT; et al., <br><br> Plaintiffs-Appellees, <br><br> LINDA TILLITT; MARY JONES, <br><br> Intervenor-Plaintiffs-Appellees, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant-Appellant. | No. 20-17363 <br> 21-15193 <br><br> D.C. No. 3:14-cv-02346-JCS <br> Northern District of California, San Francisco <br><br> ORDER |
| GARY ALEXANDER, on his own behalf and on behalf of his beneficiary son, Jordan Alexander; et al., <br><br> Plaintiffs-Appellees, <br><br> MICHAEL DRISCOLL, <br><br> Intervenor-Plaintiff-Appellee, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant-Appellant. | No. 20-17364 <br> 21-15194 <br><br> D.C. No. 3:14-cv-05337-JCS |

Before:  CHRISTEN and FORREST, Circuit Judges, and ANELLO,[*] District Judge.

      Plaintiff-Appellees' motion for extension of time to file a petition for panel rehearing and rehearing en banc (dkt. # 126) is **GRANTED**.

---

[*]     The Honorable Michael M. Anello, United States District Judge for the Southern District of California, sitting by designation.

2