UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DAVID WIT; NATASHA WIT; BRIAN MUIR; BRANDT PFEIFER, on behalf of the Estate of his deceased wife, Lauralee Pfeifer; LORI FLANZRAICH, on behalf of her daughter Casey Flanzraich; CECILIA HOLDNAK, on behalf of herself, her daughter Emily Holdnak; GARY ALEXANDER, on his own behalf and on behalf of his beneficiary son, Jordan Alexander; CORINNA KLEIN; DAVID HAFFNER, on behalf of themselves and all others similarly situated,

       Plaintiffs-Appellees,

LINDA TILLITT; MARY JONES,

       Intervenor-Plaintiffs-
       Appellees,

  v.

UNITED BEHAVIORAL HEALTH,

       Defendant-Appellant.

No.    20-17363
       21-15193

D.C. No. 3:14-cv-02346-JCS
Northern District of California,
San Francisco

ORDER

GARY ALEXANDER, on his own behalf and on behalf of his beneficiary son, Jordan Alexander; CORINNA KLEIN; DAVID HAFFNER, on behalf of themselves and all others similarly situated,

       Plaintiffs-Appellees,

No.    20-17364
       21-15194

D.C. No. 3:14-cv-05337-JCS

MICHAEL DRISCOLL,

      Intervenor-Plaintiff-
      Appellee,

  v.

UNITED BEHAVIORAL HEALTH,

        Defendant-Appellant.

Before: CHRISTEN and FORREST, Circuit Judges, and ANELLO,[*] District Judge.

Appellant United Behavioral Health is directed to file a response to Plaintiffs-Appellee's petition for panel rehearing or rehearing en banc, filed with this court on March 10, 2023. The response shall not exceed 15 pages or 4,200 words, and shall be filed within twenty-one (21) days of the filed date of this order.

---

[*]     The Honorable Michael M. Anello, United States District Judge for the Southern District of California, sitting by designation.