PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
7 West Figueroa Street, Suite 300
PMB# 300059
Santa Barbara, CA 93101
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

*Attorneys for Plaintiffs and the Classes
(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | Case No. 3:14-CV-02346-JCS <br> Related Case No. 3:14-CV-05337-JCS <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Next Event: Case Management Conference <br><br> Date: June 23, 2023 <br> Time: 2:00 p.m. <br> Judge: Hon. Joseph C. Spero |
| GARY ALEXANDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | |

Pursuant to Civil Local Rule 16-10(d) and the Court's April 7, 2023 Civil Minute Order (*Wit* ECF No. 599), Plaintiffs and Defendant, by and through their respective counsel, submit the following Joint Case Management Statement. The parties' last Joint Case Management Statement was filed January 13, 2023. (ECF No. 592.)

**I.     Status of Appellate Proceedings**

UBH appealed the injunction and final judgment; the appeals were consolidated by the Court of Appeals on February 12, 2021. Briefing on the appeal was completed on June 2, 2021, and the Court of Appeals heard oral argument on August 11, 2021. On March 22, 2022, the Court of Appeals entered a memorandum disposition of the appeal reversing the Judgment. Plaintiffs filed a Petition for Panel Rehearing and Rehearing En Banc ("First Petition for Rehearing") on May 5, 2022. Defendant filed a response to the First Petition for Rehearing on June 16, 2022 and Plaintiffs filed a reply on June 23, 2022.

On January 26, 2023, the Court of Appeals issued an order withdrawing its March 22, 2022 memorandum disposition and replacing it with a new Opinion. The new Opinion affirmed in part and reversed in part this Court's liability and class certification rulings. On January 27, 2023, the Court issued a corrected version of the Opinion. Plaintiffs filed a Petition for Panel Rehearing and Rehearing En Banc ("Second Petition for Rehearing") on March 10, 2023. Defendant filed a response to the Second Petition for Rehearing on April 20, 2023. Plaintiffs filed a motion for leave to file a reply brief in support of the Second Petition for Rehearing on April 25, 2023, and Defendant filed a response to Plaintiffs' motion for leave to file a reply brief on April 26, 2023. The Second Petition for Rehearing is currently pending.

UBH also appealed the Court's January 5, 2022 Order Granting in Part and Denying in Part Plaintiffs' Petition for Attorneys' Fees and Costs (ECF No. 569). The Court of Appeals stayed the briefing schedule on that appeal until resolution of the merits appeal, No. 20-17363. The parties have agreed that the fee appeal should remain in abeyance pending the resolution of Defendants' appeal on the merits.

**II.    Status of Remedial Proceedings**

On March 28, 2022, this Court entered a Stipulation and Order staying the Remedies

Order and further proceedings before the Special Master, including the Special Master's First Order and the Special Master's Second Order, and any enforcement thereof pending the issuance of mandate from the Ninth Circuit on the merits appeal.

Respectfully Submitted:

Dated: June 16, 2023    ZUCKERMAN SPAEDER LLP

/s/ Caroline E. Reynolds

Caroline E. Reynolds
Adam Abelson

PSYCH-APPEAL, INC.
Meiram Bendat

*Attorneys for Plaintiffs*

Dated: June 16, 2023    CROWELL & MORING LLP

/s/ Jennifer S. Romano

Jennifer S. Romano
April N. Ross
Nathaniel P. Bualat
Andrew Holmer

*Attorneys for Defendant United Behavioral Health*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: June 16, 2023    /s/ Caroline E. Reynolds
Caroline E. Reynolds