# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### ZOOM CIVIL MINUTE ORDER

| Case No.: 14-cv-02346-JCS | Case Name: Wit v. UnitedHealthcare Insurance Company | |
|---|---|---|
| Magistrate Judge: JOSEPH C. SPERO | Date: September 22, 2023 | Time: 12 M (2:11-2:23) |

**Attorney for Plaintiff:** Caroline Reynolds, Jason Cowart, Joshua Mathew, Meiram Bendat
**Attorney for Defendant:** Jennifer Romano, April Ross, Andrew Holmer
**Special Master:** Doug Young

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

## ZOOM WEBINAR PROCEEDINGS

1. Further Case Mgmt Conference - Held

## ORDERED AFTER HEARING

Parties stipulate to a stay of the remedies.
Parties will meet and confer and negotiate a briefing schedule on the scope of the remand.
Parties will try to resolve the issue of any decertification regarding the statute of limitation and stay of the statute of limitation. If the parties are unable to resolve this issue, they may submit a short briefing schedule.
Updated joint case management statement due 12/8/2023.

**CASE CONTINUED TO:**   12/15/2023 at 2:00 PM for a further case management conference by Zoom. This date will be moved to the date of the motion hearing.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.