UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID WIT; et al., | No. 22-15184 |
| Plaintiffs-Appellees, | D.C. No. 3:14-cv-02346-JCS |
| LINDA TILLITT; MARY JONES, | Northern District of California, San Francisco |
| Intervenor-Plaintiffs-Appellees, | ORDER |
| v. | |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant-Appellant. | |
| GARY ALEXANDER, on his own behalf and on behalf of his beneficiary son, Jordan Alexander; et al., | No. 22-15186 |
| Plaintiffs-Appellees, | D.C. No. 3:14-cv-05337-JCS |
| MICHAEL DRISCOLL, | |
| Intervenor-Plaintiff-Appellee, | |
| v. | |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant-Appellant. | |

OSA113

Before: RAWLINSON, BYBEE, and HURWITZ, Circuit Judges.

The unopposed request to vacate and remand (Docket Entry No. 26) is granted. The district court's January 5, 2022 award of attorney's fees and costs is vacated.

**VACATED and REMANDED.**