UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al.,<br>    Plaintiffs,<br>v.<br>UNITED BEHAVIORAL HEALTH,<br>    Defendant. | Case No. 14-cv-02346-JCS<br><br>**ORDER SETTING BRIEFING SCHEDULE ON UBH'S REQUEST FOR A STAY** |

In the parties' Joint Notice Regarding Case Schedule, UBH requests that the Court stay proceedings pending resolution of its yet-to-be-filed petition to the Ninth Circuit for relief from the Court's Order re Scope of Remand. In addition, UBH asks the Court to rule on that request no later than January 16, 2024. The Court declines to rule on UBH's request as no formal motion has been filed and Plaintiffs have not had an opportunity to respond. Accordingly, UBH shall file a motion to stay, not to exceed ten pages, no later than **January 16, 2024**. Plaintiff's Opposition, not to exceed ten pages, shall be filed by **January 23, 2024**. UBH's Reply, not to exceed five pages, shall be due on **January 26, 2024**. The Court intends to decide this question on the papers and defers setting any further dates until it has decided whether a stay should be entered.

**IT IS SO ORDERED.**

Dated: January 11, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge