UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: UNITED BEHAVIORAL HEALTH.<br>———————————————<br>UNITED BEHAVIORAL HEALTH.<br><br>          Petitioner,<br><br>   v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,<br><br>          Respondent,<br><br>DAVID WIT, on behalf of himself and all others similarly situated; et al.;<br><br>          Real Parties in Interest. | No. 24-242<br><br>D.C. Nos.<br>3:14-cv-2346-JCS, 3:14-cv-5337-JCS<br>Northern District of California, San Francisco<br><br>ORDER |

Before: CHRISTEN and FORREST, Circuit Judges, and ANELLO, District Judge.[*]

Petitioner moves to stay the underlying proceedings in the district court (N.D. Cal. Case Nos. 3:14-cv-2346, 3:14-cv-5337) pending resolution of its petition for mandamus relief filed in this court. We have jurisdiction, and we grant Petitioner's motion (Dkt. 7). *Hollingsworth v. Perry*, 558 U.S. 183, 190 (2010) (per curiam); *see also In re Morris*, 363 F.3d 891, 893 (9th Cir. 2004) (staying proceedings in the

---

[*] The Honorable Michael M. Anello, United States District Judge for the Southern District of California, sitting by designation.

district court to consider Petitioner's petition for a writ of mandamus) (per curiam).

Proceedings in the district court are stayed pending further order of this court.