| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 26 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: UNITED BEHAVIORAL HEALTH.

_____

UNITED BEHAVIORAL HEALTH.

      Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

      Respondent,

DAVID WIT, on behalf of himself and all others similarly situated; et al.;

      Real Parties in Interest.

No. 24-242

D.C. Nos. 3:14-cv-2346-JCS, 3:14-cv-5337-JCS
Northern District of California, San Francisco

ORDER

Before: CHRISTEN and FORREST, Circuit Judges, and ANELLO, District Judge.[*]

The Real Parties in Interest are hereby directed to file a response to the petition for a writ of mandamus (Dkt. 1) within 21 days of the date of this Order. Fed. R. App. P. 21(b).

---

[*] The Honorable Michael M. Anello, United States District Judge for the Southern District of California, sitting by designation.