1  JENNIFER S. ROMANO (SBN 195953)
   jromano@crowell.com
2  ANDREW HOLMER (SBN 268864)
   aholmer@crowell.com
3  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
4  Los Angeles, California 90071
   Telephone: (213) 622-4750
5  Facsimile: (213) 622-2690

6

7  Attorneys for Defendant
   UNITED BEHAVIORAL HEALTH
   *(Additional Counsel on Signature Page)*
8

9                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

11 | DAVID AND NATASHA WIT, et al., | Case No. 3:14-CV-02346-JCS |
12 | Plaintiffs, | Related Case No. 3:14-CV-05337-JCS |
13 | v. | |
14 | UNITED BEHAVIORAL HEALTH, | **STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED BRIEFING SCHEDULE** |
15 | Defendant. | |
16 | | |
17 | GARY ALEXANDER, et al., | Judge:    Hon. Joseph C. Spero |
18 | Plaintiffs, | |
19 | v. | |
20 | UNITED BEHAVIORAL HEALTH, | |
21 | Defendant. | |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and the Court's February 7, 2025 Order (ECF No. 655), the parties in the above-captioned consolidated actions, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 6, 2025, the Parties submitted a Joint Case Management Statement and Request for Scheduling Order in which they advised the Court that the Ninth Circuit had granted UBH's petition for a writ of mandamus and stated their agreement that there are two "threshold" questions this Court must now decide: (1) what portion of the Plaintiffs' breach of fiduciary duty claim, if any, remains in the case; and (2) whether any surviving portion of the breach of fiduciary duty claim is subject to administrative exhaustion (and if so, whether such requirements have been satisfied) (ECF No. 654);

WHEREAS, on February 7, 2025, the Court ordered that briefing on the issues concerning Plaintiffs' breach of fiduciary duty claims will proceed through a four-brief structure, with Plaintiffs filing the opening brief (ECF No. 655);

WHEREAS, the Court's February 7, 2025 Order requested that the Parties submit a joint proposed briefing schedule that leaves at least six weeks between the deadline for UBH to file its sur-reply and the proposed motion hearing date (ECF No. 655);

WHEREAS, Plaintiffs and UBH have met and conferred regarding the briefing schedule and have agreed on the dates set forth below;

WHEREAS, the Parties will meet and confer, and will submit a joint statement or stipulation to the Court regarding page limits for the briefing on Plaintiffs' breach of fiduciary duty claim on March 10, 2025;

**IT IS HEREBY STIPULATED AND AGREED** that, subject to the approval of the Court, the following shall be the schedule for briefing on the breach of fiduciary duty claims:

///

///

///

///

-1-

STIP. & [PROPOSED] ORDER REGARDING PROPOSED BRIEFING SCHEDULE
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

SFACTIVE-907839664.1

| Date | Event |
|---|---|
| March 10, 2025 | Parties to Submit a Joint Statement or Stipulation to the Court regarding Page Limits |
| March 21, 2025 | Deadline for Plaintiffs to File Opening Brief |
| April 25, 2025 | Deadline for UBH to File Response Brief |
| May 16, 2025 | Deadline for Plaintiffs to File Reply Brief |
| June 6, 2025 | Deadline for UBH to File Sur-Reply Brief |
| July ~~23~~ 30, 2025 by Zoom video | Hearing on Pending Issues Concerning Plaintiffs' Breach of Fiduciary Duty Claims |

                                                                                                 Respectfully submitted,

Dated: February 14, 2025                                       ZUCKERMAN SPAEDER LLP

                                                                              /s/ *Caroline E. Reynolds*

                                                         Caroline E. Reynolds
                                                        D. Brian Hufford
                                                        Jason S. Cowart
                                                        Joshua Mathew

                                                        PSYCH-APPEAL, INC.
                                                        Meiram Bendat

                                      *Attorneys for Plaintiffs and the Classes*

Dated: February 14, 2025                                       CROWELL & MORING LLP

                                                      /s/ *Jennifer S. Romano*

                                                   Jennifer S. Romano
                                                   Andrew Holmer

                         *Attorneys for Defendant United Behavioral Health*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 14, 2025

/s/ *Jennifer S. Romano*
Jennifer S. Romano

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

Date: February 18, 2025

The Honorable Joseph C. Spero
United States Magistrate Judge

-3-

STIP. & [PROPOSED] ORDER REGARDING
PROPOSED BRIEFING SCHEDULE
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

SFACTIVE-907839664.1