JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

CROWELL & MORING LLP
NICHOLAS DOWD (admitted *pro hac vice*)
ndowd@crowell.com
1601 Wewatta Street, Suite 815
Denver, CO 80202
Telephone: (303) 524-8663
Facsimile: (303) 524-8650

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br>Related Case No. 3:14-CV-05337-JCS<br><br>**DECLARATION OF ANDREW HOLMER IN SUPPORT OF UNITED BEHAVIORAL HEALTH'S OPENING BRIEF ON BREACH OF FIDUCIARY DUTY CLAIM** |
| GARY ALEXANDER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH (operating as OPTUMHEALTH BEHAVIORAL SOLUTIONS),<br><br>Defendant. | Hearing Date: July 30, 2025<br>Hearing Time: 9:30 a.m.<br>Judge: Joseph C. Spero |

I, Andrew Holmer, hereby declare as follows:

1. I am a partner at the law firm of Crowell & Moring LLP, counsel of record for Defendant United Behavioral Health ("UBH"). I am one of the attorneys responsible for the day-to-day management of this action. I submit this declaration in support of UBH's Brief on Plaintiffs' Breach of Fiduciary Duty Claim. Unless otherwise stated, I have personal knowledge of the matters stated in this declaration, and I could and would testify competently about them if called upon to do so.

2. Attached hereto as **Exhibit 1** is a chart that was adapted from Trial Ex. 1655, an admitted summary trial exhibit reflecting the administrative appeals filed, if any, by members of the Claim Sample. *See* Findings of Fact and Conclusions of Law, ECF No. 418, at ¶ 192. In **Exhibit 1** hereto, Trial Ex. 1655 has been modified to include an additional column titled, "*Plan-Mandated Exhaustion?*," indicating whether the sample class member's UBH-administered plan contained any identifiable provision stating that the class member needed to exhaust available administrative remedies (such as administrative appeals) prior to filing suit. A "Yes" response in this column is accompanied by a citation to the relevant class member's plan document that was entered as a Trial Exhibit. The provisions containing exhaustion requirements varied, with some that referred to "benefits" and "reimbursement" claims and others that did not. A "No" response means an exhaustion provision was not located within the relevant plan document that was entered as a Trial Exhibit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 25, 2025, in Los Angeles, California.

[signature]

Andrew Holmer