# EXHIBIT 1

| Unique Member ID | Date of Initial Non-Coverage Determination | Date of 1st Level Appeal | Date of 2nd Level Appeal | Date Overturned on Appeal | Plan-Mandated Exhaustion Provision? |
|---|---|---|---|---|---|
| 659 | 7/27/2011<br>UBHWIT0027302-3 | | | | Yes<br>Ex. 1535-0057<br>(UBHWIT0015507) |
| 828 | 8/12/2011<br>UBHWIT0027415 | 8/19/2011<br>UBHWIT0027425 | 10/24/2011<br>UBHWIT0027429 | 12/23/2011<br>UBHWIT0027430 | Yes<br>Ex. 1538-0061<br>(UBHWIT0031163) |
| 986 | 8/26/2011<br>UBHWIT0053366-68 | | | | No |
| 1010 | 8/31/2011<br>UBHWIT0028666 | 9/1/2011<br>UBHWIT0028670 | | | Yes<br>Ex. 1540-0096<br>(UBHWIT0022177) |
| 1027 | 9/2/2011<br>UBHWIT0052246-49 | | | | Yes<br>Ex. 1541-0081<br>UBHWIT0031785 |
| 1060 | 10/21/2011<br>UBHWIT0052961 | 10/24/2011<br>UBHWIT0059907-09 | | | Yes<br>Ex. 1542-0091<br>(UBHWIT0032937) |
| 1655 | 11/4/2011<br>UBHWIT0053806-8 | | | | Yes<br>Ex. 1544-0080<br>(UBHWIT0021194) |
| 2427 | 1/27/2012<br>UBHWIT0059929-31 | | | | Yes<br>Ex. 1546-0091<br>(UBHWIT0033452) |
| 3262 | 4/16/2012<br>UBHWIT0060105-107 | 4/17/2012<br>UBHWIT0060105-06 | | 4/17/2012<br>UBHWIT0060105-06 | No |
| 3435 | 4/29/2012<br>UBHWIT0027357 | 9/20/2012<br>UBHWIT0027363-64 | | | Yes<br>Ex. 1548-0058<br>(UBHWIT0015896) |
| 3707 | 5/25/2012<br>UBHWIT0054163-64 | | | | Yes<br>Ex. 1549-0085<br>(UBHWIT0034597) |
| 3867 | 6/13/2012<br>UBHWIT0059840-44 | 6/14/2012<br>UBHWIT0052423 | | | Yes<br>Ex. 1550-0086<br>(UBHWIT0018382) |

[1] Blank cells indicate that no record of appeal was identified in the administrative records provided.

| Unique Member ID | Date of Initial Non-Coverage Determination | Date of 1st Level Appeal | Date of 2nd Level Appeal | Date Overturned on Appeal | Plan-Mandated Exhaustion Provision? |
|---|---|---|---|---|---|
| 4176 | 7/9/2012 UBHWIT0053884 | 7/11/2012 UBHWIT0053892 | 6/27/2013 UBHWIT0053954 | | Yes Ex. 1551-0060 (UBHWIT0019029) |
| 5117 | 10/12/2012 UBHWIT0028497-501 | | | | Yes Ex. 2014-0291 (UBHWIT0030814) |
| 5618 | 12/5/2012 UBHWIT0051852 | 12/5/2012 UBHWIT0051857 | | | Yes Ex. 1554-0030 (UBHWIT0031070) |
| 6355 | 2/13/2013 UBHWIT0051272 | 5/08/2013 UBHWIT0051287-89 | | | Yes Ex. 1556-0053 (UBHWIT0032351) |
| 6600 | 3/8/2013 UBHWIT0059890-91 | | | | Yes Ex. 1557-0084 (UBHWIT0032792) |
| 6943 | 4/10/2013 UBHWIT0027521-23 | | | | Yes Ex. 1558-0079 (UBHWIT0021452) |
| 8179 | 7/25/2013 UBHWIT0051005-07 | 7/26/2013 UBHWIT0059682-86; UBHWIT0051015-17 | | | Yes Ex. 1559-0073 (UBHWIT0031971) |
| 8301 | 8/05/2013 UBHWIT0029571-74 | 8/6/0213 UBHWIT0029578-81 | | 8/6/0213 UBHWIT0029578-81 | Yes Ex. 1560-0269 (UBHWIT0024931 ) |
| 8355 | 8/9/2013 UBHWIT0029490 | 8/13/2013 UBHWIT0029496 | 12/16/2013 UBHWIT0029521-22 | | Yes Ex. 1561-0156 (UBHWIT0023833) Ex. 2032-0167 (UBHWIT0024011) |
| 8617 | 9/5/2013 UBHWIT0051590-92 | | | | Yes Ex. 2020-0097 (UBHWIT0030464) |
| 8697 | 9/5/2013 UBHWIT0027601-03 | | | | Yes Ex. 1563-0101 |

[1] Blank cells indicate that no record of appeal was identified in the administrative records provided.

| Unique Member ID | Date of Initial Non-Coverage Determination | Date of 1st Level Appeal | Date of 2nd Level Appeal | Date Overturned on Appeal | Plan-Mandated Exhaustion Provision? |
|---|---|---|---|---|---|
| | | | | | (UBHWIT0036646) |
| 8873 | 10/1/2013<br>UBHWIT0051531-34 | | | | Yes<br>Ex. 1565-0103<br>(UBHWIT0020679) |
| 8891 | 10/2/2013<br>UBHWIT0027673-75 | | | | Yes<br>Ex. 1566-0080-81<br>(UBHWIT002245-46) |
| 8895 | 10/2/2013<br>UBHWIT0029982-83 | 10/4/2013<br>UBHWIT002990-91 | | | Yes<br>Ex. 1567-0089<br>(UBHWIT0040070) |
| 8963 | 10/7/2013<br>UBHWIT0028461-63 | | | | Yes<br>Ex. 2022-0048<br>(UBHWIT0025546) |
| 8988 | 10/4/2013<br>UBHWIT0050578-81 | 10/7/2013<br>UBHWIT0050588-89 | 1/3/2014<br>UBHWIT0062597-600 | | Yes<br>Ex. 2023-0056<br>(UBHWIT0040914) |
| 9011 | 10/11/2013<br>UBHWIT0027864-66 | 10/14/2013<br>UBHWIT0027868-69 | | | Yes<br>Ex. 1570-0054<br>(UBHWIT0039411) |
| 10769 | 2/5/2014<br>UBHWIT0028043 | 2/7/2014<br>UBHWIT0028045-46 | 2/11/2014<br>UBHWIT0028048-49 | | Yes<br>Ex. 1571-0092<br>(UBHWIT0046221) |
| 10922 | 3/28/2014<br>UBHWIT0054809 | 4/1/2014<br>UBHWIT0054815-17 | | 4/1/2014 (Partial Overturn)<br>UBHWIT0054815-17 | Yes<br>Ex. 1572-0079-80<br>(UBHWIT0037364-65) |
| 11164 | 4/14/14<br>UBHWIT0052044-45 | | | | No |
| 11251 | 5/13/2014<br>UBHWIT0041233-34 | | | | Yes<br>Ex. 2027-0095-96<br>(UBHWIT0040638-39) |
| 11276 | 4/22/2014<br>UBHWIT0027747 | 4/24/2014<br>UBHWIT0027750-51 | | | Yes<br>Ex. 2028-0054<br>(UBHWIT0038240) |

[1] Blank cells indicate that no record of appeal was identified in the administrative records provided.

| Unique Member ID | Date of Initial Non-Coverage Determination | Date of 1st Level Appeal | Date of 2nd Level Appeal | Date Overturned on Appeal | Plan-Mandated Exhaustion Provision? |
|---|---|---|---|---|---|
| 12102 | 6/20/14<br>UBHWIT0025915-16 | | | | Yes<br>Ex. 2029-0083-84<br>(UBHWIT0036063-64) |
| 12310 | 7/7/2014<br>UBHWIT0050825-27 | | | | Yes<br>Ex. 1578-0094<br>(UBHWIT0041068) |
| 12446 | 7/21/14<br>UBHWIT0015020-21 | 7/22/14<br>UBHWIT0029343 | | | Yes<br>Ex. 1579-0091<br>(UBHWIT0023165) |
| 12533 | 7/25/14<br>UBHWIT026794-95 | | | | Yes<br>Ex. 1581-0052<br>(UBHWIT0022363) |
| 12562 | 7/29/14<br>UBHWIT0059608-10 | 7/21/14<br>UBHWIT0050900-02 | | | No |
| 12605 | 7/15/2014 and 8/1/2014<br>UBHWIT0026671-76;<br>UBHWIT0025817-22 | | | | Yes<br>Ex. 1583-0085<br>(UBHWIT0020044) |
| 12649 | 8/5/14<br>UBHWIT0026157-58 | 11/11/14<br>UBHWIT027848-49 | | | Yes<br>Ex. 1584-0082<br>(UBHWIT0038852) |
| 13042 | 9/4/14<br>UBHWIT0014945-46 | | | | Yes<br>Ex. 1585-0174<br>(UBHWIT0042195) |
| 13290 | 9/23/14<br>UBHWIT0014742-43 | | | | No |
| 13292 | 9/22/2014<br>UBHWIT0028782 | 9/25/2014<br>UBHWIT0028791-92 | | | No |
| 13949 | 9/4/14<br>UBHWIT0028964-65 | 9/4/2014<br>UBHWIT0028965-66 | | | Yes<br>Ex. 1587-0079<br>(UBHWIT0064459) |
| 14568 | 1/9/15<br>UBHWIT0014821-22 | | | | Yes<br>Ex. 1588-0093<br>(UBHWIT0032105) |

[1] Blank cells indicate that no record of appeal was identified in the administrative records provided.

| Unique Member ID | Date of Initial Non-Coverage Determination | Date of 1st Level Appeal | Date of 2nd Level Appeal | Date Overturned on Appeal | Plan-Mandated Exhaustion Provision? |
|---|---|---|---|---|---|
| 15332 | 3/9/2015<br>UBHWIT00285563 | 3/11/2015<br>UBHWIT00285569 | | | Yes<br>Ex. 1589-0174<br>(UBHWIT0041877) |
| 187 | 2/28/2012<br>UBHALEXANDER0039210-12 | | | | No |
| 1252 | 12/11/2012<br>UBHALEXANDER0036440-45 | 12/12/12<br>UBHALEXANDER0036446-48 | | 12/12/12<br>UBHALEXANDER0036446-48 | Yes<br>Ex. 1592-0044<br>(UBHALEXANDER0024622) |
| 1535 | 2/1/13<br>UBHWIT0031694-95 | | | | Yes<br>Ex. 1593-0096<br>(UBHALEXANDAR0034455) |
| 1568 | 02/08/2013<br>UBHALEXANDER0030664-66 | | | | Yes<br>Ex. 1594-0056<br>(UBHALEXANDER0005617) |
| 1584 | 2/11/2013<br>UBHALEXANDER0038982<br><br>08/25/2014<br>UBHALEXANDER0024048-49<br><br>05/20/2015<br>UBHALEXANDER0039062-64 | | | | No |
| 1758 | 3/6/2013<br>UBHALEXANDER0036218-19 | | | | Yes<br>Ex. 1596-0066<br>(UBHALEXANDER0003832) |
| 1870 | 3/20/2013<br>UBHALEXANDER0037004 | 4/25/2014<br>UBHALEXANDER0037087-88 | | | Yes<br>Ex. 1597-0077-78<br>(UBHALEXANDER0007801-02) |
| 2331 | 5/20/2013<br>UBHALEXANDER0030803 | | | | Yes<br>Ex. 1598-0113<br>(UBHALEXANDER0012105) |
| 2607 | 6/08/2017<br>UBHALEXANDER0030296 | 10/30/2012<br>UBHALEXANDER0030307-08 | | 10/30/2012 (Partial Overturn)<br>UBHALEXANDER0030307-08 | Yes<br>Ex. 1599-0069<br>(UBHALEXANDER0016583) |

[1] Blank cells indicate that no record of appeal was identified in the administrative records provided.

| Unique Member ID | Date of Initial Non-Coverage Determination | Date of 1st Level Appeal | Date of 2nd Level Appeal | Date Overturned on Appeal | Plan-Mandated Exhaustion Provision? |
|---|---|---|---|---|---|
| 2883 | 7/26/2013<br>UBHALEXANDER0037950-53 | | | | Yes<br>Ex. 2007-0091<br>(UBHALEXANDER0010080) |
| 2928 | 8/2/2013<br>UBHALEXANDER0036359-61 | 08/06/2013<br>UBHALEXANDER0036365 | | | Yes<br>Ex. 1601-0075<br>(UBHALEXANDER0034791) |
| 3034 | 8/19/2013<br>UBHALEXANDER0030608 | | | | Yes<br>Ex. 1602-0069<br>(UBHALEXANDER0003908) |
| 3038 | 08/20/2013<br>UBHALEXANDER0030671-72 | | | | Yes<br>Ex. 1603-0092-93<br>(UBHALEXANDER0006427-8) |
| 3039 | 08/20/2013<br>UBHALEXANDER0030768-70 | | | | Yes<br>Ex. 1604-0092-93<br>(UBHALEXANDER0010728-29) |
| 3197 | 7/27/2012<br>UBHALEXANDER0030521-24 | | | | Yes<br>Ex. 1605-0096<br>(UBHALEXANDER0020508) |
| 3265 | 8/01/2012<br>UBHALEXANDER0033534-35 | | | | Yes<br>Ex. 1606-0112-13<br>(UBHALEXANDER0016009-10) |
| 3501 | 11/05/2013<br>UBHALEXANDER0038373 | | | | Yes<br>Ex. 1608-0085<br>(UBHALEXANDER0025896) |
| 3661 | 08/31/2012<br>UBHALEXANDER0030587-88 | | | | Yes<br>Ex. 2009-0134<br>(UBHALEXANDER0022741) |
| 3739 | 12/9/2013<br>UBHALEXANDER0039316 | 12/17/2013<br>UBHALEXANDER0039319-20 | | | Yes<br>Ex. 1610-0057<br>(UBHALEXANDER0011559) |
| 3895 | 09/17/2012<br>UBHALEXANDER003025 | | | | Yes<br>Ex. 1611-0071<br>(UBHALEXANDER0017349) |

[1] Blank cells indicate that no record of appeal was identified in the administrative records provided.

| Unique Member ID | Date of Initial Non-Coverage Determination | Date of 1st Level Appeal | Date of 2nd Level Appeal | Date Overturned on Appeal | Plan-Mandated Exhaustion Provision? |
|---|---|---|---|---|---|
| 3958 | 01/30/2014 UBHALEXANDER0023556-57 | 09/23/2014 UBHALEXANDER0031631-32 | | | No |
| 4013 | 02/11/2014 UBHALEXANDER0024124-125 | | | | No |
| 4076 | 02/27/2014 UBHALEXANDER0024080-81 | | | | No |
| 4141 | 03/11/2014 UBHALEXANDER0023368-69 | | | | No Plan Admitted As Trial Exhibit |
| 4263 | 04/12/2014 UBHALEXANDER0023615-616 | | | | No |
| 4723 | 07/17/2014 UBHALEXANDER0023537-539 | | | | No |
| 5058 | 09/24/2014 UBHALEXANDER0023491-92 | | | | No |
| 5165 | 10/10/2014 UBHALEXANDER0024000-01 | | | | Yes Ex. 1623-0087 (UBHALEXANDER0012492) |
| 5282 | 10/29/2014 UBHALEXANDER0024139-41 | | | | Yes Ex. 1624-0082 (UBHALEXANDER0003235) |
| 5927 | 03/04/2015 UBHALEXANDER0023635-36 | 03/06/2015 UBHALEXANDER0023664-65 | | | Yes Ex. 1625-0096 (UBHALEXANDER0009213) |
| 5956 | 03/19/2015 UBHALEXANDER023969-70 | | | | No |
| 6003 | 3/22/2013 UBHALEXANDER0030558 | | | | Yes Ex. 2017-0092 (UBHALEXANDER0022065) |
| 6098 | 3/19/2013 UBHALEXANDER0030480 | | | | Yes Ex. 1628-0071 (UBHALEXANDER0020188) |

[1] Blank cells indicate that no record of appeal was identified in the administrative records provided.

| Unique Member ID | Date of Initial Non-Coverage Determination | Date of 1st Level Appeal | Date of 2nd Level Appeal | Date Overturned on Appeal | Plan-Mandated Exhaustion Provision? |
|---|---|---|---|---|---|
| 6215 | 5/1/2015<br>UBHALEXANDER0033876 | | | | No |
| 6254 | 5/8/2015<br>UBHALEXANDER0039634<br><br>7/7/2015<br>UBHALEXANDER0039678 | | | | Yes<br>Ex. 1630-0079<br>(UBHALEXANDER0003022) |
| 6326 | 4/4/2013<br>UBALEXANDER0030285 | | | | Yes<br>Ex. 1631-0088<br>(UBHALEXANDER0030149) |
| 7292 | 6/25/2013<br>UBHALEXANDER0030218 | | | | Yes<br>Ex. 1633-0090<br>(UBHALEXANDER0034171) |
| 7787 | 7/31/2013<br>UBHALEXANDER0030541 | | | | Yes<br>Ex. 1634-0082<br>(UBHALEXANDER0021776) |
| 8242 | 8/30/2013<br>UBHALEXANDER0030392 | | | | Yes<br>Ex. 1635-0080<br>(UBHALEXANDER0018057) |
| 8357 | 9/10/2013<br>UBHALEXANDER0030461 | | | | Yes<br>Ex. 1636-0055<br>(UBHALEXANDER0019256) |
| 8489 | 9/20/2013<br>UBHALEXANDER0030261 | 11/13/2013<br>UBHALEXANDER0030267 | | | Yes<br>Ex. 1637-0085<br>(UBHALEXANDER0015679) |
| 8623 | 11/1/2012<br>UBHALEXANDER0030192<br><br>9/30/2013<br>UBHALEXANDER0030202 | | | | Yes<br>Ex. 2021-0080-81<br>(UBHALEXANDER0029509-10) |
| 8878 | 10/18/2013<br>UBHALEXANDER0030230 | | | | Yes<br>Ex. 1639-0085<br>(UBHALEXANDER0015242) |
| 9836 | 1/23/2014<br>UBHALEXANDER0031002 | 5/6/2014<br>UBHALEXANDER0024398 | | | Yes<br>Ex. 1641-0115<br>(UBHALEXANDER0028873) |

[1] Blank cells indicate that no record of appeal was identified in the administrative records provided.

| Unique Member ID | Date of Initial Non-Coverage Determination | Date of 1st Level Appeal | Date of 2nd Level Appeal | Date Overturned on Appeal | Plan-Mandated Exhaustion Provision? |
|---|---|---|---|---|---|
| 10477 | 5/3/2014<br>UBHALEXANDER0032057 | | | | Yes<br>Ex. 1642-0082<br>(UBHALEXANDER0014374) |
| 10533 | 5/12/2014<br>UBHALEXANDER0030967 | | | | Yes<br>Ex. 1643-0287<br>(UBHALEXANDER0028064) |
| 10756 | 6/9/2014<br>UBHALEXANDER0032073-74 | | | | Yes<br>Ex. 1644-0082<br>(UBHALEXANDER0027016) |
| 10939 | 7/1/2014<br>UBHALEXANDER0024160-64 | | | | Yes<br>Ex. 2024-0092<br>(UBHALEXANDER0013836) |
| 11000 | 7/17/2014<br>UBHALEXANDER0024342-43 | 5/6/2015<br>UBHALEXANDER0024368-70 | | | Yes<br>Ex. 2025-0081<br>(UBHALEXANDER0019174) |
| 12342 | 2/12/2015<br>UBHALEXANDER0024216-23 | | | | Yes<br>Ex. 1647-0087<br>(UBHALEXANDER0035818) |
| 12404 | 9/17/2014<br>UBHALEXANDER0032131-32<br>2/18/2015<br>UBHALEXANDER0032157-69 | | | | No |
| 12944 | 4/27/2015<br>UBHALEXANDER0031026 | | | | No |
| 13025 | 5/11/2015<br>UBHALEXANDER0030910 | | | | Yes<br>Ex. 1651-0101<br>(UBHALEXANDER0026842) |

[1] Blank cells indicate that no record of appeal was identified in the administrative records provided.