PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
7 West Figueroa Street, Suite 300
PMB# 300059
Santa Barbara, CA 93101
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

*Attorneys for Plaintiffs and the Classes*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>　　　　Defendant. | Case No. 3:14-CV-02346-JCS<br>Related Case No. 3:14-CV-05337-JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
| GARY ALEXANDER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>　　　　Defendant. | |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Seal portions of Plaintiffs' Opening Brief on Breach of Fiduciary Duty Claims and the Declaration of Caroline E. Reynolds in support of the sealing motion. Having reviewed the parties' submissions,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the following documents or portions of documents shall be filed under seal:

- Portions of Plaintiffs' Opening Brief on Breach of Fiduciary Duty Claims that quote from the sealed portion of this Court's February 28, 2019 Findings of Fact and Conclusions of Law.

**IT IS SO ORDERED.**

Dated: _____7/11/2025_____    _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Joseph C. Spero
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge