JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | Case No. 3:14-CV-02346-JCS <br> Related Case No. 3:14-CV-05337-JCS <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR JOINT SUBMISSION REQUESTED IN AUGUST 5, 2025 ORDER** |
| GARY ALEXANDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | Judge:     Hon. Joseph C. Spero |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and the Court's August 5, 2025 Order (ECF No. 669), the parties in the above-captioned consolidated actions, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 5, 2025, the Court issued an Order (ECF No. 669) regarding the Plaintiffs' breach of fiduciary duty claim and the extent to which it survived the Ninth Circuit's decision in *Wit v. United Behav. Health*, 79 F.4th 1068 (9th Cir. 2023) ("*Wit III*");

WHEREAS, the Court held that Plaintiffs' breach of fiduciary duty claim survives *Wit III* to the extent that it is based on breaches of the duties of loyalty and care (ECF No. 669 at 56);

WHEREAS, the Court further held that judgment must be entered in favor of UBH on the breach of fiduciary duty claim to the extent that claim is based on breach of the duty to adhere to plan terms, *id.* ;

WHEREAS, the Court thus ordered the parties to meet and confer and submit, no later than September 12, 2025, joint or separate proposals addressing next steps in this case and whether any injunctive or declaratory relief previously awarded by the Court that has not already been reversed by the Panel requires modification in light of the Court's August 5, 2025 Order, *id.* at 56-57.;

WHEREAS, Plaintiffs and UBH have begun to meet and confer about their respective positions on necessary changes to the Remedies Order in light of the Court's August 5, 2025 Order;

WHEREAS, the Parties require additional time to continue meeting and conferring in order to: (a) identify areas of agreement and disagreement; and (b) as to any remaining areas of disagreement, exchange position statements for joint submission to, and resolution by, the Court;

WHEREAS, Plaintiffs and UBH seek to continue to meet and confer and have agreed on a schedule for mutual exchanges of their positions and preparation of a joint submission to the Court regarding the parties' respective positions on appropriate modifications to the Remedies Order in light of the Court's August 5, 2025 Order;

WHEREAS, the Parties respectfully request that the Court continue the Parties' deadline to submit their joint submission to the Court from the current deadline of September 12, 2025 to

-1-

October 9, 2025;

**IT IS HEREBY STIPULATED AND AGREED** that, subject to the approval of the Court, the parties' deadline to submit their joint submission to the Court addressing next steps in this case and whether any injunctive or declaratory relief previously awarded by the Court that has not already been reversed by the Panel requires modification in light of the Court's August 5, 2025 Order is hereby continued from the current deadline of September 12, 2025 to **October 9, 2025**.

                                                    Respectfully submitted,

Dated: September 12, 2025                ZUCKERMAN SPAEDER LLP

                                                    /s/ *Caroline E. Reynolds*

                                                    Caroline E. Reynolds
                                                    Jason S. Cowart
                                                    Joshua Mathew

                                                    PSYCH-APPEAL, INC.
                                                    Meiram Bendat

                                                    *Attorneys for Plaintiffs and the Classes*

Dated: September 12, 2025                CROWELL & MORING LLP

                                                    /s/ *Jennifer S. Romano*

                                                    Jennifer S. Romano
                                                    Andrew Holmer

                                                    *Attorneys for Defendant United Behavioral Health*

STIP. & [PROPOSED] ORDER REGARDING
SCHEDULE FOR JOINT SUBMISSION
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

1

2

**ATTESTATION**

3    Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

4    filing of this document has been obtained from the other signatories.

5

6    Dated: September 12, 2025                    /s/ *Jennifer S. Romano*
                                                   Jennifer S. Romano

7

8

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

11    Date: _____    _____
                                                 The Honorable Joseph C. Spero

12                                               United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28