1
PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
2
7 West Figueroa Street, Suite 300
PMB# 300059
3
Santa Barbara, CA 93101
Tel: (310) 598-3690, x.101
4
Fax: (888) 975-1957
mbendat@psych-appeal.com
5
ZUCKERMAN SPAEDER LLP
6
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 19th Floor
7
New York, NY 10022
Tel: (212) 704-9600
8
Fax: (212) 704-4256
jcowart@zuckerman.com
9
*Attorneys for Plaintiffs and the Classes*
10
*(Additional Counsel on Signature Page)*

11

12
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
13

14
DAVID AND NATASHA WIT, et al.,                     Case No. 3:14-CV-02346-JCS
                                                   Related Case No. 3:14-CV-05337-JCS
15
                         Plaintiffs,

16
        v.

17
UNITED BEHAVIORAL HEALTH,                          **STIPULATION AND [PROPOSED]**
                                                   **ORDER REGARDING SCHEDULE FOR**
18
                         Defendant.                **JOINT SUBMISSION REQUESTED IN**
                                                   **AUGUST 5, 2025 ORDER**
19

20
GARY ALEXANDER, et al.,

21
                         Plaintiffs,

22
        v.

23
UNITED BEHAVIORAL HEALTH,

24
                         Defendant.

25

26

27

28

1    Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the Court's August 5, 2025 Order (ECF

2  No. 669), and the Court's October 16, 2025 electronic order (ECF No. 677), the parties in the above-

3  captioned consolidated actions, by and through their respective counsel of record, hereby stipulate

4  as follows:

5    WHEREAS, on August 5, 2025, the Court issued an Order (ECF No. 669) regarding the

6  Plaintiffs' breach of fiduciary duty claim and the extent to which it survived the Ninth Circuit's

7  decision in *Wit v. United Behav. Health,* 79 F.4th 1068 (9th Cir. 2023) ("*Wit III*");

8    WHEREAS, the Court held that Plaintiffs' breach of fiduciary duty claim survives *Wit III*

9  to the extent that it is based on breaches of the duties of loyalty and care (ECF No. 669 at 56);

10    WHEREAS, the Court further held that judgment must be entered in favor of UBH on the

11  breach of fiduciary duty claim to the extent that claim is based on breach of the duty to adhere to

12  plan terms, *id.*;

13    WHEREAS, the Court thus ordered the parties to meet and confer and submit, no later than

14  September 12, 2025, joint or separate proposals addressing next steps in this case and whether any

15  injunctive or declaratory relief previously awarded by the Court that has not already been reversed

16  by the Panel requires modification in light of the Court's August 5, 2025 Order, *id.* at 56-57;

17    WHEREAS, the Court previously continued the Parties' deadline to submit their joint

18  submission to the Court three times (ECF Nos. 672, 675, 677);

19    WHEREAS, on October 15, 2025, the parties filed a joint status report addressing next steps

20  in the case and setting forth proposed modifications to the previously-entered Remedies Order on

21  which the parties agree (ECF No. 676);

22    WHEREAS, Plaintiffs and UBH have met and conferred about their respective positions on

23  appropriate modifications to the Remedies Order in light of the Court's August 5, 2025 Order and

24  have exchanged multiple drafts of proposed amendments and the joint submission requested by the

25  Court, including the parties' respective position statements;

26    WHEREAS, despite their best efforts, the parties have not been able to finalize a joint

27  submission containing both sides' positions on the issues in dispute;

28

1

STIP. & [PROPOSED] ORDER REGARDING
SCHEDULE FOR JOINT SUBMISSION
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

1  WHEREAS, the parties agree that, consistent with the Court's Augst 5, 2025 Order, the

2  most efficient way for the parties to present their respective positions on the disputed issues is

3  through simultaneous filing of separate proposals;

4  WHEREAS, the Parties respectfully request that the Court continue the Parties' deadline to

5  submit their proposals to the Court from the current deadline of October 21, 2025 to 5:00 pm PST

6  on October 23, 2025;

7  **IT IS HEREBY STIPULATED AND AGREED** that, subject to the approval of the Court,

8  the parties shall simultaneously file separate submissions addressing whether any injunctive or

9  declaratory relief previously awarded by the Court that has not already been reversed by the Panel

10  requires modification in light of the Court's August 5, 2025 Order, and that the parties' deadline

11  for submitting their separate proposals is hereby continued from the current deadline of October

12  21, 2025 to **October 23, 2025 at 5:00 pm PST.**

13

14  Dated: October 21, 2025                    **ZUCKERMAN SPAEDER LLP**

15                                             /s/ *Caroline E. Reynolds*
                                               Caroline E. Reynolds
                                               Jason S. Cowart
16                                             Joshua Mathew

17
                                               **THE HUFFORD LAW FIRM PLLC**
18                                             D. Brian Hufford

19                                             **PSYCH-APPEAL, INC.**
                                               Meiram Bendat
20
                                               *Attorneys for Plaintiffs and the Classes*
21

22  Dated: October 21, 2025                    **CROWELL & MORING LLP**

23                                             /s/ *Andrew Holmer*
                                               Jennifer S. Romano
24                                             Andrew Holmer
                                               Nicholas Dowd
25
                                               *Attorneys for Defendant United Behavioral Health*
26

27

28

STIP. & [PROPOSED] ORDER REGARDING
SCHEDULE FOR JOINT SUBMISSION
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 21, 2025          /s/ *Caroline E. Reynolds*
                                         Caroline E. Reynolds

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __October 22, 2025_____        _____
                                          The Honorable Joseph C. Spero
                                          United States Magistrate Judge

STIP. & [PROPOSED] ORDER REGARDING
SCHEDULE FOR JOINT SUBMISSION
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS