UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WIT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>    Defendant. | Case No. 14-cv-02346-JCS<br><br>**ORDER RE INJUNCTIVE RELIEF SECTION OF AMENDED REMEDIES ORDER** |

The Court has tentatively decided to amend the injunctive relief section of the Remedies Order to state, in its entirety, as follows:

    A. UBH is hereby permanently ENJOINED from:

    Using any of the Guidelines listed on Exhibit A to this Order to implement the GASC requirement contained in any plan governed by ERISA. This provision shall not prohibit UBH from using limited portions of the specific language contained in those Guidelines that accurately reflect GASC so long as UBH does not re-adopt in large part or its entirety any guideline that the Court has found invalid. This provision also does not prohibit UBH from using specific language contained in those Guidelines for purposes other than implementing the GASC requirement in ERISA-governed plans, such as implementing plan terms other than the GASC requirement.

    B. UBH is hereby ORDERED to:

    Henceforth, and for a period of five (5) years from the date of this Order, to the extent that UBH adopts criteria to implement the GASC requirement contained in any plan governed by ERISA, those criteria shall accurately reflect GASC, as established in this Court's FFCL and the requirements of any applicable state law.

The parties may file a response to the Court's proposed language no later than **December 19, 2025**. Arguments that the parties have already made in prior briefing need not be repeated in the

parties' responses but may be incorporated by reference.

**IT IS SO ORDERED.**

Dated: December 5, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge