PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
7 West Figueroa Street, Suite 300
PMB# 300059
Santa Barbara, CA 93101
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 19th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
jcowart@zuckerman.com

*Attorneys for Plaintiffs and the Classes*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | Case No. 3:14-CV-02346-JCS <br> Related Case No. 3:14-CV-05337-JCS <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE** <br><br> Judge:  Hon. Joseph C. Spero |
| GARY ALEXANDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br><br> Defendant. | |

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and the Court's Order to Submit
2  Proposed Judgment and Schedule for Remainder of Case (ECF No. 696), the parties in the above-
3  captioned consolidated actions (the "Action"), by and through their respective counsel of record,
4  hereby stipulate as follows:

5  WHEREAS, on September 16, 2016, this Court granted Plaintiffs' motion for class
6  certification and certified three classes pursuing two claims: (1) breach of fiduciary duty and
7  (2) arbitrary and capricious denial of benefits (hereafter, the "denial of benefits claim"), *see* ECF
8  No. 174 at 8-11;

9  WHEREAS, on March 9, 2017, the Court held that, under Rule 23(b)(3) of the Federal
10 Rules of Civil Procedure, the class members were entitled to notice and the right to opt out of class
11 membership, *see* ECF No. 224 at 4-5, 9-10;

12 WHEREAS, pursuant to the Court's orders directing that notice be sent to the class
13 members, ECF Nos. 236 and 281, the class administrator mailed class notices to most of the class
14 members on or about June 20, 2017, ECF No. 274 at 3; and to a supplemental group of class
15 members on or about August 8, 2017,

16 WHEREAS, pursuant to the Court's November 3, 2020 order granting in part UBH's
17 Motion for Class Decertification, ECF No. 490, and its November 19, 2020 order directing notice
18 of the same to affected individuals, *see* ECF No. 499, on January 22, 2021, the class administrator
19 mailed a Notice of Partial Class Decertification or a Notice of Non-Class Membership to a total of
20 528 individuals who had previously been notified that they were members of the classes in this
21 action, ECF No. 529;

22 WHEREAS, on August 22, 2023, the Court of Appeals for the Ninth Circuit issued a ruling
23 on UBH's appeal that, among other things, decertified the class members' denial of benefits claims
24 and remanded the action to this Court, *Wit v. United Behav. Health,* 79 F.4th 1068 (9th Cir. 2023);

25 WHEREAS, on October 27, 2023, this Court stayed the Action with respect to the class
26 members' denial-of-benefits claims and ordered that the limitations period on any individual denial
27 of benefits claim that is no longer subject to class treatment in this Action is tolled until 120 days
28 after notice of decertification is provided to the affected class members, *see* ECF No. 615;

1  WHEREAS, to date, no further notice has been directed to the class members;

2  WHEREAS, the Court issued its Amended Remedies Order on February 3, 2026 (ECF No.

3  695);

4  WHEREAS, on February 5, 2026, the Court directed the parties to jointly submit, by March

5  9, 2026, a proposed judgment and schedule for the remainder of the case, and also set a case

6  management conference for April 8, 2026;

7  WHEREAS, concurrently herewith, the parties have submitted a proposed final judgment

8  as directed by the Court;

9  **IT IS HEREBY STIPULATED AND AGREED** that, subject to the approval of the

10  Court, the following schedule shall apply to the remaining proceedings in this action:

11  **A.  Notice of Partial Decertification**

| Event | Deadline |
| --- | --- |
| Plaintiffs send draft proposed form of Notice of Partial Class Decertification to UBH | February 27, 2026 |
| UBH sends response to proposed form of Notice of Partial Class Decertification to Plaintiffs | March 13, 2026 |
| Deadline for parties to complete meet and confer on proposed form of Notice of Partial Class Decertification | March 20, 2026 |
| [If Parties are agreed on Notice Plan and form of Notice] Parties jointly file proposed Notice Plan and form of Notice of Partial Class Decertification with Court | March 25, 2026 |
| [If portions of the Notice Plan or form of Notice are disputed] Parties jointly file proposed Notice Plan and ofrm of Notice of Partial Class Decertification to Court, along with position statements as to disputed issues | April 1, 2026 |
| Case Management Conference | April 8, 2026 |
| Notice of Partial Class Decertification is sent to Class members | 30 days after Court's ruling on contents of Notice |
| Plaintiffs notify Court that Notice Plan has been completed | 14 days after Notice is mailed to Class members |

### B. Motion for Attorneys' Fees, Expenses, and Costs

| Event | Deadline |
|---|---|
| Plaintiffs file Motion for Attorneys' Fees, Expenses, and Costs | May 1, 2026 |
| UBH files Opposition to Motion for Attorneys' Fees, Expenses, and Costs | May 29, 2026 |
| Plaintiffs file Reply in Support of Motion for Attorneys' Fees, Expenses, and Costs | June 26, 2026 |

### C. Entry of Final Judgment

The parties respectfully submit that the Court should enter Final Judgment in this matter only after the Notice Plan referenced above has been completed. UBH further submits that the Court should enter Final Judgment only after the Court rules on Plaintiffs' Motion for Attorneys' Fees, Expenses, and Costs. Plaintiffs take no position on whether Final Judgment should be entered before or after a ruling on Plaintiffs' anticipated motion.

Respectfully Submitted:

Dated: March 9, 2026

ZUCKERMAN SPAEDER LLP

*/s/ Caroline E. Reynolds*
Caroline E. Reynolds
Jason S. Cowart
Joshua Mathew

THE HUFFORD LAW FIRM PLLC
D. Brian Hufford

PSYCH-APPEAL, INC.
Meiram Bendat

*Attorneys for Plaintiffs and the Classes*

Dated: March 9, 2026

CROWELL & MORING LLP

*/s/ Jennifer S. Romano*
Jennifer S. Romano
Andrew Holmer

*Attorneys for Defendant United Behavioral Health*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: March 9, 2026

*/s/ Caroline E. Reynolds*
Caroline E. Reynolds