PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
7 West Figueroa Street, Suite 300
PMB# 300059
Santa Barbara, CA 93101
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
Jason S. Cowart (admitted *pro hac vice*)
485 Madison Avenue, 19th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
jcowart@zuckerman.com

*Attorneys for Plaintiffs and the Classes*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID AND NATASHA WIT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:14-CV-02346-JCS<br>Related Case No. 3:14-CV-05337-JCS<br><br><br>**STIPULATION AND ORDER REGARDING SCHEDULE FOR BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |
| GARY ALEXANDER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties in the above-captioned consolidated actions (the "Action"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 11, 2026, the Court approved the parties' Stipulation and entered a schedule for briefing on Plaintiffs' forthcoming Motion for Attorneys' Fees, Expenses, and Costs (the "Motion"), *see* ECF No. 699 at 4;

WHEREAS, according to the current schedule, Plaintiffs' Motion is due on May 1, 2026; UBH's Opposition to the Motion is due on May 29, 2026; and Plaintiffs' Reply in support of the Motion is due on June 26, 2026;

WHEREAS, UBH's counsel proposed to extend the deadline for UBH's Opposition because counsel anticipates requiring more time than provided in the existing schedule to complete UBH's Opposition;

WHEREAS, due to unforeseen increases in Plaintiffs' counsel's workload because of recently-imposed deadlines in other matters, Plaintiffs' counsel also requires additional time to complete the Motion and supporting materials;

WHEREAS, having met and conferred on the schedule, the parties agree that a brief extension of the deadlines for Plaintiffs' Motion, UBH's Opposition, and Plaintiffs' Reply is warranted, as presented below;

WHEREAS, the modestly-extended schedule below will not affect any other deadlines in the Action;

**IT IS HEREBY STIPULATED AND AGREED** that, subject to the approval of the Court, the following schedule shall apply to briefing on Plaintiffs' Motion for Attorneys' Fees, Expenses, and Costs:

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| Plaintiffs' Motion for Attorneys' Fees, Expenses, and Costs | May 1, 2026 | May 22, 2026 |

STIP. & [ORDER RE
BRIEFING SCHEDULE FOR FEE MOTION
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| UBH' Opposition to Motion for Attorneys' Fees, Expenses, and Costs | May 29, 2026 | July 3, 2026 |
| Plaintiffs' Reply in Support of Motion for Attorneys' Fees, Expenses, and Costs | July 10, 2026 | July 31, 2026 |

Dated: April 1, 2026               **ZUCKERMAN SPAEDER LLP**

/s/ *Caroline E. Reynolds*
Caroline E. Reynolds
Jason S. Cowart
Joshua Mathew

**THE HUFFORD LAW FIRM PLLC**
D. Brian Hufford

**PSYCH-APPEAL, INC.**
Meiram Bendat

*Attorneys for Plaintiffs and the Classes*

Dated: April 1, 2026               **CROWELL & MORING LLP**

/s/ *Nicholas Dowd*
Jennifer S. Romano
Andrew Holmer
Nicholas Dowd

*Attorneys for Defendant United Behavioral Health*

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 1, 2026                 /s/ *Caroline E. Reynolds*
Caroline E. Reynolds

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: April 2, 2026     _____

The Honorable Joseph C. Spero
United States Magistrate Judge

2

STIP. & ORDER RE
BRIEFING SCHEDULE FOR FEE MOTION
CASE NOS. 3:14-CV-02346-JCS, 3:14-CV-05337-JCS