United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. B., et al., Plaintiffs, v. UNITED BEHAVIORAL HEALTH, Defendant. | Case No. 26-cv-08713-SK **SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Joseph C. Spero to determine whether it is related to *Wit, et al. v. United Behavioral Health*, Case No. 14-cv-02346-JCS.

**IT IS SO ORDERED**.

Dated: September 4, 2026

SALLIE KIM
United States Magistrate Judge